## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BROWN, Individually and On Behalf Of All Others Similarly Situated<br><br>**Plaintiff,**<br><br>**v.**<br><br>WIRECARD AG, MARKUS BRAUN, JAN MARSALEK, BURKHARD LEY, ALEXANDER VON KNOOP, SUSANNE STEIDL, WULF MATTHIAS, and ERNST & YOUNG GMBH WIRTSCHAFTSPRUEFUNGSGESELLSCHAFT,<br><br>**Defendants.** | **No. 2:20-cv-03326-AB**<br><br>**CLASS ACTION** |

**NOTICE OF MOTION AND MOTION OF LAWRENCE GALLAGHER FOR:**
**(1) INTERVENTION PURSUANT TO FED. R. CIV. P. 24;**
**(2) STAY OF PSLRA LEAD PLAINTIFF SELECTION PROCESS; AND**
**(3) TRANSFER OF VENUE**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lawrence Gallagher ("Gallagher"), by and through his counsel, will and does hereby move this Court for the entry of an Order: (i) pursuant to Fed. R. Civ. P. 24, to intervene in the above-captioned action; (ii) to stay the Lead Plaintiff selection process in the above-captioned action, imposed by the Private Securities Litigation Reform Act of 1995, pending resolution of Gallagher's motion to intervene and transfer; and (iii) to transfer the above-captioned action to the U.S. District Court for the Central District of California for consolidation with *Mark Dalpoggetto v. Wirecard AG*, et al., No. 2:19-cv-00986-FMO-SK.

Respectfully submitted,

**DATED:** August 27, 2020                **SPECTOR ROSEMAN & KODROFF, P.C.**

By:  */s/ Jeffrey L. Kodroff*
      Jeffrey L. Kodroff (55780)
      2001 Market Street
      Philadelphia, PA 19103
      Telephone: (215) 496-0300
      Facsimile:  (215) 496-6611
      jkodroff@srkattorneys.com

      *Liaison Counsel for C.D. Cal. Lead Plaintiff*
      *Lawrence Gallagher*


      Reed R. Kathrein
      Danielle Smith
      HAGENS BERMAN SOBOL SHAPIRO LLP
      715 Hearst Ave., Suite 202
      Berkeley, CA 94710
      Telephone: (510) 725-3000
      Facsimile:  (510) 725-3001
      reed@hbsslaw.com
      danielles@hbsslaw.com

010821-11/1336922 V1

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for C.D. Cal. Lead Plaintiff*
*Lawrence Gallagher*