**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAROL A. BROWN, Individually and On Behalf Of All Others Similarly Situated <br><br> **Plaintiff,** <br><br> v. <br><br> WIRECARD AG, MARKUS BRAUN, JAN MARSALEK, BURKHARD LEY, ALEXANDER VON KNOOP, SUSANNE STEIDL, WULF MATTHIAS, and ERNST & YOUNG GMBH WIRTSCHAFTSPRUEFUNGSGESELLSCHAFT, <br><br> **Defendants.** | **No. 2:20-cv-03326-AB** <br><br> **CLASS ACTION** |

**[PROPOSED] ORDER GRANTING MOTION OF LAWRENCE GALLAGHER FOR:**
**(1) INTERVENTION PURSUANT TO FED. R. CIV. P. 24;**
**(2) STAY OF PSLRA LEAD PLAINTIFF SELECTION PROCESS; AND**
**(3) TRANSFER OF VENUE**

This matter comes before the Court on the Application of Lawrence Gallagher ("Lead Plaintiff") for an Order: (i) pursuant to Fed. R. Civ. P. 24, to intervene in the above-captioned action; (ii) to stay the Lead Plaintiff selection process in the instant action, imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), pending resolution of Gallagher's motion to intervene and transfer; and (iii) to transfer this action to the U.S. District Court for the Central District of California for consolidation with *Mark Dalpoggetto v. Wirecard AG*, et al., 2:19-cv-00986-FMO-SK.

Having reviewed the materials submitted and being fully advised, the Court hereby orders as follows:

1. Lawrence Gallagher's motion to intervene is hereby GRANTED.

2. The Lead Plaintiff selection process in the above-captioned actions pursuant to the PSLRA is hereby stayed pending transfer and consolidation.

3. Having considered the factors relevant to determining whether to grant the motion to transfer, it is in the interest of justice and efficiency to transfer this action to the U.S. District Court for the Central District of California for consolidation. Accordingly, the motion to transfer is granted.

4. Plaintiff Carol A. Brown shall promptly issue a notice stating that the Lead Plaintiff selection process is stayed pending resolution of the consolidation described at paragraph 2 of this Order.

**IT IS SO ORDERED.**

**DATED:** _____, 2020          _____

                                                        **HON. ANITA B. BRODY**
                                                         **UNITED STATES DISTRICT JUDGE**