**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAROL A. BROWN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, JAN MARSALEK, BURKHARD LEY, ALEXANDER VON KNOOP, SUSANNE STEIDL, WULF MATTHIAS, and ERNST & YOUNG GMBH WIRTSCHAFTSPRUEFUNGSGESELLSCHAFT,<br><br>Defendants. | Case No: 2:20-cv-03326-AB |

**PLAINTIFF CAROL A. BROWN'S RESPONSE TO MOTION FOR: (1) INTERVENTION PURSUANT TO FED. R. CIV. P. 24; (2) STAY OF PSLRA LEAD PLAINTIFF SELECTION PROCESS; AND (3) TRANSFER VENUE**

Plaintiff Carol A. Brown ("Plaintiff") files this response to intervenor Lawrence Gallagher's ("Gallagher") Motion for: (1) Intervention Pursuant to Fed. R. Civ. P. 24; (2) Stay of PSLRA Lead Plaintiff Selection Process; and (3) Transfer Venue (the "Motion"), Dkt. No. 2.

Plaintiff neither consents nor opposes Gallagher's intervention in this case. Even as she will not seek to serve as a lead plaintiff in this case, Plaintiff opposes a stay of the PSLRA lead plaintiff selection process. Plaintiff also opposes transfer until such time as this Court appoints a lead plaintiff for this case and that lead plaintiff and their counsel state the position of the Class with respect to transfer.

As an initial matter, while intervention in this case is unnecessary, Plaintiff does not oppose Gallagher's. Presumably, as he has attested to the United States District Court for the Central District of California, Gallagher purchased Wirecard AG ("Wirecard" or "Company") securities in transactions between September 26, 2017 and August 29, 2018—during the Class

Period Plaintiff alleges. Plaintiff purchased Wirecard securities on June 24, 2020, also during the Class Period.[1] In *Dalpoggetto v. Wirecard AG, et al.*, No. 2:19-cv-00986-FMO-SK ("*Dalpoggetto*"), Gallagher, the lead plaintiff, had alleged a class period of April 7, 2016 through October 15, 2019. The *Dalpoggetto* class period excluded Plaintiff's claims.

On July 7, 2020, the day on which Plaintiff filed this case, Dkt. No. 1, the *Dalpoggetto* class period continued to exclude Plaintiff's claims and the claims of all those purchasers of Wirecard securities before April 7, 2016 and after October 15, 2019. On April 30, 2020, in *Dalpoggetto*, Gallagher filed an *ex parte* application for permission to file an amended complaint, extending the class period to April 28, 2020. On May 11, 2020, the *Dalpoggetto* court granted that motion, setting August 14, 2020 as the deadline for Gallagher to file his amended complaint. At the time Plaintiff filed this case, therefore, she protected her own rights and the rights of other members of the Class whom Gallagher had yet to include in his case.

Nothing prevented Plaintiff from protecting the rights of Wirecard securities purchasers both before April 7, 2016 and after October 15, 2019. Nothing prevented Plaintiff from protecting the rights of all Class members by including additional defendants that Gallagher had excluded, including Wirecard's purportedly independent auditor. At the time Plaintiff commenced this action, no one had protected her rights or the rights of the whole Class. Plaintiff's complaint, therefore, alleged material differences from *Dalpoggetto* with respect to several substantive and procedural elements for class claims under Section 10(b) of the Securities Exchange Act of 1934 and Rule 10-b(5) promulgated thereunder.

---

[1] The Class Period in this case is August 17, 2015 through June 24, 2020, inclusive.

While Plaintiff takes no position on Gallagher's request to intervene, Gallagher's approach in filing this Motion was misguided. Rather than attack Plaintiff and her counsel, Gallagher should have simply sought to transfer this action to the United States District Court for the Central District of California to permit Judge Fernando M. Olguin to consider whether to consolidate or to coordinate this case with *Dalpoggetto*.

Since Gallagher filed this Motion, several movants have timely filed motions seeking appointment as lead plaintiff. Each asserts significant financial losses in their Wirecard securities transactions during the Class Period.[2] The Court should afford the person or persons it appoints as lead plaintiff the opportunity to weigh-in on this Motion, particularly on Gallagher's request to stay PSLRA-related lead plaintiff proceedings and for transfer. *See, Ahrens v. CTI Biopharma Corp.*, No. 16 CIV. 1044 (PAE), 2016 WL 2932170, at *2 (S.D.N.Y. May 19, 2016) (directing lead plaintiff movants to state their support or opposition to a motion to transfer filed before lead plaintiff motions were fully briefed).

As Plaintiff did not file a lead plaintiff motion, she opposes everything but intervention to enable lead plaintiff movants to respond to the Motion as the ultimate lead plaintiff will have a substantial interest in its outcome. One such movant already has. *See* Dkt. No. 14.

---

[2] Plaintiff's counsel filed a lead plaintiff motion on behalf of movants Ross S. Blust, Martin Goldberg, and Sen Gan. Dkt No. 10. Upon reviewing all of the submissions, however, Blust, Goldberg, and Gan filed a Notice of Non-Opposition to the other movants, as it appeared they did not have the largest financial interest. Dkt. No. 13. Thus, Plaintiff and her counsel will no longer prosecute this action as they expect the Court will select a lead plaintiff and approve its selection of lead counsel from the remaining lead plaintiff motions.

For those reasons, the Court may grant Gallagher's Motion to intervene, but should deny his motion stay PSLRA lead plaintiff proceedings and to transfer this case until this Court appoints a lead plaintiff in this action.

Dated: September 10, 2020                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg (PA ID: 66399)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

Phillip Kim
275 Madison Ave., 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Plaintiff*

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated: September 10, 2020

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg