# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL A. BROWN, | : | |
| (individually and behalf of all others similarly situated), | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-cv-03326-AB |
| v. | : | |
| | : | |
| WIRECARD AG, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 11th day of September 2020, it is **ORDERED** that Thanh Sam's Motion to Suspend Briefing on Lawrence Gallagher's Motion to Intervene (ECF No. 2) is **GRANTED**. Any opposition to the Motion to Intervene must be filed on or before **September 21, 2020**.

**s/ANITA B. BRODY, J.**
**ANITA B. BRODY, J.**

Copies **VIA ECF** on 09/11/2020