UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
267-299-7431

September 11, 2020

**NOTICE OF VIDEO CONFERENCE**:

RE:     BROWN v. WIRECARD AG et al
          C.A. No. 20-3326

Counsel,

Please be advised a video conference is scheduled for October 14, 2020 at 2:00 PM. A Zoom link will be sent via e-mail.

s/Joseph B. Walton
_____
Joseph B. Walton
Civil Deputy to Judge Brody

**COPIES SENT VIA ECF ON 09/11/2020**