UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BROWN, Individually and On Behalf Of All Others Similarly Situated, | No. 2:20-cv-03326-AB |
| Plaintiff, | CLASS ACTION |
| v. | |
| WIRECARD AG, MARKUS BRAUN, JAN MARSALEK, BURKHARD LEY, ALEXANDER VON KNOOP, SUSANNE STEIDL, WULF MATTHIAS, and ERNST & YOUNG GMBH WIRTSCHAFTSPRUEFUNGSGESELLSCHAFT, | |
| Defendants. | |

**WITHDRAWAL OF LAWRENCE GALLAGHER'S MOTION FOR:
(1) INTERVENTION PURSUANT TO FED. R. CIV. P. 24;
(2) STAY OF PSLRA LEAD PLAINTIFF SELECTION PROCESS; AND
(3) TRANSFER OF VENUE**

010821-11/1346094 V1

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lawrence Gallagher ("Gallagher"), by and through his counsel, hereby withdraws his motion: (i) to intervene in the above-captioned action; (ii) to stay the lead plaintiff selection process imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and (iii) to transfer the above-captioned action to the U.S. District Court for the Central District of California, where *DalPoggetto v. Wirecard AG*, No. 2:19-cv-00986-FMO-SK (the "*DalPoggetto* Action") is pending. *See* ECF No. 2 (the "Motion").

As the Motion stated, Mr. Gallagher is the Court-appointed Lead Plaintiff in the *DalPoggetto* Action. Since Mr. Gallagher filed the Motion, several lead plaintiff motions have been filed in this Action. *See* ECF Nos. 3, 6, 7, 9, 10, 12. Of these, it appears that Thanh Sam is the presumptive lead plaintiff as she claims to have the largest financial interest of any competing movants and to otherwise satisfy the Rule 23 typicality and adequacy requirements. *See* ECF No. 12-1.[1]

On September 10, 2020, Ms. Sam filed a motion requesting an extension of time to respond to the Motion, which the Court granted. *See* ECF Nos. 14 (the "Request"), 16. In her Request, Ms. Sam argued that this Action should proceed in this District because, *inter alia*, defendant Wirecard AG's North American arm is headquartered in this District and, therefore, this District provides an appropriate forum and would help ensure that this case will be decided on the merits. *See* ECF No. 14 at 2.

Mr. Gallagher's counsel has since conferred with Ms. Sam's counsel and a compromise was reached whereby Mr. Gallagher is withdrawing his Motion and will seek to transfer the

---

[1] Of the five other motions filed, three have filed notices of non-opposition (*see* ECF Nos. 13, 23, 24), and the remaining two assert a tiny fraction of the losses Ms. Sam suffered.

*DalPoggetto* Action to this District. Once the *DalPoggetto* Action arrives in this District, Mr. Gallagher will seek to relate the *DalPoggetto* action and coordinate proceedings with the Court-appointed lead plaintiff in this Action to ensure that both cases proceed in the most efficient manner possible for all parties and the Court, including potential consolidation, if appropriate.

<div style="margin-left: 40%">

Respectfully submitted,

</div>

DATE:  September 21, 2020          HAGENS BERMAN SOBOL SHAPIRO LLP

<div style="margin-left: 40%">

By:  */s/ Reed R. Kathrein*
Reed R. Kathrein (admitted *pro hac vice*)
Danielle Smith (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for C.D. Cal. Lead Plaintiff*
*Lawrence Gallagher*

Jeffrey L. Kodroff (55780)
SPECTOR ROSEMAN & KODROFF PC
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile:  (215) 496-6611
jkodroff@srkattorneys.com

*Liaison Counsel for C.D. Cal. Lead Plaintiff*
*Lawrence Gallagher*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

- 1 -