IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROWN,<br>          Plaintiff,<br><br>          v.<br><br>WIRECARD AG. et al.,<br>          Defendants. | CIVIL ACTION<br>No. 20-cv-03326-AB |

## **ORDER**

**AND NOW,** this 13th day of October 2020, having considered Thanh Sam's Motion for Appointment for Lead Plaintiff and Approval of Selection of Lead Counsel, the Memorandum of Law, and Declaration of Lawrence F. Stengel (ECF No. 12), and Notice of Unopposed Motion and Memorandum of Law in Further Support of Thanh Sam's Motion for Appointment as Lead Plaintiff (ECF. No 28), as well as the notices of non-opposition filed by the other five movants (ECF No. 13, ECF No. 23, ECF No. 24, ECF No. 26, ECF No. 27) it is **ORDERED**:

1. The Motion is **GRANTED**.

2. Competing Motions for Appointment for Lead Plaintiff and Approval of Selection of Lead Counsel (ECF No. 3, ECF No. 6, ECF No. 7, ECF No. 9, ECF No. 10) are **DENIED**.

3. Every pleading in the Action shall have the following caption: *In re Wirecard AG Securities Litigation*, Civ. Action No. 2:20-cv-03326-AB. The file in Civ. Action No. 2:20-cv- 03326-AB shall be the master file for the action. All securities class actions on behalf of purchasers of Wirecard AG securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.  This

Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

4. Thanh Sam is appointed as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

5. Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

   a. the preparation and filing of all pleadings;

   b. the briefing and argument of all motions;

   c. the conduct of all discovery proceedings and depositions;

   d. settlement negotiations with defendants;

   e. the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

   f. the supervision of all other matters concerning the prosecution or resolution of this action.

s/ANITA B. BRODY

**ANITA B. BRODY, J.**

Copies **VIA ECF** on 10/13/2020