**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: WIRECARD AG SECURITIES LITIGATION | No. 2:20-cv-03326-AB <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br><br> *Brown v. Wirecard AG*, No. 2:20-cv-03326-AB <br><br> *DalPoggetto v Wirecard AG*, No. 2:20-cv-05017-TJS | |

**ORDER**

**AND NOW,** this **17th day** of **October 2020**, it is **ORDERED** that **Civil Action No. 2:20-cv-05017-TJS** is consolidated with **Civil Action No. 2:20-cv-03326-AB**. Every pleading in this action must have the caption *In re Wirecard AG Securities Litigation*, Civil Action No. 2:20-cv-03326-AB. *See* ECF No. 31.

                                        *S/Anita B. Brody*
                                        ANITA B. BRODY, J.

COPIES VIA ECF_____

1