UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re WIRECARD AG SECURITIES LITIGATION </br></br> This Document Relates To: </br></br> ALL ACTIONS. | ) Civ. Action No. 2:20-cv-03326-AB </br> ) </br> ) <u>CLASS ACTION</u> </br> ) </br> ) MOTION TO EXTEND THE TIME FOR </br> ) SERVICE </br> ) </br> ) |

4823-0964-2191.v1

Lead Plaintiff Thanh Sam hereby moves this Court for an Order extending the time to complete service on Defendants. In support of this Motion, Lead Plaintiff submits herewith a Memorandum of Law and Declaration of John H. George, dated October 20, 2020.

DATED: October 20, 2020

Respectfully submitted,

SAXTON & STUMP
LAWRENCE F. STENGEL (P.A. Bar # 32809)

s/ Lawrence F. Stengel
LAWRENCE F. STENGEL

280 Granite Run Drive, Suite 300
Lancaster, PA 17601
Telephone: 717/556-1000
717/441-3810 (fax)
lfs@saxtonstump.com

Local Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
JOHN H. GEORGE
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
PERETZ BRONSTEIN
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone:  212/697-6484
212/697-7296 (fax)
peretz@bgandg.com

Additional Counsel for Lead Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 20, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       s/ Lawrence F. Stengel
       LAWRENCE F. STENGEL

       SAXTON & STUMP
       280 Granite Run Drive, Suite 300
       Lancaster, PA 17601
       Telephone: 717/556-1000
       717/441-3810 (fax)
       E-mail:  lfs@rgrdlaw.com

# Mailing Information for a Case 2:20-cv-03326-AB BROWN v. WIRECARD AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **LEE ALBERT**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **DANIELLE SMITH**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,gas@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com,jgriffin@kaplanfox.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
WILLIAM              S. NORTON
CADWALADER WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
```