# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WIRECARD AG SECURITIES LITIGATION | No. 2:20-cv-03326-AB <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | |

## ORDER

**AND NOW,** this **23rd day** of **October 2020**, it is **ORDERED** that Lead Plaintiff's Motion to Extend the Time for Service (ECF No. 43) is **GRANTED**. Lead Plaintiff must serve Defendants Wirecard AG, Markus Braun, Jan Marsalek, Burkhard Ley, Alexander von Knoop, Susanne Steidl, Wulf Matthias, and Ernst & Young GmbH Wirtschaftspruefungsgesellschaft **on or before April 19, 2021**, pursuant to The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T 361, 68 U.N.T.S. 163. Extensions may be granted for good cause.

                                                    _S/Anita B. Brody_____
                                                    ANITA B. BRODY, J.


COPIES VIA ECF_____