UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | Civ. Action No. 2:20-cv-03326-AB |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER REGARDING JOINT PROSECUTION OF THE CONSOLIDATED ACTIONS AND FILING OF THE CONSOLIDATED COMPLAINT |

4818-2896-5583.v1

In connection with the Court's October 13, 2020 Order appointing Thanh Sam Lead Plaintiff and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Lead Counsel (ECF No. 31) ("Order"), and the transfer and consolidation of a related action from the United States District Court for the Central District of California, *DalPoggetto v. Wirecard AG*, No. 2:20-cv-05017-AB (E.D. Pa.) (the "*DalPoggetto* Action") (ECF No. 36), Lead Counsel hereby submits the following Stipulation and [Proposed] Order Regarding Joint Prosecution of the Consolidated Actions and Filing of the Consolidated Complaint.

WHEREAS, on July 7, 2020, this action, *Brown v. Wirecard AG et al.*, No. 2:20-cv-03326-AB, was filed on behalf of all persons or entities who purchased or otherwise acquired Wirecard securities between August 17, 2015 and June 24, 2020, inclusive (the "Class Period"), alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 against Defendants[1]. ECF No. 1;

WHEREAS, on October 13, 2020, pursuant to the lead plaintiff and lead counsel appointment process provided in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, this Court appointed Thanh Sam as Lead Plaintiff and Robbins Geller as Lead Counsel. *See* Order;

WHEREAS, pursuant the Order, "[a]ll securities class actions on behalf of purchasers of Wirecard AG securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action." Order, ¶3;

WHEREAS, on February 8, 2019, the *DalPoggetto* Action was filed in the United States District Court for the Central District of California alleging substantially the same facts, claims,

---

[1] "Defendants" are Wirecard AG ("Wirecard"), Markus Braun, Jan Marsalek, Burkhard Ley, Alexander von Knoop, Susanne Steidl, Wulf Matthias and Ernst & Young GmbH Wirtschaftspruefungsgesellschaft.

- 1 -

4818-2896-5583.v1

- 2 -

and causes of action on behalf of the same putative class of Wirecard purchasers and acquirers against the same Defendants. *DalPoggetto v. Wirecard AG et al.*, No. 2:19-cv-00986-FMO-SK, Class Action Complaint for Violation of the Federal Securities Laws (C.D. Cal Feb. 8, 2019);

WHEREAS, on May 6, 2019, pursuant to the lead plaintiff and lead counsel appointment process provided in the PSLRA, the United States District Court for the Central District of California appointed Lawrence Gallagher as lead plaintiff and Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as lead counsel in the *DalPoggetto* Action. *DalPoggetto v. Wirecard AG et al.*, No. 2:19-cv-00986-FMO-SK, Order Granting the Motion [16] of Lawrence Gallagher for Appointment as Lead Plaintiff, and Approval of His Selection of Lead Counsel (C.D. Cal. May 6, 2019);

WHEREAS, on October 9, 2020, the *DalPoggetto* Action was transferred to this District. *DalPoggetto v. Wirecard AG et al.*, No. 2:19-cv-00986-FMO-SK, Order Granting Lead Plaintiff's Motion [85] to Transfer Venue Pursuant to 28 U.S.C. § 1404 and Granting Limited Request to Lift Stay (C.D. Cal. Oct. 8, 2020);

WHEREAS, on October 17, 2020, the Court consolidated the related *DalPoggetto* Action with the above-captioned case. ECF No. 36;

WHEREAS, Lead Counsel Robbins Geller and Hagens Berman have met and conferred and agreed in light of the substantial similarity of the claims, facts and Class Periods alleged in each of the actions against the same defendants, and their consolidation, it is in the best interest of the putative Class for the actions to be jointly prosecuted by Robbins Geller and Hagens Berman as Lead Counsel with Thanh Sam and Lawrence Gallagher as Lead Plaintiff;

WHEREAS, Lead Counsel Robbins Geller and Hagens Berman have met and conferred and agreed to file a consolidated class action complaint on or before December 22, 2020;

- 3 -

WHEREAS, counsel for Defendants have not yet made an appearance in *Brown v. Wirecard AG*; and

WHEREAS, upon the appearance of counsel for Defendants in *Brown v. Wirecard AG*, Lead Counsel Robbins Geller and Hagens Berman will meet and confer with counsel for Defendants on an appropriate schedule for the filing of a motion to dismiss or answer to the consolidated complaint.

NOW THEREFORE, subject to approval of the Court, it is hereby stipulated and agreed that:

1. The law firms Robbins Geller and Hagens Berman shall jointly prosecute the consolidated action as Lead Counsel on behalf of the putative Class and Thanh Sam and Lawrence Gallagher shall serve as Lead Plaintiffs.

2. Lead Plaintiffs shall file a consolidated class action complaint on or before December 22, 2020.

3. Upon the appearance of counsel for Defendants, Lead Counsel shall meet and confer with counsel for Defendants on an appropriate schedule for the filing of a motion to dismiss or answer to the consolidated complaint.

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
                                                                                      THE HONORABLE ANITA B. BRODY
                                                                                      UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: October 26, 2020　　　　　　　SAXTON & STUMP
　　　　　　　　　　　　　　　　　　　LAWRENCE F. STENGEL (P.A. Bar # 32809)


　　　　　　　　　　　　　　　　　　　　s/ Lawrence F. Stengel
　　　　　　　　　　　　　　　　　　　LAWRENCE F. STENGEL

　　　　　　　　　　　　　　　　　　　280 Granite Run Drive, Suite 300
　　　　　　　　　　　　　　　　　　　Lancaster, PA  17601
　　　　　　　　　　　　　　　　　　　Telephone:  717/556-1000
　　　　　　　　　　　　　　　　　　　717/441-3810 (fax)
　　　　　　　　　　　　　　　　　　　lfs@saxtonstump.com

　　　　　　　　　　　　　　　　　　　Local Counsel for Lead Plaintiff

　　　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　 & DOWD LLP
　　　　　　　　　　　　　　　　　　　SHAWN A. WILLIAMS
　　　　　　　　　　　　　　　　　　　JOHN H. GEORGE
　　　　　　　　　　　　　　　　　　　HADIYA K. DESHMUKH
　　　　　　　　　　　　　　　　　　　Post Montgomery Center
　　　　　　　　　　　　　　　　　　　One Montgomery Street, Suite 1800
　　　　　　　　　　　　　　　　　　　San Francisco, CA  94104
　　　　　　　　　　　　　　　　　　　Telephone:  415/288-4545
　　　　　　　　　　　　　　　　　　　415/288-4534 (fax)
　　　　　　　　　　　　　　　　　　　shawnw@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　jgeorge@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　hdeshmukh@rgrdlaw.com

　　　　　　　　　　　　　　　　　　　Lead Counsel for Lead Plaintiff

DATED: October 26, 2020　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　　　　　　REED R. KATHREIN
　　　　　　　　　　　　　　　　　　　DANIELLE SMITH


　　　　　　　　　　　　　　　　　　　　s/ Reed R. Kathrein (with consent)
　　　　　　　　　　　　　　　　　　　REED R. KATHREIN

　　　　　　　　　　　　　　　　　　　715 Hearst Avenue, Suite 202
　　　　　　　　　　　　　　　　　　　Berkeley, CA 94710
　　　　　　　　　　　　　　　　　　　Telephone:  510/725-3000
　　　　　　　　　　　　　　　　　　　510/725-3001 (fax)
　　　　　　　　　　　　　　　　　　　reed@hbsslaw.com
　　　　　　　　　　　　　　　　　　　danielles@hbsslaw.com

- 4 -

- 5 -

        HAGENS BERMAN SOBOL SHAPIRO LLP
        STEVEN W. BERMAN
        1301 Second Avenue, Suite 2000
        Seattle, WA 98101
        Telephone:  206/623-7292
        206/623-0594 (fax)
        steve@hbsslaw.com

        Attorneys for Lead Plaintiff Lawrence Gallagher

        BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
        PERETZ BRONSTEIN
        60 East 42nd Street, Suite 4600
        New York, NY  10165
        Telephone:  212/697-6484
        212/697-7296 (fax)
        peretz@bgandg.com

        Additional Counsel for Lead Plaintiff Thanh Sam

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 26, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Lawrence F. Stengel
    LAWRENCE F. STENGEL

    SAXTON & STUMP
    280 Granite Run Drive, Suite 300
    Lancaster, PA  17601
    Telephone:  717/556-1000
    717/441-3810 (fax)
    E-mail:  lfs@saxtonstump.com

# Mailing Information for a Case 2:20-cv-03326-AB BROWN v. WIRECARD AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **LEE ALBERT**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **DANIELLE SMITH**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,gas@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com,jgriffin@kaplanfox.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
WILLIAM          S. NORTON
CADWALADER WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
```