**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: WIRECARD AG SECURITIES LITIGATION | No. 2:20-cv-03326-AB<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

**AND NOW,** this 27th day of October 2020, upon consideration of the Stipulation Regarding Joint Prosecution of the Consolidated Actions and Filing of the Consolidated Complaint (ECF No. 45), it is **ORDERED** that:

1. The law firms Robbins Geller and Hagens Berman will jointly prosecute the consolidated actions as Lead Counsel on behalf of the putative Class. Thanh Sam and Lawrence Gallagher will serve as Lead Plaintiffs.

2. Lead Plaintiffs must file a consolidated class action complaint **on or before December 22, 2020**.

3. Upon the appearance of counsel for Defendants, Lead Counsel will meet and confer with counsel for Defendants on an appropriate schedule for the filing of the motion to dismiss or answer to the consolidated complaint.

_s/ANITA B. BRODY, J._____
ANITA B. BRODY, J.

COPIES VIA ECF