UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | ) ) ) ) | Civ. Action No. 2:20-cv-03326-AB <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) | DECLARATION OF JOHN H. GEORGE IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY |

I, JOHN H. GEORGE, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court. I am associated with the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    CNBC article "'The Enron of Germany': Wirecard scandal casts a shadow on corporate governance,'" dated June 29, 2020;

Exhibit 2:    Financial Times article "Wirecard: the movie," dated September 11, 2020;

Exhibit 3:    Reuters article "Wirecard buys Citi Prepaid Card Services to enter USA," dated June 29, 2016;

Exhibit 4:    Excerpts from the Wirecard AG Annual Report 2017, dated December 4, 2018;

Exhibit 5:    Excerpts from the Wirecard AG Interim Report, dated June 30, 2017;

Exhibit 6:    Excerpts from the Wirecard AG Quarterly Statement for the third quarter 2019, dated September 30, 2019;

Exhibit 7:    Excerpts from the Wirecard AG Annual Report 2018, dated April 25, 2019;

Exhibit 8:    Financial Times article "Wirecard relied on three opaque partners for almost all its profit," dated April 24, 2019;

Exhibit 9:    Q4 2018 Wirecard AG Earnings Call transcript, dated April 25, 2019;

Exhibit 10:    Financial Times article "Wirecard appoints KPMG for independent review of accounting," dated October 21, 2019;

Exhibit 11:    Financial Times article "KPMG unable to verify Wirecard's third-party profits," dated April 28, 2020;

Exhibit 12:    The New York Times article "Wirecard Ex-C.E.O. Arrested on New Charges of Defrauding Banks," dated July 22, 2020;

- 1 -

- 2 -

Exhibit 13:    The New York Times article "Wirecard, Reeling From Accounting Scandal, Files for Insolvency," dated June 25, 2020;

Exhibit 14:    Financial Times article "Wirecard's core business has been lossmaking for years, audit shows," dated July 5, 2020;

Exhibit 15:    Businesswire press release "daVinci Payments to Combine with North Lane Technologies, Formerly Wirecard North America," dated October 22, 2020;

Exhibit 16:    Businesswire press release "Wirecard North America Inc. Pursues Acquisition," dated June 30, 2020;

Exhibit 17:    North Lane Technologies, Inc. webpage "Our Story," last visited November 6, 2020; and

Exhibit 18:    Financial Times article "Wirecard North America sold to Syncapay as break-up progresses," dated October 22, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of November, 2020, at San Francisco, California.

s/ John H. George
JOHN H. GEORGE

Cases\4845-9257-3136.v1-11/6/20

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Lawrence F. Stengel
LAWRENCE F. STENGEL

SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)
E-mail:  lfs@saxtonstump.com

Cases\4845-9257-3136.v1-11/6/20

# Mailing Information for a Case 2:20-cv-03326-AB BROWN v. WIRECARD AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **LEE ALBERT**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **PERETZ BRONSTEIN**
  peretz@bgandg.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com,hdeshmukh@ecf.courtdrive.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com,jgeorge@ecf.courtdrive.com,smorris@ecf.courtdrive.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **WILLIAM S. NORTON**
  bnorton@motleyrice.com,mhickey@motleyrice.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **DANIELLE SMITH**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,gas@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com,jgriffin@kaplanfox.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,shawnw@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Case 2:20-cv-03326-AB   Document 40-2   Filed 11/06/20   Page 6 of 6

- (No manual recipients)