# EXHIBIT 2

**FT Alphaville**  **Wirecard AG**

# Wirecard: the movie

Well, sort of.

**Jamie Powell** SEPTEMBER 11 2020

Like FT Alphaville, you probably can't get enough of the Wirecard story. You know the one, it started with some enquiring stories on these hallowed pink pixels five years ago, and ended up becoming the largest corporate scandal in Germany since World War II.

That means, of course, there will be a movie. There has to be. Probably featuring tense sequences weaving through Mayfair back alleys, Libyan militia and two Filipino men grooming a small white dog.

So while we wait a few long years for that, and keep our fingers crossed that some of the minor characters (read: FT Alphaville team members) get favourable casting, we've got the next best thing for you.

On Thursday evening FT Due Diligence's Arash Massoudi hosted a 90-minute interview with the team that brought the world the Wirecard story, led by former Alphavillain Dan McCrum, during which they spilled the beans on their experience and answered some excellent reader questions.



Crummy McCrum spilling the beans.

The full thing can be watched here, if you don't mind entering some basic registration details.

Perfect for a Friday afternoon working from home, dare we suggest. Enjoy.

Copyright The Financial Times Limited 2020. All rights reserved.