# EXHIBIT 4



# Digitise Now
## Annual Report 2017

wirecard

# CONTENT

| | | |
|---|---|---|
| Letter from the CEO | | 7 |
| Report of the Supervisory Board | | 11 |
| Corporate Governance Report | | 17 |
| Wirecard stock | | 32 |

**CONTENT MANAGEMENT REPORT**    **36**

| | | |
|---|---|---|
| I. | FOUNDATIONS OF THE GROUP | 40 |

| | | |
|---|---|---|
| 1. | Group structure, organisation and employees | 40 |
| 2. | Business activities and products | 51 |
| 3. | Corporate management, objectives and strategy | 59 |
| 4. | Research and development | 66 |
| 5. | Corporate governance statement, remuneration report and takeover law disclosures | 73 |

| | | |
|---|---|---|
| II. | ECONOMIC REPORT | 88 |

| | | |
|---|---|---|
| 1. | General conditions and business performance | 88 |
| 2. | Results of operations, financial position and net assets | 107 |
| 3. | Report on events after the balance sheet date | 119 |

| | | |
|---|---|---|
| III. | FORECAST AND REPORT ON OPPORTUNITIES AND RISKS | 122 |

| | | |
|---|---|---|
| 1. | Forecast | 122 |
| 2. | Report on opportunities and risks | 143 |
| 3. | Overall statement on the Group's expected development (outlook) | 170 |

**CONSOLIDATED ACCOUNTS**    **172**

**CONSOLIDATED STATEMENT OF FINANCIAL POSITION**    **174**

| | |
|---|---|
| Consolidated income statement | 176 |
| Consolidated statement of comprehensive income | 177 |
| Consolidated statement of changes in equity | 177 |
| Consolidated cash flow from operating activities (adjusted) | 179 |
| Change in non-current assets | 180 |
| Responsibility statement Glossar | 299 |
| Glossary | 300 |
| Imprint | 306 |

as the integration of transaction and retail banking services or a customer loyalty programme. The trend towards digitalisation in bricks and mortar trade also offers Wirecard good prerequisites for cross-selling activities for existing and new customers.

The common language of all business entities within the Wirecard Group is Internet technology, which guarantees the fast and efficient integration of new subsidiaries and customer portfolios via the digital platform solution.

## 1.7 Future Group orientation

### Group orientation in the next two fiscal years

The future growth and positioning of the Wirecard Group is geared to a primarily organic growth strategy and will be based on the measures realised to date.

The core business area of electronic payment processing and acceptance will be continuously expanded to meet the needs of globally active retailers – by integrating, as previously, both international and also local payment systems. As the Group has based its end-to-end solutions on Internet technology and shapes the e-commerce market with its innovative products, Wirecard is well positioned for the future.

### Planned changes to business policy

No major changes to business policy are planned for the current year or the following year. The activities of Wirecard AG focus on continuous investment to expand its portfolio of products and services, in order to extend the value chain of our core business.

### Future sales markets

A large proportion of the growth of Wirecard AG is expected to be in its core markets of Europe and the Asia-Pacific region in 2018 and 2019. In addition, Wirecard has gained access to the largest e-commerce market in the world with the acquisition of the institutional prepaid card business of the Citigroup in the USA and major impetus for growth is expected here as a result. Once existing customers are already benefiting from Wirecard's innovative issuing services, payment processing and acquiring solutions will be made available to US retailers in the short to medium term. Furthermore, the now attained global market position will also be substantially expanded.

The strategy of achieving an international presence through locally networked entities and providing multinational card and payment acceptance agreements is the key to securing further globally active retailers as customers. The Wirecard platform offers locally and globally relevant payment methods. This product range will also be continuously extended. Due to the acquisition of the Asia-Pacific acquiring portfolio of the Citigroup that was announced at the beginning of 2017 and is due to be concluded in the middle of 2018, Wirecard will homogenise and expand its range of products and services for the entire APAC region. Regionally active and international retailers can already benefit today from the full payment value added chain offered by Wirecard.

### Future application of new methods, products and services

Wirecard combines the latest software technology with bank products or services and also continuously expands its portfolio to include innovative payment technologies.

The Group manages product development activities internally along the product lines that are in place together with respective business analysts. These product lines include card-based or alternative payment methods, risk management and fraud prevention, as well as issuing (card products). New growth potential derived from existing technology and innovative new developments will be exploited through new business areas in mobile services, data analytics, financial services, couponing and loyalty. The development of new products and solutions, some in cooperation with partners, is being driven forward constantly. Innovative strength, a competitive range of products and services and the ability to quickly implement industry and customer-specific requirements remain the basis for organic growth.

As a technologically agnostic company, Wirecard AG operates flexibly across interfaces or transmission formats via its modular platform.

In order to ensure the constant expansion of our payment acceptance products – whether for card-based or alternative methods – market-relevant solutions will be constantly integrated into the platform.

## 1.8 Expected financial position and results of operations

### Financial position

The financial position of Wirecard should continue to remain solid over the next two years. This includes an equity ratio that remains at a comfortable level. The equity ratio in 2017 is 42,0 percent compared to 53,0 percent in the previous year. The dividend payout of EUR 0.18 per share that is to be proposed to this year's Annual General Meeting has been taken into account in this statement. The retained profits will be invested in, amongst other things, research and development expenses and new technologies. These currently account for around six to seven percent of annual revenues per year.

The range of technological services offered by the Wirecard Group is completed by Wirecard Communication Services GmbH based in Leipzig, Germany. This subsidiary offers call centre and communication services internally within the Group and sells these to the customers of Wirecard AG.

### Changes to the Group structure

The changes in the shareholdings held directly and indirectly by Wirecard AG will be described below. If these changes involve business combinations, they will be explained in the subsequent section.

The acquisition of the business of Citi Prepaid Card Services announced by Wirecard AG on 29 June 2016 as part of a combined share and asset deal was successfully concluded on 9 March 2017 with the transfer of control over Ecount Inc. and the individual assets. Citi Prepaid Card Services is a leading issuer and programme manager in the area of institutional prepaid cards with headquarters in Conshohocken, Pennsylvania (USA).

For this purpose, Kestrel Mergers Acquisitions Corp., Conshohocken (USA) was founded as an transaction vehicle. It merged with Wirecard North America Inc., Conshohocken (USA) at the closing of the transaction.

Wirecard AG acquired all shares in MyGate Communications Pty Ltd. based in Cape Town (South Africa), on 6 March 2017 as part of a share deal and the company was consolidated at this point in time. MyGate Communications is a leading payment service provider (PSP) in Africa and had around 20 employees at the time of acquisition.

On 13 March 2017, Wirecard AG and the Citigroup subsidiaries CITIBANK, N.A. and CITIBANK OVERSEAS INVESTMENT CORPORATION agreed the acquisition by Wirecard AG of the customer portfolio of Citi's credit card acceptance business in eleven Asian-Pacific markets as part of an asset deal. The transaction involved all customer portfolios in the area of credit card acceptance in Singapore, Hong Kong, Macau, Malaysia, Taiwan, Indonesia, the Philippines, Thailand, India, Australia and New Zealand. The portfolio that will be acquired comprises a long-standing customer base of more than 20,000 retailers, particularly from the travel and mobility sector, the financial services sector, luxury goods, retail trade and technology and telecommunications. The closing of the transaction is due to be completed in several stages in 2018.

**NOTES** EXPLANATORY NOTES
1. Disclosures relating to the Company and the valuation principles applied

185

As part of the organic expansion of Wirecards's presence and sale activities and the organisational and technical restructuring within the Wirecard Group, the following companies were newly founded in the 2017 fiscal year:

- Wirecard (Thailand) Co. Ltd., Bangkok (Thailand)
- Wirecard E-Money Philippines Inc., Manila (the Philippines)
- Wirecard Issuing Technologies GmbH, Aschheim (Germany)
- Wirecard Service Technologies GmbH, Aschheim (Germany)
- Wirecard Acceptance Technologies GmbH, Aschheim (Germany)

The two new Asian companies will be used for, amongst other things, activities connected to the acquisition of Citi Prepaid Card Services in the USA and the already completed and further planned acquisition of the customer portfolios for card acceptance in the Asia-Pacific region of the Citigroup.

**NOTES** EXPLANATORY NOTES
1. Disclosures relating to the Company and the valuation principles applied

185

## IMPRINT

**PUBLISHER**

WIRECARD AG

Einsteinring 35
85609 Aschheim
Germany

www.wirecard.com
Phone +49 (0) 89 / 4424–1400
Fax +49 (0) 89 / 4424–1500
Email contact@wirecard.com

Publication Date: 12.04.2018

**INVESTOR RELATIONS**

Phone +49 (0) / 4424–1788
Email ir@wirecard.com
ir.wirecard.com

This Annual Report is drawn up in the German language; translation into other languages are made only for informational purposes. In the event the texts diverge, the German text is authoritative.

Management report and consolidated financial statements produced with File.sys publishing solutions.