# EXHIBIT 5



# CONNECTED COMMERCE

INTERIM REPORT AS
AT JUNE 30, 2017

**Wirecard AG**

wirecard

# CONTENT

1. Letter from the CEO                                                                6

ABRIDGED GROUP MANAGEMENT REPORT                                                     8
1. Group structure, organisation, employees and strategy                             8
2. Business Activities and Products                                                  18
3. Business Performance                                                              26
4. Results of operations, financial position and net assets                         32
5. Research and development                                                          42
6. Report on events after the balance sheet date                                    43
7. Report on opportunities and risks                                                44
8. Outlook                                                                          45
9. WIRECARD STOCK                                                                    46

CONSOLIDATED ACCOUNTS                                                                50
Consolidated statement of financial position                                        50
Consolidated income statement                                                       52
Consolidated statement of comprehensive income                                      53
Consolidated cash flow statement                                                    54
Consolidated cash flow from operating activities (adjusted)                         55
Consolidated statement of changes in equity                                         56
1. Disclosures relating to the Company and the valuation principles
applied                                                                            57
2. Notes to the consolidated balance sheet – assets                                65
3. Notes to the consolidated balance sheet – equity and liabilities                71
4. Notes to the consolidated income statement                                      74
5. Notes to the consolidated cash flow statement                                   79
6. Other notes                                                                     86
7. Additional mandatory disclosures                                                89

CONSOLIDATED FINANCIAL STATEMENTS
1. Disclosures relating to the Company and the valuation principles applied

# Explanatory notes

## 1. Disclosures relating to the Company and the valuation principles applied

## 1.1 Business activities and legal background

Wirecard AG, Einsteinring 35, 85609 Aschheim (hereafter referred to as "Wirecard", the "Group" or the "Company") was founded on 6 May 1999. The name of the Company was changed from InfoGenie Europe AG to Wire Card AG when it was entered in the commercial register on 14 March 2005 and to Wirecard AG when it was entered in the commercial register on 19 June 2006.

### Changes to the Group structure

The acquisition of the business of Citi Prepaid Card Services announced by Wirecard AG on 29 June 2016 as part of a combined share and asset deal was successfully concluded on 9 March 2017 with the receipt of control over the assets. Citi Prepaid Card Services is a leading issuer and programme manager in the area of institutional prepaid credit cards with headquarters in Conshohocken, Pennsylvania (USA).

For this purpose, Kestrel Mergers Acquisitions Corp., Delaware (USA) was founded as an acquisition vehicle. It merged with Wirecard North America Inc., Delaware (USA) following the closing of the transaction.

Wirecard AG acquired all shares in MyGate Communications (Pty) based in Cape Town, South Africa, on 6 March 2017 and the company was consolidated at this point in time. MyGate is a leading payment service provider (PSP) in Africa. The company currently has 21 employees.

On 13 March 2017 Wirecard AG signed an agreement with Citigroup subsidiaries CITIBANK, N.A. and CITIBANK OVERSEAS INVESTMENT CORPORATION to purchase the customer portfolio of Citi's merchant acquiring business in 11 markets in Asia Pacific (APAC). The asset deal includes the entire customer portfolio for merchant acquiring services in Singapore, Hong Kong, Macau, Malaysia, Taiwan, Indonesia, Philippines, Thailand, India, Australia and New Zealand. The portfolio comprises a long-standing and reputable client base of more than 20,000 merchants, e.g. in Airlines/ travel, financial services, luxury goods, retail as well as technology and telecommunications. Closing will occur in stages by June 2018. The projected EBITDA-contribution of the acquired portfolio in 2019, its first year of being fully consolidated in Wirecard group is more than EUR 20 million. On 15 June 2017 the closing for Singapore and Hong Kong took place.

As part of the organic expansion of Wirecard's presence and its sales activities, the following companies were newly founded:

– Wirecard (Thailand) Co. Ltd., Bangkok (Thailand)
– Wirecard E-Money Philippines Inc. ,Manila (Philippines)

These companies will also be used for activities connected to the acquisition of Citi Prepaid Services in the USA and the planned acquisition of the customer portfolio for card acceptance in the Asia-Pacific region of the Citigroup.

IMPRINT

PUBLISHER

WIRECARD AG

Einsteinring 35
85609 Aschheim
Germany

www.wirecard.com
Phone  +49 (0) 89 / 4424-1400
Fax  +49 (0) 89 / 4424-1500
Email  contact@wirecard.com

PUBLICATION DATE: 17.08.2017

INVESTOR RELATIONS

TPhone  +49 (0) 89 / 4424-1788
Email  ir@wirecard.com
ir.wirecard.com

This Quarterly Statement is drawn up in the German language; translation into other languages are made only for informational purposes. In the event the texts diverge, the German text is authoritative.

Management report and consolidated financial statements produced with Fire.sys publishing solutions.