# EXHIBIT 6



- Transaction volume increased by 37.7 percent
- Consolidated revenues increased by 36.7 percent
- EBITDA increased by 38.4 percent
- Earnings after tax rose by 53.2 percent
- Free cash flow increased by 60.0 percent
- Publication of EBITDA 2020 guidance; EBITDA 2019 guidance confirmed

| Group | 9M 2019 | 9M 2018 | |
|---|---|---|---|
| | | adjusted | |
| Revenues | 1,941.3 | 1,420.1 | in EUR million |
| EBITDA | 553.1 | 399.8 | in EUR million |
| EBIT | 450.9 | 321.4 | in EUR million |
| Earnings per share (basic) | 3.13 | 2.04 | EUR |
| Cash flow from operating activities (adjusted) | 486.8 | 310.1 | in EUR million |
| Employees (average) | 5,685 | 5,082 | |
| of which part-time | 338 | 323 | |

**CEO Markus Braun:** "We are delighted to be able to forecast strong growth in the fourth quarter and the coming fiscal year for our shareholders. Alongside strong organic growth, we are opening up one of the largest growth markets with our entry into the Chinese market and expanding our competitive advantage even further."

**9. Other notes**

**9.1 Segment reporting**
Revenues and EBITDA are allocated into the following operating segments: Wirecard distinguishes between the areas of "Payment Processing & Risk Management", "Acquiring & Issuing" and "Call Center & Communication Services".

In its segment reporting, Wirecard splits revenues as well as EBITDA by region according to the geographical regions of "Europe" including Germany, "Asia and Pacific" and "America and Africa" including North and South America. This information is given according to the production location, i.e. the headquarters of the subsidiaries.

### Revenues by operating segment

| in EUR million | 9M 2019 | 9M 2018 |
|---|---:|---:|
| Payment Processing & Risk Management (PP&RM) | 1,479.6 | 1,016.6 |
| Acquiring & Issuing (A&I) | 522.4 | 455.6 |
| Call Center & Communication Services (CC&CS) | 6.8 | 6.8 |
| | 2,008.9 | 1,478.9 |
| Consolidation PP&RM | −45.8 | −37.6 |
| Consolidation A&I | −16.6 | −16.3 |
| Consolidation CC&CS | −5.2 | −4.9 |
| **Total** | 1,941.3 | 1,420.1 |

### EBITDA by operating segment

| in EUR million | 9M 2019 | 9M 2018 |
|---|---:|---:|
| Payment Processing & Risk Management (PP&RM) | 476.9 | 336.8 |
| Acquiring & Issuing (A&I) | 76.7 | 63.2 |
| Call Center & Communication Services (CC&CS) | −0.4 | −0.1 |
| | 553.2 | 399.9 |
| Consolidations | 0.0 | −0.2 |
| **Total** | 553.1 | 399.8 |

**Revenues by region**

| in EUR million | 9M 2019 | 9M 2018 |
|---|---|---|
| Europe (incl. Germany) | 930.1 | 725.3 |
| Asia and Pacific | 987.1 | 635.1 |
| America and Africa | 142.1 | 135.0 |
| | 2,059.3 | 1,495.4 |
| Consolidation Europe | −106.9 | −68.5 |
| Consolidation Asia and Pacific | −8.6 | −6.3 |
| Consolidation America and Africa | −2.5 | −0.5 |
| **Total** | **1,941.3** | 1,420.1 |

**EBITDA by region**

| in EUR million | 9M 2019 | 9M 2018 |
|---|---|---|
| Europe (incl. Germany) | 240.6 | 197.3 |
| Asia and Pacific | 279.8 | 162.2 |
| America and Africa | 32.8 | 40.3 |
| | 553.1 | 399.8 |
| Consolidations | 0.0 | 0.0 |
| **Total** | **553.1** | 399.8 |

**9.2 Corrections in accordance with IAS 8**
The following overview shows the effects of the corrections in accordance with IAS 8:

**Consolidated statement of profit or loss**

| in EUR million | 1 Jul 2018 – 30 Sep 2018 | 1 Jan 2018 – 30 Sep 2018 |
|---|---|---|
| Revenues | −12.2 | −24.6 |
| Cost of materials | −10.0 | −29.0 |
| Net effect on EBITDA | -2.2 | +4.4 |
| Amortisation | +0.5 | +1.5 |
| Net effect on profit before taxes | -2.7 | +2.9 |
| Tax expenses | -0.6 | +0.7 |
| Net effect on profit after taxes | -2.1 | +2.2 |