# EXHIBIT 7

Transition To Tomorrow
**Annual Report 2018**



wirecard

# Content

Letter from the CEO                                                    8
Report of the Supervisory Board                                      10
Corporate Governance Report and Corporate
Governance Statement                                                 15
Wirecard stock                                                       25


**I.      Foundations of the Group                              31**
1.      Group and employees                                          31
2.      Business activities and products                             37
3.      Objectives, strategy and corporate
        management                                                   42
4.      Research and development                                     47
5.      Remuneration report and takeover law
        disclosures                                                  51


**II.     Economic report                                      65**
1.      General conditions and business performance65
2.      Results of operations, financial position
        and net assets of the Group                                  71
3.      Results of operations, financial position
        and net assets of Wirecard AG                                80
4.      Report on events after the reporting date            85

**III.    Forecast and report on opportunities
        and risks                                                    86**
1.      Forecast                                                     86
2.      Report on opportunities and risks                           92
3.      Overall statement on the Group's expected
        development (outlook)                                       115

Consolidated statement of financial position                 118
Consolidated income statement                                120
Consolidated statement of comprehensive income  121
Consolidated statement of changes in equity                  122
Consolidated cash flow statement                             123
Consolidated cash flow from operating
activities (adjusted)                                        124
Change in intangible assets and property,
plant and equipment                                          125
Explanatory notes                                            127
Independent auditor's report                                 218
Responsibility statement                                     219

Glossary
Imprint

Business combinations in the previous year
Acquisition of Citi Prepaid Card Services
The acquisition of the business of Citi Prepaid Card Services announced by Wirecard on 29 June 2016 was successfully concluded on 9 March 2017 as part of a combined share and asset deal and the company was consolidated at this point in time. Wirecard acquired the company Ecount Inc., which was renamed as Wirecard North America Inc. following the acquisition, and with it more than 100 new employees in Conshohocken, Pennsylvania (USA), and 20 further employees in various international locations. At the same time, Wirecard has expanded its global presence in its core business of payment processing into the North American market.

Citi Prepaid Card Services has already issued more than 2,500 card programmes for large international companies, primarily on the North American market. The customers of the acquired business include leading telecommunication service providers, pharmaceutical companies, global IT and electronics manufacturers, Internet and consumer goods corporations and public sector clients. The portfolio largely comprises incentive and compensation cards, as well as corporate disbursement programmes for salaries or travel.

The entire purchase price was due in cash at the closing of the transaction. The parties agreed not to disclose the precise purchase price.

Citi Prepaid Card Services contributed EUR 109.1 million in revenues and EUR 20.7 million in operating earnings before interest, tax, depreciation and amortisation (EBITDA) to the consolidated profit or loss of Wirecard in the 2017 fiscal year, whereby further integration costs in the Group were not deducted.

If Citi Prepaid Card Services had been acquired on 1 January 2017, it would have made a contribution to revenues of EUR 130.9 million and to operating earnings before interest, tax, depreciation and amortisation (EBITDA) of EUR 24.8 million when extrapolated for the twelve-month period. Due to the fact that this transaction is a combined asset and share deal as well as a spin-off from the operating business of Citi Prepaid Services, the determination of the result after tax is neither expedient nor possible. The acquired prepaid card business itself will also benefit, in particular, from its integration into Wirecard's global payments platform. The same is true for the company's international customers, who will be able to expand the services they currently receive to include additional functions and thus generate added value.

The preliminary purchase price allocation was examined and finalised within the twelve-month period. Non-separable assets, such as the expert knowledge and contacts held by the employees and management, as well as the synergy effects within the Group, were recognised under goodwill.

# Imprint

**Publisher**
Wirecard AG
Einsteinring 35
85609 Aschheim
Germany

www.wirecard.com
**Phone** +49 (0) 89 / 4424–1400
**Fax** +49 (0) 89 / 4424–1500
**Email** contact@wirecard.com

Publication Date: 04/25/2019

**Investor Relations**
**Phone** +49 (0) 89 / 4424–1788
**Email** ir@wirecard.com
ir.wirecard.com

This Annual Report is drawn up in the German language; translation into other languages are made only for informational purposes. In the event the texts diverge, the German text is authoritative.

Management report and consolidated financial statements produced with firesys GmbH.