# EXHIBIT 8

# Wirecard relied on three opaque partners for almost all its profit

**FT** **ft.com**/content/a7b43142-6675-11e9-9adc-98bf1d35a056

April 24, 2019

Wirecard AG
Whistleblowers claim unit of German payments group was not audited



© Reuters

April 24 2019

Half of the worldwide revenue and almost all of the reported profits of Wirecard, the German payments group that is battling an accounting scandal, have come from only three opaque partner companies in recent years, according to documents seen by the Financial Times.

Much of these profits from the three partners were booked through Wirecard's largest business, CardSystems Middle East, in Dubai in 2016 and 2017, according to whistleblowers who said accounts for the unit were not audited in those years.

Investors, regulators and business partners rely on disclosures of material facts about how and where a company operates when making decisions with significant financial consequences. But the importance of CardSystems and the three partners to Wirecard's financial ecosystem has never been flagged to shareholders in one of Europe's highest-flying financial technology groups, which on Wednesday announced a €900m convertible bond investment from SoftBank.

## Recommended

FT InvestigationsInside Wirecard

Japan's SoftBank to invest €900m in Wirecard



Wirecard, long a favourite of retail investors, displaced Commerzbank from Germany's premier stock market index, the Dax 30, last year. Its inclusion obliged index-following savers and pension funds to buy its shares, helping to push the company's market capitalisation above €24bn.

Ahead of annual financial results on Thursday, the revelations suggest Wirecard's executive leadership in Munich, led by former IT consultant Markus Braun, have for years failed to disclose fundamental information about the nature and structure of the business.

The limited financial disclosure Wirecard has made available about CardSystems consists of annual equity and net profit figures, published only in German-language documents not prepared under international accounting standards.

## The trio of partners

Al Alam Solutions, a Dubai-based payments processor with skeletal operations in the emirate, is the largest of the three "partner" entities. Wirecard refers clients to Al Alam in return for a share of any processing fees as commission. A former Al Alam employee said the business had six or seven staff in total and "the boss" was Oliver Bellenhaus, a Wirecard executive.

The other partners are PayEasy Solutions, a Philippine payments group that shares an office with a Manila bus company, and Singapore-based Senjo.

Wirecard faces a criminal investigation in Singapore into suspected accounting fraud and money laundering connected to the use of forged contracts used to boost sales and profits. In 2016 two executives at Senjo helped a Wirecard employee, who is now under investigation by Singapore police, to produce a backdated and suspect contract for the sale of software, according to correspondence seen by the FT.

That year Senjo, PayEasy and Al Alam together contributed earnings before interest, tax, depreciation and amortisation of €290m on revenues of €541m, according to a spreadsheet created in July 2017 by a member of Wirecard's Munich accounting team. The total was equivalent to 95 per cent of the ebitda and just over half the revenues reported by the group for 2016.

Wirecard relied on outside opaque partners for almost all its profit | Financial Times



**Wirecard's lucrative partners**

Sales, 2016

Partner companies

Senjo €165.1m

Al Alam €264.6m

PayEasy €111.2m

Total €541.0m

Wirecard Group €1.0bn

About 50% of group sales

Source: FT research
© FT

Al Alam's business was routed through CardSystems and Wirecard UK & Ireland, the group's next most profitable subsidiary, according to material seen by the FT. Until last year the Irish business was audited by a small local company, BCK.

## The Dubai entity

In the past five years CardSystems has contributed €600m of ebitda, much of it from third-party partners. That has made up more than a third of the worldwide total ebitda reported by Wirecard in that period, according to information provided by whistleblowers.

One whistleblower said the substantial business recorded for CardSystems in Wirecard's books did not appear to be matched by flows of cash. The person said CardSystems had accounts at Wirecard Bank as well as institutions in the Middle East, but said "the revenues never passed through these accounts".

The contribution of CardSystems to Wirecard results was revealed earlier this month by the Southern Investigative Reporting Foundation. According to whistleblowers, the Dubai-based unit responsible for about €250m of annual expenses is run by Mr Bellenhaus, a 45-year-old German executive, largely from his apartment in the Burj Khalifa, the world's tallest building.

Investors and lenders rely on auditors to certify company accounts used to underpin financial bets worth billions of euros. Whistleblower claims about the lack of local audit arrangements in Dubai raise fresh questions about oversight at a company that faced substantial criticism of its accounting in 2008 and 2015.

Wirecard said its subsidiaries including CardSystems "are subject to regular audit procedures, including but not limited to quarterly and annual audits". It rejected any assertion that Mr Braun or Wirecard had misled the market.

In 2017, while EY was the group auditor, several subsidiaries, including some in Germany, were audited by other firms. EY said it did not comment on audit clients.

Prem Sikka, accounting professor at the University of Sheffield, said: "EY should have made the necessary inquiries, especially if these companies substantiate a significant part of the profits and are material. They have been giving [Wirecard] a clean bill of health, so one assumes that they made the inquiries and were satisfied."

It is not known if the three partner companies still contribute such a large share of Wirecard sales and profits. Asked if it intended to give a full accounting of how and where it makes its money with its annual results on Thursday, the company said it would need more time to respond to that and other questions put to it on Wednesday morning, citing preparations for publishing the full-year numbers.

When the FT reported last month that half of Wirecard's sales came from third-party payments processors, the company said this was a normal aspect of the payments business, and it had more than 100 outside partners that enabled it to operate in geographic areas where it lacks licences.

## The Philippine connection

As the FT has previously reported, the Philippine corporate registrar has no record of any financial statements filed by PayEasy, which is owned by Christopher Bauer, a former Wirecard employee, and his wife. A string of unpaid bills for commissions due from the

couple's other payment business, Centurion Online Payment International, sat for years in the books of Wirecard Singapore, according to whistleblowers.

A lawyer for Mr Bauer said neither he, PayEasy, nor Centurion had been contacted by Singapore police and "there was no wrongdoing on the part of our client".

Centurion is one of 11 suspect "transactional parties" identified in an investigation by Singapore police, launched after the FT revealed in January the existence of an internal probe into a suspected book-cooking operation run from Wirecard Singapore by Edo Kurniawan. Wirecard's 33-year-old head of international finance left Singapore for Dubai in February, according to whistleblowers.

A May 4 2018 preliminary report into the allegations, carried out by Singaporean law firm Rajah & Tann, has now been published online by SIRF in the US.

Wirecard has said that some employees may face criminal liability in Singapore, but that a forensic review by an unnamed global independent consulting firm found no material impact on its financial results.

## 'Special items'

The spreadsheet tallying figures for Senjo, Al Alam and PayEasy was created by Kai Oliver Zitzmann, a Wirecard employee in Munich, who sent it in July 2017 to Mr Kurniawan in Singapore. The young Indonesian then pulled together a list of commercial debts he described as "special items" in an email to his immediate boss in Munich, Stephan von Erffa, Wirecard's deputy-chief financial officer.

Known as receivables, substantial and lingering unpaid debts can be a warning sign of accounting problems. EY Singapore, which has not signed off accounts at Wirecard Singapore since the 2016 financial year, repeatedly queried old receivables at the unit, documents show.

The age of the "special items" on Mr Kurniawan's list is not known. At the end of March 2017, PayEasy owed €123m to a German subsidiary of Wirecard. Senjo owed €27m to Wirecard units in Dubai and Gibraltar. Al Alam owed €37m to Wirecard units in Ireland and Dubai.

The biggest total in the document was €334m ascribed to Al Alam in two items under the heading "trustee account". Al Alam did not provide any comment for publication. Senjo said it was not being investigated and it disagreed with the figures and facts presented by the FT.

## An empty office in Dubai

While the Al Alam Solutions website purports to offer an "all-in-one omnichannel platform" for online payments and risk management, it has a limited web presence and only five employees listed on LinkedIn.

None is named on the company's website. When the FT visited the Al Alam Dubai office in the Internet City technology park during business hours in recent weeks it was empty on the first occasion, and staffed by two people on the second. On Tuesday afternoon this week a lone IT employee was there, working on the servers, who said the people in charge would be back next week.

According to documents seen by the FT, CardSystems chalked up €58m of commission due from Al Alam in 2017, equivalent to 4.4 per cent of the €1.3bn of payments processed by the Dubai-based partner.

Such lucrative commissions are typically associated with processing high-risk transactions and raise questions about where Wirecard finds merchants willing to pay such fees.

Wirecard said stringent compliance processes apply whenever payments are processed by it or its partners.

Some clients of Al Alam, with details of commission payments, were included in a spreadsheet prepared for auditors at EY. The document was intended to justify the €485m value of "customer relationships" listed on the Wirecard balance sheet by showing that customer portfolios acquired in a string of opaque and sometimes undisclosed transactions still produced profits.

Al Alam clients listed in the document included Russian payments processors, a gambling site, various online marketing agencies and an operation trading contract-for-difference securities — a way of betting on currency markets.

The document also detailed Al Alam business with Banc de Binary, an online gambling entity that has faced concerted action from US regulators. Although Banc de Binary surrendered its Cyprus brokerage licence in January 2017, and said it had ceased trading soon after, Wirecard recorded that Al Alam processed €3m to €7m of transaction volumes for Banc de Binary every month throughout 2017.

*Additional reporting by Simeon Kerr in Dubai and Madison Marriage in London*

*\*This article has been updated to reflect comments from Wirecard received after its initial publication and some financial disclosure made available in German-language documents.*