# EXHIBIT 9

# THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
## WDI.DE - Q4 2018 Wirecard AG Earnings Call

## EVENT DATE/TIME: APRIL 25, 2019 / 11:00AM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## CORPORATE PARTICIPANTS

**Alexander von Knoop** *Wirecard AG - CFO & Member of Management Board*

**Iris Stöckl** *Wirecard AG - VP of Corporate Communications & IR*

**Markus Braun** *Wirecard AG - CEO, CTO & Member of Management Board*

## CONFERENCE CALL PARTICIPANTS

**Adam Dennis Wood** *Morgan Stanley, Research Division - European Technology Equity Analyst*

**Gerardus Vos** *Barclays Bank PLC, Research Division - Senior Analyst*

**Hannes Leitner** *UBS Investment Bank, Research Division - Equity Research Analyst of Software*

**Johannes Schaller** *Deutsche Bank AG, Research Division - Research Analyst*

**Mohammed Essaji Moawalla** *Goldman Sachs Group Inc., Research Division - Equity Analyst*

**Sébastien Sztabowicz** *Kepler Cheuvreux, Research Division - Head of Tech - Equipment Research*

**Tammy Qiu** *Joh. Berenberg, Gossler & Co. KG, Research Division - Analyst*

## PRESENTATION

**Operator**

Good afternoon, ladies and gentlemen, and welcome to the Wirecard's earnings call regarding the full year results 2018. (Operator Instructions).

Let me now turn the floor over to Iris Stöckl.

---

**Iris Stöckl** *- Wirecard AG - VP of Corporate Communications & IR*

Yes. Hello, everyone. I welcome you on behalf of the Wirecard Board to our presentation of the annual report. CEO, Markus Braun, will provide you with the highlights of the current Wirecard developments, followed by an outlook; and CFO, Alexander von Knoop, will present to you right afterwards the financial statement 2018.

And now let me hand over to Markus.

---

**Markus Braun** *- Wirecard AG - CEO, CTO & Member of Management Board*

Hello, ladies and gentlemen. We want to keep it brief to give you a chance to put forward as many questions as possible. Let me say, before I start with my normal presentation, let me address a little bit the area, investigations, compliance, allegations. I think we can say that in this audited report and in this process, everything is reflected, which resulted from the Singapore investigation, everything was checked. It was put forward in terms of allegations, client relationships, partner relationships, et cetera. So to some extent, we would definitely say, we can leave all of that behind. Let me also say openly, even so, let's say, the severity of the allegations that are put forward, of course, we get strong results, and we have not confirmed that investigation. And -- but the results of the investigation. What was shown as findings were quality problems in the accounting -- in the area of software licenses. I will later show you exactly what part of this business is. And let me say, yes we are a growth company, and we strongly go for innovations, et cetera. And we state that, and I think we can show there robust results from this level.

On the other side, we are fully committed in investing in controlling processes, compliance processes, auditing processes and our CFO later will give you an overview what we are doing there that such quality issues do not come up again. And let me finally say that we are fully committed

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

to that, not only in that permanently in data processes, but we're also over proportional. We're investing in additional stuff in the next 2 years. And with that, I would like to come to our results.

I think we can show strong results today, with the top line growth of 35% and bottom line growth of nearly 37%. I think we can show very robust development. There are 2 onetime effects in this results where there was a deviation from the clearings. On the revenue side, and this is also something that our CFO will give additional light on. There was a EUR 70 million effect by the transition to IAS 15 out of the portfolio that we took over in Asia from Citi. So without being too complex here, it was -- this portfolio was partly or was accounted for -- likely accounting the core business, so we showed a take rate, then cost of sales, the issuing fee goes out and then we have a net take rate because this portfolio is legally still under Citi side. But commercially, on our side, we have under IAS 15 now to account for that on a net basis until it's fully taken over, and this is a EUR 70 million effect on the revenue side. On the EBITDA side, there was a EUR 6 million to EUR 7 million effect additional costs now by lawyers, additional other processing, et cetera. So these are the 2 main onetime effects, whatever deviations from the currents.

I think cash flow developed very strongly, free cash flow developed at 50% growth. Coming out little bit into the industries, there was also generally a very strong development. I want to highlight one seasonal effect at airline travel that was this year, very strong. So in Q1, airline travel was exceptionally strong. In Q2, it was exceptionally weak. In Q3, it was exceptionally strong again. And in Q4, it was seasonally driven very weak. So beside of that, I think we have a very strong development. So these are basically seasonal effects that are mainly driven by airline travel.

Take rates. I think take rates overall developed very stable. Our strategy to constantly expand value chain is very successful. Overall we had a take rate of 1.61. And you see on Page 8 as we do it every year, a breakdown of take rate to the various industries, and in terms of Europe versus outside Europe. What we show here as a new insight into the portfolio on Page 9 is our merchant cluster in terms of size, volume and number of merchants. Traditionally, Wirecard is coming from cluster 2 to 5, so merchants that were between 10,000,000 and 100 million. In the last 2 to 3 years, we were able to expand into very large merchants that are a best 1 billion of processed volume on Wirecard platform. And also the very small segment is a new segment that we are addressing. And we think it's an upcoming segment. It's, of course, something where we are heavily investing into full optimization, so this segment is mainly driven by a complete and trained optimization process. And we think that by now also small mom and pop stores heavily going for digital and going for services, we think that globally, this is a very upcoming sale segment.

On Page 10, we want to give more detailed insights what are the value chain steps that we took to address, and what is the revenue of this value chain steps. You know we are B2B2C, this is one of our unique positioning. We strongly believe in convergence of acquiring and issuing and also financial services on one platform. And here, you'll see exactly the effects of this different value chain elements. So you see what we did on the acceptance side and what we did on the issuing side. Let me also give you on the issuing side additionally that we have now a little bit under 40 million of consumers using our B2C product. And you also see here a breakdown what is the larger or the intra change element and what is transaction fees and value-added services. I think this is also a good additional information.

In financial services, mainly effects of our new services in the area of digital credit and Merchant Cash Advance. Let me also give you here insight with end of 2018, we had in the Merchant Cash Advance product, EUR 285 million out there. We may get that around EUR 30 million that are in there, and on the digital credit side, a little bit above EUR 300 million out there with end of the year. This part of that are the FinTech credits and also the new digital credit products. So this -- we're focused on EUR 330 million. And the total EBITDA and revenue effects of that was about EUR 17 million, and this is part of this new area of financial services.

Here you also find software and licensing, and this is the area where there were these quality problems that we addressed now with an action plan and the task force, and we think that already stay, we have this in the perfect way under control.

Customer gains and partnerships. I think we can say we have a very strong new sales pipe, and this is, of course, is a good indication for 2019. The second half year, we had new signings with a volume of 32.3 billion. We always say 2/3 of that becomes real volume in the next 12 to 18 months. And so this is a good indication for 2019, and of course, 2020.

SoftBank. This is a partnership we announced yesterday. It's a strategic partnership. We want to form a large-scale partnership in the area of digital payments. As a first step, we are intending here to address portfolio companies of SoftBank with digital payment products and also innovative products in the area of analytics, digital credit, et cetera. SoftBank shares with us our position that it is probably one of the most strongly formed

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



markets in the next 10 years. In fact, the second part of this partnership is SoftBank will help us in the market entry in Japan and South Korea. There, of course, they have a strong footprint besides of generally having a very strong footprint in tech. And as part of this strategic partnership, we would like to offer to them this convertible of 900 million. All of that will be presented to the AGM, so we decided everything is the best way here that they almost wire across the sites whether you like this deal so we will present this whole deal to the AGM and get the decision there. But we are very happy to speak about this partnership, and we think that the potential effects for us strongly and multiple outperform the potential dilution by this 5.6%. And this, of course, we will present to the AGM.

Outlook. Without going in too much detail, there're 2 major technology innovations upcoming for this year. One, we already gave a first insight. This is a complete, new, real-time approach by combining payment acceptance, issuing and financial services and merchant will be able to sign up and get not only payment acceptance but also bank account and the ability to subtract money extremely quickly, perhaps in 5 minutes. And in the future, we also want to include financial services like digital credit in one scoring and digital platform environment. Step-by-step, of course, we will expand these features. It will come in the second half of this year, and we will roll it out. The second big upcoming innovation is in planned, Boon. And let me say, both innovations are combining, issuing or payment and financial services also been planned, Boon is today, very much payment-driven, and we will bring in here banking features, retail banking features, digital credit features, wireless, component, et cetera. So these are the 2 big upcoming innovations, and both products are, of course, fully integrated in Wirecard platform. And at the end of the day, trust each half of the cake of the overall approach to -- of our overall B2B2C approach.

Perhaps, let me finalize, we strongly confirm the guidance for 2019 to achieve EBITDA of EUR 740 million to EUR 800 million. We always say the midpoint is the most likely scenario, and this is, of course, also the message for today. And let me also -- strong. I think we're also on a very good path to realize Vision 2020 and, of course, we also confirm Vision 2025.

And with that, I would like to turn in hand and give Alexander von Knoop, our CFO, the chance also to highlight some numbers. Thank you very much.

---

**Alexander von Knoop** - *Wirecard AG - CFO & Member of Management Board*

Yes. Thank you, Markus. And first, a welcome from my side too. I am normally -- would focus in this call on just the financial data. But in this very special case, let me start with, of course, a very important topic to show how important that for us, of course, is and the compliance.

So Markus already mentioned that we introduced a task force to optimize our -- not only compliance, but our group structural processes. And of course, the structure of Wirecard group in itself. Therefore, we introduced a task force, not only after getting the results from all the investigations of the past months but long before, and always optimizing in our daily work structures and processes. This task force will consist of representatives of all relevant departments within Wirecard group. So of course, including administrative department, like legal, HR, compliance and others, but also, of course, including sales and IT. In addition, we will have experts focusing on the pure optimization of processes and structures. So I think we will have a strong and effective team to improve on our processes and structures, not only in our international subsidiaries of Wirecard group, but also, of course, the link of our international subsidiaries to -- they have forces in Germany.

On the next slide, that's Slide 21, we just highlighted some actions. We already implemented in regards of our introduced actions plan, so focusing on organizational structure, operational structure, and additional focused actions. So I think that's a good overview of actions we already introduced. And of course, that's an ongoing process, and we will strongly take care to implement better structures and more effective control in different parts and departments of Wirecard group.

So coming to the financial data. I think our -- the highlights Markus already mentioned. We had a slight difference between our preliminary numbers to our final numbers. As Markus mentioned, in revenues, the reason was accounting topic of IAS 15, which is the accounting standard for revenue recognition. And to get more in detail, the effect is from our acquired Citi Asia-Pacific portfolio where we accounted merchants on a gross basis. But through to our international accounting standards, we have to account the net because they were not fully migrated at the time of entering into our book, so we have not been principal of that relationship at this time. And so we have to correct this through IAS 15, and the amount to be corrected was around EUR 70 million.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



So I think our numbers, just to highlight, some are very consistent. And I think that's already almost self-explaining. Maybe coming to the income statement, we had an R&D ratio of -- almost capitalized of 5.1%, so that's capitalized our cost of -- a ratio of 43.8%. The other numbers are very consistent. There's a new line in our consolidated income statement that's the impairment losses of financial assets. That's the initial use of IFRS 9, and that's an amount of EUR 31 million. Financial results, as of you course all know, is negative, with minus EUR 29 million, which is due to the fact that we are -- account the interest income from our banking activities under IAS 18, which was as our revenues within Wirecard group, which was an amount of EUR 20.6 million in 2018. So earnings per share got up to EUR 2.81.

Coming to the balance sheet, also very consistent. Maybe just to highlight some numbers, the financial and other assets of EUR 413 million include parts of our new product, which Markus already mentioned, of Merchant Cash Advance and digital credit and FinTech loans with -- and -- within the results of around EUR 46.5 million in 2018. Cash and cash equivalents increased to a number of EUR 2.7 billion. We will get some more details in a few minutes. But our customer deposits are banks, that's, of course, one of the reasons -- increased to EUR 1-point-almost-3 billion coming from EUR 973 million, which also reflects our strong growth in 2018.

Coming to Slide 23, the cash flow statement. You all know that, coming from a cash and cash equivalents from our balance sheet of EUR 2.7 billion, and ending with a net cash position long-term of EUR 521 million.

So last slide, that's free cash flow and taxes, had a very strong free cash flow in 2018, with a cash conversion of 122% coming from even very strong 110% in 2017. Our tax expenses are increased a little, which is due to an increased earnings in countries with higher tax codes, and the fact that our tax loss carryforward is used up. So I think we are -- we can present a very strong numbers for 2018, a very strong outlook for 2019 and -- so yes, back to you.

---

**Iris Stöckl** - *Wirecard AG - VP of Corporate Communications & IR*

Thank you, Alexander. Also, thanks to Markus. We can now open the Q&A session, please, operator.

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) And the first question comes from Adam Wood. He's calling from Morgan Stanley.

---

**Adam Dennis Wood** - *Morgan Stanley, Research Division - European Technology Equity Analyst*

I've got a few, if I could, please. Can you just maybe explain then a little bit on the signings? They continue to be very strong through the second half of the year. I think in the first half, we alluded to the fact that some of that was some of the big deals that you'd signed and yet second half saw a similar amount of volume. Could you just talk a little bit about how much of that is coming from other live transactions? If you can help us with any of the names there, if there are ones you can identify. How much it is normal course of business? And then you said -- I think it was -- a course, it should come through over the next 12 to 18 months. Is there any more visibility you could give us on the kind of duration of the rest of that book and when we might expect it to come through? Is it 3, 5, 7 years? Anything there would be useful.

Secondly, could we maybe just talk a little bit on the cash flow? It was very strong again in the fourth quarter both pre- and post-payments working capital. We didn't see the ramp-up maybe on the financing business that you had alluded to in Q3. So first of all, was there a reason that -- is that just timing on the balance sheet? And maybe as we look into next year, could you help us with what cash flow conversion we should expect and how we should expect that financing business to ramp up?

And then maybe just finally, again, there was an FT article yesterday talking about the 3 specific partners. I wondered if you could maybe just give us some clarity on your view of the relationships with those partners and how that business has done, that would be really helpful.

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Okay. So perhaps to answer the last question first, normally, we do not comment from articles, but let me clearly say I think the rest, we -- main things there -- in there that is -- it was said that one of partners is not audited, and of course, all our partners are audited. Secondly, it was said that, I think, a majority of profit is coming from 3 partners. This is simply not true. And thirdly, I think there was in there that one employee is also working for our partner. Also, this is simply not true. So that's my comment to that. And let me also say in this audit process, all of partnerships, merchant relationships and all the allegations [to the platform] and also these 2 [buy] things were already played in 2016, 2017. Everything was checked. So the auditor has an obligation to go into all major relationships and also, let's say, all significant partnerships. So I think we really can give you today the strong comfort that everything that was put forward in the last 2 months is fully here reflected and we have here a clear and strong result.

Coming to cash flow -- and I think that your question was also the ramp-up of the financing business. First of all, let me again give you full transparency. I think we had -- after 9 months, we had, on the Merchant Cash Advance side, EUR 200 million; and on the digital credit side, EUR 270 million. We have now, after 12 months, on the Merchant Cash Advance side, EUR 285 million; and on the digital credit side, about EUR 330 million. We are -- we said already in the last call that we're in the process of setting up here scalable partnerships, and we started with that already in Q4. So do not expect that over our balance sheet, this number goes up strongly. I think we said something around EUR 750 million is the max we would like to do over our own balance sheet. We are currently already very much progressing with setting up these third-party relationships where we are constantly rolling out portfolios. And so in Q1, I wouldn't expect a big ramp-up to the EUR 630 million in relation to Q4 because we're already in the process to setting up this third-party relationship.

Cash flow conversion, I think we are giving clear indication here also in Vision 2020 and Vision 2025. We are clearly committed that free cash flow goes above 65% in relation to EBITDA. And I think we are on a good path to that. What was the first question? I'm sorry.

**Adam Dennis Wood** - *Morgan Stanley, Research Division - European Technology Equity Analyst*

The signings.

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

The signings. I think with the Q2 now -- with the second half year, you see that the first half year was not a one-timer, but we definitely see here a strong scaling up of new deals. I think one reason is not only new partnerships, but one reason that we are also increasingly signing deals with very large merchants that, of course, have a huge potential impact. You see it also in this cluster analysis, which is why we are giving that. We're already now and so successful with merchants above EUR 1 billion. And of course, when you sign some of that, you have strong implications also in the sales pipe. So I would say the majority of the sales pipe are private relationships.

Yes, there are also important implications. We have, for example, to take, Crédit Agricole. We will show on a rolling basis what we expect there. We have ways [to calculate] in the next 12 to 18 months on conservative basis. And of course, this is also in there, but beside of that, it's really new signings. You saw perhaps also from the announcement this year, also the Telegram announcement, or you saw the DIHK announcement. I think in many areas, we are -- and of course, SoftBank could also have the future implications there. So yes, I think the size of the midsize merchants, where we are generally coming from, we are now going also for very large merchants, global merchants where we can play out our advantage of having a global platform. And on the other side, we're also going for super small merchants. We're in highly optimized platform or contracts.

**Operator**

The next question comes from Gerardus Vos. He's calling from Barclays.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Gerardus Vos** - *Barclays Bank PLC, Research Division - Senior Analyst*

A couple of questions, if I may. Just first of all, in the kind of results, I calculated Q4 volume growth to slow down to around 20% and just wondering if you could help me what the reason for that was. And then secondly, on the restatement, was this just for the fourth quarter? Or was it for the full year? And also help me on the EBITDA kind of restatement, where that was coming from. Then thirdly, I had a question around SoftBank. What kind of tangible kind of growth drivers which you get from that kind of relationship and the criticism I picked up from quite a few investors, just basically, it's kind of an expensive form of capital. Why would you need that capital at this moment in time? And then just one final one, coming back on the FT article regarding the explicit allegation around the amount of profits being funneled to this kind of partners, could you confirm if that's correct or if that's simply incorrect from the FT?

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

So again, to start with the last question, yes, that's incorrect. The second question, SoftBank, I think it must be seen as a strategic deal. Our interest was never to give out this convertible. This was the interest of SoftBank to get here and over -- potentially and over 5% back. Our interest is the strategic partnership. We think its -- SoftBank is one of the most interesting tech investors, and it must be seen in this combination. And yes, the shareholder will have the possibility to vote on that. Again, I think it's highly accretive. I think that potential on the accretive side is much, much higher than a potential dilution. But we will in detail, for the AGM, show that also in terms of the numbers and present that to shareholders. So yes, I think we're very enthusiastic about that, but it still, on our side, was never about this EUR 900 million. This was clearly the interest of SoftBank.

To your last -- to your first question, in Q4, again, airline travel was really weak, seasonally driven. And I think that's the main answer to that. Airline travel is increasingly showing very strong seasonal effect. This must be driven by pricing policies, et cetera, but it was really most responsible for the effect that we described. In Q1, we again expect a really strong airline travel like we had in the beginning of this year.

**Gerardus Vos** - *Barclays Bank PLC, Research Division - Senior Analyst*

Sure. And regarding the restatement?

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

The EUR 70 million? You mean the EUR 70 million on the revenue side?

**Gerardus Vos** - *Barclays Bank PLC, Research Division - Senior Analyst*

Yes, the EUR 70 million on the kind of revenue side, was it just for Q4, for the full year and...

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

No. No. It's full year. It's for full year.

**Gerardus Vos** - *Barclays Bank PLC, Research Division - Senior Analyst*

And the EBITDA restatement, was it -- where was that linked?

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

It's not a restatement but it is linked now to the expanded audits, additional lawyers, additional consultant. This mainly was linked to events that unfolded in connection with the allegations with Rajah & Tann, et cetera.

7

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APRIL 25, 2019 / 11:00AM, WDI.DE - Q4 2018 Wirecard AG Earnings Call

**Gerardus Vos** - *Barclays Bank PLC, Research Division - Senior Analyst*

And would then that sit in 2019 because I guess...

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Yes. This is partly an accrued number.

**Alexander von Knoop** - *Wirecard AG - CFO & Member of Management Board*

Exactly. So we had additional costs in -- from audit and from consulting in 2018 of a range between maybe like EUR 5 million. And we expect another maybe between EUR 4 million and EUR 6 million for 2019, of course, not additional auditing costs because all audited -- audits have been finalized. But of course, additional consulting costs will occur in 2019, too.

**Operator**

The next question comes from Mohammed Moawalla. He's calling from Goldman Sachs.

**Mohammed Essaji Moawalla** - *Goldman Sachs Group Inc., Research Division - Equity Analyst*

I had a couple of questions. Firstly, Markus, just coming back to the sort of pipeline and the deal momentum, is there a way to sort of isolate that sort of new bookings or new signings, ex kind of the large deals, and sort of give us a number? Has this been tracking in the -- I think in the sort of 30% range? On the prior occasions, you've given it to us. So if you can sort of confirm on the trajectory of that.

And then secondly, just on the SoftBank specifically, as we think about the specific opportunities, say, in the Japan market, which still remains very kind of cash-driven, is there sort of a focus on maybe more -- much inside or maybe working with banks like Mizuho? So if you could sort of maybe elaborate a bit on the opportunities you see and the timing over, which you expect this to kind of unfold and hit also the bookings.

And then last question was for Alexander. I mean you talked about sort of tightening a lot of your process and controls. Some of the sort of restatements you have taken were related to some of the software licensing. Would you voluntarily consider adopting more stringent sort of revenue recognition policies like SOP 97-2, which is something on the U.S. GAAP that some European and software companies, for example, voluntarily adopt in order to kind of further kind of increase the controls and the transparencies?

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Okay. I do the first and second question. The third, I'll leave to Alexander, of course. SoftBank, let me again repeat. I think the first big opportunity, of course, is that we become also the preferred partner for digital payment for their portfolio companies in which they are invested. So from Uber to Slack, et cetera, SoftBank is globally invested in many strong, upcoming technology companies, not only Asia but also in the U.S., especially in the area of mobility but also in the area of delivering services. So the portfolio is really impressive. And I think one of the biggest opportunities is, of course, that we are -- that they give us a chance to be promoted to these portfolio companies as the partner for digital payment. We also got analytics and upcoming services in the area of digital financial services. So I think that's the main opportunity. Additionally comes this market entry opportunity in South Korea and Japan, where we are -- have no footprint today. And especially Japan, it's, of course, a very domestic-driven market, but South Korea, too. In both markets, SoftBank can be helpful in getting licenses, in getting a good market entry, and that's the second part of the strategic aspect.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



For the AGM, we will give you more analytic insights. And let me say the deal had to be very quickly announced after closing, of course, and this is why we had to come out yesterday, cancel the invitation of the agenda. It's now time also in analytic terms to set up here the numbers that we will present to the AGM, what is that we expect in the next years to come. But again, we see this as a starting point of a long-term and large-scale strategic partnership.

To your first question, again, for the sales pipe, it's tough for us because also, when we take -- when we have partners here, a partner is looked through and it is always looked -- what are the merchants behind and how many merchants realistically can be signed up and what is the volume. So we do not see this huge difference whether it's -- the merchant has been coming with partnership or it's directly because it's always, let's say, not an overall approach. But we also -- we always really look into a clear sales pipe where the merchants are really defined that we can sign up. So internally, we do not see the partner as a whole and say, "I don't know. The partner has a potential of EUR 150 billion," let's say, and we've taken out EUR 2 billion into the sales pipe. But we really looked into the potential sales pipe on a merchant-to-merchant basis, what is realistic to address. So it's tough for us to bring here a differentiation. But this EUR 32 billion, we really see as an operating sales pipe. And for the accounting question concerning software licenses, I'm not the right person to answer that.

**Alexander von Knoop** - *Wirecard AG - CFO & Member of Management Board*

Yes. To answer your questions about the restatement, I think the restatement, they show that we have to tighten our processes and consult what we already did and, of course, what we will improve further in the future. I think it's necessary to point out that our software business is just a very -- or is a minor part of our general business with a percentage of 2.6 of our revenues. So yes, we will improve our processes and structures. I think there is no need to adjust our kind of internal accounting standards at that point. I think it's a question of improving our processes and to focus on controls.

**Operator**

The next question comes from Sébastien Sztabowicz. He's calling from Kepler.

**Sébastien Sztabowicz** - *Kepler Cheuvreux, Research Division - Head of Tech - Equipment Research*

Yes, Sébastien Sztabowicz, Kepler Cheuvreux. Could you please make an update on the Crédit Agricole project integration? Have you started the implementation of the platform right now? And how it is running so far? And also an update on the Mizuho project as well, what has been done so far? And also in the Indian market, can you give us a little bit of color of your exposure to the Indian market right now? What was the level of revenues that you recorded finally in 2018 in India? And to understand if the growth rates remain very strongly in 2018. And also provide a little bit of outlook specifically for the Indian market, how the market is building up right now.

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Sorry, the first question was...

**Sébastien Sztabowicz** - *Kepler Cheuvreux, Research Division - Head of Tech - Equipment Research*

On the implementation of Crédit Agricole in the Mizuho project.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Yes. So again, both are, of course, included in our sales pipe. In -- at Crédit Agricole, we already -- the rollout is already starting for commerce, and we're already trying to be working on also big sales project. So it's already starting to get traction. Mizuho, also, the first merchants we have signed. So it's sort of -- I would say both partnerships already started to become operated even so they are both early stage.

The second question. I think that if you look at our volume development overall, the development of Asia Pacific also very strongly and India is, of course, part of that. In India, 2 things are currently happening. The Indian part of the Asia Pacific -- of the Citi transaction is currently integrated. So we're already also starting with acquiring there, and we are connecting Wirecard platform now also to -- on an end-to-end basis to the Indian market.

Let me give you transparency. In 2018, still because of this -- the finalization of this closing process in India was quite cost-intensive and we have to put up there an on-premise computing center, et cetera. To go for acquiring, we have probably EUR 6 million to EUR 7 million of additional cost, integration cost there, including personnel cost, et cetera. The EBITDA contribution was somewhere between EUR 21 million and EUR 22 million. If you take into account these costs for integrating now also the India and Asia Pacific hopefully of Citi, I think we can show here very strong results. The full strength of India will be seen probably by 2020 when we are through with the integration of the Citi deal. But in all of Asia, of course, it's still having a lot of implications in terms of cost and integration cost because in some of these countries, we have to build up local computing centers, et cetera. So I think that 2020, we will have additional profitable effect, as we said, because then we should be through with the major part of the integration and the conversion of the Citi portfolio to Wirecard platform.

---

**Sébastien Sztabowicz** - *Kepler Cheuvreux, Research Division - Head of Tech - Equipment Research*

When do you expect...

---

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

And the other question?

---

**Sébastien Sztabowicz** - *Kepler Cheuvreux, Research Division - Head of Tech - Equipment Research*

No. Yes, I've got another one. When do you expect to close the remaining countries linked to the Citi APAC transaction? I guess some countries were not already closed.

---

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

That's true. Let's say in terms of volume and revenue and EBITDA effect, 95% obviously are closed. There are 2 or 3 countries that regulate because these are regulatory processes and there can be delays with bureaucratic processes. So I would say 95% in terms of volume and all effects are closed and that about 5% are remaining, and I think these are 3 countries?

---

**Alexander von Knoop** - *Wirecard AG - CFO & Member of Management Board*

4 countries.

---

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

4 countries, sorry, that are still remaining.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Operator**

The next question comes from Johannes Schaller. He's calling from Deutsche Bank.

**Johannes Schaller** - *Deutsche Bank AG, Research Division - Research Analyst*

Firstly, just on the SoftBank deal, can you elaborate a little bit more what you actually plan to do with these EUR 900 million that you're getting in now if you want to do some more M&A, if you have kind of operational needs where you want to use that money or if you maybe would even consider some sort of share buybacks to offset the dilution as this financing doesn't really seem to be a component that you wanted to have as part of the deal? And then also in terms of the large merchant deal, second question, that are coming in now in -- that are in your backlog, can you comment a bit on the kind of average take rate for these large deals and how that compares to the 1.6% that you have right now? And then lastly, it will be helpful -- it's just on the FinTech loans that you've given out, if you could give us the total amount for 2018 and also just how that breaks down between issuing, acquiring, that would be helpful.

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

So the first question, I think, was SoftBank again. Yes, I'm very open. The EUR 900 million was not -- let's say our interest, we would have been most happy if the shares would have gone for a second, third, but it was the interest of SoftBank. We didn't want to do a capital increase because doing that at a much lower share price, of course, didn't make sense. So -- and with that, it's a good idea that the AGM can decide on that. I think it would not be a good approach if one investor gets this opportunity and -- without other investors having a say in that.

So I think we are following here a very transparent process. We go through the AGM, and the AGM can decide whether they like this still or not. We will again not only present all strategic aspects but we will also present to the AGM what we will do with this money. We will definitely go in the direction but we will use it for innovations on our side. I wouldn't rule out that also together with SoftBank. They're looking one or the other, M&A transaction. But again, we will give details here for the AGM and I'm absolutely open the EUR 900 million were not so much our interest, but I'm definitely sure we will get good investment opportunities there.

**Johannes Schaller** - *Deutsche Bank AG, Research Division - Research Analyst*

But you're not considering to hand out that money through cash advance or through loan into FinTechs to some other parties. So that is not an option you're considering?

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

This could also be an option. One idea of [the theory] is also to set up a lending [unit], where SoftBank gives financing. That scale up -- can scale up also in the billions. This is also one thing we will consider. Of course, it takes some time to set up. But definitely, I think the strategic aspect, besides us being promoted into their portfolio, is that we will work together on analytics and upcoming artificial intelligence process, and the second area is definitely new digital financial services where we combine payment and digital credits. And they are also very interested in this area to become perhaps also their strategic partner. And so that's also an aspect. But we will give full details here for the AGM. The second question, I think, was FinTech?

**Johannes Schaller** - *Deutsche Bank AG, Research Division - Research Analyst*

Yes. So the offsetting loans and how that breaks down for the full year.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APRIL 25, 2019 / 11:00AM, WDI.DE - Q4 2018 Wirecard AG Earnings Call

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Yes. So Merchant Cash Advance again was, at the end of the year, at EUR 285 million. You find this number in the balance sheet in the accounts receivables for the acquiring. The FinTech loans and digital credits were together at around EUR 330 million, and the EBITDA effects were, for the Merchant Cash Advance, about EUR 30 million. And for the loans -- for the digital credit product, in total, about -- a little bit under EUR 17 million, so exactly EUR 16.5 million.

**Johannes Schaller** - *Deutsche Bank AG, Research Division - Research Analyst*

Okay. Got it. And then the last question, just on the take rate for these deals that you have in the pipeline on -- or specifically the large commercial deals, kind of how we should be thinking about the take rates compared to your group take rate is at the moment?

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Sorry, sorry. Can you repeat? I didn't get it.

**Johannes Schaller** - *Deutsche Bank AG, Research Division - Research Analyst*

Yes. In the backlog that you're showing, you said you have a significant increase in contribution from a large merchant. These tend to have normally quite lower take rates, so just wondering if you could give us a feeling where the take rate for these deals will come in compared to the group average take rate that you've shown right now, if you could maybe even give us some numbers.

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Yes. I think you see that the breakdown that we are presenting already today, the valuation is between the direct disagio and the interchange and additional services. And some of these large merchants, especially in airline travel and I would say if I take -- if I break down, for example, the 16 merchants that we -- they have in this over EUR 1 billion range, about half are from airline travel. 25% are -- 25% to 30% comes from the groups and a little bit under 25% at digital groups. And the majority of them are also reducing a lot of our value-added services.

So yes, of course, very small merchants go up in the take rate if you go to the lowest level, go up in the take rate to 7%, 8%, sometimes [if I take Brazil], for example, as an indication. And very large merchants are, of course, much lower. We think that the mix and also the possibility of extending our gross margin over value-added services -- by this, we can fully confirm the Vision 2020 and also the Vision 2025 on take-rate basis where we give insight and where we anticipated some of the development. So I think we have now, on the Vision 2025, a take rate of 1.4% if I'm giving the right math. So this gives us some indication. We definitely think that even though the mixture changes, we think that by new value-added services, we can keep take rate high.

**Johannes Schaller** - *Deutsche Bank AG, Research Division - Research Analyst*

But is it fair to assume that for the very large merchants, the take rate would be significantly below 1% for you?

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

If you take -- if you just take the disagio, yes, yes, definitely. So if you just take the disagio, yes. But again, especially in the airline travel segment, all the currency conversions, et cetera, it looks that some of these very large merchants, the take rate definitely also there is above 1% if you include this factor. And you'll see 1/3 on the issuing side. 2/3 is now driven by interchange. And on the acceptance side, 1/3 is already not driven by disagio.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Operator**

The next question comes from Hannes Leitner. He's calling from UBS.

---

**Hannes Leitner** - *UBS Investment Bank, Research Division - Equity Research Analyst of Software*

I've got also a couple of questions. Could you please provide us an update on the current status of the Singapore investigation on timing and then a potential deadline on outcome? Then secondly, you gave us some breakdown of your merchants on Page 10. Could you help us to break down those Top 1,300 merchants better in regards to direct relationships with merchants or wider BIN sponsorship or if other processes use you for processing? Then another question is on the reconsolidation of the nontransaction-related revenues, which you stated at EUR 68 million of revenues. How does this compare to the EUR 56 million of revenues from financial services on Page 10 of the presentation and then the EBITDA contribution you stated in cash advance and merchant loans of roughly EUR 105 million? And then the last question is on organic growth rates. If you take your 2018 growth rates and you apply them, you kind of imply a Q4 negative revenue growth coming in the Citi APAC business. I would assume that there is some reconciliation regarding your gross and net amount, what you said.

---

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

What's your earlier question -- so what was the first question?

---

**Hannes Leitner** - *UBS Investment Bank, Research Division - Equity Research Analyst of Software*

Singapore investigation.

---

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Ah, Singapore investigation. So if you mean our investigation and the Rajah & Tann investigation, it's closed and all results of this investigation, you find in our financial report. So there is no further investigation. It's done.

---

**Hannes Leitner** - *UBS Investment Bank, Research Division - Equity Research Analyst of Software*

And authorities?

---

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

If you mean the authorities, let me say we are very optimistic that -- or let's say we fully trust -- we have full trust into the legal system in Singapore. We are fully cooperating there and we are very confident that they will come to similar results like the results that were presented now by Rajah & Tann and by our investigation. But beside of that, of course, we don't -- we cannot anticipate authorities. But we say from our side, it's a done thing -- everything that had effects there, it's clearly shown on the numbers. So from our side, there is no further investigation. And to -- what was the second question?

---

**Hannes Leitner** - *UBS Investment Bank, Research Division - Equity Research Analyst of Software*

The breakdown of merchant, please, of the Top 1,300 merchants presented on Page 9 of the presentation?

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

And in terms of what?

---

**Hannes Leitner** - *UBS Investment Bank, Research Division - Equity Research Analyst of Software*

In regards to direct relationship, BIN sponsorship and other processes using you for the, let's say, merchant acquiring in airlines, for example.

---

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Yes. That's, of course -- let me generally say I would estimate that about half, you see the breakdown in terms of geographies. So half of the volume is running in regions. So we have today our own licenses, to put it very simple, and half is running in regions where we don't have licenses. And the volume that we don't have licenses, I would again say about half is running over BIN sponsorship relationships, and about 25% or 30% over other third-party relationships where we have other referred -- either referred relationships or other types of partnerships. That's generally spoken, the case. I would say in the top merchants here, as we have, for example, at global license in the area of airline travel, I would say that it would delay. Probably those are running directly. I know that digital groups, these are mainly FinTech companies. They are also running proactively. In (inaudible), I would say 2 of them that are in this group are running directly, and 2 are banks in Asia. So they're running indirectly. So that's to give you an insight, for example, into the Top 16. But generally spoken, I would say about 50% are direct. They're running in our systems, and about 50% are running over third-party relationships.

---

**Hannes Leitner** - *UBS Investment Bank, Research Division - Equity Research Analyst of Software*

Understood. And the last one was on the acquisition contribution, how should we think of in the Q4 breakdown of the Citigroup and then also looking into this year, the contributions.

---

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

Yes. Again, this EUR 70 million is, of course, in effect for the complete 2018. It's a onetime effect when then -- the integration is final and the portfolio is on our side and we will have an opposite effect to show with them. So this is really a onetime effect because of the integration. And this IAS 15 transition, do not expect such an effect in 2019.

---

**Operator**

We have one last question, and it's from Tammy Qiu. She's calling from Berenberg.

---

**Tammy Qiu** - *Joh. Berenberg, Gossler & Co. KG, Research Division - Analyst*

Okay. I have 2 questions, if I may. First one is given all what happened over the past quarter, have you ever heard of any customer who wants to delay your relationship or contract rolling out because of -- they want to be sure that they are on the safe side? And also, the second question is that I noticed that within the SoftBank relationship, you also talked about digital lending. And you have been already doing cash advance for your merchants as well as supporting the FinTechs. So I'm just wondering what is your view going forward from a balance sheet risk perspective. And how do you assess that type of risk? And to what extent you want to take them on to the balance sheet?

---

**Markus Braun** - *Wirecard AG - CEO, CTO & Member of Management Board*

To your first question, I think we can strongly confirm today that in operative terms, we had no effect. But over this noise, the first page, we can show a strong sales pipe. We can give a very robust outlook into 2019. And I can say indications for Q1 are already very strong.

14

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



To your second question, digital lending, yes, that's exactly one reason that we are looking here for strategic partnerships, and SoftBank could also become a strategic partner for that because we do not want to scale this up over our balance sheet. I gave the clear number. We do not want to go over EUR 750 million on our balance sheet. So this, we see currently as a ceiling. We have now -- after 12 months, 2018, we were a little bit above EUR 600 million if I'd say Merchant Cash Advance and digital credit. So you have full transparency here, but we do not want to go on our balance sheet with that EUR 750 million. That's exactly why we are looking here for partnerships because we stay a technology company and do not want to turn into a bank balance sheet.

**Iris Stöckl** - *Wirecard AG - VP of Corporate Communications & IR*

Thank you for attending this call. In case of any further questions, do not hesitate to contact the IR team. Thanks again for taking the time, and goodbye.

**Operator**

The conference is no longer being recorded.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2019, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

