# EXHIBIT 10

# Wirecard appoints KPMG for independent review of accounting

**FT** ft.com/content/eeb18c70-f3ce-11e9-a79c-bc9acae3b654

October 21, 2019

Wirecard AG
German payments company has categorically denied it fraudulently inflated sales and profits

Olaf Storbeck in Frankfurt and Dan McCrum in London

October 21 2019
German payments company Wirecard has hired big four accountant KPMG to review questions over its accounting practices that were raised by whistleblowers and reported by the Financial Times.

The FT last week published documents that appeared to indicate a concerted effort to fraudulently inflate sales and profits at the Dax 30 company, leading to calls for an external assessment of work that was done by its auditor EY, and criticism of management's response.

The company has categorically denied impropriety and said the conclusions drawn by the FT about the files were incorrect. In a statement to the German stock exchange on Monday, Wirecard said its management and supervisory boards had decided to conduct "an additional independent audit to clarify fully and independently all accusations raised".

Shares in the technology group bounced 5.1 per cent in late afternoon trading, to €119.25. They had tumbled by a fifth last week.

Wirecard is a high-flying financial technology company specialising in online payments, whose rapid growth made it a favourite of retail investors and last year propelled it into the prestigious Dax 30 index, taking the place of Commerzbank.

The announcement of the review came after the company's chairman Wulf Matthias dismissed such a move on Friday, telling the FT that "prima facie, EY was evaluating the matters sufficiently".

Analysts welcomed the appointment of KPMG, which will start immediately and report to the supervisory board. The firm will have "unrestricted access to all information on all levels of the group", and will produce a report which will be published, Wirecard said.

The chairman of Wirecard's audit committee on the supervisory board, Thomas Eichelmann — a former chief financial officer of Deutsche Börse — would "support" the audit, the company said.

In a note to clients, analysts at Kepler said management appeared to be confident on the audit results, and said it "could put an end to all allegations if the outcome finally turns out to be positive". JPMorgan Cazenove also welcomed the move, but said that greater transparency was required, and called for "much more disclosure" about intermediaries used by the company.

The FT has sought clarification about an intermediary featured in its recent reporting, Al Alam Solutions in Dubai. Asked last week what specific payment products Al Alam was able to process, and what licences it held, Wirecard on Sunday said that it "provides transaction routing and connectivity services", and said any further questions about Al Alam's capabilities should be directed to Al Alam itself.

Al Alam has said it operates lawfully and was not involved in any alleged process to fake revenues or profits at Wirecard.

In June, Wirecard said it was not aware of the relevant spreadsheet document about which FT journalists had been raising queries, and said the spreadsheet in the FT's possession was "not authentic", a charge it repeated in July and earlier this month. In its more recent responses, provided on Sunday, Wirecard accepted that the FT's reporting had been based on internal documents, but said that "the data within the published spreadsheet contains materially different labels and figures" as against its own records.

At the heart of questions about profits attributed to a Dubai subsidiary are the names of 34 companies, eight of which were out of business when internal Wirecard documents appeared to attribute sales to them in 2017. Nine of the 34 denied having any relationship with Wirecard or Al Alam at the time.

Wirecard has said the 34 names were aliases used to represent "clusters of clients" representing hundreds of merchants. It did not explain why it used names of defunct businesses, as well as those of current and former individual customers, as labels for clusters in its internal financial reports.

## Recommended

FT InvestigationsInside Wirecard
Wirecard's suspect accounting practices revealed
The company also did not identify the local firm it said had been appointed to audit its Dubai businesses, despite a request by the FT to do so.



In Monday's statement to the stock exchange, Mr Matthias said: "We have complete confidence in the audit procedures performed to date and their results.

We assume this renewed independent review will lead to a final end to all further speculation."

Chief executive Markus Braun, who is also the single biggest shareholder in the company, said in a statement that he was convinced "that confidence in our successful and strongly growing business will be strengthened as a result of this independent audit".