# EXHIBIT 16

Case 2:20-cv-03326-AB Document 49-18 Filed 11/06/20 Page 2 of 2

# Wirecard North America Inc. Pursues Acquisition

**businesswire.com**/news/home/20200629005897/en/Wirecard-North-America-Pursues-Acquisitionallegations

June 30, 2020

CONSHOHOCKEN, Pa.--(BUSINESS WIRE)--Wirecard North America Inc., a separate legal and business entity of Wirecard AG with over 20 years in the payments industry, today announced that it is seeking acquisition. An investment bank is coordinating the sale process.

Wirecard North America is a self-sustaining entity that is substantially autonomous from Wirecard AG. Wirecard North America was formerly the Citi Prepaid Card Services business, which Wirecard AG acquired in 2016. Since the acquisition, Wirecard North America has remained a separate legal entity. Wirecard AG will continue to have no impact on decision-making and financials at Wirecard North America.

Wirecard North America's cardholders and client funds remain safe and protected at well-capitalized, independent US and Canadian partner banks - Sunrise Banks, Fifth Third Bank and Peoples Trust Company - with verifiable documentation of accounts. All contractual obligations will continue to be honored. Relationships with issuing banks and vendors will also continue to be sustained and operated without any disruption. Additionally, Wirecard North America leverages Mastercard and Visa licenses on behalf of its bank partners and does not hold these directly.

Seth Brennan, Managing Director of Wirecard North America, said: "Wirecard North America continues to operate without any disruption to clients and cardholders. The strong, independent cash flow and financial position of Wirecard North America allow us to operate the business on a completely standalone basis. Our valued customers and partners remain our top priority, while the dedicated North America team continues to ensure that there is no interruption in our day-to-day processes."

**ABOUT WIRECARD NORTH AMERICA**

Headquartered in Pennsylvania, Wirecard North America Inc. is a payments technology leader, managing customer, employee and corporate payouts and disbursements across the Fortune 500. Wirecard North America is purpose-built for large enterprise payments. Highly configurable and tooled for rapid deployment, the Wirecard North America platform offers cutting-edge digital payout means to virtual cards, prepaid cards, deposit accounts, and mobile wallets on a global scale.