# EXHIBIT 17

# Our Story

**northlane.com**/our-story



## A dedicated team with
## 20+ years of experience

**Over 20 years ago, our team got its start at 555 North Lane in Conshohocken, Pennsylvania. A couple decades later, we're just as passionate about developing innovative payment technology. We still power payment programs for corporations across the Fortune 500. And we have the same amazing office in a hundred-year-old converted tire factory.**

**We're not new.**
**But we're proud to introduce our new name: North Lane Technologies.**

## We are …



## A digital innovator



## An end-to-end provider

Case 2:20-cv-03326-AB    Document 49-19    Filed 11/06/20    Page 4 of 7



**A payment leader**

# Our values and principles

### Innovation

Our focus on customer success drives our innovation, resulting in solutions that add real value.

### Commitment

As our customer, your challenges and opportunities are ours, too. We'll do what it takes to help you achieve big goals.

### Positivity

We create an environment where employees can think big, have fun, and do great work.

## 20+ years of innovation



**1998**
Pioneered the first virtual, prepaid payment

**1999**
Developed industry leading Payroll Choices

**2004**
Introduced first sales incentives product

**2007**
Implemented the largest wireless rebate program in the US

**2009**
Established an instant compensation solution



## Partner with us to power your payments