UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | ) ) ) ) | Civ. Action No. 2:20-cv-03326-AB |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) | LEAD PLAINTIFFS' MOTION TO APPOINT APS INTERNATIONAL, LTD. AS SPECIAL PROCESS SERVER |
| ALL ACTIONS. | | |

4810-5346-0692.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiffs Thanh Sam and Lawrence Gallagher ("Plaintiffs") hereby move this Court to appoint the Civil Action Group, Ltd. d/b/a APS International, Ltd. as a special process server pursuant to Federal Rule of Civil Procedure 4.  In support of this Motion, Plaintiffs submit herewith a Memorandum of Law and Declaration of Ann Mickow, dated December 9, 2020.

DATED:  December 11, 2020          Respectfully submitted,

                                   SAXTON & STUMP
                                   LAWRENCE F. STENGEL (P.A. Bar # 32809)


                                        s/ Lawrence F. Stengel
                                   LAWRENCE F. STENGEL

                                   280 Granite Run Drive, Suite 300
                                   Lancaster, PA  17601
                                   Telephone:  717/556-1000
                                   717/441-3810 (fax)
                                   lfs@saxtonstump.com

                                   *Local Counsel for Lead Plaintiffs*

                                   ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   SHAWN A. WILLIAMS
                                   JOHN H. GEORGE
                                   HADIYA K. DESHMUKH
                                   Post Montgomery Center
                                   One Montgomery Street, Suite 1800
                                   San Francisco, CA  94104
                                   Telephone:  415/288-4545
                                   415/288-4534 (fax)
                                   shawnw@rgrdlaw.com
                                   jgeorge@rgrdlaw.com
                                   hdeshmukh@rgrdlaw.com

- 1 -

4810-5346-0692.v1

- 2 -

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
DANIELLE SMITH
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
danielles@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVEN W. BERMAN
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
steve@hbsslaw.com

*Lead Counsel for Lead Plaintiffs Thanh Sam and
Lawrence Gallagher*

BRONSTEIN, GEWIRTZ & GROSSMAN,
LLC
PERETZ BRONSTEIN
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone:  212/697-6484
212/697-7296 (fax)
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Thanh Sam*

- 2 -

4810-5346-0692.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 11, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

> s/ Lawrence F. Stengel
> LAWRENCE F. STENGEL
>
> SAXTON & STUMP
> 280 Granite Run Drive, Suite 300
> Lancaster, PA  17601
> Telephone:  717/556-1000
> 717/441-3810 (fax)
> E-mail:  lfs@saxtonstump.com

4810-5346-0692.v1

# Mailing Information for a Case 2:20-cv-03326-AB BROWN v. WIRECARD AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **LEE ALBERT**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **PERETZ BRONSTEIN**
  peretz@bgandg.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com,hdeshmukh@ecf.courtdrive.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com,jgeorge@ecf.courtdrive.com,smorris@ecf.courtdrive.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **WILLIAM S. NORTON**
  bnorton@motleyrice.com,mhickey@motleyrice.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **DANIELLE SMITH**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,gas@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com,jgriffin@kaplanfox.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,shawnw@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)