UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | ) ) ) | Civ. Action No. 2:20-cv-03326-AB |
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) ) | MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO |
| ALL ACTIONS. | ) ) ) | APPOINT APS INTERNATIONAL, LTD. AS SPECIAL PROCESS SERVER |

4823-8264-5969.v1

Lead Plaintiffs Thanh Sam and Lawrence Gallagher ("Plaintiffs") hereby move this Court to appoint the Civil Action Group, Ltd. d/b/a APS International, Ltd. ("APS") as a special process server.  APS, which is headquartered in Minneapolis, Minnesota, assists attorneys with service of process under Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Service Convention").

Federal Rule of Civil Procedure 4(c)(3) allows a court, upon a plaintiff's request, to "specially appoint" a person to conduct service.  Courts regularly appoint special process servers in cases where service will be executed pursuant to the Hague Convention.  Fed. R. Civ. P. 4(c)(3); *see In re Metformin Mktg. & Sales Pracs. Litig.*, 2020 WL 4530051, at *3 (D.N.J. Aug. 6, 2020) (appointing special process server for Hague Service Convention in Israel); *Zions First Nat'l Bank v. Moto Diesel Mexicana, S.A., de C.V.*, 2011 WL 2669608, at *1 (E.D. Mich. July 7, 2011) (noting appointment of APS for Hague Service Convention in Mexico); *Turi v. Stacey*, 2014 WL 12873397, at *1 (M.D. Fla. Jan. 10, 2014) (appointing special process server for Hague Service Convention in United Kingdom); *Bays v. Mill Supplies, Inc.*, 2011 WL 781464, at *1 (N.D. Ind. Feb. 28, 2011) (noting appointment of special process server for Hague Service Convention in Germany).  On October 23, 2020, the Court ordered Defendants[1] be served pursuant to the Hague Service Convention.  *See* ECF No. 44.

In order to serve parties in Germany under the Hague Service Convention, which involves providing certain documents and translations to Germany's Central Authority, the entity effecting service must be appointed as a special process server.  *See* Declaration of Ann Mickow, ¶4, filed

---

[1]  "Defendants" are Wirecard AG, Markus Braun, Jan Marsalek, Burkhard Ley, Alexander von Knoop, Susanne Steidl, Wulf Matthias and Ernst & Young GmbH Wirtschaftspruefungsgesellschaft to.

4823-8264-5969.v1

concurrently herewith.   Thus, to complete service under the Hague Service Convention in Germany, APS must be appointed as a special process server.  Plaintiffs respectfully request this Court appoint APS as special process server so that it may proceed to serve Defendants in accordance with the Hague Convention.

DATED:  December 11, 2020

Respectfully submitted,

SAXTON & STUMP
LAWRENCE F. STENGEL (P.A. Bar # 32809)


s/ Lawrence F. Stengel
LAWRENCE F. STENGEL

280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)
lfs@saxtonstump.com

*Local Counsel for Lead Plaintiffs*

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS
JOHN H. GEORGE
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com
hdeshmukh@rgrdlaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
DANIELLE SMITH
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
danielles@hbsslaw.com

- 2 -

4823-8264-5969.v1

- 3 -

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVEN W. BERMAN
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
steve@hbsslaw.com

*Lead Counsel for Lead Plaintiffs Thanh Sam and
Lawrence Gallagher*

BRONSTEIN, GEWIRTZ & GROSSMAN,
LLC
PERETZ BRONSTEIN
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone:  212/697-6484
212/697-7296 (fax)
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Thanh Sam*

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 11, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Lawrence F. Stengel
LAWRENCE F. STENGEL

SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)
E-mail:  lfs@saxtonstump.com

4823-8264-5969.v1

# Mailing Information for a Case 2:20-cv-03326-AB BROWN v. WIRECARD AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **LEE ALBERT**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **PERETZ BRONSTEIN**
  peretz@bgandg.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com,hdeshmukh@ecf.courtdrive.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com,jgeorge@ecf.courtdrive.com,smorris@ecf.courtdrive.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **WILLIAM S. NORTON**
  bnorton@motleyrice.com,mhickey@motleyrice.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **DANIELLE SMITH**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,gas@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com,jgriffin@kaplanfox.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,shawnw@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)