UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | ) ) ) ) | Civ. Action No. 2:20-cv-03326-AB <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) | DECLARATION OF ANN MICKOW |

I, ANN MICKOW, hereby declare as follows:

1.      My name is Ann Mickow and I am competent in all respects to testify regarding the matters set forth herein.  I am the International Department Manager at APS International, Ltd. ("APS") in Minneapolis, Minnesota.  I am over eighteen years old and neither I nor APS is a party to the above-captioned litigation.  APS is in the business of providing litigation support services to attorneys throughout the United States and Canada.  Among other services, APS assists in effecting service of process upon foreign persons and entities.  APS has caused thousands of documents to be served abroad, including many in Germany.

2.      Service in Germany is made in accordance with the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Service Convention").

3.      Upon receipt of a request for service in Germany, APS will review the documents to be served and, if the documents are not in German, cause them to be translated into German.  Once translation is complete and the necessary Hague Service Convention forms are prepared, the documents will be sent to the Central Authority in Germany for service.  The Central Authority is the office designated by Germany to process requests for service made in accordance with the Hague Service Convention.  The Central Authority will review, approve and log the request for service, then cause the documents to be served through the judicial channels of Germany, often forwarding the documents through regional courts.

4.      In order to effect service in Germany under the Hague Service Convention as described above, Germany requires the person or entity forwarding documents to the Central Authority be appointed as a special process server by the United States court where the action is pending.  Without such an appointment, service cannot be completed in Germany pursuant to the Hague Service Convention.

- 1 -

5.     Once service has been effected in Germany, the Certificate (Proof of Service or Non-Service) will be completed, sealed and returned to APS through the same channels in reverse.  Once the completed Certificate is received by APS, it will be translated into English and returned to the attorney requesting service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9ᵗʰ day of December, 2020, at Minneapolis, Minnesota.

_____
ANN MICKOW

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 11, 2020, I authorized the

electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List,

and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service

to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Lawrence F. Stengel
LAWRENCE F. STENGEL

SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)
E-mail:  lfs@saxtonstump.com

# Mailing Information for a Case 2:20-cv-03326-AB BROWN v. WIRECARD AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **LEE ALBERT**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **PERETZ BRONSTEIN**
  peretz@bgandg.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com,hdeshmukh@ecf.courtdrive.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com,jgeorge@ecf.courtdrive.com,smorris@ecf.courtdrive.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **WILLIAM S. NORTON**
  bnorton@motleyrice.com,mhickey@motleyrice.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **DANIELLE SMITH**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,gas@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com,jgriffin@kaplanfox.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,shawnw@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

United States District Court Eastern District of Pennsylvania

- (No manual recipients)