UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | ) ) ) | Civ. Action No. 2:20-cv-03326-AB CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) | [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO APPOINT APS INTERNATIONAL, LTD. AS SPECIAL PROCESS SERVER |

Having considered Lead Plaintiffs' Motion to Appoint APS International, Ltd. as Special Process Server ("Motion"), the Memorandum of Law and Declaration of Ann Mickow in support thereof and good cause appearing therefore, the Court ORDERS as follows:

1.      The Motion is GRANTED; and

2.      APS International, Ltd., including its designated agents, is appointed special process server and authorized to effect service of process on Defendants[1] in Germany.

\*      \*      \*

**O R D E R**

IT IS SO ORDERED.

DATED:  _____        _____

THE HONORABLE ANITA B. BRODY
UNITED STATES SENIOR DISTRICT JUDGE

---

[1]  "Defendants" are Wirecard AG, Markus Braun, Jan Marsalek, Burkhard Ley, Alexander von Knoop, Susanne Steidl, Wulf Matthias and Ernst & Young GmbH Wirtschaftspruefungsgesellschaft.

- 1 -

4821-2167-3683.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 11, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<div style="margin-left: 50%;">

s/ Lawrence F. Stengel

LAWRENCE F. STENGEL

SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)
E-mail:  lfs@saxtonstump.com

</div>

4821-2167-3683.v1

# Mailing Information for a Case 2:20-cv-03326-AB BROWN v. WIRECARD AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **LEE ALBERT**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **PERETZ BRONSTEIN**
  peretz@bgandg.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com,hdeshmukh@ecf.courtdrive.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com,jgeorge@ecf.courtdrive.com,smorris@ecf.courtdrive.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **WILLIAM S. NORTON**
  bnorton@motleyrice.com,mhickey@motleyrice.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **DANIELLE SMITH**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,gas@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com,jgriffin@kaplanfox.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,shawnw@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Case 2:20-cv-03326-AB United States District Court Eastern District of Pennsylvania Document 50-3 Filed 12/11/20 Page 5 of 5

- (No manual recipients)