**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: WIRECARD AG SECURITIES LITIGATION | No. 2:20-cv-03326-AB <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

**ORDER**

**AND NOW,** this 16th day of December 2020, upon consideration of Lead Plaintiffs'

Motion to Appoint APS International, Ltd. as Special Process Server (ECF No. 50), it is

**ORDERED** that:

1. The Motion is **GRANTED** and

2. APS International, Ltd., including its designated agents, is appointed special process

    server and authorized to effect service of process on Defendants in Germany.

　s/ANITA B. BRODY, J.　　　
ANITA B. BRODY, J.

COPIES VIA ECF