UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | ) ) ) ) | Civ. Action No. 2:20-cv-03326-AB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) ) | DECLARATION OF JOHN H. GEORGE IN SUPPORT OF SUBMISSION IN FURTHER SUPPORT OF # 49 LEAD PLAINTIFFS' MOTION TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY |

I, JOHN H. GEORGE, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court.  I am associated with the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.  This Declaration is made in support of Submission in Further Support of #49 Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 19:    Letter with Exhibits B-C from Mark T. Sottile, counsel for North Lane Technologies, Inc., to The Honorable Anita B. Brody, dated December 11, 2020;

Exhibit 20:    Email from Mark T. Sottile, counsel for North Lane Technologies, Inc., to The Honorable Anita B. Brody;

Exhibit 21:    Affidavit of Service on Wirecard North America, Inc.;

Exhibit 22:    Affidavit of Service on North Lane Technologies, Inc.;

Exhibit 23:    Affidavit of Service on Syncapay, Inc.;

Exhibit 24:    Email from Jeff S. Adler, counsel for North Lane Technologies, Inc., to Judge Lawrence Stengel, counsel for Plaintiffs, dated November 30, 2020;

Exhibit 25:    Email from John George, counsel for Plaintiffs, to Jeff S. Adler and Mark T. Sottile, counsel for North Lane Technologies, Inc., dated December 1, 2020;

Exhibit 26:    Email from Jeff S. Adler, counsel for North Lane Technologies, Inc., to John George, counsel for Plaintiffs, dated December 1, 2020;

Exhibit 27:    Email from Jeff S. Adler, counsel for North Lane Technologies, Inc., to John George, counsel for Plaintiffs, dated December 1, 2020;

Exhibit 28:    Email from Jeff S. Adler, counsel for North Lane Technologies, Inc., to John George, counsel for Plaintiffs, dated December 3, 2020; and

Exhibit 29:    Email from Mark T. Sottile, counsel for North Lane Technologies, Inc., to John George, counsel for Plaintiffs, dated December 11, 2020.

- 1 -

4831-6001-4292.v1

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of December, 2020, at San Francisco, California.

s/ John H. George
JOHN H. GEORGE

- 2 -

4831-6001-4292.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 17, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Lawrence F. Stengel
LAWRENCE F. STENGEL

SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)
E-mail:  lfs@saxtonstump.com

4831-6001-4292.v1

United States District Court Eastern District of Pennsylvania

# Mailing Information for a Case 2:20-cv-03326-AB BROWN v. WIRECARD AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **LEE ALBERT**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **PERETZ BRONSTEIN**
  peretz@bgandg.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com,hdeshmukh@ecf.courtdrive.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com,jgeorge@ecf.courtdrive.com,smorris@ecf.courtdrive.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **WILLIAM S. NORTON**
  bnorton@motleyrice.com,mhickey@motleyrice.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **DANIELLE SMITH**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,gas@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com,jgriffin@kaplanfox.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,shawnw@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Case 2:20-cv-03326-AB    Document 52-1    Filed 12/17/20    Page 6 of 6

- (No manual recipients)