# EXHIBIT 20

| | |
|---|---|
| **From:** | Sottile, Mark T. <mtsottile@burnswhite.com> |
| **Sent:** | Friday, December 11, 2020 11:15 AM |
| **To:** | 'Chambers_of_Judge_Anita_B_Brody@paed.uscourts.gov' |
| **Cc:** | Adler, Jeff S.; John George; 'lfs@saxtonstump.com'; Shawn Williams; Danielle Myers; Hadiya Deshmukh; reed@hbsslaw.com; 'Danielle Smith' |
| **Subject:** | In re WIRECARD AG SECURITIES LITIGATION; Case No: 2:20-cv-03326-AB |
| **Attachments:** | Ltr from MTS to Judge Anita B. Brody.12.11.20.pdf; Exhibit A.pdf; Exhibit B.pdf; Addendum to Exhibit B.xlsx; Exhibit C.pdf |

Judge Brody:

   Good Afternoon. Our office represents North Lane Technologies, Inc., which is not named in the instant matter. Please see attached correspondence intended to address Plaintiffs' efforts to lift the discovery stay. Please do not hesitate to contact our office with any questions or concerns. Thank you.

Mark T. Sottile, Esq.
Associate



100 Four Falls, Suite 515 · 1001 Conshohocken State Road · West Conshohocken, PA 19428
484-567-5760 (O) · 484-567-5701 (F)
mtsottile@burnswhite.com · burnswhite.com

As Burns White addresses the concerns raised by COVID-19, the health and safety of our clients, employees and friends of the firm remain our top priority. During this unprecedented time, consistent with the government's recommendations, all Burns White offices are closed at this time, but all of our attorneys are working remotely and will respond to emails and calls as quickly as possible. For more information, please click here.

We intend to send this transmission (including any attachments) only to the appropriate recipients. If you received this message in error, please notify the sender by replying to this message and then delete it from your system. This transmission may contain confidential or privileged information and may constitute non-public information. Use, disclosure, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful. Unless otherwise stated by the sender, this transmission (including any attachments) does not create or confirm a contract, agreement, offer or acceptance between the sender and any recipient.