# EXHIBIT 21

| Attorney or Party without Attorney: Lawrence F. Stengel, Esq. Saxton & Stump 280 Granite Run Drive, # 300 Lancaster, PA 17601 Telephone No: 717-556-1000 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Eastern District Of Pennsylvania | | |
| Plaintiff: In re Wirecard AG Securities Litigation | | |
| Defendant: | | |

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 20CV03326AB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay;Memorandum of Law In Support Of Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay; Declaration of John H. George In Support Of Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay; [Proposed] Order Granting Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay

3. a. Party served:      Wirecard North America, Inc.
   b. Person served:     Julia McCillian, Office Manager

4. Address where the party was served:      555 East North Lane, Suite 5040 Conshohocken, PA  19428

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 10, 2020 (2) at: 10:15AM

7. *Person Who Served Papers:*
   a. Scott  Segal
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of PENNSYLVANIA that the foregoing is true and correct.

11/19/2020
(Date)

(Signature)

8. STATE OF PENNSYLVANIA, COUNTY OF _Bucks_

Subscribed and sworn to (or affirmed) before me on this _19ᵗ_ day of _November 2020_ by Scott  Segal proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Commonwealth of Pennsylvania - Notary Seal
STEPHANIE HOPE SEGAL - Notary Public
Bucks County
My Commission Expires Apr 11, 2024
Commission Number 1240980

AFFIDAVIT OF SERVICE

(Notary Signature)

laste.212697