# EXHIBIT 22

| *Attorney or Party without Attorney:* | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| Lawrence F. Stengel, Esq.<br>Saxton & Stump<br>280 Granite Run Drive, # 300<br>Lancaster, PA  17601<br>*Telephone No:* 717-556-1000 | | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | | |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Eastern District Of Pennsylvania

*Plaintiff:* In re Wirecard AG Securities Litigation

*Defendant:*

| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>20CV03326AB |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay;Memorandum of Law In Support Of Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay; Declaration of John H. George In Support Of Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay; [Proposed] Order Granting Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay

3.  *a. Party served:*           North Lane Technologies, Inc.
    *b. Person served:*        Lynanne Gares, Service of Process Intake Clerk,  Caucasian, Female, 35-40, Brown
                                        Hair, 5'6", 130-160 lbs..

4.  *Address where the party was served:*      Corporation Service Company
                                                                    251 Little Falls Drive
                                                                    Wilmington, DE  19808

5.  *I served the party:*
    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Nov. 11, 2020 (2) at: 11:44AM

7.  **Person Who Served Papers:**                    *Fee for Service:*
    a. Sean Snow                                                 I Declare under penalty of perjury under the laws of the State of
    **b. Class Action Research & Litigation**       DELAWARE that the foregoing is true and correct.
    P O Box 740
    Penryn, CA  95663
    c. (916) 663-2562, FAX (916) 663-4955         11-19-20    ~~Sean Snow~~
                                                                          *(Date)*                    *(Signature)*

8.  **STATE OF DELAWARE, COUNTY OF** New Castle

    *Subscribed and sworn to (or affirmed) before me on this* 19th *day of* November, 2020 *by Sean Snow*

    *proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

                                        **AFFIDAVIT OF SERVICE**                    (Notary Signature)                    laste.212698