# EXHIBIT 23

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Lawrence F. Stengel, Esq.<br>Saxton & Stump<br>280 Granite Run Drive, # 300<br>Lancaster, PA 17601<br>Telephone No: 717-556-1000 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Eastern District Of Pennsylvania | | | | |
| Plaintiff: In re Wirecard AG Securities Litigation | | | | |
| Defendant: | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>20CV03326AB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay;Memorandum of Law In Support Of Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay; Declaration of John H. George In Support Of Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay; [Proposed] Order Granting Lead Plaintiffs' Motion to Partially Lift the PSLRA Discovery Stay

3. a. Party served:     Syncapay, Inc.
   b. Person served:     Damon Wioskowski, VP Operations

4. Address where the party was served:     Maples Fiduciary Services (Delaware) Inc.
   4001 Kennett Pike, Suite 302
   Wilmington, DE 19807

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Nov. 12, 2020 (2) at: 12:55PM

7. **Person Who Served Papers:**
   a. Sean Snow
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

11-19-20     *Sean Snow*
(Date)         (Signature)



8. **STATE OF DELAWARE, COUNTY OF** New Castle

Subscribed and sworn to (or affirmed) before me on this 19th day of November, 2020   by Sean Snow

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE        (Notary Signature)     laste.212700