# EXHIBIT 24

**From:** Adler, Jeff S.
**Sent:** Monday, November 30, 2020 2:12 PM
**To:** Lawrence Stengel
**Cc:** Sottile, Mark T.
**Subject:** In re Wirecard AG Securities Litigation; Civil Action No. 2:20-cv-03326-AB

Dear Judge Stengel

I hope this finds you well and that you and your family had a nice Thanksgiving. We have just been contacted to represent North Lane with regard to the above captioned matter. Our client is a separate entity from Wirecard AG and not a party to your case but heard that there is a motion to obtain discovery from Wirecard NA. We checked the dockets and saw there is a pending motion to lift a stay to get discovery. We are in the process of confirming our engagement. North Lane has confirmed to us that they have a records retention policy and while they can think of no documents that may be applicable, nothing will be destroyed pursuant to that policy. It will take a few days for us to sort out the representation, but I assume that we will be engaged. Once hired, we can give you further assurances that all documents will be retained.

I don't know where this is on Judge Brody's schedule and I am reluctant to reach out to her at present. We would respectfully ask if your clients could either withdraw the motion or advise Judge Brody that we have reached out to you and would ask that she not issue any rulings, particularly in light of the document retention policy, until we can get up to speed. Thank you.

Obviously, if you would like to discuss further, please let me know.
Best regards
Jeff Adler



Jeffrey S. Adler, Esq.
Chief Operating Officer, Eastern Region | Member



1

100 Four Falls, Suite 515 · 1001 Conshohocken State Road · West Conshohocken, PA 19428
484-567-5656 (O) · 484-567-5701 (F)
jsadler@burnswhite.com · burnswhite.com

As Burns White addresses the concerns raised by COVID-19, the health and safety of our clients, employees and friends of the firm remain our top priority. During this unprecedented time, consistent with the government's recommendations, all Burns White offices are closed at this time, but all of our attorneys are working remotely and will respond to emails and calls as quickly as possible. For more information, please click here.

We intend to send this transmission (including any attachments) only to the appropriate recipients. If you received this message in error, please notify the sender by replying to this message and then delete it from your system. This transmission may contain confidential or privileged information and may constitute non-public information. Use, disclosure, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful. Unless otherwise stated by the sender, this transmission (including any attachments) does not create or confirm a contract, agreement, offer or acceptance between the sender and any recipient.