EXHIBIT 25

**From:**          John George
**Sent:**          Tuesday, December 1, 2020 5:08 PM
**To:**            'Adler, Jeff S.'; Sottile, Mark T.
**Cc:**            'lfs@saxtonstump.com'; Shawn Williams; Danielle Myers; Hadiya Deshmukh;
                   reed@hbsslaw.com; 'Danielle Smith'
**Subject:**       RE: In re Wirecard AG Securities Litigation

Jeff,

In order to ensure your client has an opportunity to respond to plaintiffs' motion, we propose agreeing to a stipulation that sets a date for Wirecard North America/North Lane to file a response in short order with a reply date for plaintiffs after that.  If you agree, please send us a draft stipulation and we will review and get back to you.

Thanks,
John


John H. George
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545

---

**From:** Adler, Jeff S.
**Sent:** Tuesday, December 1, 2020 2:37 PM
**To:** John George ; Sottile, Mark T.
**Cc:** 'lfs@saxtonstump.com' ; Shawn Williams ; Danielle Myers ; Hadiya Deshmukh ; reed@hbsslaw.com; 'Danielle Smith'
**Subject:** RE: In re Wirecard AG Securities Litigation


John:

Thanks for your prompt response with the information concerning the status of this matter. We have now been retained for the purpose of addressing your discovery inquiries. Specifically, we are in the process of reviewing the motion to lift the stay. In that regard, we will be sending a letter to Judge Brody asking that she delay any ruling and outlining our position. As I noted before, there is a robust retention policy, so there should be no concern any documents will be destroyed. I am sure you will proceed however you deem necessary, but to the extent that you could give us until next week to get up to speed and contact Her Honor, that would be appreciated. Please let me know your position in that regard.
Thanks.
Jeff

1

**Jeffrey S. Adler, Esq.**
Chief Operating Officer, Eastern Region | Member



100 Four Falls, Suite 515 · 1001 Conshohocken State Road · West Conshohocken, PA 19428
484-567-5656 (O) · 484-567-5701 (F)
jsadler@burnswhite.com · burnswhite.com

As Burns White addresses the concerns raised by COVID-19, the health and safety of our clients, employees and friends of the firm remain our top priority. During this unprecedented time, consistent with the government's recommendations, all Burns White offices are closed at this time, but all of our attorneys are working remotely and will respond to emails and calls as quickly as possible. For more information, please click here.

**From:** John George <JGeorge@rgrdlaw.com>
**Sent:** Monday, November 30, 2020 8:34 PM
**To:** Adler, Jeff S. <jsadler@burnswhite.com>; Sottile, Mark T. <mtsottile@burnswhite.com>
**Cc:** 'lfs@saxtonstump.com' <lfs@saxtonstump.com>; Shawn Williams <shawnw@rgrdlaw.com>; Danielle Myers <DaniM@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; reed@hbsslaw.com; 'Danielle Smith' <danielles@hbsslaw.com>
**Subject:** In re Wirecard AG Securities Litigation

Dear Jeff,

Thank you for your email.  Yes, our clients, who have been appointed lead plaintiffs in the above referenced action, filed a notice of motion and motion to lift the discovery stay on Friday, November 6, 2020.  We served Wirecard North America, now North Lane Technologies, on November 10, 2020 (North Lane's registered agent was also served on November 11 and Syncapay was served on November 12). The scheduled response date to that motion was November 24, 2020.  Our intention is to file a notice indicating to the Court that the motion was properly served and there has been no response and the motion should accordingly be granted.  When your retention of North Lane is secured, we think that you should file a responsive brief seeking relief either in the form of an extension or denial of plaintiffs motion.  We appreciate that you client indicates that it has a records retention policy (most companies do) and that nothing will be destroyed.  However, in cases like this, courts recognize that there is a substantial risk that important information can be lost or destroyed without court intervention.  In that regard we believe that North Lane should file a formal response to the motion.  We are available to discuss at your convenience.

Regards,
John

**John H. George**

| Robbins Geller
| Rudman & Dowd LLP

One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545

    

2

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

We intend to send this transmission (including any attachments) only to the appropriate recipients. If you received this message in error, please notify the sender by replying to this message and then delete it from your system. This transmission may contain confidential or privileged information and may constitute non-public information. Use, disclosure, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful. Unless otherwise stated by the sender, this transmission (including any attachments) does not create or confirm a contract, agreement, offer or acceptance between the sender and any recipient.