# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WIRECARD AG SECURITIES LITIGATION | No. 2:20-cv-03326-AB<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## ORDER

**AND NOW,** this 15th day of April, 2021, it is **ORDERED** that Lead Plaintiff's Motion to Extend the Time for Service (ECF No. 58) is **GRANTED**. **On or before August 19, 2021**, Lead Plaintiff must serve Defendants Wirecard AG, Markus Braun, Jan Marsalek, Burkhard Ley, Alexander von Knoop, Susanne Steidl, Wulf Matthias, and Ernst & Young GmbH Wirtschaftspruefungsgesellschaft, pursuant to The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T 361, 68 U.N.T.S. 163. Extensions may be granted for good cause.

                                                  s/ANITA B. BRODY, J.
                                                 ANITA B. BRODY, J.

COPIES VIA ECF