IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WIRECARD AG SECURITIES LITIGATION | No. 2:20-cv-03326-AB <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL CASES | |

# **<u>ORDER</u>**

**AND NOW,** this 11th day of May, 2021, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

      [ ]  -  Order staying these proceedings pending disposition of a related action.

      [ ]  -  Order staying these proceedings pending determination of

                arbitration proceedings.

      [ ]  -  Interlocutory appeal filed

      [xx]  -  Other: Suggestion of Bankruptcy (ECF No. 60)

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court will retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                                      **BY THE COURT:**

                                                      s/ANITA B. BRODY
                                                    _____

                                                    ANITA B. BRODY, J.

Copies via ECF