IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WIRECARD AG SECURITIES LITIGATION | No. 2:20-cv-03326-AB<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## ORDER

**AND NOW,** this 4th day of August, 2021, it is **ORDERED** that Lead Plaintiff's and EY Germany's Stipulation (ECF No. 62) is **APPROVED**. It is further **ORDERED** that **on or before September 20, 2021**, Defendant EY Germany must file a motion to dismiss or otherwise respond to Lead Plaintiff's Complaint. If EY German files a motion to dismiss, Plaintiffs must oppose the motion **on or before December 3, 2021**. Defendant EY Germany must file a reply brief **on or before January 18, 2022**.

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.

COPIES VIA ECF