# EXHIBIT 3

**Exhibit 4.1**
**PCAOB Form 1 – Part IV**

**Statement of Quality Control Policies Accounting and Auditing Practice**
**Ernst & Young Deutsche Allgemeine Treuhand AG**
**Wirtschaftsprüfungsgesellschaft**

The provision of highest quality to our clients is connected with the management of our risks. Our Quality and Risk Management Partner (Q&RMP) and the Quality and Risk Management Team of our firm are in charge of continuous development, implementation, supervision, and enforcement, of appropriate and effective policies, risk and quality controls and safeguards throughout the firm.

The following is a summary description of our quality control policies:

**Professional Values**

*Attitude of Management*

The firm's management continues to give the importance of performing quality work along with minimizing risks first priority. Our people are strongly encouraged to follow our tagline "Quality in Everything We Do".

*Organization of Quality Control*

The firm's accounting and auditing practice is under the direction of the Vorstand (Executive Board), comprising i.a. the CEO, COO, Q&RMP, Leader AABS, Leader HR. The Vorstand reports to the Aufsichtsrat (Supervisory Board) which is obliged by law to examine the firm's risk prevention System, including the appropriate quality standards.

- 2 -

The Q&RMP has appointed the firm's Quality and Risk Management (Q&RM) Team, including himself as the head in charge of development implementation, monitoring, enforcement of risk and quality policies with the continuous help of the directors of:

Q&RM Infrastructure,
Q&RM Policies,
Independence,
Claims Management / General Counsel.

Quality and risk managing partners have been appointed as members of the team for each service line.

The firm's National Office, which handles technical accounting, Independence and auditing issues, is headed by the Q&RMP. The National Office is responsible for establishing standards and consulting on accounting, auditing, reporting, SEC and independence matters, practice monitoring.

Members of the National Office are highly qualified partners and senior managers who are on request supported by the General Counsel's Office.

The firm has appointed a qualified senior manager for internal audit to confirm that the firms internal processes comply with applicable professional standards and are correctly followed by partners and employees. This person reports to the Vorstand (Executive Board) and to the Aufsichtsrat (Supervisory Board).

*Independence*

The independence policies of Ernst & Young Global, have been adopted by our firm and therefore we comply with those required by all professional standards. Independence policies have been updated after the SEC's new auditor independence rules issued in January 2003.

The firm's policies require professionals to review a list of restricted entities before they, their spouse or spousal equivalents, or their dependents engage in certain transactions. In addition, managers through partners must timely report changes in their

- 3 -

stock portfolios and confirm all holdings periodically. An automated tracking system electronically tracks certain personal information. For example, the system tracks a partner's and principal's investment portfolio, loans, depository relationships, and other matters, identifying those that might impair independence so that they can be followed up and resolved. Training in the independence policies and procedures and use of the electronic databases is provided upon initial employment and periodically thereafter.

Several aspects of the SEC's new independence rules dealt with the provision of non-audit service to public company audit clients. In conjunction with our implementation of policies and procedures to respond to these new independence requirements, the firm's senior management including the Vorstand (Executive Board) reviewed our lines of business and service offerings with the relevant service line leaders and made decisions in certain instances to place our own internal restrictions on the provision of certain services, or the conditions under which we would provide them, to audit clients of the firm.

### *Document Retention*

The firm has a comprehensive Retention of Records policy that applies to all practices and personnel. This policy emphasizes that all documents must be preserved. The policy further requires that the General Counsel's Office immediately after any indication of actual or anticipated claim, litigation, investigation be notified. Each firm has specific guidance that addresses creation and maintenance of working papers relevant to the work performed. Specific guidance applicable to audits is included in the firm's AABS Manual.

### Audit Performance

### *Audit Methodology*

The firm follows the Ernst & Young Global Audit Methodology.

The Ernst & Young Global Audit Methodology provides a framework for application of a consistent thought process to all audits. The methodology contemplates team-based

- 4 -

audit service delivery, which includes timely executive (partners, senior managers and managers) involvement throughout the audit, and allows alternative solutions depending on client circumstances, professional judgment, and audit team input.

The methodology is organized into four interdependent phases designed to focus on the client's business and financial statement risks and how those risks affect our audit of the financial statements. The methodology and related guidance is presented in a three-layer format. The first layer, which represents the core Ernst & Young Global Audit Methodology, is a brief and concise description of our methodology for performing financial statement audits. This layer represents our core beliefs in how an Ernst & Young audit is performed. The second layer provides more specific guidance on how and why we perform the procedures outlined in our methodology along with policies regarding parameters in making certain audit decisions. The third layer consists of examples, checklists, practice aids, and illustrations for performing and documenting our procedures during the audit. The first layer of the methodology generally does not require frequent modification. However, both the second and third layers of the methodology are modified as needed with changes in technology, auditing standards, and the addition of improved practice support materials.

The Audit Methodology is based on international auditing standards. Additional policies and procedures for audits performed in Germany have been developed to conform with the requirements of auditing standards accepted in Germany and other professional standards applicable.

- *Engagement Organization, Administration and Other Matters*—Such as engagement letters; executive participation in the audit and responsibilities for review of audit work; audit working paper preparation, maintenance and organization; considerations relating to multi-location and international engagements; procedures when an audit engagement has been designated as higher risk; and consultation and differences of professional opinion.

- *General Audit Procedures*—Such as management representations; going concern considerations; subsequent events review; related party transactions; review of general ledger and nonstandard journal entries; minutes, agreements and similar

- 5 -

documents; income tax accounts; using the work of internal auditors; using the work of specialists; and review of officers' expenses.

- *Communications with Clients and Others*—Such as fraud, errors and illegal acts; communications of internal control related matters observed during an audit; and communications with audit committees.

- *Performing Procedures on Interim Financial Information and Post-Report Review Procedures.*

- *Guidance on Substantive Testing of Specific Account Balances.*

- *Considerations for Specific Audit Situations*—Such as considerations related to initial audits and using the work of other auditors.

### *Technology Enablers*

Numerous technology enablers are used by our audit engagement teams to assist in executing and documenting the work performed in accordance with the Ernst & Young Global Audit Methodology. For example, EY/AWS is the firm's database application that enables audit engagement teams to electronically capture, store, access and share information. EY/AWS contains the Ernst & Young Global Documentation Approach, which supports the Global Audit Methodology. Audit engagement teams use other software applications, forms, and templates during various phases of an audit to assist in making and documenting audit considerations and data acquisition and analysis functions.

### *Formation of Audit Engagement Teams*

The assignment of partners and team members to audit engagement teams is made under the direction of the firm's leadership. Factors considered when assigning people to audit teams include: competence, engagement size and complexity, specialized industry knowledge and experience, timing of work, continuity, and opportunities for on-the-job training. For higher—risk engagements, consideration is given to whether different or additional expertise is needed on the audit engagement team.

- 6 -

**Policies for Review and Consultation**

*Reviews of Audit Work*

Firm policies describe the requirements for timely, direct executive participation on audits and various levels of reviews of the work performed. Members of the audit engagement team perform a detailed review of the audit working papers while engagement executives perform a second-level review. In addition, if appropriate, a tax representative reviews the tax and other relevant working papers and an independent review partner (described below) reviews certain working papers as well as the client's financial statements and our report. Each of these reviews is intended to accomplish specific objectives. The nature, timing and extent of the reviews of the working papers that is appropriate in a given instance depends on many factors, including the materiality, subjectivity, and complexity of the subject matter; the ability and experience of the audit team member preparing the working papers; the ability and experience of the reviewer; the level of the reviewer's direct participation in the work; and the extent of consultation used.

Firm policies describe the roles and responsibilities of each audit engagement team member and the requirements for documenting their work and conclusions thereof.

*An Independent Look at All Our Audits*

A professional requirement for audits of public companies is that a partner independent of the audit team reviews the audit report on the financial statements and performs certain other procedures prior to issuance of the report, and we have required such reviews on all audits, of both public and private companies. The firm assigns an independent review partner for an audit that involves the practice leadership. Our National Office reviews and approves all independent review partner assignments for public companies.

The firm's policies and procedures for the role of the independent review partner provide for differences in the nature, timing, and extent of the procedures performed by

- 7 -

the independent review partner depending on various attributes and risk characteristics of the client.

### *Consultation Requirements*

Our consultation processes and related policies and procedures are designed to take advantage of all of the firm's resources in reaching our conclusions on difficult accounting, auditing, reporting, SEC, and independence matters. Consultation is a decision-making process, not just a process to provide advice. For complex and sensitive matters, Ernst & Young requires consultation outside of the audit team with other personnel who have more experience or specialized knowledge, including designated National Office members, with the goal of deciding the appropriate firm position regarding these matters. We have an extensive list of matters that require consultation on any engagement where the situation is encountered, and we supplement the list of required consultations to focus on emerging matters.

In addition our people are expected to, and do, consult regularly on other significant accounting, auditing, reporting, SEC, and independence matters, as well as on other sensitive issues or sensitive communications to clients or others outside the firm.

Firm policies describe our requirements for documenting consultations.

### *Audit Engagement Team Disagreement Resolution Process*

We have a collaborative culture and encourage our people to speak up if a professional-practice disagreement arises or they are uncomfortable about something having to do with a client engagement, including matters pertaining to independence. The firm's policies are introduced at the entry level and reinforced thereafter to provide all of our people with the authority to demand a hearing for their views and an understanding that the firm considers all points of view when resolving key issues.

Differences of professional opinion that arise during an audit generally are resolved at the audit engagement team level. However, if any individual involved in the discussion of an issue is not satisfied with the decision reached, he or she has both the right and the

- 8 -

obligation to see that the issue is referred to the next level of authority as specified in our policies. Unresolved accounting and auditing matters eventually would be referred to the National Office Accounting and Auditing Department and if necessary to the firm's Quality &Risk Management Partner whose decisions are final.

Pursuant to German legal requirements, Ernst & Young retains memoranda, correspondence, communications, other documents, and records (including electronic records) relevant to our audits and reviews, including opinions, analyses, or financial data, relating to "significant matters" that are inconsistent with our final conclusions, opinions, or analyses on the matters or the audit or review. Significant matters would involve any issue related to accounting principles or practices, auditing procedures, or reporting matters that necessitated discussion between the partner in charge of the audit and other partners or executives on the account, with individuals in the chain of consultation and/or with the client where there were differing professional judgments and views on the treatment of the matter and how those differences were resolved.

**Internal Accountability**

***Audit Partner Rotation***

As required by Section 319 of the German Commercial Code, and, where applicable by the SEC's new independence rules issued in January 2003, on audit engagements for public companies our firm will rotate the lead audit partner, the reviewing partner, and other audit partners no less frequently than the maximum consecutive years of service permitted by law.

***Conflicts Resulting from Employment Relationships***

The SEC's new independence rules issued in January 2003 require a one-year cooling off period before audit engagement team members may accept employment at a public company audit client in a "financial reporting oversight role." We will address the SEC's new one-year cooling off requirement where applicable, and use our best efforts to comply with it within our legal environment.

- 9 -

***Partner Evaluation and Compensation Methods***

We evaluate and compensate our partners based on several factors, which are aligned to the firm's overall strategy and direction. The Global Partner Performance Management process of Ernst & Young is used to document each partner's goals and performance. One pool of earnings is allocated among partners. All partners share in the firm's successes, challenges and investments in the future. In the spirit of partnership and teamwork, a variety of factors are considered in determining individual partner earnings. The ultimate goal in allocating earnings is fairness among partners based on relative contribution to the firm.

Our policy is to compensate all partners based on overall performance, including an evaluation that takes into account demonstrated capabilities as well as outcomes. Our compensation approach reflects the firm's deep commitment to providing quality service to our clients as well as our professional obligation to maintain our independence.

Specifically, audit partners:

- Share in the profits of the firm overall.

- Are evaluated on demonstrated capabilities, such as technical skills, industry knowledge, teaming within and across service lines and geography, developing people, providing quality service, risk management, account planning, knowledge-sharing, relationship skills, and business acumen.

- Are evaluated on outcomes, such as overall quality of audits; appropriate handling of risk and sensitive issues; client satisfaction; and profitability, revenue and growth results, including selling audit, review and attest services to their audit clients and selling audit, audit-related, and other services to other clients and potential clients of the firm.

- Are not compensated based on the sale of non-audit services to audit clients. Audit partners may team with others in the firm to provide the highest quality overall services to our clients while minimizing our risk or help others in the firm as part

- 10 -

of Ernst & Young proposals to deliver non-audit services, but partners will not be evaluated or compensated based on their success in such activities.

- Are not compensated based on the amount of non-audit services delivered to audit clients.

- May not set goals for the sale or delivery of non-audit services to audit clients.

- Do set goals for their audit clients related to profitability, revenue, and growth from audit, review, and attest services. Also, audit partners set revenue goals related to clients they do not serve as auditors.

***Staff Evaluations***

Our Performance Management and Development Process is used to provide timely, specific feedback on job performance. The purpose of the process is to help our people grow in their careers and to understand how their personal development is linked to the firm's values, strategy, and overall success. Periodic job performance reviews are combined with annual self-appraisal and annual reviews.

***Client Acceptance and Continuance***

Ernst & Young's audit client acceptance process involves a careful consideration of the risk characteristics of a prospective client and several due diligence procedures, including an internal investigation among our partners. No new audit client may be accepted without the approval of reviewing partners; making timely confidential inquiries of attorneys, bankers, underwriters, and other sources; and/or investigation by a private investigative agency, where appropriate, to obtain information concerning the reputation or integrity of persons within the key management group of the prospective client. Our approval process is rigorous, and requires significant levels of consultation and approval before a new audit client which has, or is expected to have, publicly traded debt or equity securities is accepted.

The partner in charge of the audit and practice leadership annually review our relationship with each audit client to determine whether continuance is appropriate. As a result of this review, certain audit engagements are identified as requiring, and are then

- 11 -

subjected to, additional oversight procedures during the audit, and some are discontinued. As with the client acceptance process, the reviewing partners and in certain cases risk managing partners are involved in the client continuance process and must be satisfied with decisions. To place even greater focus on assessing the quality of our audit client portfolio, we recently made several enhancements to our client continuance process that will result in gathering and evaluating more information and involving more people in the continuance decision-making process.

Both client acceptance and client continuance decisions depend on, among other things, the absence of any perception that a company's management pressures the audit engagement team to accept inappropriate accounting and reporting. Our considerations and conclusions on the integrity of management are essential to our acceptance and continuance decisions.

For both the audit client acceptance and client continuance processes, the firm uses databases to maintain relevant information on the prospective/existing clients and to manage the processes.

### *Practice Monitoring*

Ernst & Young conducts an internal quality control review program (Audit Quality Review or AQR), under the direction and oversight of the National Office, that annually assesses the quality of our assurance work. The objective of the AQR program is to evaluate the design and operating effectiveness of the firm's quality control policies and procedures covering its accounting and auditing engagements. The results of the AQR program help us evaluate the firm's quality controls, personnel performance, and areas where some improvement is needed.

Our system of quality control for our accounting and auditing practice also is reviewed periodically by an independent public accounting firm. This peer review of our practice will continue for the foreseeable future. The peer review process is under the overview of the „Wirtschaftsprüferkammer", which is a corporate body under public law, supervised by the Ministry of Economics. This process secures / enhances the objectivity of the reviews.

- 12 -

**People Management**

***Recruitment and Hiring***

Recruiting for the accounting and auditing practice is performed primarily on-campus, supplemented by hiring people with prior work experience. Recruitment activities are based on plans approved by practice leadership.

All candidates are evaluated based on the following competencies:

- *Intellectual Competence*—Learning ability/problem analysis/judgment.
- *Leadership Skills*—Delegating to/motivating and influencing others.
- *Team/Personal Skills*—Tact and diplomacy/cooperating with others/professional presence.
- *Adjustment*—Flexibility/stress management/maturity/self-awareness.
- *Motivation*—Perseverance/initiative/job interest.
- *Communication Skills.*
- *Administrative Skills.*
- *Technical Skills/Knowledge.*

Final decisions on hiring are made by practice leadership. Vorstand (Executive Board) and partnership are required to approve all individuals to be directly admitted to the partnership.

***Professional Development***

We have legal requirements for continuing professional education of auditors that we apply to all professionals. Our professionals develop continuing education plans that become a key factor both in realizing personal career goals and in achieving the firm's strategic objectives. Our commitment to lifelong learning results in an improved ability to meet personal and professional goals and provide the highest quality service to our clients.

- 13 -

An individual's professional development principally occurs through formal learning and on-the-job training. Each experienced professional is expected to train and develop the less-experienced personnel that he or she works with in order to create a continuous learning environment within the firm. Participation in formal education programs (including self-study programs and meetings organized at least in part for educational purposes) is intended to supplement on-the-job training and other learning activities.

The firm offers an extensive array of formal education programs for all levels of professionals. The core training courses are supplemented by training programs that are developed in response to changes in accounting and reporting standards, professional standards, and emerging practice issues.

Annually, each professional identifies key performance criteria/competencies to further develop as part of our Performance Development Process. The key performance criteria/competencies and the corresponding learning activities are developed jointly with an assigned counselor, documented on the Personal Scorecard and Development Plan, and approved by an appropriate level of management. Professionals follow a strategic competency development plan to enhance their knowledge and competence. Plans are based on the professional's experience, capabilities, position, duties, and career path, and support the firm's attitudes toward self-direction and self-discipline.

**Internal Communications**

***Communication Technology and Knowledge Databases***

We have made significant investments in our knowledge and communications networks that enable rapid communication of information about our client engagements and business activities. The information flow assists engagement teams and firm management in monitoring the performance of our professional services.

The firm's internal communications system is built around Lotus Notes and intranet applications. Lotus Notes is used for electronic mail and, along with intranet applications, provides access to knowledge databases.