UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
267-597-3978

May 17, 2022

**NOTICE OF HEARING ON MOTION TO DISMISS:**

RE:      20-3326, IN RE: WIRECARD AG SECURITIES LITIGATION

 Counsel,

The Court will hold oral arguments on the personal jurisdiction issue in Defendant Ernst & Young GMBH's Motion to Dismiss (ECF #64) on July 5, 2022 at 10:30 AM in Courtroom 7-B, 7th floor, 601 Market St., Philadelphia, PA 19106.

All attorneys are required to wear a mask when in the courtroom and Judge Brody's chambers.

**COPIES SENT VIA ECF**

s/Joseph B. Walton

_____
Joseph B. Walton
Civil Deputy to Judge Brody