**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: WIRECARD AG SECURITIES LITIGATION | No. 2:20-cv-03326-AB<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## ORDER

**AND NOW**, this 8th day of September, 2022 it is **ORDERED** that Defendants Jan

Marsalek, Burkhard Ley, Susanne Steidl, Alexander Von Knoop, and Wulf Matthias are

**DISMISSED** for lack of service.[1]

   \_\_\_s/ANITA B. BRODY, J._____

ANITA B. BRODY, J.

COPIES VIA ECF

---

[1] On April 15, 2021, I granted Plaintiff's Motion to Extend the Time for Service and ordered Plaintiffs to serve Defendants on or before August 19, 2021. ECF No. 59. I also informed Plaintiffs that additional "[e]xtensions may be granted for good cause." *Id.* Plaintiffs neither served these Defendants, nor sought an extension of the time for service. On August 24, 2022, I issued an order to show cause why the above Defendants should not be dismissed for lack of service. ECF No. 83. On September 6, 2022, Plaintiffs responded to the order to show cause that they do not object to the dismissal of these Defendants for lack of service.