**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: WIRECARD AG SECURITIES LITIGATION | No. 2:20-cv-03326-AB <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | |

## ORDER

**AND NOW,** this 8th day of December, 2022, it is **ORDERED** that Defendant Ernst & Young GmbH Wirtschaftspruefungsgesellschaft's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 64) is **GRANTED**.

                                                    _s/ANITA B. BRODY, J._
                                                    ANITA B. BRODY, J.

COPIES VIA ECF