UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | ) ) ) ) | Civ. Action No. 2:20-cv-03326-AB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) ) | [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER #88 (GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION) OR, IN THE ALTERNATIVE, FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b) |

Having considered Lead Plaintiffs' Motion for Reconsideration of Order #88 (Granting Motion to Dismiss for Lack of Personal Jurisdiction) or, in the Alternative, for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b) and the Memorandum of Law, and good cause appearing therefore, the Court ORDERS as follows:

[1. The Motion for Reconsideration is GRANTED; and

2. Lead Plaintiffs may seek jurisdictional discovery from Ernst & Young GmbH Wirtschaftsprüefungsgesellschaft.]

[1. The Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b) is GRANTED;

2. The Order dismissing Ernst & Young GmbH Wirtschaftsprüefungsgesellschaft for lack of personal jurisdiction is certified as a partial final judgment pursuant to Fed. R. Civ. P. 54(b); and

3. The Court finds that there is no just reason for delay in entering partial judgment.]

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
                                                                           THE HONORABLE ANITA B. BRODY
                                                                           UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 22, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                s/ Lawrence F. Stengel
                                                LAWRENCE F. STENGEL

                                                SAXTON & STUMP
                                                280 Granite Run Drive, Suite 300
                                                Lancaster, PA  17601
                                                Telephone:  717/556-1000
                                                717/441-3810 (fax)
                                                E-mail:  lfs@saxtonstump.com

# Mailing Information for a Case 2:20-cv-03326-AB IN RE: WIRECARD AG SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **PERETZ BRONSTEIN**
  peretz@bgandg.com

- **Vincent A. Coppola**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com,hdeshmukh@ecf.courtdrive.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com,jgeorge@ecf.courtdrive.com,smorris@ecf.courtdrive.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **WILLIAM S. NORTON**
  bnorton@motleyrice.com,mhickey@motleyrice.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **LAURENCE MATTHEW ROSEN**
  LRosen@Rosenlegal.com

- **CHRISTOPHER A. SEEGER**
  cseeger@seegerweiss.com,styjer@seegerweiss.com,seegerweiss@myecfx.com,rbarreca@seegerweiss.com,sabrina-tyjer-1389@ecf.pacerpro.com,msheridan@seegerweiss.com,DKekatos@seegerweiss.com,dsparks@seegerweiss.com,abadaruzzaman@seegerweiss.com,dion--kekatos-1017@ecf.pacerpro.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,cag@saxtonstump.com,jss@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com

- **Danielle Smith**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,jgelman@rgrdlaw.com,shawnw@ecf.courtdrive.com,JGelman@ecf.courtdrive.com

- **WESLEY A. WONG**
  wesleyw@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lucas            E Gilmore
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue   Suite 202
Berkeley, CA 94710
```