# EXHIBIT 33

Case 2:20-cv-03326-AB    Document 100-34    Filed 06/07/23    Page 2 of 10

# CONNECTED COMMERCE

ANNUAL REPORT 2016

wirecard

# CONTENT

| | |
|---|---|
| Letter from the CEO | 6 |
| Report of the Supervisory Board | 13 |
| Corporate governance report | 18 |
| Wirecard stock | 39 |

**CONTENT MANAGEMENT REPORT** — 44

I. FOUNDATIONS OF THE GROUP — 48

1. Group structure, organisation and employees — 48
2. Business activities and products — 60
3. Corporate management, objectives and strategy — 68
4. Research and development — 75
5. Corporate governance statement pursuant to Section 289a of the German Commercial Code (HGB), remuneration report and takeover law disclosures — 81

II. ECONOMIC REPORT — 84

1. General conditions and business performance — 84
2. Results of operations, financial position and net assets — 98
3. Report on events after the balance sheet date — 110

III. FORECAST AND REPORT ON OPPORTUNITIES AND RISKS — 114

1. Forecast — 114
2. Report on opportunities and risks — 127
3. Overall statement on the Group's expected development (outlook) — 154

**CONSOLIDATED ACCOUNTS** — 156

| | |
|---|---|
| Consolidated balance sheet | 158 |
| Consolidated income statement | 160 |
| Consolidated statement of comprehensive income | 161 |
| Consolidated statement of changes in equity | 161 |
| Consolidated cash flow statement | 162 |
| Consolidated cash flow from operating activities (adjusted) | 163 |
| Change in non-current assets | 164 |
| Explanatory notes | 166 |
| Audit opinion | 272 |
| Responsibility Statement | 274 |
| Glossary | 276 |
| Imprint | 282 |

# Wirecard stock

The German stock market experienced a mixed year in 2016. While the leading German DAX index was able to continue to grow and rose by 6.9 percent (2015: 9.6 percent), the TecDax fell by 1.0 percent (2015: 33.5 percent).

The Wirecard share fell by 12.1 percent in the 2016 fiscal year but was already able to turn around this trend at the beginning of 2017 and reached an all-time high of EUR 51.47 when the stock market closed on 30 March 2017. After taking into account the dividends paid out at the end of June for the 2015 fiscal year of EUR 0.14 per share (2014: EUR 0.13), the resulting total shareholder return is minus 11.8 percent (2015: 28.0 percent).

Furthermore, the liquidity of the stock, measured by its trading volume, also increased in comparison to the previous year. Around 175 million (2015: 133 million) shares were traded in total on the electronic XETRA trading platform. This corresponds to an average trading volume of 685 thousand (2015: 527 thousand) shares per day.

### Annual development of the Wirecard stock



### Performance in percent

|  | 1 year<br>2016 | 5 years<br>2012–2016 | 10 years<br>2007–2016 |
|---|---|---|---|
| Wirecard AG (excluding dividend) | -12,1 | +229,2 | +551,1 |
| DAX (performance-index) | +6,9 | +94,6 | +142,1 |
| TecDAX (performance-index) | -1,0 | +164,5 | +74,0 |

### Dividends

The Management and Supervisory Boards will propose to this year's Annual General Meeting that a dividend of EUR 0.16 per share is paid to shareholders (2015: EUR 0.14). This corresponds to EUR 19,770,494 (2015: EUR 17,299,182).

### Annual General Meeting/dividend resolution

Wirecard AG's ordinary Annual General Meeting was held on 16 June 2016 in the Conference Centre of the Hanns Seidel Foundation in Munich. Around 335 (2015: around 230) shareholders, shareholder representatives and guests participated in the Annual General Meeting. The share capital represented was 62.23 percent, which was around the same level as the previous year (2015: 66.12 percent).

All of the agenda items were passed with a large majority. Amongst other things, Wirecard AG expanded the Supervisory Board from three to five members to reflect the strong growth of the company. Furthermore, the Annual General Meeting resolved to distribute an amount of EUR 17,299,182.04 as dividends from the profit of EUR 58,239,543.50 for the 2015 fiscal year included in retained earnings. This corresponds to an amount of EUR 0.14 per share on the basis of the 123,565,586 dividend-entitled shares. In order to ensure that the Company can continue to respond flexibly to short-term funding requirements in connection with strategic decisions, the Annual General Meeting resolved the creation of new Conditional Capital in 2016.

Further information and details about the Annual General Meeting are available on the Internet at the following address: ir.wirecard.com

**TO OUR SHAREHOLDERS** WIRECARD STOCK

### KPIs for Wirecard's shares

|  |  | 2016 | 2015 |
|---|---|---:|---:|
| Number of shares (31.12.) – all dividend-entitledt |  | 123.565.586 | 123.565.586 |
| Share capital (31.12.) | kEUR | 123.566 | 123.566 |
| Market capitalisation (31.12.) | bnEUR | 5,05 | 5,75 |
| Year-end price (31.12.) | EUR | 40,89 | 46,50 |
| Year-high | EUR | 48,10 | 47,38 |
| Year-low | EUR | 29,40 | 34,36 |
| Earnings per share (basic) | EUR | 1,43* | 1,16 |
| Shareholder's equity per share (basic) | EUR | 11,95 | 10,36 |
| Dividend per share | EUR | 0,14 | 0,13 |
| Total dividend payout | kEUR | 17.299 | 16.054 |

*Adjusted for Visa Europe

Price data: XETRA closing prices

### Investor Relations

In 2016, the main topics of communication with the capital markets included Wirecard's innovation and growth strategies. Alongside the organic growth of the Wirecard Group and the M&A activities in the past fiscal year, the focus was placed in particular on the company's entry onto the North American market with the acquisition of Citi Prepaid Card Services.

The core business of the company, as well as the mobile payment and connected POS business areas, continued to be the focus of numerous discussions with analysts and investors. The Management Board and the Investor Relations department of Wirecard AG took part in numerous conferences and roadshows in both Germany and abroad during the year under review.

At the end of the period under review, a total of 28 analysts from renowned banks and independent research institutions were closely observing the Wirecard share.

### Analyst recommendations as of year-end 2016



**75%** Buy

14% Hold

11% Sell

Further information is available online at: ir.wirecard.com

### Shareholder structure
Most of the 93.0 percent free float as of 31/12/2016 continues to comprise institutional investors from the Anglo-American region and Europe.

### Other information
The Management and Supervisory Boards of Wirecard AG undertake to comply with the principles of the German Corporate Governance Code and endorse the principles of transparent and sustainable corporate governance. Special measures in this regard are the listing on the Prime Standard and reporting according to IAS/IFRS.

**TO OUR SHAREHOLDERS** WIRECARD STOCK

## Basic information on Wirecard stock

| | |
|---|---|
| Year established: | 1999 |
| Market segment: | Prime Standard |
| Index: | TecDAX |
| Type of equity: | No-par-value common bearer shares |
| Stock exchange ticker: | WDI; Reuters: WDIG.DE; Bloomberg: WDI GY |
| WKN: | 747206 |
| ISIN: | DE0007472060 |
| Authorised capital, in number of shares: | 123,565,586 |
| Group accounting category: | exempting consolidated financial statements in accordance with IAS/IFRS |
| End of fiscal year: | 31 December |
| Total share capital as of 31 December 2016 | kEUR 123,566 |
| Beginning of stock market listing: | 25 October 2000 |
| Management Board: | Dr. Markus Braun — CEO, CTO |
| | Burkhard Ley — CFO |
| | Jan Marsalek — COO |
| Supervisory Board: | Wulf Matthias — Chairman |
| | Alfons W. Henseler — Deputy Chairman |
| | Tina Kleingarn — Member |
| | Stefan Klestil — Member |
| | Vuyiswa V. M'Cwabeni — Member |
| Shareholder structure* as of 31 December 2016 | |
| Shareholders holding more than 3% of voting rights* | 7.0% MB Beteiligungsgesellschaft mbH |
| | 93.0% free float (according to Deutsche Börse's definition) of which |
| | 6.27% Jupiter Asset Management Ltd. (UK) |
| | 5.44% Alken Luxembourg S.A. (LU) |
| | 5.06% Citigroup Inc (US) |
| | 5.01% Artisan Partners LP (US) |
| | 3.15% T. Rowe Price Group, Inc. (US) |
| | 3.049% Comgest Global Investors S.A.S. (FR) |

**Global presence:**
Wirecard has a global presence so that it can provide its international customers and partners who are active around the world with regional locations for technology, services and sales, as well as with globally accessible technology services. Germany, the United Kingdom/Ireland and Austria serve as the base locations for the European and global market. In Asia, the operational units in the region are managed above all from the United Arab Emirates, Singapore and Jakarta. Other relevant markets are addressed via subsidiaries in New Zealand, India, South Africa, Brazil and the United States of America.



**Changes to the Group structure**
During the course of the 2016 fiscal year, the group structure changed mainly as a result of corporate acquisitions. A 60 percent shareholding in GI Technology Private Limited, Chennai (India), a licenced issuer of prepaid payment instruments (PPI) in India, was acquired in the reporting year, closely connected to the earlier takeover of the payment business of the GI Retail Group in India at the end of the 2015 fiscal year. Due to the conditions in the shareholders agreement, which are particularly associated with the Indian regulations for financial services companies, the company will be accounted for using the equity method. This is because Wirecard exercises a significant influence on the company with this 60 percent shareholding but does not have full control.

Wirecard's business in Eastern Europe was strengthened by the acquisition of the Romanian payment service provider Provus Group, Bucharest (Romania).

**MANAGEMENT REPORT** I. FOUNDATIONS OF THE GROUP
1. Group structure, organisation and employees

The company entered the Brazilian and Latin American markets with the acquisition of the Brazilian payment service provider Moip Pagamentos S.A., São Paulo (Brazil) (now called Wirecard Brasil S.A).

Wirecard also announced its entry onto the US market in 2016 with the acquisition of Citi Prepaid Card Services, Conshohocken (USA). The closing of the transaction took place after the reporting period at the beginning of 2017. For this purpose, Kestrel Mergers Acquisitions Corp., Delaware (USA) was founded as an acquisition vehicle. It merged with Wirecard North America Inc., Delaware (USA) following the closing of the transaction. Citi Prepaid Card Services is a leading issuer and programme manager in the area of institutional prepaid credit cards. Alongside a renowned customer portfolio, Wirecard has also acquired an existing sales network and a company in the USA as part of the transaction.

In order to optimise the organisational structure, the two companies Trans Infotech Pte Ltd (Singapore) and Card Techno Pte Ltd (Singapore) were merged with Wirecard Singapore Pte Ltd (Singapore) in the reporting period.

As part of the organic expansion of the company's global presence and the additional strengthening of the sales activities of the Wirecard Group, the companies Wirecard Australia A&I Pte. Ltd., Melbourne (Australia), Wirecard Hong Kong Ltd. (Hong Kong), Wirecard Payment Solutions Hong Kong (Hong Kong), Wirecard Mexico S.A. De C.V, Mexico City (Mexico) and Wirecard Polen Sp.Zo.o., Warsaw (Poland) were founded.

Further information on changes to the Group structure after the reporting period can be found in the Management Report, Chapter II. 3. Report on events after the balance sheet date. The notes to the consolidated financial statements contain a full list of all consolidated subsidiaries in the Group.

## 1.2 Organisation

The Group parent company Wirecard AG, headquartered in Aschheim near Munich, assumes responsibility for strategic corporate planning and the central tasks of human resources, legal, treasury, controlling, accounting, M&A, strategic alliances and business development, risk management, corporate communications and investor relations and facility management. The holding company also manages the acquisition and management of participating interests. The Management Board of Wirecard AG is responsible for the management of the Group.