UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | ) Civ. Action No. 2:20-cv-03326-AB ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>   ALL ACTIONS. | ) STATUS UPDATE #89 (WIRECARD AG ) BANKRUPTCY STAY) ) ) ) |

Pursuant to the Court's December 15, 2022 Order, the Parties file this status update regarding the continued presence of reasons why the case against Defendant Wirecard AG is unable to proceed to trial without delay.  ECF 89.

On May 11, 2021, the Court ordered the Clerk of Court to mark the action closed for statistical purposes and to place the matter in the Civil Suspense File due to Wirecard AG's suggestion of bankruptcy.  ECF 60, 61.

The reasons why the case against Wirecard AG is unable to proceed are unchanged because the following order of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania is still in effect:

> The Securities Litigation styled *In re Wirecard AG Securities Litigation*, No. 2:20-cv-03326-AB, currently pending in the United States District Court for the Eastern District of Pennsylvania is stayed and the Securities Plaintiffs are hereby permanently enjoined from taking any action in the Securities Litigation, in each case solely with respect to Wirecard, pending the closing of the chapter 15 case or further order of the Court.

ECF 60-1 at 5.

The docket for *In re Wirecard*, No. 21-10936 (Bankr. E.D. Pa.), attached as Exhibit A, indicates the Chapter 15 case has not been closed, nor has there been any relevant subsequent order of the bankruptcy court.

The case against Defendant Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft is currently ongoing.  *See* ECF 62, 63, 95, 99.

| | |
|---|---|
| DATED:  June 15, 2023 | SAXTON & STUMP<br>LAWRENCE F. STENGEL (P.A. Bar # 32809)<br><br>_____s/ Lawrence F. Stengel_____<br>LAWRENCE F. STENGEL |

- 1 -

- 2 -

280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)
lfs@saxtonstump.com

*Local Counsel for Lead Plaintiffs*

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

*Additional Counsel for Plaintiff*

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
HADIYA K. DESHMUKH
JACOB G. GELMAN
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com

|  |  |
|---|---|
|  | HAGENS BERMAN SOBOL SHAPIRO LLP<br>STEVEN W. BERMAN<br>1301 Second Avenue, Suite 2000<br>Seattle, WA  98101<br>Telephone:  206/623-7292<br>206/623-0594 (fax)<br>steve@hbsslaw.com<br><br>*Lead Counsel for Lead Plaintiffs Thanh Sam and Lawrence Gallagher*<br><br>BRONSTEIN, GEWIRTZ & GROSSMAN, LLC<br>PERETZ BRONSTEIN<br>60 East 42nd Street, Suite 4600<br>New York, NY  10165<br>Telephone:  212/697-6484<br>212/697-7296 (fax)<br>peretz@bgandg.com<br><br>*Additional Counsel for Lead Plaintiff Thanh Sam* |
| DATED:  June 15, 2023 | WILLIAMS & CONNOLLY LLP<br>STEVEN M. FARINA (admitted *pro hac vice*)<br><br>       /s/ Steven M. Farina<br>      STEVEN M. FARINA<br><br>CRAIG D. SINGER (PA State Bar No. 71394)<br>GEORGE A. BORDEN (admitted *pro hac vice*)<br>AMANDA M. MACDONALD (admitted *pro hac vice*)<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>(202) 434-5000<br>csinger@wc.com<br>sfarina@wc.com<br>gborden@wc.com<br>amacdonald@wc.com<br><br>*Attorneys for Defendant Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft* |

- 3 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 15, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        s/ Lawrence F. Stengel
        LAWRENCE F. STENGEL

        SAXTON & STUMP
        280 Granite Run Drive, Suite 300
        Lancaster, PA  17601
        Telephone:  717/556-1000
        717/441-3810 (fax)
        E-mail:  lfs@saxtonstump.com

# Mailing Information for a Case 2:20-cv-03326-AB IN RE: WIRECARD AG SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **GEORGE A. BORDEN**
  gborden@wc.com

- **PERETZ BRONSTEIN**
  peretz@bgandg.com

- **Vincent A. Coppola**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com,hdeshmukh@ecf.courtdrive.com

- **STEVEN M. FARINA**
  sfarina@wc.com

- **JACOB G. GELMAN**
  jgelman@rgrdlaw.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com,jgeorge@ecf.courtdrive.com,smorris@ecf.courtdrive.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **AMANDA MACDONALD**
  amacdonald@wc.com

- **WILLIAM S. NORTON**
  bnorton@motleyrice.com,mhickey@motleyrice.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **LAURENCE MATTHEW ROSEN**
  LRosen@Rosenlegal.com

- **CHRISTOPHER A. SEEGER**
  cseeger@seegerweiss.com,styjer@seegerweiss.com,seegerweiss@myecfx.com,rbarreca@seegerweiss.com,sabrina-tyjer-1389@ecf.pacerpro.com,msheridan@seegerweiss.com,DKekatos@seegerweiss.com,dsparks@seegerweiss.com,abadaruzzaman@seegerweiss.com,dion--kekatos-1017@ecf.pacerpro.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,cag@saxtonstump.com,jss@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com

- **Craig Singer**
  csinger@wc.com

- **Danielle Smith**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,jgelman@rgrdlaw.com,shawnw@ecf.courtdrive.com,JGelman@ecf.courtdrive.com

- **WESLEY A. WONG**
  wesleyw@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Lucas         E Gilmore**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue   Suite 202
Berkeley, CA 94710