# EXHIBIT A

**U.S. Bankruptcy Court**
**Eastern District of Pennsylvania (Philadelphia)**
**Bankruptcy Petition #: 21-10936-amc**

*Date filed:* 04/08/2021

*Assigned to:* Judge Ashely M. Chan
Chapter 15
Voluntary

***Foreign Representative***
**Wirecard AG,** ***(Company Representative: Dr. Michael Jaffé)***
c/o Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street Suite 200
Philadelphia, PA 19147
PHILADELPHIA-PA
Tax ID / EIN: 00-0000000

represented by **TODD M. GOREN**
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
212-728-8000
Fax : 212-728-8111
Email: tgoren@willkie.com

**JEFFREY KURTZMAN**
Kurtzman Steady LLC
555 City Avenue
Ste 480
Bala Cynwyd, PA 19004
215-839-1222
Email: Kurtzman@kurtzmansteady.com

***Foreign Representative***
**Dr. Michael Jaffe**
OUTSIDE U. S.

represented by **TODD M. GOREN**
(See above for address)

**JOEL C. HAIMS, ESQUIRE**
Morrison & Foerster, LLP
250 West 55th Street
New York, NY 10019

**ANDREW KISSNER**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212-336-4117
Email: akissner@mofo.com

**JEFFREY KURTZMAN**
(See above for address)

**KATHERINE RICHARDSON ARNOULD, ESQUIRE**
Morrison & Foerster, LLP
250 West 55th Street
New York, NY 10019

***U.S. Trustee***
**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building

represented by **GEORGE M. CONWAY**
DOJ-Ust
900 Market Street
Robert N Nix Federal Building

900 Market Street  
Suite 320  
Philadelphia, PA 19107  
(215)597-4411  

Suite 320  
Philadelphia, PA 19107  
215-597-8418  
Email: george.m.conway@usdoj.gov  

**JOHN HENRY SCHANNE**  
DOJ-Ust  
Office of The United States Trustee  
Robert N.C. Nix Federal Building  
900 Market Street, Suite 320  
Philadelphia, PA 19107  
202-934-4154  
Email: John.Schanne@usdoj.gov  

| Filing Date | # | Docket Text |
|---|---|---|
| 04/08/2021 | 1 (3 pgs) | Chapter 15 Petition for Recognition of Foreign Proceeding. Fee Amount $1738 Filed by Dr. Michael Jaffe. (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | | Receipt of Petition Foreign Proceeding (Chapter 15)( 21-10936) [misc,petfp15] (1738.00) Filing Fee. Receipt number A23227774. Fee Amount $1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/08/2021) |
| 04/08/2021 | 2 (39 pgs) | Support Document *VERIFIED PETITION FOR RECOGNITION OF A FOREIGN MAIN PROCEEDING AND APPLICATION FOR RELATED RELIEF, AND MEMORANDUM OF LAW IN SUPPORT THEREOF* Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe (related document(s)1). (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 3 (38 pgs) | Declaration re: *DECLARATION OF TODD M. GOREN IN SUPPORT OF CHAPTER 15 PETITION FOR RECOGNITION AS FOREIGN MAIN PROCEEDING* Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe (related document(s)2, 1). (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 4 (102 pgs) | Declaration re: *DECLARATION OF STEPHAN MADAUS PURSUANT TO 28 U.S.C. §1746* Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe (related document(s)2, 1). (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 5 (36 pgs) | Declaration re: *DECLARATION OF RECHTSANWALT PROF. DR. CHRISTIAN C.-W. PLEISTER IN SUPPORT OF VERIFIED PETITION FOR RECOGNITION OF A FOREIGN MAIN PROCEEDING AND APPLICATION FOR RELATED RELIEF* Filed by JEFFREY KURTZMAN on behalf of Dr. |

| | | |
|---|---|---|
| | | Michael Jaffe (related document(s)2, 1). (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 6 (16 pgs) | Application *For Order Scheduling Hearing and Specifying the Form and Manner of Service of Notice. Filed by Dr. Michael Jaffe Represented by JEFFREY KURTZMAN (Counsel). (KURTZMAN, JEFFREY) (Entered: 04/08/2021)* |
| 04/08/2021 | 7 (2 pgs) | Notice of Appearance and Request for Notice by JEFFREY KURTZMAN Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe. (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 8 (2 pgs) | Notice of Appearance and Request for Notice *by Andrew Kissner, Esquire* by JEFFREY KURTZMAN Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe. (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 9 (2 pgs) | Notice of Appearance and Request for Notice *by Katherine Richardson Arnould, Esquire* by JEFFREY KURTZMAN Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe. (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 10 (2 pgs) | Notice of Appearance and Request for Notice *Todd M. Goren, Esquire* by JEFFREY KURTZMAN Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe. (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 11 (1 pg) | Notice of Appearance and Request for Notice by JOHN HENRY SCHANNE Filed by JOHN HENRY SCHANNE on behalf of United States Trustee. (SCHANNE, JOHN) (Entered: 04/08/2021) |
| 04/08/2021 | 12 (5 pgs; 3 docs) | Motion to Appear pro hac vice on behalf of Andrew Kissner, Esquire Filed by Dr. Michael Jaffe Represented by JEFFREY KURTZMAN (Counsel). (Attachments: # 1 Kissner Declaration # 2 Proposed Order) (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 13 (5 pgs; 3 docs) | Motion to Appear pro hac vice on behalf of Todd M. Goren, Esquire Filed by Dr. Michael Jaffe Represented by JEFFREY KURTZMAN (Counsel). (Attachments: # 1 Declaration # 2 Proposed Order) (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 14 (5 pgs; 3 docs) | Motion to Appear pro hac vice on behalf of Katherine Richardson Arnould, Esquire Filed by Dr. Michael Jaffe Represented by JEFFREY KURTZMAN (Counsel). (Attachments: # 1 Declaration # 2 Proposed Order) (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |

| | | |
|---|---|---|
| 04/08/2021 | 15 (5 pgs; 3 docs) | Motion to Appear pro hac vice on behalf of Joel C. Haims, Esquire Filed by Dr. Michael Jaffe Represented by JEFFREY KURTZMAN (Counsel). (Attachments: # 1 Declaration # 2 Proposed Order) (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 16 (25 pgs; 3 docs) | Motion for Preliminary Injunction Filed by Dr. Michael Jaffe Represented by JEFFREY KURTZMAN (Counsel). (Attachments: # 1 Exhibit A # 2 Exhibit B) (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | 17 (7 pgs; 3 docs) | Motion to Expedite Hearing (related documents Motion for Preliminary Injunction) Filed by Dr. Michael Jaffe Represented by JEFFREY KURTZMAN (Counsel) (related document(s)16). (Attachments: # 1 Proposed Order # 2 Cert of Service) (KURTZMAN, JEFFREY) (Entered: 04/08/2021) |
| 04/08/2021 | | Notice of clerks office modification re. the docket. Corrected the name of the Foreign Representative from Dr. Michael Jaffe to Wirecard AG, (Company representative: Dr. Michael Jaffe) (related document(s)1). (C., Rochelle) (Entered: 04/08/2021) |
| 04/08/2021 | 18 (2 pgs) | Order Granting Motion Expedite Hearing (Related Doc # 17) In Re: (16 Motion for Preliminary Injunction) Hearing scheduled 4/13/2021 at 03:00 PM at Philadelphia Video Hearing. Any party wishing to use or offer into evidence during the hearing any documents that have not been previously filed on the court docket shall provide the Courtroom Deputy with an electronic copy of the documents by e-mailing them to her at Pamela_Blalock@paeb.uscourts.gov. no later than 1:00 p.m. on April 13, 2021.The Movant shall serve the Motion and this Order by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on April 9, 2021 on all known U.S. creditors and parties in interest, including counsel for the Securities Plaintiffs (as defined in the Application), and the Office of the United States Trustee. (W., Christine) (Entered: 04/08/2021) |
| 04/08/2021 | 19 (6 pgs) | Order Scheduling Hearing 6 and Specifying the Form and Manner of Service of Notice.. Hearing scheduled 5/6/2021 at 10:00 AM at Philadelphia Video Hearing.On or before April 12, 2021, the Petitioner shall serve copies of the (i) Notice, (ii)Official Form of Chapter 15 Petition, and (iii) the Petition (together with the proposed order granting the relief requested in the Petition) by United States mail, first-class postage upon parties specified on Fed. R. Bankr. P. 2002(q)(1). On or before April 12, 2021, the Petitioner shall effect notice by publication, in accordance with Bankruptcy Rules 1010, 9007 and 9008, in the international edition of the Financial Times, and the national edition of The Wall Street Journal. (W., Christine) (Entered: 04/08/2021) |

| | | |
|---|---|---|
| 04/08/2021 | 20 (1 pg) | Order Granting Motion for Admission of Andrew Kissner, Esquire Pro Hac Vice pursuant to Local Rule of Bankruptcy Procedure 2090-1(c). (Related Doc # 12) (S., Antoinette) (Entered: 04/08/2021) |
| 04/08/2021 | 21 (1 pg) | Order Granting Motion for Admission of Todd M. Goren, Esquire Pro Hac Vice pursuant to Local Rule of Bankruptcy Procedure 2090-1(c). (Related Doc # 13) (S., Antoinette) (Entered: 04/08/2021) |
| 04/08/2021 | 22 (1 pg) | Order Granting Motion for Admission of Katherine Richardson Arnould, Esquire Pro Hac Vice pursuant to Local Rule of Bankruptcy Procedure 2090-1(c). (Related Doc # 14) (S., Antoinette) (Entered: 04/08/2021) |
| 04/08/2021 | 23 (1 pg) | Order Granting Motion for Admission of Joel C. Haims, Esquire Pro Hac Vice pursuant to Local Rule of Bankruptcy Procedure 2090-1(c). (Related Doc # 15) (S., Antoinette) (Entered: 04/08/2021) |
| 04/12/2021 | 24 (6 pgs) | Proposed Consent Order RE: *JOINT STIPULATION AND AGREED ORDER (I) STAYING THE SECURITIES LITIGATION WITH RESPECT TO THE DEBTOR AND (II) ADJOURNING CONSIDERATION OF MOTION FOR A PRELIMINARY INJUNCTION* Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe (related document(s)16). (KURTZMAN, JEFFREY) (Entered: 04/12/2021) |
| 04/12/2021 | 25 (5 pgs) | Certificate of Service Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe (related document(s)6, 16). (KURTZMAN, JEFFREY) (Entered: 04/12/2021) |
| 04/13/2021 | 26 | Hearing on Motion for Preliminary Injunction Filed by Dr. Michael Jaffe Represented by JEFFREY KURTZMAN (Counsel) filed by Foreign Representative Wirecard AG Cancelled. Reason for Cancellation: joint stip. and agreed order filed. (related document(s)16). (B., Pamela) (Entered: 04/13/2021) |
| 04/13/2021 | 27 (6 pgs) | Joint Stipulation and Agreed Order (I) Staying the Securities Litigation with respect to the Debtor and (II) Adjourning Consideration of Motion for a Preliminary Injunction. (related document(s)16). (S., Antoinette) (Entered: 04/13/2021) |
| 04/13/2021 | 28 (2 pgs) | Affidavit Re: *Publication* Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe (related document(s)19). (KURTZMAN, JEFFREY) (Entered: 04/13/2021) |
| 04/13/2021 | 29 (2 pgs) | Affidavit Re: *Publication* Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe (related document(s)19). |

| | | |
|---|---|---|
| | | (KURTZMAN, JEFFREY) (Entered: 04/13/2021) |
| 04/20/2021 | 30 (6 pgs) | Clerk's Certificate of Mailing. (related document(s)27). (S., Antoinette) (Entered: 04/20/2021) |
| 04/22/2021 | | Receipt Number PPE226734, Fee Amount $40.00 (related document(s)12). (R., Yvette) (Entered: 04/22/2021) |
| 04/22/2021 | | Receipt Number PPE226734, Fee Amount $40.00 (related document(s)13). (R., Yvette) (Entered: 04/22/2021) |
| 04/22/2021 | | Receipt Number PPE226734, Fee Amount $40.00 (related document(s)14). (R., Yvette) (Entered: 04/22/2021) |
| 04/22/2021 | | Receipt Number PPE226734, Fee Amount $40.00 (related document(s)15). (R., Yvette) (Entered: 04/22/2021) |
| 04/22/2021 | 31 (8 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 30)). No. of Notices: 6. Notice Date 04/22/2021. (Admin.) (Entered: 04/23/2021) |
| 05/04/2021 | 32 (2 pgs) | Amended *Notice of Appearance and Request for Service of Papers for Todd Goren appearing for Michael Jaffe, as insolvency administrator* Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe (related document(s)10). (KURTZMAN, JEFFREY) (Entered: 05/04/2021) |
| 05/04/2021 | 33 (2 pgs) | Document in re: *Witness and Exhibit List for May 6, 2021 Recognition Hearing* Filed by JEFFREY KURTZMAN on behalf of Dr. Michael Jaffe (related document(s)2). (KURTZMAN, JEFFREY) (Entered: 05/04/2021) |
| 05/06/2021 | 34 | Hearing Held on 6 Application For Order Scheduling Hearing and Specifying the Form and Manner of Service of Notice. Filed by Dr. Michael Jaffe Represented by JEFFREY KURTZMAN (Counsel). filed by Foreign Representative Wirecard AG (related document(s),6). Order entered. (B., Pamela) (Entered: 05/06/2021) |
| 05/06/2021 | 35 (5 pgs) | Order Granting Recognition and Relief in Aid of a Foreign Main Proceeding pursuant to Sections 1504, 1509, 1515, 1517, 1520 and 1521 of the Bankruptcy Code. (Related Doc # 6) (S., Antoinette) (Entered: 05/06/2021) |
| 02/28/2023 | 36 (1 pg) | Order Entered Reassigning Case to Judge Ashely M. Chan. Involvement of Judge Eric L. Frank Terminated. (B., John) (Entered: 02/28/2023) |
| 03/02/2023 | 37 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 36)). No. of Notices: 7. Notice Date 03/02/2023. (Admin.) (Entered: 03/03/2023) |

| | | |
|---|---|---|
| 03/08/2023 | 38 | ENTRY OF APPEARANCE AND REQUEST FOR NOTICES, pursuant to Federal Bankruptcy Rules 2002 and 9010, GEORGE M. CONWAY hereby appears in this matter on behalf of the United States trustee for Region 3, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon me at the address listed on this case party list. Filed by GEORGE M. CONWAY on behalf of United States Trustee. (CONWAY, GEORGE) (Entered: 03/08/2023) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/08/2023 08:54:34 | | | |
| **PACER Login:** | jacobgelman | **Client Code:** | 200115-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 21-10936-amc Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |