# EXHIBIT 1
# [Plaintiffs' Ex. 3]



## Wirecard Group Audit FY 2017

Site Visit – USA

- Meeting Minutes -
→ Please refer to the WD Slides I / II; for additional notes, please refer to the following slides

11 & 12 December 2017

**EY**
Building a better working world

# Agenda



| Topic | Who |
|---|---|
| Short introduction of participants<br>• Wirecard NA Team, including structure and functions of the finance team<br>• EY USA and Germany | • Wirecard NA (Finance) Team<br>• Ms. Katie Kummer / Mr. Evert Jenezon (EY USA)<br>• ▮▮▮▮▮▮▮▮▮▮▮ (EY Germany) |
| Explanation of EY's audit procedures for the Wirecard Group Audit | • ▮▮▮▮▮▮ (EY) |
| Wirecard NA business in the US and site visit | • Managing Director (Wirecard NA) |
| Discussion about the following accounting and auditing topics (main focus of the site visit):<br>• Revenue recognition for different revenue streams<br>• Most significant balance sheet items | • All (Wirecard NA / EY USA / EY Germany) |
| Discussion about the audit process:<br>• Planning (identified risks and audit response, subsequent audit of PPA assets), documentation and reporting<br>• Status quo of interim audit procedures | • EY internal (EY USA / EY Germany) |

Page 2                                    Confidential                                    **EY**

Confidential Personal Information
Confidential Discovery Material

# EY Germany
## Group Audit Team contacts



Partner | WP | EMEIA Financial Services
Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft
Arnulfstraße 59, 80636 Munich, Germany
Office:       Mobile:

Senior Manager | WP / StB | Assurance
Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft
Arnulfstraße 59, 80636 Munich, Germany
Office:       Mobile:

Page 3           Confidential           EY

Confidential Personal Information
Confidential Discovery Material



Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000269

# EY Germany site visit - USA
## Explanation of EY's audit procedures for the Wirecard Group Audit

**Why is EY as Group Auditor of Wirecard here?**

**Full scope audit of Wirecard NA as of 31 December 2017**

➤ Wirecard AG is a listed company in Germany / high percentage of free float / market capitalization: approx. EUR 10 billion → "public interest entity (PIE)"
➤ PIEs are highly regulated in Germany / EU; Enforcement process by governmental institutions reviewing WD and EY on a sample basis
  - FREP: Financial Reporting Enforcement Panel (focus on listed company)
  - AOC: Auditor Oversight Commission (focus on auditor of listed company)
➤ Wirecard prepares Consolidated F/S according to IFRS
➤ Wirecard has to demonstrate that they maintain an appropriate Internal Control System – processes and key controls over significant components → responsibility of WD Management (group wide!). Based German GAAS, EY Germany will not issue a separate audit opinion on the Internal Control System; consequently there is no need to follow the regulation of SOX 404.



Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000270

# EY Germany site visit - USA
Explanation of EY's audit procedures for the Wirecard Group Audit

Why is EY as Group Auditor of Wirecard here?

**Significant auditing and accounting topics**

➢ Revenue transactions and related trade receivables → *Specific focus area*: revenue recognition and valuation of receivables
  ➢ EY needs to demonstrate and document an understanding of Wirecard NA's revenue recognition (revenue recognition policy and (audit) evidence for the occurrence of revenue transactions)
  ➢ Assessment of recoverability of trade receivables

➢ PPA customer relationships → *Specific focus area*: triggering event analysis to identify impairment indicators

➢ All audit evidence must be obtained until the end of February 2018 (EY reporting deadline: 28 February 2018)

Page 6                                   Confidential                                    EY

Confidential Personal Information
Confidential Discovery Material

# EY Germany site visit - USA
## Wirecard NA business in the US and site visit

With respect to the **business of Wirecard NA in the US**, we kindly ask you to explain the following (can you please provide supporting documentation at the meeting):

► Business model and development of Wirecard NA

  • Business model of Wirecard NA
  ► BIN sponsorship with financial services companies
    – Current and planned agreements with BIN sponsors
    – Services provided by BIN sponsors
    – Who is legally liable for the proper processing of payment transactions?
  ► Are there any other parties involved in the payment processing?

  • Business strategy and business plan of Wirecard in the US
  ► Development of the business and financials for fiscal years 2016 and 2017, including analysis of the major developments in the financials
  ► Expected development of the business in 2018
  ► Anticipated changes to the business
  • Risks associated with the business
  ► Most important operating challenges associated with the business

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000272

# EY Germany site visit - USA
## Wirecard NA business in the US and site visit

With respect to the **business of Wirecard NA in the US**, we kindly ask you to explain the following (can you please provide supporting documentation at the meeting):

► Business model and development of Wirecard NA

→ **Issuing business**

→ Long-term relationship with major clients; major client retained after acquisition of the business by Wirecard; profitable business

→ Getting new customers strongly depends on the service offering to existing customers (existing customers and programs are "use cases / blueprints / references" for new customers)

→ Plan for future periods: use WD technology to expand business in the US (e.g. use WD Germany issuing platform, offer acquiring business in the US)



Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000273

# EY Germany site visit - USA
## Wirecard NA business in the US and site visit

With respect to the **business of Wirecard NA in the US**, we kindly ask you to explain the following (can you please provide supporting documentation at the meeting):

► Business model and development of Wirecard NA

→ Wirecard is Program manager:
- Marketing and selling of the card programs
- Client contact; Wirecard has the contract with the customer
- Wirecard defines the pricing (within regulatory framework)
- Revenues: breakage (remaining funds on cards after expiration of cards) flow to Wirecard
- Risk of cardholder fraud related to the cards: Wirecard is responsible for losses (BIN-sponsor = bank who is reliable for losses from a regulatory perspective will pass losses to Wirecard)
- Credit risk: card loaded on account of customer (= Corporate Customer); subsequently, funds will be received from the customer; however, settlement period is quite short



Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000274

# EY Germany site visit - USA
## Wirecard NA business in the US and site visit

With respect to the **business of Wirecard NA in the US**, we kindly ask you to explain the following (can you please provide supporting documentation at the meeting):

► Business model and development of Wirecard NA

→ BIN-sponsorship

- Issuing of cards (access to Visa / MasterCard) and settlement of funds only possible with bank license (BIN = bank identification number; regulated entities in the US)

- Bank allows Wirecard to "use their banking license" (Wirecard requests transactions for the accounts from the bank or processes these transactions for the accounts on behalf of the bank)

- BIN-sponsor receives a fee per transaction and receiving the interest on the funds / deposits on the cardholder accounts

- Wirecard is legally not owner of the cardholder accounts

*Note: A bank identification number (BIN) is the initial four to six numbers that appear on a credit card. The bank identification number uniquely identifies the institution issuing the card. The BIN is key in the process of matching transactions to the issuer of the charge card. This numbering system also applies to charge cards, gift cards, debit cards, prepaid cards and electronic benefit cards.*



Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000275

# EY Germany site visit - USA
## Wirecard NA business in the US and site visit

With respect to the **business of Wirecard NA in the US**, we kindly ask you to explain the following (can you please provide supporting documentation at the meeting):

▶ Economic environment of Wirecard NA in the US
  ▶ Competitors of Wirecard NA
  ▶ Competitive position of Wirecard NA
  ▶ Economic conditions in the US

▶ Organizational setup including organizational chart of Wirecard NA

▶ IT environment of Wirecard NA (including outsourcing)

▶ Regulatory framework applicable to Wirecard NA

▶ Current or anticipated legal, tax or compliance issues
→ Inquiry of Ms. Weil (Head of Accounting): no legal, tax or compliance issues; not at closing date and not currently

▶ Financial statement closing process including manual entries

Confidential EY

Confidential Personal Information
Confidential Discovery Material

# EY Germany site visit - USA
## Wirecard NA business in the US and site visit

With respect to the **business of Wirecard NA in the US**, we kindly ask you to explain the following (can you please provide supporting documentation at the meeting):

► Economic environment of Wirecard NA in the US
► Organizational setup including organizational chart of Wirecard NA
► IT environment of Wirecard NA (including outsourcing)
► Financial statement closing process including manual entries

→ Sales / customer management:
  - Contract with customer: agreement per program
  - Pricing: Wirecard pricing team; pricing based on the expectation how cards will be used
  - Client fees (fees from customer): pricing by Wirecard
  - Cardholder fees (fees per payment transaction): pricing by Wirecard within a regulatory defined range (not out of the market pricing; compliance check by bank): qualitative aspects (do not abuse cardholders)



Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000277

# EY Germany site visit - USA
## Wirecard NA business in the US and site visit

With respect to the **business of Wirecard NA in the US**, we kindly ask you to explain the following (can you please provide supporting documentation at the meeting):

- Economic environment of Wirecard NA in the US
- Organizational setup including organizational chart of Wirecard NA
- IT environment of Wirecard NA (including outsourcing)
- Financial statement closing process including manual entries

→ IT environment:

- Currently no development of the platform, only maintenance (expenses; not capitalized)
- Fee recorded in the F/S are calculated by the platform using the defined parameters accosting to the contract with the customer
- Cardholder balance determined in the Wirecard North America platform
- Plan for the next years: migrate to WD Germany issuing platform

Confidential  EY

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000278

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics



**(1)  Revenue recognition for different revenue streams**
(can you please provide supporting documentation at the meeting)

(1.1) Revenues (account #400000 // MEUR 43,2 as of Q2 2017)

► (1.1a) Please provide a breakdown of revenues in the major revenue streams → **see WT below**

(1.2) Analysis of revenue recognition for major revenue streams

► (1.2a) Please explain the transaction flow: initiation, recording, processing, and ultimately reporting the transaction in the general ledger

► (1.2b) Please explain the manual and automated steps of the process

► (1.2c) Please describe the audit evidence provided to EY USA to verify occurrence and measurement of the revenues

► (1.2d) Discussion about the revenue recognition policy based on the Wirecard Group Accounting Memo (especially in terms of principal vs agent considerations in accordance with IAS 18 and IFRS 15)

**EY**

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000279

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

**(1)** **Revenue recognition for different revenue streams**
(can you please provide supporting documentation at the meeting)

(1.3) Cost of sales (account #500000 // MEUR 20,5 as of Q2 2017)
- (1.3a) Please explain the major costs of sales related to the major revenue streams
- (1.3b) Please explain the accounting policy for costs related to the BIN sponsorship
  - Accounting for upfront payments
  - Accounting for usage or time based payments

→ Interchange fees: COS is processing costs of the issuing bank / BIN-sponsor and the issuing processing fees to FDR (First Data as issuing processor; routs transactions to Visa / MC, ATM network; authorization process)

→ Costs related to the BIN sponsorship: capitalization as an identifiable right (right to use the issuing license of the bank) resulting from a contract with a third party (IAS 38.12b); EY Sub-Conclusion: capitalization in line with IAS 38

Confidential



Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000280

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

(2) **Most significant balance sheet items – (preliminary) PPA assets**
(can you please provide supporting documentation at the meeting)

(2.1) (Preliminary) PPA goodwill (account #015095 // MEUR 87,5 as of Q2 2017)

► (2.1a) Impairment testing for the goodwill resulting from the (preliminary) purchase price allocation (PPA) will be done centrally – there is no need for any impairment testing on local component level

(2.2) (Preliminary) PPA customer relationships / PPA software (accounts #013190, #014290 // MEUR 95,9 as of Q2 2017)

► (2.2a) The (preliminary) PPA was prepared centrally by Wirecard and audited centrally by EY Germany – Wirecard Group Accounting communicated the (preliminary) PPA results to Wirecard NA management and EY Germany provides EY USA with reliance on the PPA amount including the amortization period

► (2.2b) On Wirecard NA level, the subsequent accounting (amortization over the useful life) has to be prepared by Wirecard NA management and audited by EY USA

► (2.2c) On Wirecard NA level, a triggering event analysis has to be performed: analysis to identify external and internal impairment indicators, especially for PPA customer relationships

  ► What information does Wirecard NA management use to perform an analysis of the financial performance of the customer relationships (customer churn rate, comparison of actual with the planned income contribution of the customer relationship) ?

  ► The triggering event analysis has to be audited by EY USA; in case of an identification of an impairment trigger EY Germany will follow-up to audit the impairment test with assistance of EY valuation experts

► (2.2d) Does Wirecard NA plan to significantly invest in the development of the software platform (resulting in internally generated software or purchased software modules)?



EYGMBH_0000281

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

**(2)** **Most significant balance sheet items – Non-PPA assets**
(can you please provide supporting documentation at the meeting)

(2.3) Third party receivables (account #121111, #120260 // MEUR 18,8 as of Q2 2017)

- ▶ (2.3a) Who are the major debtors of Wirecard NA ? → esp. Citi / Sunrise (fee receivables); low credit risk (large companies with good financial stability)
- ▶ (2.3b) How long is the period until the receivables will be settled in the normal course of the business ?
- ▶ (2.3c) What is the process of monitoring the solvency of the debtors and the collectability of the receivables ?
- ▶ (2.3d) Please explain the accounting policy for the calculation of allowances
- ▶ (2.3e) Please describe the audit evidence provided to EY USA to verify existence and valuation of receivables
- ▶ (2.3f) Are all receivables, funds and liabilities resulting from the prepaid card / issuing business recorded in the books of Wirecard NA? Are there any receivables, funds and liabilities related to the processed payment transactions which are recorded in the books of any other involved party (e.g. the BIN sponsor) → not in the books of Wirecard; booked at the BIN-sponsor as legal owner of the funds of the cards; EY sub-conclusion: accounting treatment correct
- ▶ (2.3g) Please describe the composition of the account face value discount (MEUR 20,1) in the preliminary closing date accounts → see WD accounting memo
- ▶ (2.3h) Are all receivables presented on a gross basis ? In other words, is there any netting of receivables and liabilities resulting from the prepaid card / issuing business ?



Confidential Personal Information
Confidential Discovery Material

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

**(2)** **Most significant balance sheet items – Non-PPA assets**
(can you please provide supporting documentation at the meeting)

(2.4) Inventories (account #117990 // MEUR 5,1 as of Q2 2017)

- ▶ (2.4a) Please describe the breakdown / composition of this account and the related business transactions → cards, plastics, envelopes (stored at fulfillment service providers); expensed when used
- ▶ (2.4b) Please describe the audit evidence provided to EY USA to verify existence and valuation of inventories → missing stock confirmation of fulfillment service provider Gemalto; additional valuation allowance recorded in PPA
- ▶ (2.4c) Please describe the reason for the valuation allowance (MEUR 4,4) in the preliminary closing date accounts → analysis of total stock vs. stock needed for programs until migration from BIN-sponsor Citi to Sunrise Bank; valuation allowance, if stock needed for programs > total stock (because inventories are branded with Citi and can not be used after migration to Sunrise Bank); EY sub-conclusion: valuation approach reasonable

(2.5) Cash at banks (account #179990 // MEUR 19,8 as of Q2 2017)

- ▶ (2.5a) At which banks are the funds invested and how is the financial stability of these banks ? (2.5b) What is the maturity of the funds ?
- ▶ (2.5c) Are the funds resricted in any way (e.g. funds on escrow accounts) ?
- ▶ (2.5c) Please describe the audit evidence provided to EY USA to verify existence of cash
- ▶ (2.5d) Regarding the completeness of cash at banks in connection with the prepaid card / issuing business, please refer to question (2.3f)
  → Citi; only current accounts; no restrictions

 Confidential  EY

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

(2) **Most significant balance sheet items – (preliminary) PPA liabilities**
(can you please provide supporting documentation at the meeting)

(2.6) PPA deferred taxes (account #306990 // MEUR 30,7 as of Q2 2017)

► (2.6a) The (preliminary) PPA was prepared centrally by Wirecard and audited centrally by EY Germany – Wirecard Group Accounting communicated the (preliminary) PPA results to Wirecard NA management and EY Germany provides EY USA with reliance on the PPA amount

► (2.6b) On Wirecard NA level, the subsequent accounting (release of deferred taxes) has to be prepared by Wirecard NA management and audited by EY USA

► (2.6c) Consider the impact of the US Tax Reform, subject to the substantial enactment of the US tax reform. This refers in particular to the measurement of deferred tax liabilities and deferred tax assets in accordance with IAS 12.47

EY

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000284

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

(2)  **Most significant balance sheet items – Non-PPA liabilities**
(can you please provide supporting documentation at the meeting)

(2.8) Payables and accruals third parties (account #330900, #308050 // MEUR 13,6 as of Q2 2017)

▶ (2.8a) Who are the major creditors of Wirecard NA? → v.a. Citi
▶ (2.8b) Please explain the process and controls to ensure that the payables are completely recorded
▶ (2.8c) Please describe the audit evidence provided to EY USA to verify completeness and valuation of payables
▶ (2.8d) Regarding the completeness of cash at banks in connection with the prepaid card / issuing business, please refer to question (2.3f)

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000285

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics



**(2)** **Most significant balance sheet items – Non-PPA liabilities**
(can you please provide supporting documentation at the meeting)

(2.9) Provision income tax (account #302005 // MEUR 4,3 as of Q2 2017)

- ► (2.9a) Please explain the process and controls to calculate current tax provisions. Does Wirecard NA involve a certified tax advisor ? → Wirecard North America is taxable entity since acquisition of Wirecard (before: part of Citi bank tax group); calculation of taxes by BakerTilly US
- ► (2.9b) Please explain the process and controls to calculate uncertain tax positions (tax risk contingencies), including evaluation of transfer pricing risks → no material tax risks
- ► (2.9c) Are there any pending inspections of tax authorities ? → no inspections
- ► (2.9d) Is there a tax indemnification agreement with Citi ? If yes, what is the amount of the tax opening balances ? → yes, tax indemnification
- ► (2.9e) Please describe the audit evidence provided to EY USA to verify completeness and valuation of provisions
- ► (2.9f) Consider the impact of the US Tax Reform → On December 22, 2017, US President Trump signed in to law the Tax Cuts and Jobs Act ("the Act", P.L. 115-97); the US tax reform is substantially enacted as of 31 December 2017; Baker Tilly US was engaged to evaluate the current taxes as well as the deferred taxes, including the PPA deferred taxes



# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

With respect to the finalization of the **(preliminary) PPA**:

- ► PPA goodwill, PPA intangible assets (customer relationship / software) and related PPA deferred taxes; the final PPA will be prepared centrally by Wirecard and audited centrally by EY Germany
- ► The closing date accounts were audited by PwC Germany; EY Germany will perform a working paper review of PwC Germany
- ► The appropriateness and completeness of fair value adjustments on the net assets (for example allowances on inventories or additional provisions) according to the closing date accounts and contingent assets / liabilities as of closing date will be audited by EY Germany

  - Please describe the process of preparing these fair value adjustments and how all necessary information are gathered

  - If fair value adjustments were prepared centrally by Wirecard Group Accounting, please explain how local Wirecard NA Accounting is informed about these adjustments to ensure a proper subsequent accounting



Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000287

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

With respect to the **accounting and auditing matters**, we kindly ask you to explain the following:

- Any other significant income statement or balance sheet items in 2017
- The process of converting the US GAAP accounting of Wirecard NA into the IFRS reporting to Wirecard Group Accounting
- New business activities in 2017
- Significant discrete transactions in 2017
- Financial statement closing timetable
- Expectations regarding EY (USA and Germany) for the audit process

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000288

# Discussion with Wirecard NA Management
**Discussion about accounting and auditing topics**

→ Demo / Walkthrough of a Corporate Customer Program (1)

- Sample: Incentive Program
- Implementation phase: setup of the Program
- Program build in system "The Bridge": define parameters and fees, load batch file from customer (loading amount from customer), process batch file and activate card

Letter to customer (VW Incentive Program):



Letter.jpg

Terms & conditions:

T&C.jpg    T&C II.jpg

Page 24                                     Confidential                                    **EY**

EYGMBH_0000289

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

→ Demo / Walkthrough of a Corporate Customer Program (2)

Card (Debit MasterCard):



Card I.jpg     Card II.jpg

BIN-Sponsor (Sunrise Banks):

BIN Sponsor.jpg

Payment (done by ▮ on 13.12.2017 in USA):

Payment.jpg

Confidential Personal Information
Confidential Discovery Material

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

→ Demo / Walkthrough of a Corporate Customer Program (3)

(Main) Revenues for Wirecard:

- Breakage: remaining funds on card after expiration of the card flow to Wirecard; maintanance fees for dormant cards
- Interchange: transaction fee when card is used for a payment transaction (fee for issuer from merchant); fixed rate; part of the settlement process BIN-sponsor bank
- Cardholder fee: e.g. fee for withdrawing cash at an ATM
- Client fees (fees from customer)

- Budget 2018 (+25% revenue increase): bottom-up budgeting process; considers new business, growing existing business and re-pricings

EY sub-conclusion: the Walkthrough confirmed our understanding of the business of Wirecard NA



Confidential Personal Information
Confidential Discovery Material



You may replace the photo in this divider slide. When choosing an image, follow the principles on The Branding Zone. ▯To change the image:▯Select the View tab then choose the Slide Master containing the layout you want to edit. Select the angled box and right-click on it to bring up the menu. Select Format Picture. Under Fill select Picture or texture fill. Click Insert from>File. Navigate to where you have saved the image and insert it.

EY | Assurance | Tax | Transactions | Advisory

**About EY**

EY is a global leader in assurance, tax, transaction and advisory services.
The insights and quality services we deliver help build trust and confidence
in the capital markets and in economies the world over. We develop
outstanding leaders who team to deliver on our promises to all of our
stakeholders. In so doing, we play a critical role in building a better working
world for our people, for our clients and for our communities.

EY refers to the global organization, and may refer to one or more, of the
member firms of Ernst & Young Global Limited, each of which is a
separate legal entity. Ernst & Young Global Limited, a UK company limited
by guarantee, does not provide services to clients. For more information
about our organization, please visit ey.com.

© 2017 EYGM Limited.
All Rights Reserved.

ey.com