# EXHIBIT 2
# [Plaintiffs' Ex. 4]



| | **11th December 2017** |
|---|---|
| 10.00 - 10.30 | **Introduction** <br> Wirecard North America and EY Germany |
| 10.30 - 12.00 | **Wirecard North America / History & Vision** <br> Deidre L Ives |
| 12.00 - 13.30 | **LUNCH** |
| 13.30 - 15.00 | **Business Model and Development WDNA** <br> Kevin Brown |
| 15.00 - 15.30 | **Technology** <br> Mark Alsentzer |
| 15.30 - 16.00 | **Sales & Account Management** <br> Seth Brennan |
| 16.00 - 16.30 | **Marketing** <br> Kevin Brown |
| 16.30 - 17.00 | **Wirecard Global Issuing** <br> [redacted] |
| 17.00 - 18.30 | **Product Demo** |
| 18.30 - end | **DINNER** |
| | **12th December 2017** |
| 10.00 - 10.30 | **Financial Development Forecasted 2017 and Budget 2018** <br> Sarah Weil |
| 10.00 - 10.30 | **Revenue Recognition - Bin Sponsorship** <br> Sarah Weil |
| 10.30 - 12.30 | **Revenue Recognition** <br> Sarah Weil |
| 12.30 - 14.00 | **BREAK** |
| 14.00 - 16.30 | **Others Accounting** |