# EXHIBIT 4
# [Plaintiffs' Ex. 7]



WIRECARD NORTH AMERICA INC

EY VISIT 11-12 DECEMBER 2017

Conshohocken, Pennsylvania

wirecard

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000336



**WIRECARD NORTH AMERICA/HISTORY & VISION - DEIDRE L IVES**

wirecard

Confidential Personal Information
Confidential Discovery Material

# HOW NORTH AMERICA FITS INTO WIRECARD

NORTH AMERICA IS A CRITICAL DRIVER OF THE SUCCESS EXECUTION OF VISION 2020:

### Key Geography

The U.S. is a key geography for the multinational corporations as they execute upon their global strategy.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Marquee Clients

We understand our global clients, some of the world's most prominent brands, and are delivering against key components of their payment needs at home, and abroad.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Innovation at Scale

We develop innovative solutions across our customer range from multinationals to startups, that we then package, productize and commercialize across specific verticals.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Financial Prowess

Our installed, profitable revenue base, is a significant addition to the global Wirecard business.



One Global
Technology
Platform



Global Licensing
Network



Global Sales &
Hubs with Local
Expertise

# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## A HISTORY OF QUALITY DRIVEN BUSINESS EVOLUTION



Brad

EYGMBH_0000339

# A HISTORY OF INNOVATION

PAYMENTS SOLUTIONS TO DRIVE SAVINGS, EFFICIENCY AND CONSUMER SATISFACTION



**Insurance Claims:** Citi Prepaid  Partners with Enservio to deliver a multi-card claims solution with merchant rewards — 2015

**Consumer Refunds:** Citi Prepaid develops threshold based payments that triggers either a card or a check to the recipient based on payment amount — 2014

**Global Deposits:** Citi Prepaid constructs  a tool for compensation programs which enables seafarers to easily send their pay home — 2012

**Direct Debit:** Citi Prepaid creates an "On Us" interface and wallet functonality for mobile applications and loyalty programs — 2011

**Citi Flu Care:** Citi Prepaid launches the industry's first flu vaccination card "Flu Care" — 2010

**Plasma:** Citi Prepaid develops an instant issue product  to revolutionize the "on the spot" payments — 2009

**wirecard citi écount**

**Virtual:** Ecount invents the first virtual prepaid payment — 1998

**Claim Code:** Ecount introduces claim code technology (an alternative method of reward delivery) — 1999

**Compensation:** Ecount develops industry leading "compensation choices" program — 2001

**Reseller Model:** Ecount offers card services to top rebate fulfillment companies to resell to their existing client base — 2003

**Sales Incentive:** Ecount intro-duces the sales incentive SPIN product to the auto industry — 2004

**Consumer Incentives:** Citi Prepaid launches "Choices" functionality to support the wireless industries entry into rebates — 2007

EYGMBH_0000340

# OUR SOLUTIONS WORK FOR INDUSTRY-LEADING BRANDS



Confidential Personal Information
Confidential Discovery Material

# STRONG AND EXPERIENCED MANAGEMENT TEAM

## THE MANAGEMENT TEAM IS EMBEDDED IN AND LEADING EVOLUTION OF INDUSTRY SINCE INCEPTION

- 120 employees and ~250 contractors headquartered in Conshohocken, PA, managing 400 client relationships encompassing 1,500 programs.
- Senior team members were at the inception of the prepaid card industry and built inroads into key markets
- Historical and current participation in industry groups with consulting on key legislative / regulatory issues.
- Extensive relationships through the key partner/reseller market
- Highly embedded subject matter experts in a variety of prepaid sub-categories; real-time loading, maritime, donor payments and SKU-level technology
- Combined entrepreneurial team, with strong payments and banking backgrounds, allows for nimble innovative results with sensitivity to the regulatory environment



Note: As of December 31, 2014
(1) Head of Technology not included in the Proposed Transaction
(2) International FTEs include all Operations and Product roles

Management profile

Senior team members were at the inception of the prepaid card industry and built inroads into key markets
Historical and current participation in industry groups with consulting on key legislative / regulatory issues.
Extensive relationships through the key partner/reseller market
Highly embedded subject matter experts in a variety of prepaid sub-categories; real-time loading, maritime, donor payments and SKU-level technology
Combined entrepreneurial team, with strong payments and banking backgrounds, allows for nimble innovative results with sensitivity to the regulatory environment



# THE NORTH AMERICAN MARKET

## Market Conditions

- Significant sizeable & complex network of competitors, limited greenfields at scale

- Processing/Issuing increasingly consolidated and commoditized "dumb pipes" – hard to differentiate, eroding margins

- Increased focus of the regulators both at the federal and state level drives evolving requirements for both consumer and our corporate clients

- Commerce is changing - $25 bn of U.S. Fintech investment in 2016 driving a new breed of nimble and niche competitors (and potential partners)

## Market Opportunity

- The players that win will have a foothold in encompassing both issuing and acquiring flows allowing them a single global provider for their commerce needs.

- As 'Big Data' and 'Artificial Intelligence' become a reality, Wirecard is well positioned to translate the promise of these capabilities into client value.

- There is a unique opportunity to continuing to partner with key players to combine existing solutions with relevant value propositions (lending, loyalty, risk/fraud management) across commerce & payments.

EYGMBH_0000343

# KEY TRENDS IN PREPAID CARD MARKET

## 3.1tr

USD in global prepaid card
volume through 2022*

## 200bn

USD in U.S. merchant sales
with prepaid cards in 2014 =
5% of U.S. retail
spendings**

## 23%

of the population of the U.S.
hold a prepaid card**

Growing…

- shift to non-cash payments
- shift to virtual prepaid cards and mobile payments
- demand for open loop prepaid cards
- need for prepaid-payout-card
- demand for financial inclusion of unbanked consumers

*) Global Industry Analysts, April 2016
**) Forbes, April 2014

Confidential Personal Information
Confidential Discovery Material



# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## WIRECARD NORTH AMERICA PRIORITIES

Our North American business imperatives are centered around the delivery of Wirecard's global strategy, in a key region of the world.



Build brand awareness of Wirecard in North America, with our target constituents



Migrate to Wirecard's global Issuing platform, CCP, delivering differentiated capabilities for our clients of today, and tomorrow.



Deliver upon Wirecard's value proposition of fully digitized, end-to-end solutions across the commerce value chain, by launching acquiring.

Confidential Personal Information
Confidential Discovery Material

# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## PRODUCT STRATEGY

| 2017 | 2018 - 2019 | 2020 |
|------|-------------|------|
| **CLIENT AND MARGIN RETENTION**<br>• Protect the core<br>• Cross-sell<br>• Migrate | **LAUNCHING PRODUCT 2.0 ON CCP**<br>**LAUCHING ACQUIRING IN NAM**<br>• New issuing platform<br>• New to acquiring | **MARKET LEADERSHIP**<br>• Scaling issuing & acquiring<br>• Delivering AI-powered value-added services |
| • BIN Migration<br>• Expansion of Mobile Wallets to other Clients<br>• Develop CCP Product Roadmap<br>• Aggressively pursue short term client opportunities in a structured manner<br>• Develop value-added services strategy | • Data Center Migration<br>• BIN phased rollout on CCP. Leverage/build new key features per vertical to further differentiate, retain clients, win new deals<br>• Decommission Ecount Core; roll off First Data<br>• Mobile App servicing creates additional variable cost saves & lays ground work for future monetization<br>• Launch and find product/market fit for acquiring<br>• Develop value-added services capabilities. | • Use BD/AI to power value-added services to monetize all program types<br>• New revenue models can inform an unmatchable pricing strategy to dominate all verticals<br>• Potentially expand to other verticals, products, sectors<br>• Expand white label to platform to broader financial products – credit, etc. |

EYGMBH_0000347

# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## NORTH AMERICA MILESTONE



# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## SOLUTION HIERARCHY



# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## SUITE MARKETING – CURRENT FUNCTIONALITY



EYGMBH_0000350

# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## SUITE MARKETING – FUTURE FUNCTIONALITY



# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## SUITE MARKETING – VALUE



# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## DEVELOPMENT FUTURE WIRECARD NA



# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

TARGETING LIVE CLIENTS ON WD ACQUIRING PROCESSING IN Q2 2018



EYGMBH_0000354

# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## SELECTION OF TOP WIRECARD GLOBAL CUSTOMERS AND PARTNERS



End-to-End solutions built on internet technology and banking services
Global multi-channel gateway for international payment acceptances and settlement, fraud prevention solutions
Licensed multi-brand acquirer – global acquiring partners and Issuer
Merchant Services e.g. for Visa, MasterCard, American Express, JCB, Discover/Diners, UnionPay
Payment processing for all sales channels – offline, online, mobile
Enables companies to issue own payment instruments (cards or mobile payment solutions) via end-to-end infrastructure
Innovative software-based banking products (SCP-virtual credit cards, payout cards, co-branded cards)

Confidential Personal Information
Confidential Discovery Material

# BUSINESS MODEL AND DEVELOPMENT OF WIRECARD NA

## NORTH AMERICA LOYAL AND DIVERSIVIED GLOBAL CLIENT BASE



Seth

EYGMBH_0000356



Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000357

# TECHNOLOGY

## CURRENT PURPOSE-BUILT OPERATIONS AND TECHNOLOGY PLATFORM



Brad

# TECHNOLOGY

## TECHNOLOGY PLATFORM OVERVIEW



Brad

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000359

# TECHNOLOGY

## CLIENT/CARDHOLDER APPLICATIONS

OUR CLIENT AND CARDHOLDER INTERFACES ARE DESIGNED TO SUPPORT THE UNIQUE NEEDS OF INSTITUTIONAL PREPAID CLIENTS WHILE OFFERING ROBUST SELF-SERVICE FUNCTIONALITY AND COMMUNICATION TOOLS

| ClientZone™ | Cardholder Website | Mobile Cardholder Website |
|---|---|---|
| • Web-based program administration tool for institutional clients<br>• Upload files & access reports<br>• Assign & load cards instantly<br>• Reverse payments<br>• Customer Service features<br>• Replace lost or stolen card<br>• View Instant Issue Inventory<br>• Role-based entitlements<br>• Multifactor authentication<br>• Complete auditability for all activity in system | • Access to balances, payment details and transaction history<br>• Fully customizable with client's branding<br>• Claimable payments, virtual cards, customized shop page, & SPIN games<br>• Self-Service Features<br>  • Global Deposits and bank transfers<br>  • ATM Locator<br>  • Message Center<br>  • Set/Reset PIN<br>  • E-Stubs & 1099 reporting | • UI optimized for mobile<br>  • Fast access to balances, payment details and transaction history<br>• Self-Service Features<br>  • ATM Locator<br>  • FAQs and Help content |

Brad

Confidential Personal Information
Confidential Discovery Material

# TECHNOLOGY

## INTERNAL PROGRAM MANAGEMENT APPLICATIONS

OUR INTERNAL APPLICATIONS ARE DESIGNED TO ALLOW BUSINESS USERS TO QUICKLY CONFIGURE, IMPLEMENT AND SUPPORT PROGRAMS WITH A HIGH DEGREE OF CUSTOMIZATION WHILE ENSURING QUALITY AND SCALABILITY

| The Bridge™ | Bulk Management Console | Customer Service |
|---|---|---|
| • Web-based program configuration tool used by Implementations and Account Management<br>• Allows users to enable or disable features and set program parameters including fees, notifications, spending limits, and card package details<br>• Role-based entitlements | • Web-based tool used by Customer Account Specialist for processing client files and managing the prioritization of file scheduling<br>• Interfaces with our financial systems to authorize files based on availability of funds/credit lines<br>• Role-based entitlements | • Web-based tool used by Cardholder Customer Service and Customer Account Specialist to access cardholder information, make balance adjustments/free credits, comment accounts, reissue cards, and access program details and descriptions.<br>• Role-based entitlements |

Brad

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000361



# SALES AND ACCOUNT MANAGEMENT

SALES PROCESS



# SALES AND ACCOUNT MANAGEMENT

DISTRIBUTION STRATEGY

## OUR CHANNEL STRATEGY IS OUR TO-MARKET EXECUTION OF OUR BUSINESS STRATEGY.



**DIRECT**
- Expand our targets to include flows in pension, insurance and refunds.
- Identify check & cash replacement opportunities – large scale & less competition.
- Select acquiring and issuing client segments with an eye towards existing AG clients that want a presence in the U.S.

**STRATEGIC**
- Identify key technology partners that can enhance our payment form factor capabilities
- Identify key partners that can deliver specific capabilities for the various parts of the value added services ecosystem.
- Prioritize the ecosystem partners to engage & jointly deliver solutions with, along the vectors of: client impact, margin, revenue, and ability to execute/win.

**PARTNERS**
- Leverage existing partners & new alliances to compete for Consumer & Sale Incentives competitive share in Issuing.
- Integrate current North American and Wirecard AG strategy & tactics in the U.S.



EYGMBH_0000365

## MARKETING

NEW MARKETING MESSAGING

WE BELIEVE WILL RESONATE WITH OUR CONSTITUENTS (MEDIA, CLIENTS, PARTNERS, INVESTORS)

- Wirecard is where the world is going, not where the world is been.

- Wirecard takes a payments & commerce capability, and delivers a winning customer experience.

- Wirecard has built a global business, and entry into the U.S. through the recent acquisition is a key proof point in the execution of the global strategy.

- Within the U.S., we'll win through growing relationships with existing clients, now with the ability to extend all of Wirecard's capabilities and global reach, operating as a truly global payments & commerce firm.

EYGMBH_0000366



A closer look at marketing reveals three areas of focus as we rollout the Wirecard brand and drive returns.

Confidential Personal Information
Confidential Discovery Material

# MARKETING

## LEVERAGING GLOBAL CAPABILITIES

WIRECARD NORTH AMERICA REQUIREMENTS, SATISFIED BY GLOBAL COLLABORATION



### BRAND

Events Participation
Advertising
HQ Global PR
Advertorials Development
Promotional Materials
Media Monitoring

### PRODUCT

Market Research
Newsletter
Webinar Tools
NPS Frameworks
Web Development
Partnerships

### ACQUISITION

Search Engine Optimization Tools
Programmatic Partnerships
Search Budget for NA Keywords
Lead Generation Forms
Marketing Automation
Funnel Analysis Tools
A/B Testing

### CONTENT

Social Media Distribution
Content Distribution
Syndication Partnerships
Paid Amplification
Paid Social Targeting

EYGMBH_0000368



Confidential Personal Information
Confidential Discovery Material



# AN EXPANDING FOOTPRINT

## GLOBAL REACH & SCALE



Wirecard has extended our presence into North America, emphasizing our commitment to global reach and scale

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000371

# OUR GLOBAL ISSUING GROWTH STORY

BEYOND NORTH AMERICA, WIRECARD HAS A LONG AND PROSPEROUS TRACK RECORD IN ISSUING





EYGMBH_0000373