# EXHIBIT 5
# [Plaintiffs' Ex. 10]



**Wirecard North America Inc.**
**Final Summary Memorandum (SRM)**
**December 31, 2017**

### 1. Client Business and Overview

Wirecard North America, Inc. (WNA) is a wholly owned subsidiary of its ultimate parent Wirecard AG, located in Munich, Germany and a publicly listed company on the Frankfurt Stock Exchange under the ticker "WDI". WNA provides payment solutions to various-sized businesses, which include consumer incentive (rebate) cards, sales incentive cards, payroll cards, refunds payment cards, instant compensation cards, and virtual payment cards. WNA is located in Conshohocken, PA, with additional personnel in various International locations.

On March 9, 2017, Wirecard AG completed the acquisition of WNA, previously known as Citi Prepaid Card Services, from Citibank. As a result of the acquisition, we have been engaged by EY Germany (EY Primary Team) to perform a full scope audit for the period March 1, 2017 through December 31, 2017, with reliance on the EY Primary team for the adjustment recorded in the WNA reporting package for the period March 1, 2017 through March 8, 2017.

Based on the Group audit instructions at **17 A00**, we performed a full scope audit of the financial information of WNA prepared under IFRS, in accordance with the auditing standards applicable in Germany and ISAs, as well as certain additional procedures as described in section B-2.1 of the instructions.

### 2. Audit Strategy

Based on our Interoffice Instructions at **17 A00**, we performed a full-scope audit of the financial information of WNA prepared under IFRS, in accordance with the auditing standards applicable in Germany and ISA's, as well as certain additional procedures as described in section B-2.1 of the instructions. The EY Primary Team allocated a Tolerable Error of EUR 1,200,000 and SAD of EUR 600,000, which we converted to USD using the exchange rate on December 31, 2017 of USD 1:1.2 kEUR resulting in a final TE and SAD of $1,440,000 and $720,000, respectively. There were no significant changes to the audit strategy in comparison to our ASM at **17 A00.05**.

Note: The reporting package which we audited has been prepared in US dollars, and all references in this memo is in US dollars.

### 3. Independence

We have taken the required measures outlined in EY Topic Based GAM ETHICS+INDEPENDENCE: Evaluate compliance with ethical requirements, including independence into consideration when determining our independence. Additionally, we confirmed independence with all members of the engagement team.

Confidential Discovery Material

Through our audit procedures we have not identified any breaches to independence and/or ethical requirements. We performed inquiries to update our procedures through the issuance date, noting no issues.

### 4. Initial audit considerations

We took the guidance in EY Topic Based GAM - FIRST-YR: Initial audits into consideration and performed the necessary additional procedures as described in FIRST-YR 3, as of the beginning of the period under audit. We applied EY GAM and the auditing standards effective at the time we perform our audit. In particular:

- *We perform procedures on the opening balances (FIRST-YR 3.2).*

  As part of our audit procedures, we received a confirmation memo from the EY Primary Team on all opening balances, after the effect of all purchase price adjustments, and agreed that to the WNA reporting pack.

- *We consider discussing with management potential significant accounting and auditing issues (including the application of accounting policies or auditing standards, FIRST-YR 3.3) that were identified during our initial selection as auditor. We communicate these matters to those charged with governance as appropriate and consider how these matters affect the overall audit strategy and audit plan.*

  We identified several accounting and auditing issues. Refer to 9. Significant Accounting and Auditing Issues below for more detail on how we obtained comfort they were appropriately addressed.

- *We consider involving executives, including IT and tax professionals, early in the audit to help us obtain the necessary understanding (TEAM 2.1).*

  Through initial audit procedures, we obtained an understanding of the company's IT infrastructure. We engaged FAIT to perform procedures over the translation of data received from FDR into Core. Refer to **IT A01** for FAIT's documented planning memo. Additionally, we engaged EY tax professionals to assist with the US taxes included in the reporting pack. Management has engaged Baker Tilly Virchow Krause, LLP to prepare the US tax provision. Refer to **A02 O.1** for the Tax Review Memo.

- *We are less likely to categorize an account as limited risk (ACCTS 1.2) in an initial audit because our review of the predecessor auditor's workpapers, may not provide sufficient evidence to support that designation.*

  For the 2017 component audit, we have not designated any accounts as limited risk accounts.

- *We cannot rotate tests of controls over SCOTs (SCOTS), even if the predecessor auditor tested controls in the prior period, because we are unable to satisfy the conditions for rotating tests of controls in the first year.*

  For this component audit, we did not rely on controls.

- *We do not use internal auditor's work to perform walkthroughs (INTERNAL-AUDIT). We perform walkthroughs ourselves to confirm our understanding of the SCOTs, significant disclosure processes and related controls, including IT processes.*

  For this component audit, we did not use internal audit's work.

- *We perform any additional quality control procedures required locally for initial audits.*

Confidential Discovery Material

EYGMBH_0000313

We performed all applicable US GAM requirements related to this audit, specifically, we obtained a legal confirmation from internal counsel for the period under audit.

## 5. Overall Analysis of Financial and non-Financial Information

We performed analytical procedures from the opening balance sheet date, March 9, 2017, through December 31, 2017. The results of our analytical procedures will be included in year-end Overall Analytic Review at Appendix **A**.

## 6. Fraud and Significant Risks

Through the performance of our revenue testing procedures, including Client Revenue, Interchange Revenue, and Cardholder Revenue, which we tested in four separate populations (Other Fees, Balance Sweep, Inactivity Fees, Face Value Discount (FVD), and Reversals). Based on our analysis, the revenue streams are comprised of high volume, low value transactions that do not involve a significant amount of judgment and include a high degree of transparency to the client and customer, outlined and communicated in the respective client contracts and cardholder agreements. We did not see any outliers in the population, other than larger dollar journal entries, which are directly correlated to program size (i.e., number of cardholders), not transaction value.

The group audit team has identified a fraud risk in the Group Audit Instructions (**17 AOO**) for the group financial statements related to the overstatement of revenues and the understatement of impairment losses on acquired customer relationships, portfolios, or goodwill. In addition, the group team has also identified a significant risk related to material business combinations.

We have assessed these risks in conjunction with our component audit of WNA and conclude that they are not applicable to our audit based on the nature of revenue transactions, calculation, and recognition, and balance sheet related assets and based on the fact that the EY Primary Team was responsible for auditing the assets acquired in the business combination and related opening balances.

We have documented our revenue testing approach as well as the results of our audit procedures and the related conclusion in a separate memo as an attachment to our SRM.

As part of our ongoing fraud risk assessment, we have inquired of local management regarding their assessment of a material misstatement of financial information as a result of fraud or error, their knowledge of any fraud or suspected fraud and non-compliance with laws and regulations. We inquired of Deirdre Ives (Managing Director), Sarah Weil (VP of Finance), Michael Jennings (Finance Principal) & Brad Fauss (Internal Legal Counsel) regarding their assessment of a material misstatement of financial information as a result of fraud or error, their knowledge of any fraud or suspected fraud and non-compliance with laws and regulations. None of the individuals was aware of fraud or suspected fraud and non-compliance with laws and regulations.

Confidential Discovery Material

EYGMBH_0000314

## 7. Significant Accounting and Auditing Issues

### *Basis of presentation & Financial reporting framework*

Per discussion with WNA management and our planning procedures, key areas for our audit were revenue recognition and accounting for the face value discount on arrangements with certain customers (see further discussion below regarding FV discount).

Management prepared accounting memos addressing their considerations as to the appropriateness of the accounting policies for these areas with respect to IFRS. We reviewed those memos. With respect to the FVD, we concur with management's conclusion. With respect to revenue recognition policies, our procedures were limited to ensuring WNA accounted for revenue in accordance with Wirecard accounting policies. We rely on the EY Primary Team for conclusion as the propriety of the revenue recognition policies in accordance with IFRS.

### *Opening balance sheet procedures*

As discussed in the '**Initial audit considerations**' section, the EY primary team is responsible for testing the opening balance sheet as of March 1, 2017, including purchase price adjustments. We obtained an internal confirmation memo around the opening balances and verified the opening balances confirmed with the WNA reporting package.

### *Reporting period*

We note that, although the WNA acquisition formally effectively closed on March 9, 2017, the reporting package includes the results for the period March 1, 2017 through December 31, 2017. Per WNA and discussion with the EY Primary Team, there was a settlement with Citi to reimburse Citi for the pre-acquisition activity from March 1, 2017 through March 8, 2017. WNA management recorded an adjustment to revenues of $ 2.2 million and to cost of sales of $ 1.1 million respectively. We understand this does not necessarily represent actual activity for this period, but that the basis for this correction is the actual reimbursement by Wirecard AG to Citibank as part the final net working capital settlement, and that this is tested by the EY Primary Team.

### Related Party Relationships and Transactions

We have discussed the related party relationships and related party transactions as part of our team planning event. This included the need to remain cognizant or alert of related parties and transactions, for WNA and those that were not previously identified as well as our need to obtain sufficient appropriate audit evidence to document our testing and consideration of these activities. Through inquiry of Sarah Weil, Vice President of Finance, there are no related party relationships outside of the normal course of business. We have not identified any related parties not previously identified by group management or by the primary team. All intercompany balances have been confirmed with the EY Primary Team.

Confidential Discovery Material

### 8. Combined Risk Assessment and Effect on Audit Strategy

At the beginning of our audit, we made our combined risk assessments for significant account assertions (*Make Combined Risk Assessments (EY Topic Based GAM 3)*). The combined risk assessments reflected our control risk and inherent risk assessments related to the financial statement audit. Throughout the course of our audit, we did not identify any information that would require a change in CRA.

We took a 'not rely on controls' strategy for all accounts.

### 9. Income taxes

WNA is treated as a corporation for US Federal income tax purposes, and in addition will file in approximately 10-15 state and local jurisdictions including California, Pennsylvania, Delaware, and Michigan. Citi prepaid card services never filed standalone tax returns. Instead, that entity was included within the Citibank tax return. WNA management prepared standalone tax provisions that present WNA's tax expense, deferred tax accounts and taxes payable on the basis that WNA is a standalone company.

On December 22, 2017, H.R.1, known as the "Tax Cuts and Jobs Act," was signed into law. The Tax Cuts and Jobs Act (the "TCJA") amends the Internal Revenue Code to reduce tax rates and modify credits, and deductions for individuals and businesses. The Company has analyzed the impact of the TCJA for the Company's December 31, 2017 year-end income tax provision, including any impact to the current income tax provision, deferred tax inventory, current income tax receivables, reserves for UTPs, VAs, et al. We reviewed the Company's analysis of significant considerations that could potentially impact the Company's income tax accounts for the year ended December 31, 2017 only.

We identified two audit adjustments related to taxes whereby benefit amounts recorded in the 2017 income statement should instead have been part of the opening balance sheet. Both amounts increase tax expense and decrease goodwill. The first item totaling $1,280,000 was recorded in the reporting package. The second item totaling $1,444,000 is posted to our SAD. The EY Primary Team has indicated this amount will be recorded on the parent company financial statements. See the TRM for further discussion.

All significant tax matters, tax exposure items, and financial statement presentation matters have been considered during our audit of the financial statements of Wirecard North American, Inc. for the period from March 9, 2017 through December 31, 2017 and appropriately addressed. We have concluded that the income tax accounts are free of material misstatement and the anticipated financial statement presentation relating to income taxes are in conformity with IFRS, after consideration of the identified tax SAD item discussed above that will be recorded at the parent company level.

Please see the Tax review memo at Appendix **C** for more information.

Confidential Discovery Material

## 10. General audit procedures

*Biased Estimates and Judgmental Areas*

Per the group instructions, the EY primary team identified the following significant risk estimates at the group level:

- Goodwill and other intangible assets, especially acquired customer relationships / portfolios
- Business combinations
- Deferred tax asset valuation allowance

For the goodwill and other intangible assets estimate, we understand the focus is on acquired customer relationships / portfolios. This is not applicable to WNA's business for 2017, other than the original purchase price entries which was audited by the EY Primary Team. We are responsible for testing subsequent movements in the respective account balances to confirm the Wirecard AG accounting framework has been followed. We recalculated depreciation and amortization for these accounts in 2017 based on reliance on the EY Primary Team for the useful lives and depreciation/amortization method, without exception.

Furthermore, we understand impairment analyses for goodwill and other intangible assets are prepared by Wirecard AG management at a more aggregated level (including WNA) and are therefore the responsibility of the EY Primary Team. This also applies to Business combinations, as another significant risk estimate identified by the EY primary team.

Related to the Deferred tax asset valuation allowance, we engaged EY Tax to assist us with the audit of the tax provision and related income statement accounts, including the valuation allowance for deferred tax assets as applicable. Total gross DTA's were only $1.9 million and given the earnings history of the company and anticipated future profitability, we have identified the valuation allowance as a lower risk estimate.

In addition, we have identified lower risk estimates related to the face value discounts for certain consumer incentive cards with a set maturity date, inventory valuation and the allowance for receivables. Refer to **A08.10** workpapers for the estimates identified, our rationale, considerations, and responses related to these estimates. It should be noted that there were no significant risks identified, and therefore no significant risk estimates, and no higher risk estimates identified.

## 11. Litigation

We inquired of WNA management regarding any pending, threatened, or current litigation relevant to our component audit. In addition, we obtained an official legal letter from internal counsel to corroborate our management inquiry, noting no pending liquidation. Refer to **17 A07.1** for the received letter.

Confidential Discovery Material

## 12. Subsequent Events

EY obtained the bank statements for January, February, and activity up until March 23rd, 2018 in conjunction with our unrecorded liability testing. We scanned the bank statements for any debits or transfers to the account greater than 50% TE ($720,000) and obtained the invoice and/or Great Plains screenshots for each selection. See **17 N07** for results of testing procedures. Additionally, we obtained the journal entry detail for January and February 2018 for the balance sheet and income statement. We inspected the detail for any entries with a transaction date in 2017, noting none for the US Company and immaterial amounts for Canadian related journal entries.

## 13. Reliance on EY Primary Team

As discussed with the EY Primary Team, we rely on the EY Primary Team for the following items:
- Opening balances, incl. PPA adjustments
- Adjustment for net income from March 1, 2017 – March 8, 2017
- Revenue recognition policies in accordance with IFRS
- Amortization of intangibles – useful lives and amortization period
- SAD item which The Primary Team has indicated will be adjusted at Wirecard AG level

## 14. Going Concern Considerations

Based on our audit procedures and inquiries of WNA management, combined with the acquisition that occurred during the year, we did not identify any matters that would indicate going concern issues.

## 15. Management Representation Letter

We obtained a signed management representation letter by Deirdre Ives, Managing Director, Sarah Weil, Finance Director and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮ for the ten months ended December 31, 2017.

## 16. Summary of audit differences (SAD) and related conclusions

During the performance of our audit we did identify an uncorrected misstatement related to the e Effect of State rate change due to nexus study as performed by Baker Tilly. This has a $1.4 million impact on the tax provision, as this is booked through the 2017 period instead of through purchase price accounting.

In addition, we determined a corrected misstatement related to the tax impact on the opening balance sheet inventory balance write off (tax effect of $ 1.4 million) to purchase price accounting versus the current period.

Please see the attached SAD at appendix **B** for further details.

Confidential Discovery Material

## 17. Summary of Conclusion

Based on the audit procedures we performed on the group reporting package, we conclude that we have obtained sufficient appropriate audit evidence to support our opinion that the financial statements at the Wirecard North America component level has been prepared, in all material respects, in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB), after consideration of the identified misstatement related to Income Taxes, which EY Primary Team has indicated will directly be corrected at the Wirecard AG 2017 group financial statements level.

## 18. Sign offs

Refer to EY Canvas.

## 19. Appendices

A – Overall Analytical Review – **C9.1**
B – Summary of audit differences – **C-12**
C – Tax Review Memorandum (TRM) - **O.1**

Confidential Discovery Material

EYGMBH_0000319