# EXHIBIT 7
# [Plaintiffs' Ex. 12]

## Summary

Entity name:
Date of...

When a...
A.) ...

B.) How to use this form: Select the appropriate profiling options for the entity.



**EY Primary Team Note:**
Focus Area: Acquired customer relationships / portfolios, revenue and receivables from software license sales (focus area)

We have reviewed and read SRM together with other deliverables received from WDNAM. We haven´t identified any unusual items mentioned that would raise suspicion that SRM conclusion (as well as conclusion in other Deliverables) are not correct
Sufficient information given regarding focus areas - impairment testing procedures over CR is done and sample testing over revenue is performed as stated in 2019 WD KAP ACO-136 CT 6.2 Revenue Testing Procedures

No significant findings

Profiling questions: Select one option from each of the groups below

| | |
|---|---|
| Listed | ○ Yes   ● No |
| Group | ○ Primary Team   ● Component team   ○ Not applicable |
| Audit type | ● GAM<br>○ PCAOB GAM-Financial statement audits or AICPA GAM *<br>○ PCAOB GAM-Integrated audits |

*Refers to audits conducted in the US under the auditing standards issued by the American Institute of Certified Public Accountants.



[Expand All]   [Collapse All]   [Generate]

### Purpose
This form, together with EY Canvas, helps achieve the requirements of EY GAM CONCLUDE 9 and GROUP CONCLUDE and to prepare the *Summary review memorandum* (SRM).
Completion of this form addresses the following EY Canvas task:
► Prepare the SRM

 **Applicable methodology**

### Conclusion



We conclude that:                                              ● Yes   ○ No
► Our audit strategy has been appropriate and we have obtained sufficient appropriate audit evidence consistent with the assigned scope and group audit instructions to provide our interoffice conclusion

► In preparing our interoffice conclusion, we considered all relevant audit evidence, regardless of whether it appears to corroborate or contradict the assertions in the financial statements.

💡

We will not be providing any modification of our interoffice conclusion.

## Summary review memorandum

| We conclude that: | ○ Yes    ⦿ No |
|---|---|

▶ Our audit strategy has been appropriate; however, we are unable to obtain sufficient appropriate audit evidence to form our opinion on the reporting package.

▶ We will be modifying our interoffice conclusion in respect of [name issue and cross refer to relevant section]. [*Delete if not appropriate*]

▶ We will be issuing a disclaimer of opinion.

**We sign-off this form, including the above conclusion statements, in EY Canvas to evidence the preparation, review and approval of this form at the *Conclusion* phase of the audit as well as completion of the following EY Canvas task:**
  ▶ **Prepare the SRM**

**The partner in charge of the audit evidences his or her review and approval of the SRM.**

For teams using the Group functionality in EY Canvas, add this document as evidence in the *Submit the SRM* group task. After all signoffs have occurred in EY Canvas, submit to the Primary Team using the *Send* button within the group task.

For teams not using the Group functionality in EY Canvas, submit this form to the Primary Team and provide the following sign-offs by the appropriate individuals:

| | |
|---|---|
| Prepared by: | Siwon Seo |
| Reviewed by: | Kathy Du |
| Reviewed by: | Lily Cao |
| Partner in charge: | Megan Varani |

**Audit Strategy:**
*Describe significant changes to the audit strategy and the reasons for the changes.*



We have been engaged by EY Germany (EY Primary Team) to perform a full scope audit as of and for the year ended December 31, 2019, consistent with the prior year. Based on the Group Audit Instructions at **19 A00**, we performed a full scope audit of the financial information of WNA prepared under IFRS, in accordance with the auditing standards applicable in Germany and ISAs, as well as certain additional procedures as described in section B-2.1 of the instructions.

The EY Primary Team allocated a Tolerable Error of EUR 2,500,000 and SAD of EUR 500,000, which we converted to USD using the exchange rate on December 31, 2019 of USD 1:1.121 EUR resulting in a final TE and SAD of $2,802,500 and $560,500,

# Summary review memorandum

respectively. There were no significant changes to the audit strategy in comparison to our ASM at **19 A00.05**.

Note: The reporting package which we audited has been prepared in US dollars, and all references in this memo is in US dollars.

### Independence and ethical requirements
*Document any independence and ethical requirements issues that have not already been reported to the Primary Team (refer to ETHICS+INDEPENDENCE and GROUP ENGAGE) or cross-refer to separate documentation.*

Refer to the Component team independence procedures 704US at **19 A00.13** which has already been submitted to the Primary team.

### Significant accounting and auditing issues:
*Provide a brief description of each significant accounting and auditing issue. Refer to CONCLUDE 9.*
- ► Significant risks



Through the performance of our revenue testing procedures, including Client Revenue, Interchange Revenue, Cardholder Revenue, and Breakage Revenue, the revenue streams are comprised of high volume, low value transactions that do not involve a significant amount of judgment and include a high degree of transparency to the client and customer, outlined and communicated in the respective client contracts and cardholder agreements. We did not see any outliers in the population, other than larger dollar journal entries, which are directly correlated to program size (i.e., number of cardholders), not transaction value.

The primary audit team has identified fraud risks in the Group Audit Instructions (**19 A00**) for the group financial statements related to revenues and receivable from 3rd party acquiring and software license sales; software acquisition; impairment losses on acquired customer relationships, portfolios, or goodwill. In addition, the primary team has also identified significant risks related to goodwill/impairment of goodwill; the impairment of loans of Wirecard Bank AG; notes and management report; and material business combinations.

We have assessed these risks in conjunction with our component audit of WNA and conclude that the identified risks do not have any specific impact on our audit as a) WNA does not have the related revenue accounts as mentioned in the fraud/significant risks and b) the EY Primary Team is responsible for auditing the Goodwill impairment and material business combinations which WNA didn't have any during 2019. For impairment losses on acquired customer relationships, per discussion with management and our related audit procedures as proscribed by the Primary Team, we didn't note any factors that would indicate any impairment concerns on customer

Confidential Discovery Material

## Summary review memorandum

> relationships. Additionally, based on our understanding of the business, we did not identify any additional fraud/significant risks.
>
> We have documented our revenue testing approach as well as the results of our audit procedures and the related conclusion in a separate memo as an attachment to our SRM. Refer to **19 A08.02**.
>
> As part of our ongoing fraud risk assessment, we have inquired of local management regarding their assessment of a material misstatement of financial information as a result of fraud or error, their knowledge of any fraud or suspected fraud and non-compliance with laws and regulations. We inquired of Florian Ungethuem (Chief Financial Officer), Steh Brennan (managing director), Sarah Weil (VP of Finance) & Morgan Collins (Internal Legal Counsel) regarding their assessment of a material misstatement of financial information as a result of fraud or error, their knowledge of any fraud or suspected fraud and non-compliance with laws and regulations. None of the individuals were aware of fraud or suspected fraud and non-compliance with laws and regulations.

▶ Judgmental areas



> We have identified a lower risk estimate related to breakage revenue and the face value discounts for certain consumer incentive cards with a set maturity date. It should be noted that there were no significant risks identified, and therefore no significant risk estimates, and no higher risk estimates identified.
>
> Wirecard has adopted IFRS 15, Revenue from Contracts with Customers since 2018. It only relates to one material revenue stream, Breakage Revenue, which represents what the remaining balance on an expired card that Wirecard recognizes as revenue. Per inquiry of Sarah Weil, VP of Finance, and Jay Austin, Head of Accounting, the Company's accounting policy memo **19 E06** (audited by the EY Primary Team) has not changed since adoption in 2018. We have also further corroborated that no other revenue streams are affected via a review of the trial balance and inquiries with client management (Sarah Weil, Jay Austin). We have also obtained an understanding of the process and attended a walkthrough session with the client upon the preparation and review/recording of the IFRS 15 entries (including transition adjustment calculation) at **19 E06 and E06.1**. We noted management's projected IFRS 15 related revenues are based on historical data and are truing up based on actuals applied against the different tiers and programs periodically. The discount applied to ensure the variable consideration is highly probable such that a significant reversal of revenue will not occur is the only judgmental estimate applied and a consistent discount is applied for all escheatable and all non-escheatable amounts. Therefore, we don't believe there is fraud risk or significant risk associate with the Company's recognition of revenue under IFRS 15. For details around the testing, please refer to Appendix **D** Revenue Testing Results Memo.

## Summary review memorandum

▶ Complex / Unusual transactions



We did not identify any additional complex/unusual transactions other than what is described above.

▶ Issues that affected our interoffice conclusion



We did not have any issues that affected our interoffice conclusion.

▶ Circumstances that required unusual or extended audit procedures



We did not have any circumstances that required unusual or extended audit procedures.

▶ Accounting policies



Based on our procedures, the Company appropriately and consistently applied their accounting policies

▶ Differences of professional opinion



N/A

▶ Changes to our procedures when we identify risks of material misstatement that management failed to identify



N/A

▶ Other matters which may be significant for the group audit.



Confidential Discovery Material

## Summary review memorandum

### 1. Other Significant Accounting and Auditing Issues

Per discussion with WNA management and our planning procedures, key areas for our audit were revenue recognition under IFRS 15, accounting for the face value discount on arrangements with certain customers (see details around the testing described above), adoption of IFRS 16, and deferred taxes. IFRS 9, Financial Instruments, which was adopted in prior year, continues to not have a material impact on WNA, and we have scoped out based on the discussion with primary team.

IFRS 16, Leases, was adopted on the basis of a modified retrospective approach beginning with the FY2019 reporting year. The accounting conclusions with respect to the adoption of standard is covered by the Primary Team in Germany. For the purposes of interoffice reporting purposes, we performed an impact assessment on how IFRS 16 affected our component and a completeness check on the material lease contracts identified by primary team by inquiries with local management (Sarah Weil, Jay Austin) and checking material expense accounts. We did not identify any material lease contracts that were outside of the listing provided by the primary team. In addition, based on our inquiry with management and inspection of the Trial Balance, we did not identify any material contracts that were not included in the opening balance.

We rely on the EY Primary Team for conclusion as the propriety of the revenue recognition and lease accounting policies in accordance with IFRS.

### 2. Income taxes

WNA is treated as a corporation for US Federal income tax purposes, and in addition will file in approximately 10-15 state and local returns in jurisdictions including California, Pennsylvania, Delaware, and Michigan. WNA management prepared standalone tax provisions that present WNA's tax expense, deferred tax accounts and taxes payable on the basis that WNA is a standalone company. We engaged EY tax professionals to assist with the US taxes included in the reporting pack. Management has engaged Baker Tilly Virchow Krause, LLP ("BT") to prepare the US tax provision.

All significant tax matters, tax exposure items, and financial statement presentation matters have been considered during our audit of the financial statements of Wirecard North American, Inc. for the year ended December 31, 2019 and appropriately addressed. We have concluded that the income tax accounts are free of material misstatement and the anticipated financial statement presentation relating to income taxes are in conformity with IFRS.

### 3. Dividends

During the current year, WNA has paid the following dividends to Wirecard AG:

Confidential Discovery Material

## Summary review memorandum

- Per prior year testing, $15 million was approved and paid in early 2019, related to 2018 profits
- Per testing in the current year, a total of $36.4 million was approved and paid throughout 2019 (specifically once each in June, November, and December) related to 2019 profits

We obtained the dividend declarations and proof of payments to test the existence and accuracy of the dividends.

### 4. Litigation

We inquired of WNA management regarding any pending, threatened, or current litigation relevant to our component audit. In addition, we obtained a legal letter from internal counsel to corroborate our management inquiry, noting no pending liquidation. Refer to **19 A07.02** for the received letter.

### 5. Subsequent Events

EY obtained the bank statements for January, February, and activity up until March 6, 2020 conjunction with our unrecorded liability testing. We scanned the bank statements for any debits or transfers to the account greater than 50% TE ($1,401,250) and obtained the invoice and the subsequent proof of cash payment for each selection. See **19 N08** for results of testing procedures. Additionally, we obtained the reporting package as of February 2020, which was the most recent available balance sheet and income statement. We inspected the reporting package and reviewed for any significant or unusual fluctuations, noting none.

### 6. Procedures performed by EY Primary Team

As discussed with the EY Primary Team and instructed by Group instruction, we understand that the following accounts are tested by the Primary Team and therefore we did not perform any testing procedures locally:

- Amortization of intangibles (e.g. Goodwill) - useful lives and amortization period
- Leasing asset and liability, subject to the IFRS 16, except as described above
- Material intercompany balances

### 7. Appendices

Refer to the below documents to be reviewed together with the SRM:

**A** - Overall Analytical Review - 19 A00.08 **(C-9.1)**

Confidential Discovery Material

Case 2:20-cv-03326-AB  Document 108-8  Filed 06/20/23  Page 9 of 11

## Summary review memorandum

B - Tax Review Memorandum (TRM) - A02 O.1
C - Summary of IT procedures memo - IT B-01
D - Revenue Testing Results Memo - A08.02
E - Summary of audit differences - 19 A00.06 C-12 - Summary of Audit Difference (SAD) Template (C-7)

**Related party relationships, related party transactions & significant unusual transactions**
*Document related party relationships, related party transactions & significant unusual transactions that require consideration of disclosure in the reporting package, including the results and conclusions of our procedures.*

We have discussed the related party relationships and related party transactions as part of our team planning event. This included the need to remain cognizant or alert of related parties and transactions, for WNA and those that were not previously identified as well as our need to obtain sufficient appropriate audit evidence to document our testing and consideration of these activities. Through inquiry of Sarah Weil, Vice President of Finance, there are no related party relationships outside of the normal course of business. We have not identified any related parties not previously identified by group management or by the primary team. Testing of the material intercompany balances are performed by the Primary team as confirmed with the EY Primary Team.

**Going Concern**
*Document the results of the procedures performed on Going Concern if procedures were requested by the Primary Team in the Group audit instructions (see GROUP GOING CONCERN).*

Based on our audit procedures and inquiries of WNA management, combined with the acquisition that occurred in the prior year, we did not identify any matters that would indicate going concern issues.

**Consultations**
*Document the nature and scope of formal consultations with Professional Practice and a summary of conclusions reached (we attach any concurrence memoranda to the SRM).*

No formal consultation with Professional Practice was required during the audit.

**Overall Analytical Review**
*Provide a brief commentary describing the key findings from our overall analytical review.*

Refer to CONCLUDE 7 and GROUP CONCLUDE 1.2.



We performed analytical procedures from the opening balance sheet date, January 1, 2019, through December 31, 2019. The results of our analytical procedures will be included in year-end Overall Analytic Review at Appendix A.

Confidential Discovery Material

EYGMBH_0000756

# Summary review memorandum

## Summary of audit differences (SAD) and related conclusions
*The accumulation and evaluation of misstatements is included in, or attached to, the SRM.*



> During the performance of our audit, we did not identify any uncorrected misstatements. However, there was an uncorrected misstatement related to the Merchant rebate receivable last year. Client overbooked $1.6 million Merchant rebate receivable based on their estimation of 2018-2019 Mastercard volume. Please refer to attached appendix **E** for the PY turnaround impact.

## Component management representations
*We confirm that we have obtained written representations from component management as applicable. Exceptions noted are reported here.*

> We obtained a signed management representation letter by Florian Ungethuem, Chief Financial Officer, Sarah Weil, VP of Finance and Susanne Steidl, Managing Director Wirecard Acquiring & Issuing GmbH as of and for the year ended December 31, 2019.

## Interim financial information
*When reviews of interim financial information are required, provide a brief discussion of important matters arising during the interim periods, if not already covered elsewhere in the SRM.*

> N/A - We did not perform a review of interim financial information for this audit.

## Matters to be communicated in our auditor's report
*Provide a description and rationale for matters to be communicated in our auditor's report, including, when applicable:*
- *Key audit matters (or jurisdictional equivalent), this can be done by completing Form 437GL KAM form*
- *Emphasis of matter or Other matter paragraphs (also called an explanatory paragraph in some jurisdictions, including the US)*
- *Reporting on other information*

> N/A - We don't issue auditor report, just the interoffice conclusion over the year-end financial package

## Matters related to the components' statutory financial statements
*When applicable, provide:*
- *A description and rationale when key audit matters (or jurisdictional equivalent) are communicated in the component's auditor's report*
- *The results of procedures performed on other information specific to the component (if instructed by the Primary Team)*

> N/A - The component does not have statutory financial statements.

9

Confidential Discovery Material

EYGMBH_0000757

# Wirecard Team

| | |
|---|---|
| From: | Kathy Du |
| Sent: | 14 March 2020 05:36 |
| To: | Wirecard Team |
| Cc: | ███████████████████; Lily Cao; Megan L Varani; Siwon Seo |
| Subject: | Wirecard North America's reporting package |
| Attachments: | 2019 WNA Reporting Package.zip |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Hi Primary team,

Attached please find our deliverables along with WNA's Dec financial Package.

Please let me know if you have any question.

Thanks

Kathy

i

Confidential Discovery Material

EYGMBH_0000758