# EXHIBIT 8
# [Plaintiffs' Ex. 13]

# Wirecard AG

## Group audit instructions

## 2018 audit

### FINAL // 19 October 2018

Updated 5 December 2018 (WD Brazil)

Update 11 February 2019 (WD Processing)

*These group audit instructions are issued solely for use by*
- *Non-EY Engagement Teams (as specified below)*
- *EY Foreign Engagement Teams (as specified below)*
- *EY Germany Engagement Teams (as specified below)*

*for the purpose of the group audit of Wirecard AG for the year ended 31 December 2018 and should not be used by or distributed to other parties.*



EY
Building a better
working world

**Key information from the Group Auditor** ............................................................................ 3
**A-1      Current year information** ........................................................................................ 4
A-1.1 Update from prior year ............................................................................................. 4
A-1.2 Significant risks, including risks of material misstatement due to fraud ..................... 6
A-1.3 Significant accounting and auditing issues ............................................................... 6
A-1.4 Key audit matters ..................................................................................................... 7
**A-2      Recurring information** ............................................................................................ 10
A-2.1 Company background ................................................................................................. 10
A-2.2 Financial reporting framework ................................................................................... 12
A-2.3 Applicable auditing standards ................................................................................... 12
A-2.4 Related parties ......................................................................................................... 13
A-2.5 Ethical requirements, including independence and pre-approval of audit and non-audit services 15
**A-3      Timetable of communications, EY contacts and communication protocols** ...... 19
A-3.1 Timetable .................................................................................................................. 19
A-3.2 Group Auditor contacts ............................................................................................. 20
A-3.3 Planned conference calls and EY visits ..................................................................... 21
A-3.4 Key client deadlines .................................................................................................. 21
A-3.5 Communication protocols .......................................................................................... 21
A-3.6 Statutory Audit ......................................................................................................... 22
**A-4      Representation letters** ............................................................................................ 23
**A-5      Engagement Letter** ................................................................................................. 24
**Scope of work** ..................................................................................................................... 25
B-1      General ..................................................................................................................... 25
B-2.1 Full Scope Engagement ............................................................................................. 29
B-2.2 Specific Scope Engagement ...................................................................................... 33
B-2.3 Review Scope Engagement ....................................................................................... 40
B-3      Subsequent events procedures ................................................................................. 42
**Reporting forms** .................................................................................................................. 44
C-1      Acknowledgment of group audit instructions ............................................................ 44
C-1.1 Confirmation regarding the requirements of Article 18 MAR ...................................... 47
C-2      Compliance with ethical requirements, including independence ................................ 48
C-3      Understanding of the component auditor .................................................................... 49
C-4      Audit planning memorandum ..................................................................................... 50
C-5      Early warning memorandum (EWM) .......................................................................... 52
C-5.1 Early warning memorandum (EWM) format ............................................................... 53
C-6      Auditor's report on the audit of financial information for group audit purposes ........... 54
C-7      Auditor's report to the Group Auditor on the audit of specified account balances and further review procedures performed for group audit purposes .............................................. 56
C-8      Accountant's report to the Group Auditor on a review performed for group audit purposes ........ 58
C-9      Final summary memorandum ..................................................................................... 60
C-9.1 Overall Analytical Review .......................................................................................... 62
C-10    Reporting package identification ................................................................................ 63
C-11    Component auditor confirmation ................................................................................. 64
C-12    Summary of identified misstatements ........................................................................ 65
C-13    Subsequent events procedures ................................................................................. 66
C-14    Management letter ..................................................................................................... 67
**Attachments** ....................................................................................................................... 68
D-1      Group Accounting Policy Manual ............................................................................... 68
D-2      Detailed Instructions IFRS 15 ................................................................................... 68
D-3      Detailed Instructions IFRS 9 ..................................................................................... 68

Confidential Personal Information
Confidential Discovery Material

Wirecard AG Group audit instructions

# Key information from the Group Auditor

EY, as the Group Auditor, has been engaged to perform an audit of the group financial statements of Wirecard AG (the Company) and subsidiaries as of 31 December 2018 and for the year then ended.

The Company prepares its financial statements in EUR in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB).

These group audit instructions are designed to inform you, as component auditor, of the scope of work we require you to perform for the purpose of the group audit. The instructions outline, among other areas, the key reporting deadlines, audit deliverables to be submitted to us and communication guidelines.

**Section A** of these instructions describes the information related to Wirecard AG that is necessary for you to complete your work.

**Section B** of these instructions describes the scope of your work and all related information.

**Section C** of these instructions contains all reporting deliverables you are requested to communicate to us.

Please send your acknowledgement of receipt of these group audit instructions (Section C-1) immediately.

As in prior year, we prepared combined instructions for Non-EY Engagement-Teams and EY Engagement-Teams. Therefore, please carefully read these instructions to identify the reporting requirements relevant for your component.

For EY Engagement-Teams: Please be aware that we used the EY Group Audit Instructions template instead of the EY Interoffice Instructions template due to audit efficiency reasons. For further **EY GAM** audit and documentation requirements, we refer to:

- The respective guidance in EY Atlas for EY Foreign Engagement-Teams;
- The Team Planning Event for the Wirecard AG Audit 2018 for EY Germany Engagement-Teams.

Components which are under the responsibility of the EY Germany Primary Team are not subject to a formal reporting process; respective documentation is included in the EY Canvas of the respective component or the EY Group Canvas.

Confidential Personal Information                                                                     EYGMBH_0000578
Confidential Discovery Material

## Wirecard AG Group audit instructions

# A-1 Current year information

## A-1.1 Update from prior year

### Reporting process of Wirecard subsidiaries

As in prior year, to further improve the reporting process of subsidiaries of Wirecard, we agreed with corporate management:

- **Audit / Review procedures**
  - Focus on Wirecard IFRS Reporting Package (according to IFRS and Wirecard Group Accounting Policies);
  - Perform a fluctuation analysis (overall analytical review) using a group threshold and prioritize the relevant fluctuations for purposes of the discussion with the client's local management.

- **Timing & Deadlines**
  - January till March 2019: local support for Wirecard Group Audit only;
  - It is critical to meet the expected deadlines for the Wirecard Group Audit;
  - *Subsequently*: local support for statutory audits; immediate start of the statutory audits after finalizing the work procedures for the Wirecard Group Audit.

- **Kick-off Meeting & Status Updates Meetings** should be held with local management; the local management should be informed about of the current status of the audit / review procedures on a regular basis, especially if:
  - there are material outstanding information and documentation to be delivered by the client;
  - any timeline could not be met;
  - any critical accounting issues were identified and the respective audit / review response.

- **Escalation process** - any delays in context of your audit / review procedures caused by Wirecard should directly be communicated to the local management; inform the EY Germany Primary Team, if no resolution could be achieved on local level resulting in a significant delay of the group reporting overall.

### Changes in scope

- **Changes in the assigned audit scopes compared to the previous year** –Please refer to the Scoping Dashboard in section B-1 to determine the appropriate audit scope for your respective component.

### Changes in audit strategy/approach

- **Impairment of assets** - Despite global economic growth projections, the risks remain substantial, particularly with respect to (geo-)political developments (e.g. political uncertainties; business and consumer uncertainty, reduced investment and risk to financial markets as a result of the Brexit; terrorist attacks, trade wars, etc.). In addition, markets have been volatile in many jurisdictions, due to interest rate movements and fluctuating exchanges rates. The macroeconomic and political climate in some jurisdictions continues to have a potential impact on the financial statements. In particular, political instability and volatile foreign exchange rates may have an **impact on the valuation of assets**, affecting the triggering event analysis and impairment calculations. **The macroeconomic developments should be addressed by your audit / review approach and considered in your reporting deliverables.**

Confidential Personal Information
Confidential Discovery Material

# Wirecard AG Group audit instructions

### Changes in key Group Auditor team members

███████████████ has left EY. His role as Global Lead Partner will be taken over by ██████████████,
who has been a partner on the Wirecard engagement for the last two years.

### Change of company's accounting methods

* **IFRS 15**

Wirecard has adopted IFRS 15, **Revenue from Contracts with Customers**, on the basis of **a modified retrospective approach on 1 January 2018**. EY will issue the first audit opinion under IFRS 15 for FY 2018. Refer to **Appendix D-2** for detailed audit instructions.

* **IFRS 9**

The new standard is effective for annual reporting periods beginning on or after January 1, 2018. **Wirecard has adopted IFRS 9 for the fiscal year 2018 beginning as of 1 January 2018 and will not adjust comparative figures for the preceding fiscal year,** in accordance with IFRS 9 transitional provisions. Refer to **Appendix D-3** for detailed audit instructions.

### Changes in Key Company personnel

▶ **Managing Board** - the following changes have been announced:

* **Burkhard Ley**, current CFO of Wirecard AG, has retired from the operations side of the business upon expiration of his contract on 31 December 2017. He continues to support the company as a consultant, based on a contract started 1 January 2018.

* **Alexander von Knoop,** member of the management board of Wirecard Bank since 2014, has been appointed to the management board of Wirecard AG (CFO), effective 1 January 2018.

* **Susanne Steidl**, former Executive Vice President at the Wirecard Group, has been appointed to the management board of Wirecard AG (CPO), effective 1 January 2018. In this position, she will be responsible for the operation and technological development of the core products of the Wirecard Group.

### Dax-Listing

Since September 2018 Wirecard is listed in the Dax, Germany's index of the country's 30 leading listed companies. Previously Wirecard was listed in the TecDax, which comprises the 30 largest listed technology companies in Germany.

### Other significant changes or matters

* **Unpredictability** - We continue to apply the element of unpredictability during our financial statements audit / review and apply professional skepticism. Please vary the nature, timing and extent of audit / review work performed to include unpredictability also at your component level.

* **Archiving** – As a reminder, all component teams are required to have a complete and final set of documentation supporting the work performed for the group audit within the timeframe communicated by the EY Germany Primary Team. For further information, please refer to section A-3.1.

Confidential Personal Information
Confidential Discovery Material    EYGMBH_0000580

## Wirecard AG Group audit instructions

### A-1.2 Significant risks, including risks of material misstatement due to fraud

We have identified the following significant risks, including risk of material misstatement due to fraud of the group financial statements that may also apply to your component:

► Fraud risk that the company may overstate their revenues (especially revenues from 3rd party acquiring and software development business)* or may not record impairment losses on acquired customer relationships / portfolios or goodwill (especially segments PP&RM and A&I)** to achieve expectations of shareholders and analysts, targets regarding variable bonus payments of the Board of Management or targets in connection with covenants agreements;

► Significant risk related to material business combinations**.

Regarding fraud and significant risk considerations due to the adoption of IFRS 15 in FY 2018, please refer to Appendix D-3.

We have to consider the risk of management override of controls to be a risk of material misstatement due to fraud, and thus a significant risk. Local teams are required to assess the risk of management override of controls at your component and document your assessment.
You are required to make your own assessment considering the applicability of the group level significant risks to your component. Please immediately inform ███████████ if you identify any issues that you believe may represent a significant risk of material misstatement of the group financial statements other than those noted above.

As part of your ongoing fraud risk assessment, you are required to inquire of local management regarding management's assessment of a material misstatement of financial information as a result of fraud or error, their knowledge of any fraud or suspected fraud and non-compliance with laws and regulations. We further encourage you to perform lower level fraud inquiries, in order to address the risk of management override by bypassing accounting relevant standard processes.

Please consider to add hard-to-predict elements / elements of surprise to your audit / review process.

* The significant risks overstatement of revenues is not applicable for the Wirecard Bank AG; for the detailed rational, please refer to the working paper of the respective component.

** Goodwill impairment testing and material business combinations will be audited centrally.

### A-1.3 Significant accounting and auditing issues

The following provides a summary of significant accounting and auditing issues that may be encountered during the audit / review of your component. We ask you to consider these issues to the extent applicable to your component. This includes the effect that new auditing standards will have on your audit strategy, including the procedures we expect you to perform.

► Proper Revenue recognition
► Reconciliation of Merchant and Acquirer balances
► Recoverability of accounts receivables, especially accounts receivables from 3rd party acquirers (most relevant for Wirecard UK and Ireland Ltd., cardSystems Middle East FZ-LLC and Wirecard Technologies GmbH)
► Verification of internally generated intangible assets
► Reconciliation of bank balances
► Testing of salaries and bonus expenses

Confidential Personal Information
Confidential Discovery Material   EYGMBH_0000581

# Wirecard AG Group audit instructions

In accordance with ISA 540 "Auditing accounting estimates, including fair value accounting estimates, and related disclosures", we are required to identify accounting estimates, assess the degree of estimation uncertainty and determine those estimates that give rise to significant risks or require additional focus by the component team. We are required to identify material risks of misstatement related to accounting estimates, obtain an understanding (walkthrough) of how management makes the accounting estimates, and how data on which the estimates are based is generated, test controls over estimates and design and execute substantive procedures for key estimates.

We have identified the following Key Estimates **at the group level**. Component teams should consider the Group Key Estimates when identifying Key Estimates at their respective level:

| Area | Important estimates and assumptions |
|---|---|
| Goodwill and other intangible assets, especially acquired customer relationships / portfolios | • Determination of recoverable amount, including:<br>    • Estimated future cash flows<br>    • Estimated growth rates<br>    • Weighted average cost of capital<br>Area of focus: component teams with acquired customer relationships / portfolios should consider the estimated future cash flows resulting from those assets as Key Estimate. |
| Business combinations | • Fair value of assets acquired and liabilities assumed |
| Deferred tax asset valuation allowance | • Estimates related to deferred tax valuation allowances (future taxable income, reversal of existing taxable temporary differences, tax planning opportunities) |

## A-1.4 Key audit matters

**Key Audit Matters** – Starting from FY 2017, the EY Germany Primary Team is required to present Key Audit Matters (KAMs), as defined in ISA 701 Communicating key audit matters in the independent auditor's report on the consolidated financial statements. Component teams are required to communicate in their *Audit planning memorandum* and *Final summary memorandum* if they are required to include key audit matters (or jurisdictional equivalent) in the component auditor's report on the component's statutory financial statements.

The following (preliminary) key audit matters (or jurisdictional equivalent) were identified for the group auditors' report 2018:

| Area | KAM |
|---|---|
| Business Combinations | Identification as a business combination, determination of the purchase price and purchase price allocation for the acquisition of Citigroup's customer portfolios in Asia |
| Goodwill | Valuation of goodwill |
| Customer Relationships | Valuation of customer relationships |
| Acquiring Business | Recoverability of receivables and recognition and presentation of revenues from acquiring partners |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000582

# Wirecard AG Group audit instructions

# A-2  Recurring information

## A-2.1  Company background

### Background information on the Company

Wirecard AG is a leading technology and service company in the fields of electronic payments, risk management and banking services. During fiscal year 2017 the Company served business customers with a transaction volume of EUR 91.0 billion (Prior year: EUR 61,7 billion) in the three key target industries "Consumer Goods", "Digital Goods" and "Tourism and Transportation".

In the financial year 2017, the Company had revenues of EUR 1.490 million (Prior year: EUR 1.028 million) and the profit after taxes amounted to EUR 260 million (Prior year: EUR 267million). The total assets amount to EUR 4.528 million (Prior year: EUR 3.482 million).

Wirecard AG as ultimate parent company had 50 (Prior Year: 46) fully consolidated subsidiaries as of 31 December 2017. The company operates in several countries, especially located in the regions Europe, Middle East, Africa and Asia as well as America and Oceania.

Please visit the Company's website at www.wirecard.com for more information pertaining to the Company as well as for the Company's recent Annual Report, quarterly reports and analyst presentations.

### Organizational Structure

Wirecard AG reports on its business in the three segments Payment Processing & Risk Management (PP&RM), Acquiring & Issuing (A&I) and Call Center & Communication Services (CC&CS).

The largest segment in the Wirecard Group is PP&RM. It accounts for all products and services related to electronic payment processing, risk management and other value added services. Insofar as items cannot be allocated to another segment, Wirecard AG as the holding company for the Group is also assigned to the PP&RM segment because the main focus of its services and activities and thus also its costs are related to the PP&RM segment.

The A&I segment completes and extends the value chain of the Wirecard Group. The segment comprises, in particular, all of the business areas of Wirecard Bank AG, Wirecard Acquiring & Issuing GmbH, Wirecard Ödeme ve Elektronik Para Hizmetleri A.Ş, Wirecard Brasil S.A., Wirecard Card Solutions Ltd. and Wirecard North America Inc.

In acquiring, retailers are offered settlement services for credit card sales for online and terminal payments. In addition, retailers can process their payment transactions in numerous currencies via accounts kept with Wirecard Bank AG. The issuing area mainly encompasses the issuing of prepaid cards to private and business customers. Private customers are additionally offered current accounts combined with prepaid cards and EC/Maestro cards.

Call Center & Communication Services (CC&CS) is the segment in which we report the complete value-added scope of our call center activities, with other products such as after-sales service to our customers and mailing activities included as sub-categories.

Wirecard AG is listed on the Frankfurt Stock Exchange (Dax, before TecDax) under the symbol WDI.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000583

# Wirecard AG Group audit instructions

**Change of company's business during the year**

There are no material changes in the business and environment of Wirecard AG compared to prior year. **However, due to the focus on the mobile payment business we expect that the internally generated intangible assets will continue to increase.** The increased amount of internally generated intangible asset should be reflected in your work procedures for the respective component.

Furthermore, the group further expands its business activities and reorganized the legal structure of the companies (for a list of subsidiaries, see section A-2.4).

On 13 March 2017, Wirecard and Citibank agreed the acquisition by Wirecard of **customer portfolios of Citibank's credit card acceptance business in eleven Asian-Pacific markets** as part of an asset deal. The transaction involved customer portfolios in the area of credit card acceptance in Singapore, Hong Kong, Macau, Malaysia, Taiwan, Indonesia, the Philippines, Thailand, India, Australia and New Zealand. The portfolios comprise a long-standing customer base of retailers, particularly from the travel and mobility sector, the financial services sector, luxury goods, retail trade and technology and telecommunications. The closing of the transaction is due to be completed in several stages in 2018. Following the closing of the acquisition of the customer portfolios in Singapore, Hong Kong and Philippines in 2017, the **acquisition of the customer portfolios in Malaysia and India were closed in 2018**.

**Key Company personnel, including changes during the past year**

Dr. Markus Braun (CEO), Alexander von Knoop (CFO), Jan Marsalek (COO) and Susanne Steidl (CPO) are members of the Board of Management at Wirecard AG.

Wulf Matthias is Chairman of the Supervisory Board.

**Key client expectations at the Group level**

Company's management expects no audit surprises, especially arising in the final audit phase. Thus, if potential audit issues arise, please inform                       immediately (for contact information, please refer to section A-3.2).

The audit process should be carried out in a way that late surprises are prevented. It is therefore imperative that audit issues are communicated to and resolved with local management on a timely basis and that reporting deadlines are strictly adhered to.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000584

# Wirecard AG Group audit instructions

## A-2.2 Financial reporting framework

The accounting policies applied by Wirecard AG are in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB) and current practices in the Technology industry.

All companies included in the group financial statements of Wirecard AG prepare a Standard Reporting Package, which should be the basis for your audit / review. To ensure a uniform and correct preparation of the group financial statements in accordance with IFRS and the supplementary regulations of German Commercial Code (HGB), Wirecard AG has prepared a Group Accounting Policies Manual (GAPM; please refer to section D-1) to be applied by your component for the purpose of preparing its reporting package. We have assessed the compliance of the GAPM with IFRS as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I HGB.

## A-2.3 Applicable auditing standards

We are required to perform our audit in accordance with the auditing standards applicable in Germany which are published by the Institut der Wirtschaftsprüfer in Deutschland (IDW) (Institute of Auditors in Germany) and International Standards on Auditing (ISAs).

Sections B-1 and B-2 summarize the procedures required by auditing standards applicable in Germany which are in addition to the requirements of International Standards on Auditing (ISAs). Section C-11 contains a confirmation that you have complied with these additional audit requirements described in Section B-2 when performing your work.

Confidential Personal Information
Confidential Discovery Material                                                          EYGMBH_0000585

## Wirecard AG Group audit instructions

### A-2.4 Related parties

Provided below is a list of the Company's related parties prepared by group management.

We require you to review the list of related parties and notify us on a timely basis if you identify issues with the accuracy and completeness of this list.

Any inaccuracy or any related parties not previously identified should be communicated to us as detailed in section B-1.

### Related entities - List of the Company's subsidiaries*:

*as of 1 July 2018

| Components | Shareholdings |
|---|---|
| Wirecard Sales International Holding GmbH, Aschheim (Germany) | 100% |
| Wirecard Payment Solutions Holdings Ltd., Dublin (Ireland) | 100% |
| Wirecard UK and Ireland Ltd., Dublin (Ireland) | 100% |
| Herview Ltd., Dublin (Ireland) | 100% |
| Wirecard Central Eastern Europe GmbH, Graz (Austria) | 100% |
| Wirecard Asia Holding Pte. Ltd. (Singapore) | 100% |
| Wirecard Singapore Pte. Ltd. (Singapore) (before: Systems@Work Pte. Ltd.) | 100% |
| Wirecard (Vietnam) Ltd, Hanoi (Vietnam) (before: Trans Infotech (Vietnam) Ltd) | 100% |
| Wirecard Payment Solutions Malaysia SDN BHD, Kuala Lumpur (Malaysia) | 100% |
| PT Prima Vista Solusi, Jakarta (Indonesia) | 100% |
| PT Aprisma Indonesia, Jakarta (Indonesia) | 100% |
| Wirecard Myanmar Ltd., Yangon (Myanmar) | 100% |
| Wirecard Thailand Co. Ltd., Bangkok (Thailand) | 100% |
| Wirecard India Private Ltd., Chennai (India) | 100% |
| American Payment Holding Inc., Toronto (Canada) | 100% |
| Hermes I Tickets Pte. Ltd, Chennai (India) | 100% |
| GI Philippines Corp, Manila (Philippines) | 100% |
| Wirecard Forex India Private Ltd., Chennai (India) (before: Star Global Currency Exchange Pte Ltd, Bangalore) | 100% |
| Wirecard Romania S.A., Bukarest (Rumania) (before: Provus Service Provider S.A.) | 100% |
| Romcard S.A., Bukarest (Rumania) | 100% |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000586

# Wirecard AG Group audit instructions

| | |
|---|---|
| Supercard Solutions & Services S.R.L., Bukarest (Rumania) | 100% |
| Wirecard Global Sales GmbH, Aschheim (Germany) <br> *(before: Wirecard Sales Europe GmbH)* | 100% |
| Wirecard Poland Sp.Zo.o., Warsaw (Poland) | 100% |
| Wirecard Mexico S.A. De C.V, Mexico City (Mexico) | 100% |
| Wirecard Technologies GmbH, Aschheim (Germany) | 100% |
| Wirecard Communication Services GmbH, Leipzig (Germany) | 100% |
| Wirecard Retail Services GmbH, Aschheim (Germany) | 100% |
| cardSystems Middle East FZ-LLC, Dubai (UAE) | 100% |
| MyGate Communications Proprietary Ltd., Cape Town (South Africa) | 100% |
| Wirecard Acceptance Technologies GmbH, Aschheim (Germany) | 100% |
| Wirecard Service Technologies GmbH, Aschheim (Germany) | 100% |
| Wirecard Issuing Technologies GmbH, Aschheim (Germany) | 100% |
| Wirecard NZ Ltd, Auckland (New Zealand) | 100% |
| Wirecard Australia Pty Ltd, Melbourne (Australia) | 100% |
| Wirecard Africa Holding Proprietary Ltd., Cape Town (South Africa) | 100% |
| Wirecard South Africa Proprietary Ltd., Cape Town (South Africa) | 100% |
| Wirecard Slovakia s.r.o. Kosice (Slovakia) | 100% |
| Click2Pay GmbH, Aschheim (Germany) | 100% |
| Wirecard (Gibraltar) Ltd. (Gibraltar) | 100% |
| Wirecard Processing FZ LLC, Dubai (UAE) | 100% |
| Wirecard Acquiring & Issuing GmbH, Aschheim (Germany) | 100% |
| Wirecard Bank AG, Aschheim (Germany) | 100% |
| Wirecard Brasil S.A., Sao Paulo (Brazil) <br> *(before: Moip Pagamentos)* | 100% |
| Wirecard Card Solutions Ltd., Newcastle (UK) | 100% |
| Wirecard E-Money Philippines Inc., Manila (Phillipines) | 100% |
| Wirecard Ödeme ve Elektronik Para Hizmetleri A.Ş., Istanbul (Turkey) | 100% |
| GI Technology Pte. Ltd., Chennai (India) | 60% |
| Wirecard North America Inc., Conshohocken (USA) <br> *(before: Kestrel Mergers Acquisitions Corp.)* | 100% |
| Wirecard Australia A&I Pte. Ltd., Melbourne (Australia) | 100% |
| Wirecard Hong Kong Ltd. (Hong Kong) | 100% |
| Wirecard Payment Solutions Hong Kong (Hong Kong) | 100% |

Confidential Personal Information <br> Confidential Discovery Material

EYGMBH_0000587

# Wirecard AG Group audit instructions

### Related persons

| Name of person | Title | Nature of relationship. |
|---|---|---|
| Dr. Markus Braun | CEO | Board of Management |
| Alexander von Knoop | CFO | Board of Management |
| Jan Marsalek | COO | Board of Management |
| Susanne Steidl | CPO | Board of Management |
| Wulf Matthias | Chairman | Supervisory Board |
| Alfons W. Henseler | Deputy Chairman | Supervisory Board |
| Stefan Klestil | Member | Supervisory Board |
| Dr. Anastassia Lauterbach | Member | Supervisory Board |
| Vuyiswa V. M'Cwabeni | Member | Supervisory Board |
| Susana Quintana-Plaza | Member | Supervisory Board |

## A-2.5 Ethical requirements, including independence and pre-approval of audit and non-audit services

This section discusses our ethical requirements, including independence requirements and pre-approval of audit and non-audit services. Strict adherence to these instructions is necessary in order to avoid an impairment of our independence.

For questions or to discuss any matters that pertain to independence, please do not hesitate to contact  .

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000588

# Wirecard AG Group audit instructions

## Independence

With regard to services provided to Wirecard AG and its subsidiaries (see discussion of Audit Client below), you and your professional employees are subject to:

- the German / European Union (EU) independence rules,
- IFAC/IESBA independence standards, and
- the EY Global Independence Policy, which can be found in each Area's Risk Management Community Home Space.

The Local Engagement Partners providing audit and/or non-audit services to Wirecard AG and any of its subsidiaries have the primary responsibility for ensuring and supervising compliance with the above listed independence rules, standards and requirements by all professional employees (audit and non-audit) in each country.

### Audit Client

We must be independent from Wirecard AG and its subsidiaries. A listing of these entities can be found in the Global Independence System (GIS) Family Tree Viewer at **https://gis.ey.net/**.

### Covered Persons

Wirecard AG Covered Persons include:

- Audit Engagement Team – All audit engagement team members, including non-audit personnel such as tax professionals involved in the testing/review of the tax provision and accrual, valuation experts and other specialists providing assistance in our audit, FAIT professionals, as well as the engagement quality review partner and those who consult or need to be in a position to consult with the engagement team on technical or industry-specific issues, transactions or events (note that this does not include personnel such as administrative assistants, translation department personnel, etc.) **(Category 1 Covered Persons)**;

- Always Covered Persons – Partners who, for independence purposes, are considered Covered Persons with respect to Wirecard based on the attributes of their role or function within the firm, including those in positions of leadership who must maintain the appearance of independence; roles with operating and risk management responsibilities that are in a position to influence the conduct of the Wirecard audits; and individuals who consult on a range of Wirecard audit matters including staffing, ASQ and other relationship matters, and on matters specifically related to the conduct of audits **(Category 2 Covered Persons)**;

- Specific to Wirecard AG, all team members, including all ranks below manager, who provide non-audit services to Wirecard AG, its subsidiaries and any relevant affiliates **(Category 3 Covered Persons)**; or

- Partners in the Munich, Germany office **(Category 4 Covered Persons)**.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000589

# Wirecard AG Group audit instructions

**Employment relationships**

There are important restrictions on employment with audit clients for members of the audit engagement team, as well as other professional employees (i.e., those EY professional employees who are not members of the Wirecard audit engagement team). The guidance on employment relationships can be found in the EY Global Independence Policy, Section 102. If an engagement team member enters into employment discussions with Wirecard, the engagement team member must immediately notify the lead audit engagement partner for his/her engagement, the Country Independence Leader for the audit engagement, and                     .
The engagement team member should immediately be removed from the Wirecard engagement and should have no further involvement with or participate in further professional services for Wirecard until the employment discussion is resolved. Prior to leaving EY, a professional employee on the audit engagement team who accepts an employment offer from Wirecard must sign a Wirecard-specific Employment Relationship Exit Clause, which can be obtained from the Central Independence Team.

If there are any questions related to potential or current employment offers from Wirecard to engagement team members or other professional employees, or to request the Wirecard-specific Employment Relationship Exit Clause, please contact                     .

**Confirmation of Independence**

In order to manage independence globally and in line with the structure of the Wirecard audit, we require you to provide us Form C-2.

Any independence matters that come to your attention during the year should be reported immediately via e-mail to              and                     .

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000590

# Wirecard AG Group audit instructions

## Pre-approval of Audit and Non-audit Services

### Background

Wirecard AG as a **public-interest entity (PIE)**, which shares are traded at the German Stock Exchange and EY as the auditor of the Wirecard AG needs to comply with law in force in the European Union and Germany.

As described by the **Regulation No. 537/2014 of the European Union** provision of non-audit services is limited for the auditor of a PIE. Non-audit services are all services excluding the audit of the individual or the consolidated financial statement of Wirecard AG.

The regulation also describes the exemptions and the circumstances when such services are allowed. However, based on this regulation and its German implementation - Abschlussprüfungsreformgesetz (AReG) and Abschlussprüferaufsichtsreformgesetz (APAReG) - the pre-approval of the Audit Committee or the Supervisory Board is necessary for all non-audit services provided to the Wirecard Group to ensure the service will not impair the independence of EY.

### Procedures to perform

Prior to starting any work and as part of your PACE submission the following **Pre-Approval Templates** have to be completed and submitted for each non-audit service to be provided to the Wirecard Group which will be performed starting during the financial year 1 January 2018 until 31 December 2018 or later.



Wirecard_Pre-Appr    Preapproval_WDTe
oval Template_.xlsx   mplate.docx

The pre-approval process has to be initiated by the partner of the service line requesting to offer/ providing non-audit services from the above mentioned period. The template has to include the scope of the work at submission and has to be sent to ████████, Audit Partner of the Wirecard AG (please refer to section A-3.2 for the respective contact details). The communication with the Supervisory Board of Wirecard AG will be handled solely by ████████.

Please note that the pre-approval requirement also applies for the non-attestation subsidiaries, if EY provides non-audit services to the given subsidiary.

### Timing of procedures:

All non-audit services should be reported as soon as requested by the client.

The finalization of the pre-approval process is necessary before providing the requested non-audit service to the Wirecard Group.

### Contact:

In case of questions, please contact ████████.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000591

## A-3  Timetable of communications, EY contacts and communication protocols

### A-3.1 Timetable

**Timetable for Non-EY Engagement Teams and EY Foreign Engagement Teams**

| Description of communication | Reference | Due dates | Relevant Audit Scope |
|---|---|---|---|
| **COMPONENT REPORTING** | | | |
| Acknowledgement of receipt of Group Audit Instructions | C-1 | immediately | All |
| Confirmation regarding the requirements of Article 18 MAR | C-1.1 | immediately | All |
| Compliance with ethical requirements, including independence | C-2 | immediately | All |
| 704DE(R) Component team independence procedures | 704 | immediately | For all-EY Engagement Teams |
| Understanding of the component auditor | C-3 | immediately | For all Non-EY Engagement Teams |
| Audit planning memorandum | C-4 | 30 November 2018 | Full Scope |
| Early warning memorandum (EWM) | C-5 | As soon as issues are noted | All |
| Reporting critical open accounting and auditing issues | C-5A | 8 February 2019 | Full Scope & Specific Scope |
| Reporting critical open accounting and auditing issues | C-5A | 15 February 2019 | Full Scope & Specific Scope |
| (Pre-)Closing Call | Call | 15 February 2019 – time slot for each component team to be determined / please provide time slot suggestions based on your availability | Full Scope & Specific Scope |
| Auditor's report on the audit of financial information for group audit purposes | C-6 | 22 February 2019 | Full Scope |
| Auditor's report to the Group Auditor on the audit of specified account balances and further review procedures performed for group audit purposes | C-7 | 22 February 2019 | Specific Scope |
| Auditor's report to the Group Auditor on a review performed for group audit purposes | C-8 | 22 February 2019 | Review Scope |
| Final summary memorandum | C-9 | 22 February 2019 | All |
| Overall Analytical Review | C-9.1 | 22 February 2019 | All |
| Reporting package identification | C-10 | 22 February 2019 | All |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000592

# Wirecard AG Group audit instructions

| Reporting package signed for identification | – | 22 February 2019 | All |
|---|---|---|---|
| Component auditor confirmation | C-11 | 22 February 2019 | All |
| Summary of identified misstatements | C-12 | 22 February 2019 | All |
| Subsequent events procedures | C-13 | 22 March 2019 | Full Scope & Specific Scope |
| Management letter | C-14 | 1 March 2019 | All |
| **Archiving**<br>Expected date for you to finalize and archive the documentation that supports your work on the Group Auditor's report. | Please complete, finalize and archive the documentation that supports your work on the component no more than 30 days after the date of the group auditors' report. | | All |

### Timetable for **EY Germany** Engagement Teams

| Description of communication | Reference | Due dates |
|---|---|---|
| **COMPONENT REPORTING** | | |
| Audit Planning Memorandum | C-4 | 30 November 2018 |
| Early Warning Memorandum (EWM) | C-5 | As soon as issues are noted |
| Auditor's report on the audit of financial information for group audit purposes | C-6 | 22 February 2019 |
| Final Summary Memorandum | C-9 | 22 February 2019 |
| Overall Analytical Review | C-9.1 | 22 February 2019 |
| Reporting Package identification | C-10 | 22 February 2019 |
| Reporting package signed for identification | – | 22 February 2019 |
| Summary of identified misstatements | C-12 | 22 February 2019 |
| Subsequent events procedures | C-13 | 22 March 2019 |
| Management letter | C-14 | 1 March 2019 |

**Please immediately advise** ▮▮▮▮▮▮▮ **if you anticipate that you will not be able to meet one or more of the requested deadlines.**

Refer to the relevant schedules in Section C for guidance on the content of each communication.

## A-3.2 Group Auditor contacts

### Group Auditor contacts

| Name | Level | Phone no. | Mobile phone no. | Email address |
|---|---|---|---|---|
| ▮▮▮▮ | Partner | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | Director | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | Senior Manager | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

Confidential Personal Information
Confidential Discovery Material

# Wirecard AG Group audit instructions

## A-3.3 Planned conference calls and EY visits

We plan to hold regular conference calls and visits with component auditors and component management as applicable. These will be communicated to the component auditors in advance separately.

## A-3.4 Key client deadlines

| Event | Date |
|---|---|
| Signing Audit Report | 29 March 2019 |
| Supervisory Board Meeting | 29 March 2019 |

We will inform you in case of any material changes of these deadlines.

## A-3.5 Communication protocols

It is expected that all communications will be submitted by the component auditor in accordance with the timetable outlined in section A-3. Any potential delays are communicated immediately.

Open lines of communication between you, as component auditor, and us, as the Group Auditor, are essential to the effective execution of the group audit. Therefore, in addition to the communications required in these instructions, the following general protocols apply:

► Issues are to be communicated on a timely basis, even if the relevant reporting deliverables are not yet due. Please contact ▮▮▮▮▮▮▮▮ for any matters that may be significant to the group audit as soon as you become aware of them;

► The hardcopy of the reporting deliverables should be manually signed by the partner in charge of the component engagement, scanned and submitted on the reporting date indicated in the timetable in Section A-3.1 to ▮▮▮▮▮▮▮▮

Please contact or send all communications to the persons specified below:

► Communication of significant matters, including significant accounting and auditing issues  ▮▮▮▮▮

Also refer to Sections A-3.2 for a complete list of EY contacts.

Confidential Personal Information
Confidential Discovery Material                                                      EYGMBH_0000594

# Wirecard AG Group audit instructions

We request that you adhere to the following communication protocols when sending your communications:

► All requested information and reports should be completed in English or German language.
► Relevant templates in Section C should not be modified.

## A-3.6 Statutory Audit

Non-EY Engagement Teams and EY Foreign Engagement Teams with statutory audit requirements have to determine locally the timing of the statutory audit; however, Wirecard Group Management expects an immediate start of the statutory audits after finalizing the work procedures for the Wirecard Group Audit. The extent to which component teams can rely on the procedures performed for group audit purposes, or whether additional procedures are necessary due to differences in scope and materiality has to be determined by the local component team.

If a local statutory audit has been performed, please provide us with your respective audit report for the financial year 31 December 2017. If you do not perform a statutory audit, please inform us respectively.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000595

## Wirecard AG Group audit instructions

# A-4 Representation letters

Attached below is the representation letter which is mandatory for all engagements. These representations have been agreed with group management.

Please include this wording in your representation letter from component management and attach your Summary of identified misstatements (please refer to C-12) to the representation letter. Your representation letter covers the period from 1 January 2018 through 31 December 2018.



Representation
Letter_Template.doc

You are required to confirm in your *Final summary memorandum* (C-9) that you have obtained the written representations from component management and notify us immediately when there are exceptions noted to the standard wording communicated to you.

Please note that we **do not expect changes to be made** to the content of the template. However, if you believe changes need to be made to the representation letter, please **consult with us prior to doing so**.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000596

## Wirecard AG Group audit instructions

# A-5 Engagement Letter

We have obtained an engagement letter with Wirecard AG that covers the Group Audit.

However, the local component teams are required to obtain a separate engagement letter from local management for purposes of the group audit including respective fee agreements.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000597

## Wirecard AG Group audit instructions

## Scope of work

### B-1    General

We have defined scope levels and any additional procedures required for group audit purposes as follows:

► **An audit of the financial information of the component**, in accordance with International Standards on Auditing (ISAs), using materiality levels assigned to the component, and a report to us using the auditor's report template in **Section C-6 (Full Scope Engagement)**

► **An audit of one or more account balances,** in accordance with International Standards on Auditing (ISAs), and **further review procedures** of financial information of the component in accordance with the auditing standards applicable in Germany and International Standard on Review Engagements (ISRE) 2400, using the materiality levels assigned to the component, and a report to us using the auditor's report template in **Section C-7 (Specific Scope Engagement)**

► **A review** of financial information of the component in accordance with International Standard on Review Engagements (ISRE) 2400, taking into consideration the applicable inquiry and analytical review procedures outlined in Appendix 2 to ISRE 2400, using materiality levels assigned to the component, and a report to us using the report template in **Section C-8 (Review Scope Engagement)**

All amounts are reported in **EUR**.

The following table (**Scoping Dashboard**) shows the scope level for respective component of Wirecard AG:

| Component | Level of reporting | Audit Firm | Scope level |
|---|---|---|---|
| **Non-EY Engagement Teams** | | | |
| Wirecard UK and Ireland Ltd., Dublin (Ireland) – except for 3rd party acquiring – | Entity | Byrne Curtin Kelly (BCK), Dublin/Ireland | Full Scope |
| Hermes I Tickets Private Limited, Chennai (India) | Entity | RSM Astute Consulting Private Limited | Full Scope |
| PT Prima Vista Solusi, Jakarta (Indonesia) | Entity | Nexia KPS, Indonesia | Specific Scope |
| Wirecard Asia Holding Pte. Ltd., Singapore | Entity | RSM Singapore, Singapore | Full Scope (PY Specific Scope) |
| Wirecard Payment Solution Hong Kong Limited, Hong Kong | Entity | BDO Limited, Hong Kong | Full Scope (PY Specific Scope) |
| PT Aprisma Indonesia, Jakarta (Indonesia) | Entity | Nexia KPS, Indonesia | Review Scope |
| Wirecard Ödeme ve Elektronik Para Hizmetleri A.S., Instanbul (Turkey) (before: Mikro Ödeme Sistemleri Iletisim Sanayi ve Tic. A.S.) | Entity | Deloitte Turkey, Istanbul/Turkey | Review Scope |
| Wirecard South Africa Pty. Ltd., Cape Town (South Africa) | Entity | BDV Platinum, South Africa | Review Scope |
| Wirecard Romania S.A., Bukarest (Romania) (before: Provus Service Provider S.A.) | Entity | Deloitte, Romania | Review Scope |
| Wirecard Brasil S.A., Sao Paulo (Brazil) (before: Moip Pagamentos S.A.) | Entity | BDO Brazil | Review Scope |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000598

# Wirecard AG Group audit instructions

Section B-1

| Component | Level of reporting | Audit Firm | Scope level |
|---|---|---|---|
| **EY Foreign Engagement Teams** | | | |
| Wirecard North America Inc., Conshohocken (USA) | Entity | Ernst & Young LLP, USA | Full Scope |
| Wirecard Card Solutions Ltd., Bristol (UK) | Entity | Ernst & Young LLP, UK | Specific Scope |
| Wirecard Singapore Pte. Ltd. Singapore (before: Systems@Work Pte. Ltd.) | Entity | Ernst & Young LLP, Singapore | Review Scope |
| **EY Germany Engagement Teams** | | | |
| Wirecard AG, Aschheim (Germany) | Entity | Ernst & Young GmbH, Germany (Primary Team) | Full Scope |
| Wirecard Technologies GmbH, Aschheim (Germany) | Entity | Ernst & Young GmbH, Germany (Primary Team) | Full Scope |
| cardSystems Middle East FZ-LLC, Dubai (UAE) | Entity | Ernst & Young GmbH, Germany (Primary Team) | Full Scope |
| Wirecard Bank AG, Aschheim (Germany) | Entity | Ernst & Young GmbH, Germany | Full Scope |
| Wirecard UK and Ireland Ltd., Dublin (Ireland) - 3rd party acquiring - | Accounts | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope |
| Wirecard Global Sales GmbH, Aschheim (Germany) | Entity | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope (PY Full Scope) |
| Wirecard Acceptance Technologies GmbH, Aschheim (Germany) | Entity | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope (PY not scoped) |
| Wirecard Issuing Technologies GmbH, Aschheim (Germany) | Entity | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope (PY not scoped) |
| Wirecard Processing FZ-LLC, Dubai (UAE) | Entity | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope (PY Review Scope) |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000599

# Wirecard AG Group audit instructions

**Materiality levels**

We have determined the component performance materiality and the threshold for clearly trivial misstatements for your engagement. [1] Those amounts are included in Section B-2 of these instructions.

**Component performance materiality** is the amount you should use for purposes of:

*For an audit of the financial information of the component*

- Assessing the risks of material misstatement of the financial information of the component

- Designing further audit procedures in response to the assessed risks

*For a review:*

- Making inquiries and designing and performing analytical review procedures

*For all scopes*

- Evaluating whether detected misstatements are material, individually or in the aggregate, to the component

**The threshold for clearly trivial misstatements** is the amount below which misstatements need not to be accumulated during the audit or review of the component financial information. [2] Corrected and uncorrected misstatements above the threshold for clearly trivial misstatements should be reported on your Summary of identified misstatements.

For purposes of the engagement, **component materiality** has been set at the same amount as component performance materiality as described above.

**Communication of additional significant risks identified at component level**

We have identified and communicated in Section A-1.2 the significant risks of material misstatement of the group financial statements, including, where applicable, risks of material misstatement due to fraud.

Please review the list communicated in Section A-1.2. If you identify additional significant risks of material misstatement of the group financial statements at component level, please document these identified risks in the *Audit planning memorandum* (C-4) or in the *Early warning memorandum* (C-5), if you already submitted the Audit planning memorandum.

---

[1] Refer to ISA 600.22 and related application material ISA 600.A46

[2] Refer to ISA 600.21

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000600

# Wirecard AG Group audit instructions

**Related parties**

Please review the list of related parties communicated in Section A-2.4, and notify us on a timely basis if you identify issues with the accuracy and completeness of this list. Any inaccuracy or any related parties not previously identified should be communicated to us immediately using the *Early warning memorandum* (C-5).

**Deficiencies in internal control at component level**

Communicate to us any deficiencies in internal control at the component level identified during the performance of your work on the financial information of the component.

**Archiving of supporting documentation**

Please complete, finalize and archive the documentation that supports your work on the component no more than **30 days** after the date of the group auditors' report.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000601

# Wirecard AG Group audit instructions

**Workpaper retention period**

Please retain your workpapers for a period of 10 years following the year of the group auditor's report.
**Workpaper Access as required by the German regulator according to Sect. 51b (6) WPO (Wirtschaftsprüferordnung – Public Accountant Act) for third country auditors**

As the Group Auditor, we will provide direct supervision, perform site visits, and/or review your audit workpapers. Our workpaper review will be performed in accordance with ISA 600. We might retain copies of your workpapers for certain important high risk areas. According to Sect. 51b (6) WPO, our regulator might request access to your workpapers; please refer to section C-1 for your confirmation to grant that access or to indicate the regulations in your country which prevent you from doing so. **We will contact you with further details of our involvement in your work at a later date.**

*Background* – Sect. 51b (6) WPO, which implements Article 27c of the Directive 2006/43/EC of the European Parliament and of the Council of 17 Mai 2006 on statutory audits of annual accounts and consolidated accounts states the following:

*"Wirtschaftsprüfer (German Public Auditors) who carry out an audit of consolidated financial statements are required upon written or electronic request to hand over to the Wirtschaftsprüferkammer (Chamber of Public Accountants – WPK) the materials concerning the work of third country auditors or audit firms that audit the components included in the consolidated financial statements, provided they are not registered pursuant to Sect. 134 (1) WPO and no cooperation agreement pursuant to Sect. 57 (9) Sentence 5 No. 3 WPO exists.*

*If the Wirtschaftsprüfer do not receive access to the materials concerning the work of auditors or audit firms from third countries, they must document the attempt to obtain them and the obstacles encountered and state the reasons to the WPK upon written or electronic request."*

*Clarification about the definition of third countries* – Third countries are defined as countries which are not a member state of the European Union (EU) or treaty nation in the European Economic Area (EEA) or Switzerland. An exception from the above requirement exists if the auditors or audit firms from third countries, that audit the components included in the consolidated financial statements, are registered pursuant to Sect. 134 (1) WPO or if a cooperation agreement pursuant to Sect. 57 (9) Sentence 5 No. 3 WPO exists.

An updated English translation of the WPO is expected to be available under http://www.wpk.de. Note: Open section "WPK – Legal Statutes" to find the Public Accountant Act (WPO).

**These regulations make the Group Auditor responsible for complying with such a request.**

To satisfy the requirements of the German regulators (Chamber of Public Accountants - WPK / Auditor Oversight Body - APAS) that we have taken appropriate action to receive access to audit workpapers from third countries for the inspection staff, we are required to identify whether a refusal to transfer or to allow access is based on client confidentiality obligations, legal or regulatory provisions or any other matter.

Component teams should answer one of the statements in C-1. Statements a. and b. indicate that the foreign authority will supply information to the German Regulator upon request in accordance with Article 36 of the EU directive 2006/43/EC.

Third country auditors without regulatory registration or cooperation agreement (statement c.) are not covered by the EU directive 2006/43/EC. Accordingly, any workpapers requested by the German Regulator during an inspection should be provided by the EY team in accordance with ISA 600.42 (b). If local laws and regulations do not permit that foreign component teams grant access to their workpapers, they should indicate the specific regulation preventing access.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000602

## B-2.1  Full Scope Engagement

> You are requested to perform an audit of the financial information of the component for group audit purposes.

The financial information of the component for which you are responsible will be included in the group financial statements of Wirecard AG. We intend to evaluate and, if considered appropriate, use your work for the audit of the group financial statements. We will be involved in the work you perform for group reporting purposes as we consider necessary.

An audit for group audit purposes consists of an **audit** of the financial information of the **Full Scope** Engagement in accordance with the auditing standards applicable in Germany and ISAs, using the following materiality levels:

| Component | Component performance materiality | Threshold for clearly trivial misstatements |
|---|---|---|
| **Non-EY Engagement Teams** | | |
| Wirecard UK and Ireland Ltd., Dublin (Ireland) – except for 3rd party acquiring* – | kEUR 1.400 | kEUR 350 |
| Hermes I Tickets Private Limited, Chennai (India) | kEUR 1.400 | kEUR 350 |
| Wirecard Asia Holding Pte. Ltd., Singapore | kEUR 1.400 | kEUR 350 |
| Wirecard Payment Solution Hong Kong Limited, Hong Kong | kEUR 1.400 | kEUR 350 |
| **EY Foreign Engagement Teams** | | |
| Wirecard North America Inc., Conshohocken (USA) | kEUR 1.400 | kEUR 350 |
| **EY Germany Engagement Teams** | | |
| Wirecard Technologies GmbH, Aschheim/Germany | kEUR 2.100 | kEUR 700 |
| Wirecard Bank AG, Aschheim/Germany | kEUR 2.100 | kEUR 700 |
| cardSystems Middle East FZ-LLC, Dubai | kEUR 3.150 | kEUR 700 |

* For Wirecard Payment Solutions Holdings Ltd.: for Group audit purposes, the existence and recoverability of accounts receivables from 3rd party acquirer as well as related revenues and cost of materials are audited centrally.

In addition to performing an audit for group audit purposes using your assigned component performance materiality as stated above, we request you to perform certain procedures in addition to those required by the ISAs to support the group audit. The nature, timing and extent of these procedures are described below.

**Due Date**: 22 February 2019

| Account/Class of transactions | Procedure (nature and extent) |
|---|---|
| **Revenue Recognition** | As **specific focus area for the 2018 audit**, please perform the following procedures for the components process of revenue recognition considering every material revenue stream: <br><br> a) Obtain an understanding of the process to identify and understand the risks, especially by <br><br> - obtaining an understanding of the critical path of process <br> - considering the effects of IT on process <br> - identifying risks of material misstatement |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000603

# Wirecard AG Group audit instructions

| | |
|---|---|
| | - identifying <u>controls</u> covering risks of material misstatement and assess, if controls are designed effective |
| | b) Perform a <u>walkthrough</u> to confirm your understanding of the process is as documented and to confirm the points where data is captured, transferred or modified, especially |
| | - perform walkthroughs of the critical path of process including IT systems<br>- walkthrough relevant controls over significant risks and asses, if the controls are implemented |
| | c) Based on your work procedures assess if the revenue recognition is in accordance with IFRS and discuss any critical accounting treatment with the component management |
| | Please see the Appendix for detailed instructions for the IFRS 15 transition. |
| **Internally generated intangible assets** | As **specific focus area for the 2018 audit**, please perform the following procedures to verify the correct capitalization of internally generated intangible assets: |
| | a) Obtain an <u>understanding of the process</u> for the capitalization internally generated intangible assets |
| | b) <u>Test material intangible assets</u> for appropriate capitalization, especially:<br>- Verify that the item meets the <u>definition of an intangible asset according to IAS 38.8-38.17</u>, especially regarding the criteria identifiability, control, future economic benefits, no monetary or tangible asset.<br>- Verify that the item meets the <u>recognition criteria according to IAS 38.21-38.23 and 38.57</u><br>- Check the amount of <u>capitalized costs according to IAS 38.66</u> and discuss internal costs with component management, especially recorded hours and respective costs per hour of component personnel |
| | For substantial testing use a threshold of 25% of component performance materiality |
| **Acquired customer relationships / portfolios** | As **specific focus area for the 2018 audit**, please perform the following procedures to identify impairment indicators for acquired customer relationships / portfolios: |
| | a) Obtain an <u>understanding of the process</u> of estimation of future cash flows for acquired customer relationships / portfolios |
| | b) Check the estimation of <u>future cash flows for reasonableness</u> |
| | c) Perform a further analyses to identify <u>triggering events</u> in accordance with IAS 38.111 and IAS 36 |
| | d) If you come to the conclusion that the future cash flows are not reasonably estimated or other triggering events are identified, please contact ▮▮▮▮ ▮▮▮▮▮▮ r to coordinate further <u>impairment testing</u> for these acquired customer relationships / portfolios with assistance of EY valuation experts |
| **Cash and banks** | Bank confirmations*: |
| | Obtain a complete list of bank accounts (debit and credit balances) as well as related loan and similar contracts. **Obtain confirmations of bank balances for all kinds of business relations** with financial institutions and other financial service providers, including bank accounts closed during the year. Review the confirmation replies to confirm the relationship with the bank including contingencies, liens, pledges, restrictions on the entity's assets, guaranteed amounts, etc. Document the rationale for those exceptional cases where we decide not to confirm specific relations to financial institutions. |

* Please note that there is a **general requirement** to obtain **bank confirmations**\* for all kinds of business relationships with financial institutions and other financial service providers according to German GAAS IDW PS 302nF.

Confidential Personal Information<br>Confidential Discovery Material

EYGMBH_0000604

# Wirecard AG Group audit instructions

### Specific tax instructions (all Full Scope Engagements)

As part of our Year-End Audit Instructions, we request that the **component teams of foreign Wirecard subsidiaries that are not served by the accounting department located in Aschheim, Germany**, should perform sufficient work procedures to address the following tax related topics:

(1)  Amendments due to differences in the tax base:

- tax exempt income from dividends and capital gains
- other tax exempt income
- non deductible business expenses
- non deductible depreciation

(2)  Recognition and measurement of deferred tax assets

- change in valuation allowances of deferred taxes
- utilization of tax losses carried forward (without recognition of deferred tax assets [DTA])
- tax losses carried forward without recognition of DTA
- DTA on balance sheet items which were not recognized

(3)  Aperiodic tax effects

- non-periodic (prior year) current taxes
- foreign taxes
- non-periodic (prior year) deferred taxes
- effects from tax credits

(4)  Tax exposures

- Documentation on any recorded or unrecorded tax exposure items

Furthermore, we request the impacted component teams as mentioned above to discuss the tax related topics (1) – (4) in a separate part of the Final Summary Memorandum (C-9).

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000605

## Wirecard AG Group audit instructions

### B-2.2  Specific Scope Engagement

**You are requested to perform an audit of specified account balances and further review procedures of the financial information of the component for group audit purposes ("specified work procedures").**

The financial information of the component for which you are responsible will be included in the group financial statements of Wirecard AG. We intend to evaluate and, if considered appropriate, use your work for the audit of the group financial statements. We will be involved in the work you perform for group reporting purposes as we consider necessary.

An audit of specified account balances consists of an audit in accordance with the auditing standards applicable in Germany and ISAs, using the following materiality levels:

| Component | Component performance materiality | Threshold for clearly trivial misstatements |
|---|---|---|
| **Non-EY Engagement Teams** | | |
| PT Prima Vista Solusi, Jakarta (Indonesia) | kEUR 1.400 | kEUR 350 |
| **EY Foreign Engagement Teams** | | |
| Wirecard Card Solutions Ltd., Bristol (UK) | kEUR 1.400 | kEUR 350 |
| **EY Germany Engagement Teams** | | |
| Wirecard UK and Ireland Ltd., Dublin/Ireland<br>- 3rd party acquiring - | kEUR 1.400 | kEUR 700 |
| Wirecard Global Sales GmbH, Aschheim (Germany) | kEUR 2.100 | kEUR 700 |
| Wirecard Acceptance Technologies GmbH, Aschheim (Germany) | kEUR 2.100 | kEUR 700 |
| Wirecard Issuing Technologies GmbH, Aschheim  (Germany) | kEUR 2.100 | kEUR 700 |
| Wirecard Processing FZ-LLC, Dubai | kEUR 1.400 | kEUR 700 |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000606

# Wirecard AG Group audit instructions

You are requested to perform the following **audit procedures for the specified account balances as of 31 December 2018 for <u>PT Prima Vista Solusi:</u>**

**Due date**: <u>22 February 2019</u>

| Account/Class of transactions | Procedure (nature and extent) |
|---|---|
| **Property, Plant & Equipment (incl. Impairment)** | For the account PP&E, please perform the following audit procedures: |
| | a) Obtain an <u>understanding of the process</u> related to the account |
| | b) Make a combined risk assessment addressing all applicable assertions |
| | c) Design and perform substantive procedures according to ISA as necessary to conclude on the account using your assigned component performance materiality as stated above |

In addition to performing an audit of one or more account balances using your assigned component performance materiality as stated above, we request you to perform certain procedures in addition to those required by the ISAs to support the group audit for **PT Prima Vista Solusi.** The nature, timing and extent of these procedures are described below.

**Due date**: <u>22 February 2019</u>

| Account/Class of transactions | Procedure (nature and extent) |
|---|---|
| **Acquired customer relationships / portfolios** | As **specific focus area for the 2018 audit**, please perform the following procedures to identify impairment indicators for acquired customer relationships / portfolios: |
| | a) Obtain an <u>understanding of the process</u> of estimation of future cash flows for acquired customer relationships / portfolios |
| | b) Check the estimation of <u>future cash flows for reasonableness</u> |
| | c) Request and audit a further analysis to identify <u>triggering events</u> in accordance with IAS 38.111 and IAS 36 |
| | d) If you come to the conclusion that the future cash flows are not reasonably estimated or other triggering events are identified, please contact ▮▮▮▮▮▮▮▮▮ to coordinate further <u>impairment testing</u> for these acquired customer relationships / portfolios with assistance of EY valuation experts |
| **Cash and banks** | Bank confirmations*: |
| | Obtain a complete list of bank accounts (debit and credit balances) as well as related loan and similar contracts. **Obtain confirmations of bank balances for all business relations with financial institutions and other financial service providers, including bank accounts closed during the year.** Review the confirmation replies to confirm the relationship with the bank including contingencies, liens, pledges, restrictions on the entity's assets, guaranteed amounts, etc. Document the rationale for those exceptional cases where we decide not to confirm specific relations to financial institutions. |

* Please note that there is a **general requirement** to obtain **bank confirmations*** for all kinds of business relationships with financial institutions and other financial service providers according to German GAAS IDW PS 302nF.

<u>In addition</u> to the procedures listed above, an audit of certain account balances includes the performance of **subsequent events procedures** (German GAAS requirement). Communicate the results of the subsequent events procedures performed to us using the format provided in section C-13.

<u>In addition</u> to the audit procedures for the specified account balances and the certain procedures in addition to those required by the ISAs to support the group audit, we request you to perform **further review**

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000607

## Wirecard AG Group audit instructions

**procedures** for group audit purposes of the financial information of the component consisting primarily of analytical procedures and inquiries of operating and financial personnel in accordance with International Standard on Review Engagements (ISRE 2400) using the above described component performance materiality and threshold for clearly trivial misstatements.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000608

# Wirecard AG Group audit instructions

You are requested to perform the following **audit procedures for the specified account balances as of 31 December 2018 for <u>Wirecard Card Solutions Ltd</u>.**:

**Due Date**: 22 February 2019

| Account | Procedure (nature and extent) |
|---|---|
| - **Cash**<br><br>- **Securities held**<br><br>- **Customer deposits** | Affected balance sheet positions:<br><br>Material balance sheet positions related to the prepaid card issuing business are the customer deposits and the corresponding cash / securities held.<br><br>Required audit procedures:<br><br>*Prepaid card issuing process*<br><br>Perform inquiries of Wirecard personnel to gain an understanding how the customer deposits and cash held are recorded. To reflect your understanding of the prepaid card issuing business, perform a walkthrough based on transactions selected by you. Also ensure that the reconciliation of deposits and cash performed by Wirecard is implemented appropriately to cover the risk of material misstatement of the specified accounts. Document controls which are identified as part of your walkthrough procedures and assess if these controls are designed effectively. Conclude, if the prepaid card issuing process is properly implemented.<br><br>*Prepaid card issuing balance sheet positions*<br><br>Verify the value of customer deposits and the corresponding cash held as of 31 December 2018. Especially assess the completeness of customer deposits and ensure that theses liabilities are covered by corresponding cash items at that day. Also ensure that the determination of cash in transit is reasonable in all material aspects. |
| **Revenues and related cost of materials** | For the accounts revenues and related cost of materials, please perform the following audit procedures considering every material revenue stream:<br><br>a) Obtain an <u>understanding of the process</u> to identify and understand the risks, especially by<br><br>- obtaining an understanding of the critical path of process<br><br>- considering the effects of IT on process<br><br>- identifying <u>risks</u> of material misstatement<br><br>- identifying <u>controls</u> covering risks of material misstatement and assess, if controls are designed effective<br><br>b) Perform a <u>walkthrough</u> to confirm your understanding of the processes as documented and to confirm the points where data is captured, transferred or modified, especially<br><br>- perform walkthroughs of the critical path of process including IT systems<br><br>- walkthrough relevant controls over significant risks and asses, if the controls are implemented<br><br>c) Based on your work procedures assess if the revenue recognition is <u>in accordance with IFRS</u> and discuss any critical accounting treatment with the component management.<br><br>Please see the Appendix for detailed instructions for the IFRS 15 transition.<br><br>d) Perform further substantive audit procedures to ensure the revenue as well as the related cost of materials are recorded properly in fiscal year 2018 |

In addition to performing an audit of one or more account balances using your assigned component performance materiality as stated above, we request you to perform certain procedures in addition to those required by the ISAs to support the group audit for **<u>Wirecard Card Solutions Ltd</u>.**. The nature, timing and extent of these procedures are described below.

Confidential Personal Information
Confidential Discovery Material                                          EYGMBH_0000609

# Wirecard AG Group audit instructions

**Due Date**: 22 February 2019

| Account/Class of transactions | Procedure (nature and extent) |
|---|---|
| **Acquired customer relationships / portfolios** | As **specific focus area for the 2018 audit**, please perform the following procedures to identify impairment indicators for acquired customer relationships / portfolios: |
| | a) Obtain an <u>understanding of the process</u> of estimation of future cash flows for acquired customer relationships / portfolios |
| | b) Check the estimation of <u>future cash flows for reasonableness</u> |
| | c) Perform a further analyses to identify <u>triggering events</u> in accordance with IAS 38.111 and IAS 36 |
| | d) If you come to the conclusion that the future cash flows are not reasonably estimated or triggering events are identified, please contact ▮▮▮▮▮▮▮▮ to coordinate further impairment testing for these acquired customer relationships / portfolios with assistance of EY valuation experts |
| **Cash and banks** | Bank confirmations*: |
| | Obtain a complete list of bank accounts (debit and credit balances) as well as related loan and similar contracts. **Obtain confirmations of bank balances for <u>all kinds of business relations</u> with financial institutions and other financial service providers, including bank accounts closed during the year.** Review the confirmation replies to confirm the relationship with the bank including contingencies, liens, pledges, restrictions on the entity's assets, guaranteed amounts, etc. Document the rationale for those exceptional cases where we decide not to confirm specific relations to financial institutions. |

\* Please note that there is a **general requirement** to obtain **bank confirmations**\* for all kinds of business relationships with financial institutions and other financial service providers according to German GAAS IDW PS 302nF.

<u>In addition</u> to the procedures listed above, an audit of certain account balances includes the performance of **subsequent events procedures** (German GAAS requirement). Communicate the results of the subsequent events procedures performed to us using the format provided in section C-13.

<u>In addition</u> to the audit procedures for the specified account balances and the certain procedures in addition to those required by the ISAs to support the group audit, we request you to perform **further review procedures** for group audit purposes of the financial information of the component consisting primarily of analytical procedures and inquiries of operating and financial personnel in accordance with International Standard on Review Engagements (ISRE 2400) using the above described component performance materiality and threshold for clearly trivial misstatements.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000610

# Wirecard AG Group audit instructions

You are requested to perform the following **audit procedures for the specified account balances as of 31 December 2018 for** <u>Wirecard Acceptance Technologies GmbH, Wirecard Issuing Technologies GmbH and Wirecard Global Sales GmbH:</u>

**Due Date**: 22 February 2019

| Account/Class of transactions | Procedure (nature and extent) |
|---|---|
| **Wages and salaries** | For the accounts wages and salaries please perform the following audit procedures:<br><br>a) Obtain an <u>understanding of the process</u> to identify and understand the risks, especially by<br><br>- obtaining an understanding of the critical path of the process<br>- considering the effects of IT on the process<br>- identifying <u>risks</u> of material misstatement<br>- identifying <u>controls</u> covering risks of material misstatement and assess, if controls are designed effectively<br><br>b) Perform a <u>walkthrough</u> to confirm your understanding of the processes as documented and to confirm the points where data is captured, transferred or modified, especially<br><br>- perform walkthroughs of the critical path of process including IT systems<br>- walkthrough relevant controls over significant risks and asses, if the controls are implemented<br><br>c) Perform <u>test of controls</u> to and asses, if the controls are operating effectively<br><br>d) Perform further substantive (analytical) audit procedures to ensure wages and salaries are recorded properly in fiscal year 2018 |

In addition to performing an audit of one or more account balances using your assigned component performance materiality as stated above, we request you to perform certain procedures in addition to those required by the ISAs to support the group audit for **Wirecard Acceptance Technologies GmbH, Wirecard Issuing Technologies GmbH and Wirecard Global Sales GmbH:** The nature, timing and extent of these procedures are described below.

**Due Date**: 22 February 2019

| Account/Class of transactions | Procedure (nature and extent) |
|---|---|
| **Cash and banks** | Bank confirmations*:<br><br>Obtain a complete list of bank accounts (debit and credit balances) as well as related loan and similar contracts. **Obtain confirmations of bank balances for all business relations** with financial institutions and other financial service providers, including **bank accounts closed during the year.** Review the confirmation replies to confirm the relationship with the bank including contingencies, liens, pledges, restrictions on the entity's assets, guaranteed amounts, etc. Document the rationale for those exceptional cases where we decide not to confirm specific relations to financial institutions. |

\* Please note that there is a **general requirement** to obtain **bank confirmations**\* for all kinds of business relationships with financial institutions and other financial service providers according to German GAAS IDW PS 302nF.

<u>In addition</u> to the procedures listed above, an audit of certain account balances includes the performance of **subsequent events procedures** (German GAAS requirement). Communicate the results of the subsequent events procedures performed to us using the format provided in section C-13.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000611

# Wirecard AG Group audit instructions

You are requested to perform the following **audit procedures for the specified account balances as of 31 December 2018 for <u>Wirecard UK and Ireland Ltd.</u>**:

**Due Date**: 22 February 2019

| Account | Procedure (nature and extent) |
|---|---|
| **3rd party acquiring** | For Group audit purposes, the existence and recoverability of accounts receivables from 3rd party acquirer as well as related revenues and cost of materials are audited centrally. |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000612

# Wirecard AG Group audit instructions

You are requested to perform the following **audit procedures for the specified account balances as of 31 December 2018 for <u>Wirecard Processing FZ-LLC:</u>**

**Due date**: 22 February 2019

| Account/Class of transactions | Procedure (nature and extent) |
|---|---|
| **Internally-generated intangible assets / Other intangible assets: software** | For the account internally-generated intangible assets and software, please perform the following audit procedures:<br><br>a) Obtain an <u>understanding of the process</u> related to the account<br><br>b) Make a combined risk assessment addressing all applicable assertions<br><br>c) Design and perform substantive procedures according to ISA as necessary to conclude on the account using your assigned component performance materiality as stated above |

In addition to performing an audit of one or more account balances using your assigned component performance materiality as stated above, we request you to perform certain procedures in addition to those required by the ISAs to support the group audit for **Wirecard Processing FZ-LLC.** The nature, timing and extent of these procedures are described below.

**Due date**: 22 February 2019

| Account/Class of transactions | Procedure (nature and extent) |
|---|---|
| **Cash and banks** | Bank confirmations*:<br><br>Obtain a complete list of bank accounts (debit and credit balances) as well as related loan and similar contracts. **Obtain confirmations of bank balances for <u>all business relations</u> with financial institutions and other financial service providers, including bank accounts closed during the year.** Review the confirmation replies to confirm the relationship with the bank including contingencies, liens, pledges, restrictions on the entity's assets, guaranteed amounts, etc. Document the rationale for those exceptional cases where we decide not to confirm specific relations to financial institutions. |

\* Please note that there is a **general requirement** to obtain **bank confirmations**\* for all kinds of business relationships with financial institutions and other financial service providers according to German GAAS IDW PS 302nF.

<u>In addition</u> to the procedures listed above, an audit of certain account balances includes the performance of **subsequent events procedures** (German GAAS requirement). Communicate the results of the subsequent events procedures performed to us using the format provided in section C-13.

<u>In addition</u> to the audit procedures for the specified account balances and the certain procedures in addition to those required by the ISAs to support the group audit, we request you to perform **further review procedures** for group audit purposes of the financial information of the component consisting primarily of analytical procedures and inquiries of operating and financial personnel in accordance with International Standard on Review Engagements (ISRE 2400) using the above described component performance materiality and threshold for clearly trivial misstatements.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000613

## Wirecard AG Group audit instructions

### B-2.3  Review Scope Engagement

**You are requested to perform a review of the financial information of the component for group audit purposes.**

A review for group audit purposes of the financial information of the **Review Scope Engagement** consists primarily of analytical procedures and inquiries of operating and financial personnel in accordance with International Standard on Review Engagements (ISRE) 2400 using the following component performance materiality and a threshold for clearly trivial misstatements:

| Component | Component performance materiality | Threshold for clearly trivial misstatements |
|---|---|---|
| **Non-EY Engagement Teams** | | |
| PT Aprisma Indonesia, Jakarta (Indonesia) | kEUR 1.400 | kEUR 350 |
| Wirecard Ödeme ve Elektronik Para Hizmetleri A.S., Instanbul (Turkey)  *(before: Mikro Ödeme Sistemleri Iletisim Sanayi ve Tic. A.S.)* | kEUR 1.400 | kEUR 350 |
| Wirecard South Africa Pty. Ltd., Cape Town (South Africa) | kEUR 1.400 | kEUR 350 |
| Wirecard Romania S.A., Bukarest (Romania)  *(before: Provus Service Provider S.A.)* | kEUR 1.400 | kEUR 350 |
| **EY Foreign Engagement Teams** | | |
| Wirecard Singapore Pte. Ltd., Singapore  *(before: Systems@Work Pte. Ltd.)* | kEUR 1.400 | kEUR 350 |
| Wirecard Brasil S.A., Sao Paulo (Brazil)  *(before: Moip Pagamentos S.A.)* | kEUR 1.400 | kEUR 350 |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000614

# Wirecard AG Group audit instructions

In addition to performing a review for group audit purposes using your assigned component performance materiality as stated above, we request you to perform certain procedures in addition to those required by the ISAs to support the group audit. The nature, timing and extent of these procedures are described below.

**Due Date**: 22 February 2019

| Account/Class of transactions | Procedure (nature and extent) |
|---|---|
| **Acquired customer relationships / portfolios** | As **specific focus area for the 2018 audit**, please perform substantive audit procedures to identify impairment indicators for acquired customer relationships / portfolios: |
| | a) Obtain an <u>understanding of the process</u> of estimation of future cash flows for acquired customer relationships / portfolios |
| | b) Check the estimation of <u>future cash flows for reasonableness</u> |
| | c) Perform a further analyses to identify <u>triggering events</u> in accordance with IAS 38.111 and IAS 36 |
| | d) If you come to the conclusion that the future cash flows are not reasonably estimated or other triggering events are identified, please contact ▮▮▮ to coordinate further <u>impairment testing</u> for these acquired customer relationships / portfolios with assistance of EY valuation experts |
| **Cash and banks** | Bank confirmations*: |
| | Obtain a complete list of bank accounts (debit and credit balances) as well as related loan and similar contracts. **Obtain confirmations of bank balances for <u>all kinds of business relations</u> with financial institutions and other financial service providers, including bank accounts closed during the year.** Review the confirmation replies to confirm the relationship with the bank including contingencies, liens, pledges, restrictions on the entity's assets, guaranteed amounts, etc. Document the rationale for those exceptional cases where we decide not to confirm specific relations to financial institutions. |

\* Please note that there is a **general requirement** to obtain **bank confirmations\*** for all kinds of business relationships with financial institutions and other financial service providers according to German GAAS IDW PS 302nF.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000615

# Wirecard AG Group audit instructions

## B-3   Subsequent events procedures

### Full Scope and Specific Scope Engagements

You are required to perform subsequent events procedures[1], covering the period from the date of your *Final summary memorandum* to 22 March 2019. The subsequent events procedures should include the following procedures[2]:

Discuss with component management whether there have been significant events after reporting which

- may have a material impact on the group audit opinion, or
- must be disclosed as subsequent events in accordance with IAS 10 in the notes to group financial statements or § 315 II Nr. 1 HGB in the group management report of Wirecard AG, or
- may have a material impact on the presentation of the net assets, financial position and results of operations of the component

► Review minutes of the component after the balance sheet date

► Review of interim financial statements of the component

► Inquire or extend previous inquiries of the entity's (internal or external) lawyers concerning litigation and claims

► Perform a Search for unrecorded liabilities based on a threshold of 25% of component performance materiality

Communicate the results of the subsequent events procedures performed to us using the template in Section C-13.

### Review Scope Engagements

You should notify us if you become aware, during the performance of your procedures, of a subsequent event that may require adjustment to or disclosure in the group financial statements.[3]

---

[1] As required by ISA 560

[2] ISA 600.38

[3] ISA 600.39

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000616



Reporting Forms



## Wirecard AG Group audit instructions

# Reporting forms

## C-1    Acknowledgment of group audit instructions

I acknowledge receipt of your group audit instructions including appendices for the group audit work on Wirecard AG to be performed on the component(s) listed below for which I am responsible.

Name(s) of component(s):
Group code/Component identifier:

Please provide the following information:

| Role | Name | Phone | Email |
|---|---|---|---|
| Partner in charge[1] of the component engagement | | | |
| Other Audit Partner | | | |
| (Senior) Manager | | | |
| Tax Services Partner | | | |
| IT Services Partner | | | |

Please indicate below your professional qualifications, the number of years with your firm, the number of years of industry experience and the number of years of experience with the component(s) listed above.

| Role | Name | Professional Qualifications / Bodies | Number of years experience with your firm | Number of years experience with the relevant industry | Number of years experience with the component |
|---|---|---|---|---|---|
| Partner in charge of the component engagement | | | | | |
| Other Audit Partner | | | | | |
| (Senior) Manager | | | | | |
| Tax Services Partner | | | | | |
| IT Services Partner | | | | | |

---

[1]The partner in charge of the component engagement is a partner or other person in the firm who is responsible for the component engagement and its performance, and for the report that is issued on behalf of the firm.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000618

# Wirecard AG Group audit instructions

### Acknowledgment of receipt of the instructions

| | Initials |
|---|---|
| 1. I acknowledge that I have read the group audit instructions. | |
| 2. I confirm that I am the partner in charge of the component engagement who is responsible for the work to be performed in relation to the component(s) listed above. | |
| 3. I confirm that I understand the audit scope and the instructions for the component(s) for which I am responsible. | |
| 4. I confirm that our component team possesses the necessary skills to perform the work on the financial information of the component(s) listed above, has the appropriate experience and an appropriate understanding of the [group applicable financial reporting framework] that is sufficient to fulfill our responsibilities for the audit of the group financial statements. | |
| 5. I confirm that I have read the due dates set out in the timetable (in Section A-3) and that I do not expect any problems in complying with your reporting deadlines requirements and communication protocols. | |
| 6. I understand that the financial information of the component(s) for which I am responsible will be included in the group financial statements of [Company Name] and that you intend to evaluate and, if considered appropriate, use our work for the audit of the group financial statements. I also acknowledge that you will be involved in the work you have requested us to perform as you consider necessary. | |
| 7. I confirm that we will cooperate with you and provide you with access to relevant audit documentation. | |
| 8. I confirm that, in addition to the procedures required for group audit purposes, I will be providing component statutory audit opinions for the following entities:<br>▶<br>▶ | |
| 9. When applicable: I confirm that I am planning to include key audit matters (or jurisdictional equivalent) in our component statutory auditor's report(s). I will communicate details regarding the key audit matters in the component *Audit planning memorandum*. | |

*Describe any exceptions to your ability to comply with the instructions or specify the instructions for which you do not have a clear understanding and for which you require a clarification.*

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000619

# Wirecard AG Group audit instructions

Section C-1

**Workpaper access as required by the German regulator according to Sect. 51b (6) WPO (Wirtschaftsprüferordnung – Public Accountant Act) for Third country auditors**

| | Initials |
|---|---|
| **Confirmation regarding the requirements of Sect. 51b (6) WPO (refer to section B-1 for details)** | |
| Component teams sign / initial one of the following statements (include n/a for the other two) | |
| a. **Member states**<br>We are an auditor or audit firm from a country, which is a member state of the European Union (EU) or treaty nation in the European Economic Area (EEA) or Switzerland. | |
| b. **Third country auditor (with regulatory registration / cooperation agreement)**<br>We are an auditor or audit firm from a country which is not a member state of the European Union (EU) or treaty nation in the European Economic Area (EEA) or Switzerland. However, we are registered pursuant to Sect. 134 (1) WPO or a cooperation agreement pursuant to Sect. 57 (9) Sentence 5 No. 3 WPO exists. | |
| c. **Third country auditor (without regulatory registration / cooperation agreement)**<br>We are an auditor or audit firm from a country which is not a member state of the European Union or treaty nation in the European Economic Area (EEA) or Switzerland. We are not registered pursuant to Sect. 134 (1) WPO and no cooperation agreement pursuant to Sect. 57 (9) Sentence 5 No. 3 WPO exists.<br><br>However, we understand the requirements of Sect. 51b (6) WPO as set out in section B-1 and I confirm to grant access to the workpapers for our work related to [Name of Component] located outside the EU/EEA/Switzerland and in accordance with the requirements of ISA 600, in particular ISA 600.42 (b). | |
| ☐     **We cannot** confirm to grant access to our workpapers. The regulations in our country, which prevent us from doing so are: | |

Partner in charge of the component engagement — signature: _____    Date: _____

Partner in charge of the component engagement — name: _____    Country/Office: _____

Confidential Personal Information
Confidential Discovery Material    EYGMBH_0000620

# Wirecard AG Group audit instructions

## C-1.1  Confirmation regarding the requirements of Article 18 MAR

Name(s) of component(s):
Group code/Component identifier:

| | Initials |
|---|---|
| I acknowledge that I have read the attached file **Art 18 MAR Instruction EN** regarding my inclusion on the insider list.<br><br>Art 18 MAR Instruction EN.docx | |
| I have completed the information in the table below and confirm the accuracy of this information.<br><br>Insider list information as required by Article 18 MAR:<br><br>| Full name: | |<br>| Birth surname (if different from the above): | |<br>| Work landline telephone number: | |<br>| Work mobile telephone number: | |<br>| Date of birth: | |<br>| National Insurance Number or other national identification number (if applicable): | |<br>| Personal landline telephone number: | |<br>| Personal mobile telephone number: | |<br>| Full residential address: | | | |
| If you **cannot** provide the information requested above, please indicate the regulations in your country, which prevent you from doing so below: | |

Partner in charge of the component engagement — signature: _____     Date: _____

Partner in charge of the component engagement — name: _____     Country/Office:_____

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000621

## Wirecard AG Group audit instructions

## C-2    Compliance with ethical requirements, including independence

I acknowledge that the Ethics and Independence requirements applicable to [Component Name] comprise the IESBA Code of Ethics for Professional Accountants applicable to Public Interest Entities and any other local-country independence rules applicable to this engagement.

I confirm that I am independent of [Component Name] and Wirecard AG in accordance with the applicable Ethics and Independence requirements.

All members of our component team have confirmed to me that they are independent of [Component Name] and Wirecard AG in accordance with the applicable Ethics and Independence requirements.

I also confirm that my firm and its network is independent of [Component Name], Wirecard AG and any material entity under common control in accordance with the applicable Ethics and Independence requirements.

I understand that I am a key audit partner for the component and I will comply with the provision of the IESBA code of Ethics relevant to key audit partners.

I confirm that it is my responsibility to inform you of any changes to the above representations that could occur during the course of our work on the financial information of the component(s) for which I am responsible.

Partner in charge of the component engagement — signature: _____    Date: _____

Partner in charge of the component engagement — name: _____    Country/Office:_____

## 704DE(R) Component team independence procedures

This form is required to be completed by foreign EY Engagement Teams. Component teams are required to complete Form 704 and attach the completed form to their signed CT-2 Independence confirmation prior to submitting to the Primary Team.



704DE(R) Component team independence procedures.docx

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000622

## Wirecard AG Group audit instructions

## C-3    Understanding of the component auditor

In addition to the acknowledgment of the group audit instructions as stated above, please provide us with some details on your audit firm.

Please describe:

► Your firm in terms of its size, number of people employed and related network firms

► The membership of your firm with a professional organization, and whether your profession is subject to regulatory oversight

► Your firm's system of quality control to provide the firm with reasonable assurance that reports issued by your firm or its engagement partners are appropriate in the circumstances. For example, are partners subject to inspection on a cyclical basis and remedial actions taken?

► Does your firm have internal training programs or use external training programs (such as, those provided by the professional bodies)?

► Is the engagement subject to quality control review?

Partner in charge of the component engagement — signature: _____    Date: _____

Partner in charge of the component engagement — name: _____    Country/Office: _____

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000623

## C-4    Audit planning memorandum

You are requested to complete an *Audit planning memorandum*. The *Audit planning memorandum* is the document that summarizes your overall strategy and audit plan. The extent of documentation in the *Audit planning memorandum* is commensurate with the assigned component materiality.

The *Audit planning memorandum* includes, at a minimum, the following matters:

► **Significant changes in the component or its environment,** including a brief description of the component's business, markets, other key environmental factors, and key stakeholders and the effect on your audit.

► **Factors arising from the acceptance / continuance procedures,** including a brief description of any factors arising from the acceptance/continuance procedures that may indicate additional risks of material misstatements at the group level.

► **Observations from the overall analysis of financial and non-financial information** that have an effect on the component audit.

► **The component materiality and threshold for clearly trivial misstatements** used for group reporting purposes.

► **The composition of the team and whether you use the work of experts.**

► **Significant accounting and auditing matters,** including a brief discussion of your plan to address them, and any changes in the selection and application of the accounting policies at the component.

► **Key audit matters** (or jurisdictional equivalent), if planned to be included in the component's statutory auditor's report.

► **Summary of your observations relating to the key elements of the control environment** at the component. [1]

► **Related party relationships and transactions** not in the ordinary course of business that require consideration at component level

► **A description of the significant accounting estimates** and the planned audit procedures to be performed

► **Significant risks,** including those risks communicated by us or identified by you in addition to those communicated by us  and the proposed response(s) to those risks.

► **The identified risks of material misstatement due to fraud** and the proposed audit procedures to address the identified fraud risks. If you have not identified revenue recognition as a risk of material misstatement due to fraud, include the reasons supporting your conclusion.Also include information that indicates suspected or identified fraud.

► **Matters related to litigations and claims** which may be significant for the group audit.

► **Going concern issues,** including the need for the component auditor to remain alert for factors that may affect the going concern assumption.

► **The list of material account balances, classes of transactions or disclosures,** including the overview of the audit strategy and, where applicable, audit plan at the account /assertion level. [2]

    • When an account balance or class of transactions is above the assigned component materiality and is not considered as material, include the rationale

---

[1] Refer to ISA 315 .15 for further details

[2] ISA 330.18

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000624

# Wirecard AG Group audit instructions

► **Audit strategy for the additional procedures** as requested in section B-2.1 (*Full Scope*).

► **Other matters of significance as considered appropriate**.

► If the component auditor identified matters that are the responsibility of the Group Auditor and that **cannot** be resolved at the component level, please describes the nature of these matters in the Audit Planning Memorandum.

If one or more of the topics above are not applicable to your component, or you don't have anything to report, please so indicate in your *Audit planning memorandum*.

For EY Germany Engagement Teams: Please document the Audit Planning Memorandum in the EY Canvas of your component and provide us with a respective document.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000625

## Wirecard AG Group audit instructions

## C-5   Early warning memorandum (EWM)

An *Early warning memorandum* (EWM) is required for when a component engagement identifies a significant auditing or accounting issue that needs to be communicated on a timely basis.

The following matters are communicated **immediately** to us (if they have not been communicated to us in the *Audit planning memorandum*):

► Audit evidence obtained from performing work on the financial information of the components that contradicts the audit evidence on which the Group Auditor originally based the risk assessment performed at group level

► Related parties not previously identified by group management or by us

► Significant risks of material misstatement, identified at the component and your audit response to such risks

► Unusual events

► Significant unusual transactions

► Significant accounting, financial reporting and auditing matters that have been identified, including accounting estimates and related judgments and apparent accounting policy changes and potential year-end exposures

► Matters relating to the going concern status of the component

► Matters relating to litigation and claims

► Identified control deficiencies

► Deficiencies in internal control at the component level that you have identified during the performance of your work on the financial information of the component

► Information that indicates suspected or identified non-compliance with laws and regulation, including fraud or questionable or illegal acts, including questionable payments, may have occurred

► Reporting timetable problems

► Proposed adjustments that may have a significant effect on the component's financial information

► Potential report modifications

The template to be used to report EWM is provided below. Use this format to communicate relevant matters as soon as they arise.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000626

# Wirecard AG Group audit instructions

## C-5.1 Early warning memorandum (EWM) format

Name(s) of component(s):
Group code/Component identifier:
Reporting currency: **EUR**
Year-end: **31 December 2018**

| Issue | Action required | Date |
|---|---|---|
| **Accounting and auditing issues** *(Describe the nature of the issue and the potential effect on the reporting package)* • Unusual transactions • Accounting estimates • Changes in accounting policy • Going concern • Litigations and claims • Potential year-end exposure | | |
| **Significant risks** *(Describe the nature of the significant risk and the proposed procedure to address it)* | | |
| **Information that indicates suspected or identified non-compliance with laws and regulations, including fraud** | | |
| **Identified deficiencies at the component level, including deficiencies in internal control** | | |
| **Related parties not previously identified** | | |
| **Proposed adjustments or potential report modifications** | | |
| **Audit evidence obtained that contradicts information previously communicated** | | |
| **Reporting timetable problems** | | |
| Other | | |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000627

## Wirecard AG Group audit instructions

## C-5A Critical open accounting and auditing issues

Name(s) of component(s):
Group code/Component identifier:
Reporting currency: **EUR**
Year-end: **31 December 2018**

| Account effected/ Audit area | Description of critical* open accounting and auditing issue and impact on group reporting (in EUR) | Due date of request from client & client contact | Update from last reporting to primary team |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*Critical:** Please describe every accounting and auditing issue as well as every open request on supporting documents which could lead to a modified Interoffice Conclusion or jeopardize your timely group reporting, if not resolved until the group reporting deadline on 22 February 2019

**Proposed time slot for closing call on 15 February 2019:**_____

Confidential Personal Information
Confidential Discovery Material                                                EYGMBH_0000628

# Wirecard AG Group audit instructions

## C-6    Auditor's report on the audit of financial information for group audit purposes

Name(s) of component(s):
Group code/Component identifier:
Year-end: **31 December 2018**
Currency: **EUR**

To:    Group Auditor/███████████, Partner

As requested in your instructions dated 19 October 2018, we have audited, for the purpose of your audit of the group financial statements of Wirecard AG, the financial reporting package of [component name] (the component) (a subsidiary of Wirecard AG) as of 31 December 2018 and for the year then ended (the specified forms). This financial reporting package has been prepared solely to enable Wirecard AG to prepare its group financial statements.

### Management's responsibility for the specified forms

Management is responsible for the preparation and presentation of the specified forms in accordance with policies and instructions contained in Wirecard AG accounting manual and for such internal control as management determines is necessary to enable the preparation of specified forms that are free from material misstatement, whether due to fraud or error.

### Auditor's responsibility

Our responsibility is to express an opinion on the specified forms based on our audit. We conducted our audit in accordance with the auditing standards applicable in Germany and International Standards on Auditing and, as requested, we performed the additional procedures detailed in Section B-2.1 of the group audit instructions dated 19 October 2018. The auditing standards applicable in Germany and International Standards on Auditing require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the specified forms are free of material misstatement. As requested by you, we planned and performed our audit using the component materiality specified in your instructions of [amount], which is different from the materiality level that we would have used, had we been designing the audit to express an opinion on the financial statements of the component alone.

An audit involves performing procedures to obtain audit evidence about the amount and disclosures in the specified forms. The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the specified forms, whether due to fraud or error. In making those risk assessments, we consider internal control relevant to the component's preparation and presentation of the specified forms in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the component's internal control. An audit also includes the evaluation of the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the specified forms.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion. The conclusions reached in forming our opinion are based on the component materiality specified by you in the context of the audit of the group financial statements.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000629

**Section C-6**

*[Basis for qualified opinion[1]]*

**Opinion**

In our opinion, the accompanying specified forms of [name of component] as of 31 December 2018 and for the year then ended have been prepared, in all material respects[2], in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB).

**Restriction on Use and Distribution**

The specified forms have been prepared for purposes of providing information to Wirecard AG to enable it to prepare the group financial statements. As a result, the specified forms are not a complete set of financial statements of [component name] in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB) and are not intended to present fairly, in all material respects (or to give a true and fair view of) the financial position of [component name] as of 31 December 2018 and of its financial performance, and its cash flow for the year then ended in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB). The specified forms may, therefore, not be suitable for another purpose.

This report is intended solely for the information and use of Ernst & Young in conjunction with the audit of the group financial statements of Wirecard AG and should not be used by or distributed to, anyone for any other purpose. If you have any questions on this report, please contact ▓▓▓▓▓▓▓▓▓▓▓.

[Date]
[Signature of partner in charge of the component engagement]
[Name of partner in charge of the component engagement]
[Name of Component Auditor/Office/ Country]

---

[1] This paragraph and the modifications to the standard opinion are used in the following circumstances:
  ► Where there are material (e.g., in excess of assigned  component materiality) known uncorrected misstatements (*Note 1*)
  ► Where there are limitations in scope (*Note 2*) and
  ► Where there are matters which are the responsibility of the Group Auditor and cannot be resolved at the component level (*Note 3*)

The *Final summary memorandum* is the primary means by which the details of these matters are communicated to the Group Auditor.

[2] In some jurisdictions, requirements under local GAAS or professional responsibilities may require the auditor to use different wording for the auditor's opinion

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000630

# Wirecard AG Group audit instructions

## C-7    Auditor's report to the Group Auditor on the audit of specified account balances and further review procedures performed for group audit purposes

Name(s) of component(s):
Group code/Component identifier:
Year-end: **31 December 2018**
Currency: **EUR**

To:      Group Auditor/███████████ , Partner

As requested in your instructions dated 19 October 2018, we have performed, for the purpose of your audit of the group financial statements of Wirecard AG, an audit of specified account balances and further review procedures on the financial reporting package of [component name] (the component) (a Subsidiary of Wirecard AG) as of 31 December 2018 and for the year then ended (the specified forms). This financial reporting package has been prepared solely to enable Wirecard AG to prepare its group financial statements.

### Management's responsibility for the specified forms

Management is responsible for the preparation and presentation of the specified forms in accordance with policies and instructions contained in Wirecard AG accounting manual and for such internal control as management determines is necessary to enable the preparation of specified forms that are free from material misstatement, whether due to fraud or error.

### Auditor's responsibility

Our responsibility is to express an opinion on the specified forms based on our work procedures. We conducted our work procedures in accordance with the auditing standards applicable in Germany and International Standards on Auditing and, as requested, we performed the additional procedures detailed in Section B-2.2 of the group audit instructions dated 19 October 2018. The auditing standards applicable in Germany and International Standards on Auditing require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the specified forms are free of material misstatement. As requested by you, we planned and performed our audit using the component materiality specified in your instructions of [amount], which is different from the materiality level that we would have used, had we been designing the audit to express an opinion on the financial statements of the component alone.

An audit involves performing procedures to obtain audit evidence about the amount and disclosures in the specified forms. The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the specified forms, whether due to fraud or error. In making those risk assessments, we consider internal control relevant to the component's preparation and presentation of the specified forms in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the component's internal control. An audit also includes the evaluation of the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the specified forms.

All further review procedures are limited primarily to inquiries of component personnel and analytical procedures applied to financial data and thus provide less assurance than an audit. For those areas we have not performed an audit and, accordingly, we do not express an audit opinion for those areas in the specified forms, as well as evaluating the overall presentation of the specified forms.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000631

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion. The conclusions reached in forming our opinion are based on the component materiality specified by you in the context of the audit of the group financial statements.

*[Basis for qualified opinion[1]]*

**Opinion**

In our opinion, the accompanying specified forms of [name of component] as of 31 December 2018 and for the year then ended have been prepared, in all material respects[2], in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB).

**Restriction on Use and Distribution**

The specified forms have been prepared for purposes of providing information to Wirecard AG to enable it to prepare the group financial statements. As a result, the specified forms are not a complete set of financial statements of [component name] in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB) and are not intended to present fairly, in all material respects (or to give a true and fair view of) the financial position of [component name] as of 31 December 2018 and of its financial performance, and its cash flow for the year then ended in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB). The specified forms may, therefore, not be suitable for another purpose.

This report is intended solely for the information and use of Ernst & Young in conjunction with the audit of the group financial statements of Wirecard AG and should not be used by or distributed to, anyone for any other purpose. If you have any questions on this report, please contact ▇▇▇▇▇▇▇.

[Date]
[Signature of partner in charge of the component engagement]
[Name of partner in charge of the component engagement]
[Name of Component Auditor/Office/ Country]

---

[1] This paragraph and the modifications to the standard opinion are used in the following circumstances:
  ► Where there are material (e.g., in excess of assigned component materiality) known uncorrected misstatements (*Note 1*)
  ► Where there are limitations in scope (*Note 2*) and
  ► Where there are matters which are the responsibility of the Group Auditor and cannot be resolved at the component level (*Note 3*)

The *Final summary memorandum* is the primary means by which the details of these matters are communicated to the Group Auditor.

[2] In some jurisdictions, requirements under local GAAS or professional responsibilities may require the auditor to use different wording for the auditor's opinion

Confidential Personal Information
Confidential Discovery Material                                    EYGMBH_0000632

# Wirecard AG Group audit instructions

## C-8    Accountant's report to the Group Auditor on a review performed for group audit purposes

Name(s) of component(s):
Group code/Component identifier:
Year-end: **31 December 2018**
Currency: **EUR**

To:      Group Auditor/███████████

As requested in your instructions dated 19 October 2018, we have performed a review, for the purpose of your audit of the group financial statements of Wirecard AG, of the financial reporting package of [component name] (the component) (a Subsidiary of Wirecard AG) as of 31 December 2018 and for the year then ended (the specified forms).

Management is responsible for the preparation and presentation of the specified forms in accordance with policies and instructions contained in Wirecard AG accounting manual. These specified forms have been prepared solely to enable Wirecard AG to prepare its group financial statements.

Our responsibility is to express a conclusion on the specified forms based on our review. We conducted our review in accordance with the auditing standards applicable in Germany and International Standard on Review Engagements (ISRE) 2400 and, as requested, we performed the additional procedures detailed in Section B-2.3 of the group audit instructions dated 19 October 2018. These standards require that we plan and perform the review to obtain moderate assurance as to whether the specified forms are free of material misstatement. A review is limited primarily to inquiries of component personnel and analytical procedures applied to financial data and thus provide less assurance than an audit. We have not performed an audit and, accordingly, we do not express an audit opinion on the specified forms.

As requested by you, our conclusion is based on the component materiality specified in your instructions of [amount] dated 19 October 2018.

Based on our review, nothing has come to our attention that causes us to believe that the specified forms referred to above, prepared for the sole purpose of inclusion in the group financial statements of Wirecard AG, have not been prepared, in all material respects, in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB).

**[Note]**

**Restriction on use and distribution**

The specified forms have been prepared for purposes of providing information to Wirecard AG to enable it to prepare the group financial statements. As a result, the specified forms are not a complete set of financial statements of [component name] in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB). The specified forms may, therefore, not be suitable for another purpose.

Confidential Personal Information
Confidential Discovery Material                                    EYGMBH_0000633

# Wirecard AG Group audit instructions

This report is solely for the information and use of Ernst & Young in conjunction with the audit of the group financial statements of Wirecard AG and should not be used by or distributed to anyone for any other purpose. If you have any questions on this report, please contact ▨▨▨▨▨▨▨ .

[Date]
[Signature of partner in charge of the component engagement]
[Name of partner in charge of the component engagement]
[Name of Component Accountant/Office/Country]

*Note 1: The following modification to the standard report is used where there is a material known uncorrected misstatement or where there are limitations in scope. If, as a result of the procedures performed in the context of the review, matters have come to the accountant's attention, those matters are described in a paragraph preceding the negative assurance paragraph. Additionally, the accountant includes, unless impracticable, a quantification of the possible effect(s) on the specified forms. The negative assurance paragraph should be modified as follows:*

*"Based on our review, except for the effects of the matters described in the previous paragraph, nothing has come to our attention …."*

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000634

## C-9    Final summary memorandum

Provide a *Final summary memorandum* for your component that summarizes important audit (or review) results and conclusions, highlighting major issues. Please write your *Final summary memorandum* in a manner that fully explains the facts of the issues, amounts involved and conclusions reached.

For EY Germany Engagement Teams: Please document the Final Summary Memorandum in the EY Canvas of your component and provide us with a respective document.

We expect you to address all issues discussed in the *Audit planning memorandum* in the *Final summary memorandum*. The extent of documentation in the *Final summary memorandum* is commensurate with the component materiality assigned to you in accordance with Section B-2. The *Final summary memorandum* includes, at a minimum, the following:

► **A description of any significant changes to the audit strategy** not reflected in the *Audit planning memorandum*

► **Breaches to independence and ethical requirements** if not already reported to the Group Auditor

► **Significant accounting or auditing/review issues,** which includes at a minimum:

  • Significant risks identified and a brief discussion of how each significant risk was addressed in the audit

  • Judgmental areas where auditing procedures required extensive independent or subjective analysis (e.g., loss provisions when there has been a material impairment in asset values)

  • Transactions that are either complex or unusual in nature (e.g., significant non-routine transactions immediately prior to period end)

  • An issue that affects (or had it not been resolved to your satisfaction, would have affected) your opinion or conclusion (e.g., satisfactory explanations and documentation for transactions that did not appear to have a clear business purpose)

  • Deficiencies in internal control, including deficiencies in IT applications, IT-dependent manual controls or IT general controls (ITGCs), that you plan to communicate to those charged with governance of the component

  • Circumstances that required either unusual or extended auditing procedures, caused you significant difficulty in applying audit procedures

    ▪ Existence of material misstatements or omissions in the financial statements
    ▪ Suspected or identified fraud or suspected or identified non-compliance with laws and regulations
    ▪ Misstatements above the amount below which misstatements are clearly trivial, whether or not corrected by management
    ▪ Other important results and conclusions of our audit work
    ▪ Significant findings or issues related to the selection, application and consistency of accounting policies, including related disclosures

  • A brief description of other significant accounting or auditing/reviewing issues, including how any significant accounting or auditing/reviewing issues identified in the *Audit planning memorandum* were addressed during the audit

► **Results of the additional procedures** performed to support the group audit as requested in section B-2.1 (*Full Scope*), as requested in section B-2.2 (*Specific Scope*) and as requested in section B-2.3 (*Review Scope*)

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000635

# Wirecard AG Group audit instructions

► **The nature and scope of consultations or discussions with your technical resources** regarding important accounting and auditing/review issues or other significant matters, and a summary of conclusions reached

► **Related party relationships or transactions** not in the normal course of business, that require consideration of disclosure in the group financial statements

► **Information of instances of non-compliance with laws and regulations** that could give rise to a material misstatement of the group financial statements

► **Indicators of possible management bias**

► **Fraud or suspected fraud** involving component management, employees who have significant roles in internal control at the component level or others where the fraud resulted in a material misstatement of the financial information of the component

► **Other significant matters** that you have communicated or expect to communicate to those charged with governance of the component

► A summary including description of identified (EY and management identified) **significant deficiencies in internal control** over financial reporting at the **component level**

► **Whether audit evidence was obtained while performing the work on the financial information of component(s) that contradicts** the information communicated to you by us

► **Your considerations and results of the procedures performed on going concern**

► **Key findings from your overall analytical review**

► **The Summary of identified misstatements**

► **Exceptions noted in the written representations** that you requested from component management and a confirmation that you obtained a representation letter from component management

► **A description and rationale when key audit matters** (or jurisdictional equivalent) are communicated in the component's auditor's report

► **The results of the procedures performed in relation to key audit matters**

► **Any other matters that may be relevant to the group audit, or that you want to draw to our attention**

► **The opinion of the preparer of the *Final summary memorandum,*** which covers the overall conclusion on the procedures performed, including:

- Whether sufficient appropriate audit evidence has been obtained in support of your opinion

- Whether the financial information at the component has been prepared, in all material respects, in accordance with the accounting policies and instructions contained in the group audit instructions

- Whether any modification to the conclusions to the Group Auditor are appropriate

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000636

# Wirecard AG Group audit instructions

## C-9.1  Overall Analytical Review

The Final Summary Memorandum includes an *Overall Analytical Review* of the balance sheet and income statement. You are required to use the attached template to document your analytical work procedures.



18 WD KAP A7.8
OAR Template.xlsx

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000637

# Wirecard AG Group audit instructions

## C-10   Reporting package identification

Attach the reporting package identification form to the *Final summary memorandum.*
Name(s) of component(s):
Group code/Component identifier:
Reporting currency: **Local Currency**
Year-end: **31 December 2018**

| Reporting package account number | Reporting package account description | Amount |
|---|---|---|
| | Revenue | |
| | Net profit before tax | |
| | Net profit after tax | |
| | | |
| | Total assets | |
| | Total equity | |

Partner in charge of the component engagement — signature: _____ Date: _____

Partner in charge of the component engagement — name: _____ Country/Office: _____

#### Attachment

**Reporting package** – prepared by Wirecard AG – signed for identification

Please ensure that the attached Reporting Package of your component is identical to the Reporting Package which was finally submitted by local management to Wirecard corporate accounting for purposes of the consolidated financial statements as of 31 December 2018:

- All components which keep their accounts in "Coda" have to report the final version of the balance sheet and income statement as created in "Coda";

- All other components which kept their accounts not in "Coda" have to report the final version of the Standard Reporting Package; please refer to **A7.8-2** for an example of the balance sheet and **A7.8-3** for an example of the income statement.

The Reporting Package has to be presented in the respective local currency of the component. The currency translation in EUR is an automated process in the ERP-system "Coda". The currency translation process will be audited centrally.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000638

## Wirecard AG Group audit instructions

## C-11   Component auditor confirmation

**Relevant members of component auditor's team**

| Role | Names | Phone | Email |
|------|-------|-------|-------|
| Partner in charge of the component engagement | | | |
| Other Audit Partners | | | |
| (Senior) Managers | | | |
| Tax Services Partner | | | |
| IT Partner | | | |
| Others | | | |

| | | Initials |
|---|---|---|
| **1.** | I confirm that we have complied with ethical requirements in accordance with the introduction of the German / European Union (EU) independence rules and the IESBA Code of Ethics for Professional Accountants, including independence requirements applicable to the group as defined in Sections A-2.5 and B-2 *Independence confirmation* of these instructions and professional competence requirements. | |
| **2.** | I confirm that we have completed our audit/review procedures in accordance with International Standards on Auditing[1] and that we have completed the additional procedures as described in the group audit instructions or in other instructions received from you. | |
| **3.** | I confirm that we will have complete and final documentation that supports the reporting package forms and the completion of procedures described in the group audit instructions by [insert as appropriate]. If I have any concerns about meeting this requirement, I will bring them to your attention as soon as they are known. | |

Describe any exceptions to the statements above:

Describe any open items whose resolution is unlikely to modify your conclusion report or any other item that do not have an effect on your conclusion but that you want to bring to the Group Auditor's attention.

Partner in charge of the component engagement —signature:_____ Date:   _____

Partner in charge of the component engagement — name: _____ Country/Office:   _____

---

[1] If you perform a review in accordance with ISRE 2400, replace International Standards on Auditing with International Standards on Review Engagement (ISRE)

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000639

# Wirecard AG Group audit instructions

## C-12   Summary of identified misstatements

The *Final summary memorandum* (C-9) includes a *Summary of identified misstatements* which is used to accumulate and summarize misstatements on all engagements. You are required to use the attached template to accumulate all corrected and uncorrected misstatements above the threshold for clearly trivial misstatements (refer to section B-2).



Non EY Summary of
Identified Misstmts

Provide adequate explanation of the nature of each misstatement (including a brief discussion of component management's position and an explanation of your position) in the *Final summary memorandum* and note whether it has been discussed with component management.

In order for us to appropriately communicate with those charged with governance, we need to be aware of the reasons why component management has not corrected all misstatements, therefore, please indicate the reason in the template.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000640

# Wirecard AG Group audit instructions

## C-13   Subsequent events procedures

Name(s) of component(s):
Group code/Component identifier:
Reporting currency: **EUR**
Year-end: **31 December 2018**

We have performed, to the date of this memorandum, the following subsequent events procedures and other audit procedures covering transactions, operations and corporate minutes from the date of our conclusion and *Final summary memorandum*.

* Discuss with component management whether there have been significant events after reporting which

    * may have a material impact on the audit opinion, or
    * must be disclosed as subsequent events in accordance with IAS 10 in the notes to group financial statements or § 315 II Nr. 1 HGB in the group management report of Wirecard AG, or
    * may have a material impact on the presentation of the net assets, financial position and results of operations of the component

* Review minutes of the component after the balance sheet date
* Review of interim financial statements of the component
* Inquire or extend previous inquiries of the entity's (internal or external) lawyers concerning litigation and claims
* Perform a Search for unrecorded liabilities based on a threshold of 25% of component performance materiality

In the course of performing those procedures, no material subsequent events or transactions have come to our attention or adjustments have been discovered that should be considered by you, based on the assigned component performance materiality, in reporting on the group financial statements of Wirecard AG for the year ended 31 December 2018. Additionally, the opinion expressed by us in the *Auditor's report* requires no change or update as of today's date.

Partner in charge of the component engagement — signature: _____   Date: _____

Partner in charge of the component engagement — name: _____   Country/Office: _____

Confidential Personal Information                                                    EYGMBH_0000641
Confidential Discovery Material

# Wirecard AG Group audit instructions

## C-14    Management letter

Please provide us with a copy of any *management letter* you issue to component management.

If no management letter was issued, please indicate so in your *Final Summary Memorandum*.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000642

## Wirecard AG Group audit instructions

## Attachments

### D-1    Group Accounting Policy Manual

The Group Accounting Policy Manual will be provided separately.

However, there are no material changes in company's accounting methods and therefore no material changes in company's accounting manual are expected compared to the attached consolidated financial statements as of 31 December 2018 (**A7.8-1**).

### D-2    Detailed Instructions IFRS 15

The detailed instructions on IFRS 15 will be provided separately

### D-3    Detailed Instructions IFRS 9

The detailed instructions on IFRS 15 will be provided separately

Confidential Personal Information
Confidential Discovery Material    EYGMBH_0000643