# EXHIBIT 9
# [Plaintiffs' Ex. 14]

## Wirecard AG

### Group audit instructions

### 2019 audit

16 October 2019
Update February 2020 (related persons)

*These group audit instructions are issued solely for use by*
- *Non-EY Engagement Teams (as specified below)*
- *EY Foreign Engagement Teams (as specified below)*
- *EY Germany Engagement Teams (as specified below)*

*for the purpose of the group audit of Wirecard AG for the year ended 31 December 2019 and should not be used by or distributed to other parties.*



EY
Building a better
working world

**Key information from the Group Auditor** ......................................................................................... 3
**A-1      Current year information** ................................................................................................ 4
A-1.1 Update from prior year ............................................................................................................ 4
A-1.2a Results of client acceptance/continuance procedures ........................................................ 6
A-1.2b Significant risks, including risks of material misstatement due to fraud ............................. 6
A-1.3 Significant accounting and auditing issues ............................................................................ 7
A-1.4 Key audit matters ................................................................................................................... 8
A-1.5 IT Applications ....................................................................................................................... 9
**A-2      Recurring information** ................................................................................................. 10
A-2.1 Company background ........................................................................................................... 10
A-2.2 Financial reporting framework ............................................................................................. 12
A-2.3 Applicable auditing standards ............................................................................................. 12
A-2.4 Related parties ..................................................................................................................... 13
A-2.5 Ethical requirements, including independence and pre-approval of audit and non-audit services 15
**A-3      Timetable of communications, EY contacts and communication protocols** ...................... 19
A-3.1 Timetable .............................................................................................................................. 19
A-3.2 Group Auditor contacts ........................................................................................................ 20
A-3.3 Planned conference calls and EY visits ............................................................................... 21
A-3.4 Key client deadlines ............................................................................................................. 21
A-3.5 Communication protocols ..................................................................................................... 21
A-3.6 Statutory Audit ..................................................................................................................... 22
**A-4      Representation letters** ................................................................................................ 23
**A-5      Engagement Letter** .................................................................................................... 24
**Scope of work** ......................................................................................................................... 25
B-1      General ................................................................................................................................ 25
B-2.1 Full Scope Engagement ....................................................................................................... 37
B-2.2 Specific Scope Engagement ................................................................................................ 39
B-3      Subsequent events procedures ........................................................................................... 40
**Reporting forms** ...................................................................................................................... 41
**Attachments** ........................................................................................................................... 42
D-1      Group Accounting Policy Manual ......................................................................................... 42
D-2      Detailed Instructions IFRS 16 ............................................................................................. 42

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001011

## Wirecard AG Group audit instructions

# Key information from the Group Auditor

EY, as the Group Auditor, has been engaged to perform an audit of the group financial statements of Wirecard AG (the Company) and subsidiaries as of 31 December 2019 and for the year then ended.

The Company prepares its financial statements in EUR in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB).

These group audit instructions are designed to inform you, as component auditor, of the scope of work we require you to perform for the purpose of the group audit. The instructions outline, among other areas, the key reporting deadlines, audit deliverables to be submitted to us and communication guidelines.

**Section A** of these instructions describes the information related to Wirecard AG that is necessary for you to complete your work.

**Section B** of these instructions describes the scope of your work and all related information.

As in prior year, we prepared combined instructions for Non-EY Engagement-Teams and EY Engagement-Teams. Therefore, please carefully read these instructions to identify the reporting requirements relevant for your component.

**You will receive the reporting forms separately as there are different forms for**

- *Non-EY Engagement Teams. Please refer to C-X references.*
- *EY Engagement Teams. Please refer to CT-X references*

These instructions contain all reporting deliverables you are requested to communicate to us.

Please send your acknowledgement of receipt of these group audit instructions (Section C-1 and CT-1) immediately.

For EY Engagement-Teams: Please be aware that we used the EY Group Audit Instructions template instead of the EY Interoffice Instructions template due to audit efficiency reasons. For further **EY GAM** audit and documentation requirements, we refer to the respective guidance in EY Atlas.

Confidential Personal Information
Confidential Discovery Material    EYGMBH_0001012

# A-1 Current year information

## A-1.1 Update from prior year

### Reporting process of Wirecard subsidiaries

As in prior year, to further improve the reporting process of subsidiaries of Wirecard, we agreed with corporate management:

- **Audit / Review procedures**
    - Focus on Wirecard IFRS Reporting Package (according to IFRS and Wirecard Group Accounting Policies);
    - Perform a fluctuation analysis (overall analytical review) using a group threshold and prioritize the relevant fluctuations for purposes of the discussion with the client's local management.

- **Timing & Deadlines**
    - January to March 2020: local execution for Wirecard Group Audit purposes, as outlined in these audit instructions;
    - It is critical to meet the expected deadlines for the Wirecard Group Audit;
    - *Subsequently*: local execution of statutory audits;

- **Kick-off Meeting & Status Updates Meetings** should be held with local management; the local management should be informed about of the current status of the audit / review procedures on a regular basis, especially if:
    - there are material outstanding information and documentation to be delivered by the client;
    - any timeline could not be met;
    - any critical accounting issues were identified and the respective audit / review response.

- **Escalation process** - any delays in the context of your audit / review procedures caused by Wirecard should directly be communicated to the local management; inform the EY Germany Primary Team, if no resolution could be achieved on local level resulting in a significant delay of the group reporting overall.

### Changes in scope

- **Changes in the assigned audit scopes compared to the previous year**

    **Note:** In prior year several components had been scoped a "review scope" with additional specified procedures. For the current year we have used a "specific scope" level. Apart from the specific scope accounts we ask you – unchanged to prior year – to perform and report on overall analytical procedures over the reporting package.

    Please refer to the Scoping Dashboard in section B-1 to determine the appropriate audit scope for your respective component.

### Changes in audit strategy/approach

- **Impairment of long-term assets** - Despite global economic growth projections, the risks increase substantially, particularly with respect to (geo-)political developments (e.g. political uncertainties; business and consumer uncertainty, reduced investment and risk to financial markets as a result of the Brexit; terrorist attacks, trade wars, etc.). In addition, markets have been volatile in many jurisdictions, due to

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001013

# Wirecard AG Group audit instructions

interest rate movements and fluctuating exchanges rates. The macroeconomic and political climate in some jurisdictions continues to have a potential impact on the financial statements. In particular, political instability and volatile foreign exchange rates may have an **impact on the valuation of assets**, affecting the triggering event analysis and impairment calculations. **The macroeconomic developments should be addressed by your audit / review approach and considered in your reporting deliverables.**

## Changes in key Group Auditor team members

There have been no changes in team members.

## Change of company's accounting methods

- **IFRS 16**

Wirecard has adopted IFRS 16, **Leases**, on the basis of **a modified retrospective approach on 1 January 2019**. EY will issue the first audit opinion under IFRS 16 for FY 2019. Refer to **Appendix D-2** for detailed audit instructions.

## Changes in Key Company personnel

▶ **Management Board** – there have been no changes in the composition of the management board.

## Other significant changes or matters

- **Unpredictability** - We continue to apply the element of unpredictability during our financial statements audit / review and apply professional skepticism. Please vary the nature, timing and extent of audit / review work performed to include unpredictability also at your component level.
- **Archiving** – As a reminder, all component teams are required to have a complete and final set of documentation supporting the work performed for the group audit within the timeframe communicated by the EY Germany Primary Team. For further information, please refer to section A-3.1.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001014

Wirecard AG Group audit instructions

## A-1.2a Results of client acceptance/continuance procedures

We have completed the client acceptance/continuance procedures at the group level. Our overall risk assessment identified the following factors of which you should be aware when performing your procedures at the component.

The engagement risk is rated **"close monitoring"**. Relevant factors are:

**Significant short seller activity including public pressure/criticism regarding the company's financial/accounting**

- Press Articles: allegations in press articles of fraudulent accounting starting end of January 2019.
- Short selling attacks: the German regulator BaFin and the German prosecutors are investigating the relationships between the short sellers and the press articles.

Due to the inclusion of Wirecard AG as a DAX 30 company and as a target for the media plus its more complex business model, its historical growth, ongoing growth potential and its share price volatility, allegations and similar actions of third parties may come up in the future again.

Due to the high public interest in the company and the mentioned circumstanced we rated the engagement as "close monitoring".

If there are any conditions at the component level for group reporting purposes that are inconsistent with this analysis, please notify us immediately.

Component teams must evaluate what own client acceptance/continuance procedures have to be performed to comply with local requirements. You might evaluate the risk for the statutory audit differently based on the specific facts and circumstances.

Given the risks factors identified above we require that certain component teams perform additional procedures. These additional procedures are included in the focus areas described below in Section B-1.

## A-1.2b Significant risks, including risks of material misstatement due to fraud

We have identified the following significant risks, including risk of material misstatement due to fraud of the group financial statements that may also apply to your component:

► Fraud risk that the company may overstate their **revenues and receivables from 3rd party acquiring** to achieve expectations of shareholders and analysts, targets regarding variable bonus payments of the Board of Management or targets in connection with covenants agreements (revenues from third party acquiring– measurement and occurrence; receivables of acquiring business – existence and valuation; notes and management report – presentation & disclosure)

► Fraud risk that the company may overstate their **revenues and receivables from software license sales\*** (revenues from software/license sales – measurement and occurrence; receivables third parties related to software sales – existence and valuation; notes and management report – presentation & disclosure)

---

Confidential Personal Information
Confidential Discovery Material                                                                    EYGMBH_0001015

# Wirecard AG Group audit instructions

- ► Fraud risk that **software acquisition** through the underlying contract might not be existing, or the software has no economic substance (intangible assets/software existence and valuation as well as amortization – measurement and occurrence; notes and management report – presentation & disclosure)

- ► Fraud risk that the company does not record **impairment losses on acquired customer relationships/portfolios** to achieve expectations of shareholders and analysts, targets regarding variable bonus payments of the Board of Management or targets in connection with covenants agreements (intangible assets/customer relationships - existence and valuation as well as amortization – measurement and occurrence; notes and management report – presentation & disclosure)

- ► Significant risk of overstatement of **goodwill/impairment of goodwill**\*\*

- ► Significant risk related to material **business combinations**\*\*

- ► Significant risk related to the impairment of **loans of Wirecard Bank AG**\*

- ► Significant risk **notes and management report** as part of the consolidated financial statements (primary team topic only). The disclosures in the notes to the consolidated financial statements and the group management report might be incomplete in relation to the acquiring business, customer bases, software sales, software purchases and the accounting policies for material transactions during the financial year are not correctly explained. (consolidated notes and group management report – presentation & disclosure)

We have to consider the risk of management override of controls to be a risk of material misstatement due to fraud, and thus a significant risk. Local teams are required to assess the risk of management override of controls at your component and document your assessment.
You are required to make your own assessment considering the applicability of the group level significant risks to your component. Please immediately inform ▮▮▮▮▮▮▮▮▮▮ if you identify any issues that you believe may represent a significant risk of material misstatement of the group financial statements other than those noted above.
As part of your ongoing fraud risk assessment, you are required to inquire of local management regarding management's assessment of a material misstatement of financial information as a result of fraud or error, their knowledge of any fraud or suspected fraud and non-compliance with laws and regulations. We further encourage you to perform lower level fraud inquiries, to address the risk of management override by bypassing accounting relevant standard processes.

Please consider adding hard-to-predict elements / elements of surprise to your audit process.

\* For the detailed risk assessment and scoping of loans of Wirecard Bank AG, please refer to the supplemental instructions for Wirecard Bank AG.

\*\* Goodwill impairment testing and material business combinations will be audited centrally.


## A-1.3 Significant accounting and auditing issues

The following provides a summary of significant accounting and auditing issues that may be encountered during the audit / review of your component. We ask you to consider these issues to the extent applicable to your component. This includes the effect that new auditing standards will have on your audit strategy, including the procedures we expect you to perform.

- ► Proper revenue recognition
- ► Recoverability of accounts receivables, especially accounts receivables from 3rd party acquirers
- ► Verification of internally generated intangible assets
- ► Business acquisitions – purchase price allocations

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001016

# Wirecard AG Group audit instructions

- ► Impairments (e.g. goodwill, intangible assets, loans and receivables)
- ► Tax matters - deferred taxes (primarily related to deferred tax assets on tax loss carryforwards) and current taxes (including tax inspection findings)
- ► Internal controls over financial reporting
- ► IT systems with impact on financial reporting (Coda / Payment Engine)
- ► Accounting of issued bonds (Primary Team level)
- ► Fair value of convertible bonds held (Primary Team level)
- ► Completeness of disclosures in notes and management report, incl. statement of cash flows and compensation report (incl. share based payments of the management board) (Primary Team level)
- ► Implementation of IFRS 16 Leases

In accordance with ISA 540 "Auditing accounting estimates, including fair value accounting estimates, and related disclosures", we are required to identify accounting estimates, assess the degree of estimation uncertainty and determine those estimates that give rise to significant risks or require additional focus by the component team. We are required to identify material risks of misstatement related to accounting estimates, obtain an understanding (walkthrough) of how management makes the accounting estimates, and how data on which the estimates are based is generated, test controls over estimates and design and execute substantive procedures for key estimates.

We have identified the following key estimates **at the group level**. Component teams should consider the group key estimates when identifying key estimates at their respective level:

| Area | Important estimates and assumptions |
|------|-------------------------------------|
| Goodwill and other intangible assets, especially acquired customer relationships / portfolios | <ul><li>Determination of recoverable amount, including:<ul><li>Estimated future cash flows</li><li>Estimated growth rates</li><li>Weighted average cost of capital</li></ul></li></ul> Area of focus: component teams with acquired customer relationships / portfolios should consider the estimated future cash flows resulting from those assets as key estimate. |
| Business combinations | • Fair value of assets acquired and liabilities assumed |

## A-1.4 Key audit matters

The following key audit matters (or jurisdictional equivalent) were reported in the group auditors' report 2018:

| Area | KAM |
|------|-----|
| Investigations | Accounting treatment of matters on the basis of the findings from investigations, which were performed due to the allegations of a whistleblower in Singapore |
| Business Combinations | Identification as a business combination, determination of the purchase price and purchase price allocation (if any). |
| Goodwill | Valuation of goodwill |
| Customer Relationships | Valuation of customer relationships |
| 3rd party Acquiring Business | Recoverability of receivables and recognition and presentation of revenues from acquiring partners |

Currently, we do not expect that the key audit matters for the ongoing audit 2019 will differ materially, however, might be subject to changes.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001017

# Wirecard AG Group audit instructions

Component teams are required to communicate in their Audit planning memorandum and Final summary memorandum if they are required to include key audit matters (or jurisdictional equivalent) in the component auditor's report on the component's statutory financial statements.

**Note:**
Information above on audit risks, significant audit issues as well as key audit matters remain in consultation with the audit committee. We will inform you immediately in case of changes.

## A-1.5 IT Applications

IT General Controls (ITGC) will be tested centrally for the following applications:

- Wirecard Technologies Payment Engine (comprising InterchangePlus (Billing)/Cybill, Payment Engine WEP)
- Unit4 Financials (CODA)

Please let us know if you need an IT reliance memorandum for these audit procedures performed by us.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001018

# Wirecard AG Group audit instructions

## A-2 Recurring information

### A-2.1 Company background

**Background information on the Company**

Wirecard AG is a leading technology and service company in the fields of electronic payments, risk management and banking services. During fiscal year 2018 the Company served business customers with a transaction volume of EUR 125 billion (Prior year: EUR 91 billion) in the three key target industries "Consumer Goods", "Digital Goods" and "Tourism and Transportation".

In the financial year 2018, the Company had revenues of EUR 2.016 million (Prior year: EUR 1.489 million) and the profit after taxes amounted to EUR 347 million (Prior year: EUR 256 million). The total assets amounted to EUR 5.855 million (Prior year: EUR 4.533 million).

Wirecard AG as ultimate parent company had 53 (Prior Year: 50) fully consolidated subsidiaries as of 30 June 2019. The company operates in several countries, especially located in the regions Europe, Middle East, Africa and Asia as well as America and Oceania.

> Please visit the Company's website at www.wirecard.com for more information pertaining to the Company as well as for the Company's recent Annual Report, quarterly reports and analyst presentations.

**Organizational Structure**

Wirecard AG reports on its business in the three segments Payment Processing & Risk Management (PP&RM), Acquiring & Issuing (A&I) and Call Center & Communication Services (CC&CS).

The largest segment in the Wirecard Group is PP&RM. It accounts for all products and services related to electronic payment processing, risk management and other value added services. Insofar as items cannot be allocated to another segment, Wirecard AG as the holding company for the Group is also assigned to the PP&RM segment because the main focus of its services and activities and thus also its costs are related to the PP&RM segment.

The A&I segment completes and extends the value chain of the Wirecard Group. The segment comprises, in particular, all of the business areas of Wirecard Bank AG, Wirecard Acquiring & Issuing GmbH, Wirecard Ödeme ve Elektronik Para Hizmetleri A.Ş, Wirecard Brasil S.A., Wirecard Card Solutions Ltd. and Wirecard North America Inc.

In acquiring, retailers are offered settlement services for credit card sales for online and terminal payments. In addition, retailers can process their payment transactions in numerous currencies via accounts kept with Wirecard Bank AG. The issuing area mainly encompasses the issuing of prepaid cards to private and business customers. Private customers are additionally offered current accounts combined with prepaid cards and EC/Maestro cards.

Call Center & Communication Services (CC&CS) is the segment in which we report the complete value-added scope of our call center activities, with other products such as after-sales service to our customers and mailing activities included as sub-categories.

Wirecard AG is listed on the Frankfurt Stock Exchange (DAX 30, TecDAX) under the symbol WDI.

Confidential Personal Information
Confidential Discovery Material                                        EYGMBH_0001019

# Wirecard AG Group audit instructions

**Change of company's business during the year**

There are no material changes in the business and environment of Wirecard AG compared to prior year. **However, due to the focus on the mobile payment business we expect that the internally generated intangible assets will continue to increase.** The increased amount of internally generated intangible asset should be reflected in your work procedures for the respective component.

Furthermore, the group further expands its business activities and reorganized the legal structure of the companies (for a list of subsidiaries, see section A-2.4).

On 13 March 2017, Wirecard and Citibank agreed the acquisition by Wirecard of **customer portfolios of Citibank's credit card acceptance business in eleven Asian-Pacific markets** as part of an asset deal. The transaction involved customer portfolios in the area of credit card acceptance in Singapore, Hong Kong, Macau, Malaysia, Taiwan, Indonesia, the Philippines, Thailand, India, Australia and New Zealand. The portfolios comprise a long-standing customer base of retailers, particularly from the travel and mobility sector, the financial services sector, luxury goods, retail trade and technology and telecommunications. The closing of the transaction is due to be completed in several stages in 2018. Following the closing of the acquisition of the customer portfolios in Singapore, Hong Kong and Philippines in 2017, the **acquisition of the customer portfolios in Malaysia and India were closed in 2018**. In 2019, additional portfolios might be acquired.

**Key Company personnel, including changes during the past year**

Dr. Markus Braun (CEO), Alexander von Knoop (CFO), Jan Marsalek (COO) and Susanne Steidl (CPO) are members of the Board of Management at Wirecard AG.

Wulf Matthias is Chairman of the Supervisory Board. Within fiscal year 2019, the Wirecard supervisory board implemented certain committees, including an audit committee.

**Key client expectations at the Group level**

Company's management expects no audit surprises, especially arising in the final audit phase. Thus, if potential audit issues arise, please inform ▮▮▮▮▮▮▮▮ immediately (for contact information, please refer to section A-3.2).

The audit process should be carried out in a way that late surprises are prevented. It is therefore imperative that audit issues are communicated to and resolved with local management on a timely basis and that reporting deadlines are strictly adhered to.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001020

## Wirecard AG Group audit instructions

## A-2.2 Financial reporting framework

The accounting policies applied by Wirecard AG are in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB) and current practices in the Technology industry.

All companies included in the group financial statements of Wirecard AG prepare a Standard Reporting Package, which should be the basis for your audit.
To ensure a uniform and correct preparation of the group financial statements in accordance with IFRS and the supplementary regulations of German Commercial Code (HGB), Wirecard AG has prepared a Group Accounting Policies Manual (GAPM; please refer to section D-1) to be applied by your component for preparing its reporting package. We have assessed the compliance of the GAPM with IFRS as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I HGB.

## A-2.3 Applicable auditing standards

We are required to perform our audit in accordance with the auditing standards applicable in Germany which are published by the Institut der Wirtschaftsprüfer in Deutschland (IDW) (Institute of Auditors in Germany) and International Standards on Auditing (ISAs).

Sections B-1 and B-2 summarize the procedures required by auditing standards applicable in Germany which are in addition to the requirements of International Standards on Auditing (ISAs). Section C-11/CT-9 contains a confirmation that you have complied with these additional audit requirements described in Section B-2 when performing your work.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001021

# Wirecard AG Group audit instructions

## A-2.4 Related parties

Provided below is a list of the Company's related parties prepared by group management.

We require you to review the list of related parties and notify us on a timely basis if you identify issues with the accuracy and completeness of this list.

Any inaccuracy or any related parties not previously identified should be communicated to us as detailed in section B-1.

### Related entities - List of the Company's subsidiaries*:

*as of August 2019

| Components | Shareholdings |
|---|---|
| Wirecard Sales International Holding GmbH, Aschheim (Germany) | 100% |
| Wirecard Payment Solutions Holdings Ltd., Dublin (Ireland) | 100% |
| Wirecard UK and Ireland Ltd., Dublin (Ireland) | 100% |
| Herview Ltd., Dublin (Ireland) | 100% |
| Wirecard Central Eastern Europe GmbH, Graz (Austria) | 100% |
| Wirecard Asia Holding Pte. Ltd. (Singapore) | 100% |
| Wirecard Singapore Pte. Ltd. (Singapore) | 100% |
| Wirecard (Vietnam) Ltd, Hanoi (Vietnam) | 100% |
| Wirecard Payment Solutions Malaysia SDN BHD, Kuala Lumpur (Malaysia) | 100% |
| PT Prima Vista Solusi, Jakarta (Indonesia) | 100% |
| PT Wirecard Technologies Indonesia, Jakarta (Indonesia) (before:PT Aprisma Indonesia, Jakarta (Indonesia)) | 100% |
| Wirecard Myanmar Ltd., Yangon (Myanmar) | 100% |
| Wirecard Thailand Co. Ltd., Bangkok (Thailand) | 100% |
| Wirecard India Private Ltd., Chennai (India) | 100% |
| American Payment Holding Inc., Toronto (Canada) | 100% |
| Hermes I Tickets Pte. Ltd, Chennai (India) | 100% |
| GI Philippines Corp, Manila (Philippines) | 100% |
| Wirecard Forex India Private Ltd., Bangalore (India) | 100% |
| Wirecard Romania S.A., Bucharest (Rumania) | 100% |
| Romcard S.A., Bucharest (Rumania) | 100% |
| Supercard Solutions & Services S.R.L., Bucharest (Rumania) | 100% |
| Wirecard Global Sales GmbH, Aschheim (Germany) | 100% |
| Wirecard Poland Sp.Zo.o., Warsaw (Poland) | 100% |
| Wirecard LLC, Moscow (Russia) | 100% |

Confidential Personal Information
Confidential Discovery Material                                                                            EYGMBH_0001022

## Wirecard AG Group audit instructions

| | |
|---|---|
| Wirecard Mexico S.A. De C.V, Mexico City (Mexico) | 100% |
| Wirecard Technologies GmbH, Aschheim (Germany) | 100% |
| Wirecard Communication Services GmbH, Leipzig (Germany) | 100% |
| Wirecard Retail Services GmbH, Aschheim (Germany) | 100% |
| cardSystems Middle East FZ-LLC, Dubai (UAE) | 100% |
| Wirecard Acceptance Technologies GmbH, Aschheim (Germany) | 100% |
| Wirecard Service Technologies GmbH, Aschheim (Germany) | 100% |
| Wirecard Issuing Technologies GmbH, Aschheim (Germany) | 100% |
| Wirecard NZ Ltd, Auckland (New Zealand) | 100% |
| Wirecard Australia Pty Ltd, Melbourne (Australia) | 100% |
| Wirecard Solutions South Africa (Pty) Ltd, Cape Town (South Africa) | 100% |
| Wirecard Payment Services (Namibia) (Pty) Ltd, Windhoek (Namibia) | 100% |
| Wirecard Slovakia s.r.o., Kosice (Slovakia) | 100% |
| Click2Pay GmbH, Aschheim (Germany) | 100% |
| Wirecard (Gibraltar) Ltd. (Gibraltar) | 100% |
| Wirecard Processing FZ LLC, Dubai (UAE) | 100% |
| Wirecard Acquiring & Issuing GmbH, Aschheim (Germany) | 100% |
| Wirecard Bank AG, Aschheim (Germany) | 100% |
| Wirecard Brasil S.A., Sao Paulo (Brazil) | 100% |
| Wirecard Card Solutions Ltd., Newcastle (UK) | 100% |
| Bejing Wirecard Technology Solutions Co Ltd., Bejing (China) | 100% |
| Wirecard E-Money Philippines Inc., Manila (Philippines) | 100% |
| Wirecard Luxembourg S.A., (Luxembourg) | |
| Wirecard Ödeme ve Elektronik Para Hizmetleri A.Ş., Istanbul (Turkey) | 100% |
| GI Technology Pte. Ltd., Chennai (India) | 60% |
| Wirecard North America Inc., Conshohocken (USA) | 100% |
| Wirecard U.S. Holdings, Inc., Wilmington (USA) | 100% |
| Wirecard Australia A&I Pte. Ltd., Melbourne (Australia) | 100% |
| Wirecard Hong Kong Ltd. (Hong Kong) | 100% |
| Wirecard Payment Solutions Hong Kong (Hong Kong) | 100% |

Confidential Personal Information
Confidential Discovery Material                    EYGMBH_0001023

## Wirecard AG Group audit instructions

### Related persons*

*as of January 2020

| Name of person | Title | Nature of relationship |
|---|---|---|
| Dr. Markus Braun | CEO | Board of Management |
| Alexander von Knoop | CFO | Board of Management |
| Jan Marsalek | COO | Board of Management |
| Susanne Steidl | CPO | Board of Management |
| Thomas Eichelmann | Chairman, Head Audit Committee | Supervisory Board |
| Wulf Matthias | Member | Supervisory Board |
| Alfons W. Henseler | Deputy Chairman (until 18 June 2019) | Supervisory Board (until 18 June 2019) |
| Stefan Klestil | Deputy Chairman (from 18 June 2019) | Supervisory Board |
| Dr. Anastassia Lauterbach | Member Supervisory Board, Member Audit Committee, Head Risk & Compliance Committee | Supervisory Board |
| Vuyiswa V. M'Cwabeni | Member | Supervisory Board |
| Susana Quintana-Plaza | Member | Supervisory Board |

## A-2.5 Ethical requirements, including independence and pre-approval of audit and non-audit services

This section discusses our ethical requirements, including independence requirements and pre-approval of audit and non-audit services. Strict adherence to these instructions is necessary to avoid an impairment of our independence.

For questions or to discuss any matters that pertain to independence, please do not hesitate to contact Gregor Fichtelberger.

As the partner in charge of the component engagement[1], you are responsible for forming a conclusion on compliance with the Ethical and Independence requirements[2] and confirm to us that, in respect of the parent entity and material entities under common control, you are independent in accordance with the International Ethics Standards Board for Accountants (IESBA) code of Ethics applicable for Public Interest Entities with regard to non-audit services and fees. See above for a list of material entities under common control.

In order to manage independence for group purposes we require that you refer to section B-1 *Independence confirmation* of these instructions which provides additional information related to the representation that you are required to provide with respect to independence using the format in Section C-2/CT-2

If you identify any potential conflicts or threats with respect to your independence, please contact us to enable consideration at the group level immediately.

---

[1] The partner in charge of the component engagement is a partner or other person in the firm who is responsible for the component engagement and its performance, and for the report that is issued on behalf of the firm.

[2] Refer to ISA 220.11

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001024

# Wirecard AG Group audit instructions

With regard to services provided to Wirecard AG and its subsidiaries (see discussion of Audit Client below), you and your professional employees are subject to:

- the German / European Union (EU) independence rules,
- IFAC/IESBA independence standards, and

**EY-Teams:**

- the EY Global Independence Policy, which can be found in each Area's Risk Management Community Home Space.

  o Determine that members of the component team comply with all personal independence requirements with respect to the component, including, but not limited to:

    - Financial interests
    - Employment relationships
    - Business relationships

  o Determine that EY is independent with respect to the component, including with respect to:

    - The nature of services provided
    - The nature of fee arrangements
    - Engagement team personnel rotation requirements
    - Business relationships

The Local Engagement Partners providing audit and/or non-audit services to Wirecard AG and any of its subsidiaries have the primary responsibility for ensuring and supervising compliance with the above listed independence rules, standards and requirements by all professional employees (audit and non-audit) in each country.

**Audit Client**

We must be independent from Wirecard AG and its subsidiaries. For EY Teams - a listing of these entities can be found in the Global Independence System (GIS) Family Tree Viewer at **https://gis.ey.net/**. If you do not have access to GIS, please contact the Wirecard Primary Team or                    or              with specific inquires as to whether a specific entity is included as part of the Wirecard audit client.

**Covered Persons**

Wirecard AG Covered Persons include:

- Audit Engagement Team – All audit engagement team members, including non-audit personnel such as tax professionals involved in the testing/review of the tax provision and accrual, valuation experts and other specialists providing assistance in our audit, FAIT professionals, as well as the engagement

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001025

# Wirecard AG Group audit instructions

quality review partner and those who consult or need to be in a position to consult with the engagement team on technical or industry-specific issues, transactions or events (note that this does not include personnel such as administrative assistants, translation department personnel, etc.) **(Category 1 Covered Persons)**;

- Always Covered Persons – Partners who, for independence purposes, are considered Covered Persons with respect to Wirecard based on the attributes of their role or function within the firm, including those in positions of leadership who must maintain the appearance of independence; roles with operating and risk management responsibilities that are in a position to influence the conduct of the Wirecard audits; and individuals who consult on a range of Wirecard audit matters including staffing, ASQ and other relationship matters, and on matters specifically related to the conduct of audits **(Category 2 Covered Persons)**;

- Specific to Wirecard AG, all team members, including all ranks below manager, who provide non-audit services to Wirecard AG, its subsidiaries and any relevant affiliates **(Category 3 Covered Persons)**; or

- Partners in the Munich, Germany office **(Category 4 Covered Persons)**.

**Employment relationships**

There are important restrictions on employment with audit clients for members of the audit engagement team, as well as other professional employees (i.e., those EY professional employees who are not members of the Wirecard audit engagement team). The guidance on employment relationships can be found in the EY Global Independence Policy, Section 102. If an engagement team member enters into employment discussions with Wirecard, the engagement team member must immediately notify the lead audit engagement partner for his/her engagement, the Country Independence Leader for the audit engagement, and Gregor Fichtelberger. The engagement team member should immediately be removed from the Wirecard engagement and should have no further involvement with or participate in further professional services for Wirecard until the employment discussion is resolved. Prior to leaving EY, a professional employee on the audit engagement team who accepts an employment offer from Wirecard must sign a Wirecard-specific Employment Relationship Exit Clause, which can be obtained from the Central Independence Team.

If there are any questions related to potential or current employment offers from Wirecard to engagement team members or other professional employees, or to request the Wirecard-specific Employment Relationship Exit Clause, please contact ▮▮▮▮▮▮▮▮▮▮

**Confirmation of Independence**

In order to manage independence globally and in line with the structure of the Wirecard audit, we require you to provide us Form C-2/CT-2

Any independence matters that come to your attention during the year should be reported immediately via e-mail to ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001026

# Wirecard AG Group audit instructions

## Pre-approval of Audit and Non-audit Services

**Background**

Wirecard AG as a **public-interest entity (PIE)**, which shares are traded at the German Stock Exchange and EY as the auditor of the Wirecard AG needs to comply with law in force in the European Union and Germany.

As described by the **Regulation No. 537/2014 of the European Union** provision of non-audit services is limited for the auditor of a PIE. <u>Non-audit services</u> are all services excluding the audit of the individual or the consolidated financial statement of Wirecard AG.

The regulation also describes the exemptions and the circumstances when such services are allowed. Based on rules defined by the supervisory board a <u>pre-approval of the Audit Committee and/or the Supervisory Board</u> is necessary for all non-audit services provided to the Wirecard Group to ensure the service will not impair the independence of EY.

**Procedures to perform**

Prior to starting any work and as part of your PACE submission the following **Pre-Approval Templates** have to be completed and submitted for each non-audit service to be provided to the Wirecard Group which will be performed starting during the financial year 1 January 2019 until 31 December 2019 or later.



Wirecard_Pre-Appr   WDAG_Preapproval
oval Template_.xlsx Template 2019-clean.

The pre-approval process has to be initiated by the partner of the service line requesting to offer/ providing non-audit services from the above mentioned period. The template has to include the scope of the work at submission and has to be sent to Martin Dahmen, Lead Audit Partner of the Wirecard AG audit (please refer to section A-3.2 for the respective contact details). The communication with the Supervisory Board of Wirecard AG will be handled solely by ███████████.

Please note that the pre-approval requirement also applies for the non-attestation subsidiaries, if EY provides non-audit services to the given subsidiary.

**Timing of procedures:**

All non-audit services should be reported as soon as requested by the client.

The finalization of the pre-approval process is necessary before providing the requested non-audit service to the Wirecard Group.

**Contact:**

In case of questions, please contact ████████████.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001027

## Wirecard AG Group audit instructions

Section A-3

# A-3 Timetable of communications, EY contacts and communication protocols

## A-3.1 Timetable

**Timetable for Non-EY Engagement Teams and EY Foreign Engagement Teams**

| Description of communication | Reference | Due dates | Relevant Audit Scope |
|---|---|---|---|
| **COMPONENT REPORTING** | | | |
| Acknowledgement of receipt of Group Audit Instructions | C-1/CT-1 | immediately | All |
| Confirmation regarding the requirements of Article 18 MAR | C-1.1/CT-1.1 | immediately | All |
| Compliance with ethical requirements, including independence | C-2.1/CT-2 | immediately | All |
| 704DE(R) Component team independence procedures | 704 | immediately | For all-EY Engagement Teams |
| Understanding of the component auditor | C-2.2/ | immediately | For all Non-EY Engagement Teams |
| Audit planning memorandum | C-3/CT-3 | 29 November 2019 | Full Scope |
| Early warning memorandum (EWM) | C-4/CT-4 | As soon as issues are noted | All |
| Reporting critical open accounting and auditing issues | C-5A | 14 February 2020 | Full Scope & Specific Scope |
| Reporting critical open accounting and auditing issues | C-5A | 21 February 2020 | Full Scope & Specific Scope |
| (Pre-)Closing Call | Call | 21 February 2020 – time slot for each component team to be determined / please provide time slot suggestions based on your availability | All Full Scope & major Specific Scope (Wirecard Card Solutions Ltd., UK / Wirecard Singapore Pte. Ltd., Singapore) |
| Auditor's report on the audit of financial information for group audit purposes | C-5/CT-5 | 28 February 2020 | Full Scope |
| Auditor's report to the Group Auditor on the audit of specified account balances and further review procedures performed for group audit purposes | C-5.1/CT-5.SS | 28 February 2020 | Specific Scope |
| Final summary memorandum | C-6/CT-6 | 28 February 2020 | All |
| Overall Analytical Review | C-6.1/C | 28 February 2020 | All |
| Summary of identified misstatements | C-7/CT-7 | 28 February 2020 | All |
| Summary of deficiencies in internal control | C-8/CT-8 | 28 February 2020 | All |
| Component auditor confirmation, Final Confirmation | C-9/CT-9 | 28 February 2020 | All |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001028

# Wirecard AG Group audit instructions

| Reporting package identification | C-10/CT-10 | 28 February 2020 | All |
|---|---|---|---|
| Reporting package signed for identification | C-10/CT-10 | 28 February 2020 | All |
| Subsequent events procedures | C-11/CT-11 | 23 March 2020 | All |
| Management letter | C-12/CT-12 | 6 March 2020 | All |
| **Archiving**<br>Expected date for you to finalize and archive the documentation that supports your work on the Group Auditor's report. | Please complete, finalize and archive the documentation that supports your work on the component no more than 25 days after the date of the group auditors' report. | | All |

**Please immediately advise Gregor Fichtelberger if you anticipate that you will not be able to meet one or more of the requested deadlines.**

Refer to the relevant schedules in Section C for guidance on the content of each communication.

## A-3.2 Group Auditor contacts

**Group Auditor contacts**

| Name | Level | Phone no. | Mobile phone no. | Email address |
|---|---|---|---|---|
| | Partner in Charge | | | |
| | Senior Advisory Partner | | | |
| | Coordinating Associate Partner | | | |
| | Senior Manager | | | |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001029

# Wirecard AG Group audit instructions

## A-3.3 Planned conference calls and EY visits

We plan to hold regular conference calls and visits with component auditors and component management as applicable. These will be communicated to the component auditors in advance separately.

## A-3.4 Key client deadlines

| Event | Date |
|---|---|
| Local IFRS figures/reporting packages of the subsidiaries are reported to group level | 23 January 2020 |
| Anticipated Signing date of the Audit Report on the consolidated financials | 7 April 2020 |
| Supervisory Board Meeting | 7 April 2020 |

We will inform you in case of any material changes of these deadlines.

## A-3.5 Communication protocols

It is expected that all communications will be submitted by the component auditor in accordance with the timetable outlined in section A-3. Any potential delays are communicated immediately.

Open lines of communication between you, as component auditor, and us, as the Group Auditor, are essential to the effective execution of the group audit. Therefore, in addition to the communications required in these instructions, the following general protocols apply:

► Issues are to be communicated on a timely basis, even if the relevant reporting deliverables are not yet due. Please contact ▮▮▮▮▮▮▮▮▮▮▮ for any matters that may be significant to the group audit as soon as you become aware of them;

► The hardcopy of the reporting deliverables should be manually signed by the partner in charge of the component engagement, scanned and submitted on the reporting date indicated in the timetable in Section A-3.1 to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please contact or send all communications to the persons specified below:

► Communication of significant matters, including significant accounting and auditing issues  ▮▮▮▮▮▮▮

Also refer to Sections A-3.2 for a complete list of EY contacts.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001030

# Wirecard AG Group audit instructions

We request that you adhere to the following communication protocols when sending your communications:

► All requested information and reports should be completed in English or German language.
► Relevant templates in Section C should not be modified.

## A-3.6 Statutory Audit

Non-EY Engagement Teams and EY Foreign Engagement Teams with statutory audit requirements have to determine locally the timing of the statutory audit; however, Wirecard Group Management expects an immediate start of the statutory audits after finalizing the work procedures for the Wirecard Group Audit. The extent to which component teams can rely on the procedures performed for group audit purposes, or whether additional procedures are necessary due to differences in scope and materiality must be determined by the local component team.

If a local statutory audit has been performed, please provide us with your respective audit report for the financial year 31 December 2018. If you do not perform a statutory audit, please inform us respectively.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001031

# Wirecard AG Group audit instructions

## A-4 Representation letters

Attached below is the representation letter which is mandatory for all engagements. These representations have been agreed with group management.

Please include this wording in your representation letter from component management and attach your Summary of identified misstatements (please refer to C-7/CT-7) to the representation letter. Your representation letter covers the period from 1 January 2019 through 31 December 2019.



Representation
Letter_Template.doc

You are required to confirm in your *Final summary memorandum* (C-6/CT-6) that you have obtained the written representations from component management and notify us immediately when there are exceptions noted to the standard wording communicated to you.

Please note that we **do not expect changes to be made** to the content of the template. However, if you believe changes need to be made to the representation letter, please **consult with us prior to doing so**.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001032

# Wirecard AG Group audit instructions

# A-5 Engagement Letter

We have obtained an engagement letter with Wirecard AG that covers the Group Audit.

However, the local component teams are required to obtain a separate engagement letter from local management for purposes of the group audit including respective fee agreements.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001033

## Wirecard AG Group audit instructions

# Scope of work

## B-1   General

We have defined scope levels and any additional procedures required for group audit purposes as follows:

▶ **An audit of the financial information of the component**, in accordance with International Standards on Auditing (ISAs), using materiality levels assigned to the component, and a report to us using the auditor's report template in **Section C-5/CT.5.FS (Full Scope Engagement)**

▶ **An audit of one or more account balances,** in accordance with International Standards on Auditing (ISAs), and **further review procedures** of financial information of the component in accordance with the auditing standards applicable in Germany and International Standard on Review Engagements (ISRE) 2400, using the materiality levels assigned to the component, and a report to us using the auditor's report template in **Section C-5.1/CT.5SS (Specific Scope Engagement)**

All amounts are reported in **EUR**.

The following table (**Scoping Dashboard**) shows the scope level for respective component of Wirecard AG:

**Note:** In prior year several components had been scoped a "review scope" with additional specified procedures. For the current year we have used a "specific scope" level, which in essence represents a quite similar scope. See below table for additional information on the accounts in scope. Apart from the specific scope accounts we ask you – unchanged to prior year – to perform and report on overall analytical procedures over the reporting package.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001034

# Wirecard AG Group audit instructions

Section B-2

| Component | Audit Firm | Scope level | Focus Areas + Specific Scope Accounts | Component performance materiality | Threshold for clearly trivial misstaments |
|---|---|---|---|---|---|
| **Non-EY Engagement Teams** | | | | | |
| Wirecard Bank AG, Aschheim (Germany) | PricewaterhouseCoopers GmbH, Germany | Full Scope | Focus Area: Impairment of loans; Revenue and receivables from software license sales & (purchased) Software | kEUR 3.000 | kEUR 1.000 |
| Wirecard Asia Holding Pte. Ltd., Singapore | RSM Singapore, Singapore | Full Scope | Focus Area: Acquired customer relationships / portfolios, Revenue and receivables from software license sales & (purchased) Software | kEUR 2.000 | kEUR 500 |
| Wirecard Payment Solution Hong Kong Limited, Hong Kong | BDO Limited, Hong Kong | Specific Scope (PY: Full Scope) | Specific Scope Accounts: Other intangible assets, Cash and cash equivalents (incl bank confirmations), Other non-current liabilities, Accrual for outstanding invoices, Revenues and receivables incl. revenue from software license sales (focus area), Cost of Materials | kEUR 2.000 | kEUR 500 |
| Wirecard UK and Ireland Ltd., Dublin (Ireland) - except for 3rd party acquiring* - | PKF O'Connor, Leddy & Holmes Ltd, Dublin/Ireland | Full Scope | Focus Area: Acquired customer relationships / portfolios, Revenue and receivables from software license sales | kEUR 2.000 | kEUR 500 |
| Hermes I Tickets Private Limited, Chennai (India) | PricewaterhouseCoopers, India | Full Scope | Focus Area: Acquired customer relationships / portfolios, Revenue and receivables from software license sales | kEUR 2.000 | kEUR 500 |
| PT Prima Vista Solusi, Jakarta (Indonesia) | Nexia KPS, Indonesia | Specific Scope | Specific Scope Accounts: Property, Plant & Equipment; Cash and cash equivalents (incl. bank confirmations), Revenue and receivables from software license sales (focus area) | kEUR 2.000 | kEUR 500 |
| PT Aprisma Indonesia, Jakarta (Indonesia) | Nexia KPS, Indonesia | Specific Scope | Specific Scope Accounts: Acquired customer relationships / portfolios (focus area); Cash and cash equivalents (incl. bank confirmations), Revenue and receivables from software license sales (focus area) | kEUR 2.000 | kEUR 500 |

Form 701GL+DE)

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001035

## Wirecard AG Group audit instructions

Section B-2

| | | | | | |
|---|---|---|---|---|---|
| Wirecard Solutions South Africa (Pty) Ltd, Cape Town (South Africa) | BDV Platinum, South Africa | Specific Scope | Specific Scope Accounts: Acquired customer relationships / portfolios (focus area); Cash and cash equivalents (incl. bank confirmations), revenue and receivables from software license sales (focus area) | kEUR 2.000 | kEUR 500 |
| Wirecard Romania S.A., Bukarest (Romania) | Deloitte, Romania | Specific Scope | Specific Scope Accounts: Acquired customer relationships / portfolios (focus area); Cash and cash equivalents (incl. bank confirmations), revenue and receivables from software license sales (focus area) | kEUR 2.000 | kEUR 500 |
| Wirecard Brasil S.A., Sao Paulo (Brazil) | BDO Brazil | Specific Scope (PY: Review Scope) | Specific Scope Accounts: Receivables of acquiring business, Cash and Cash Equivalents (incl. bank confirmations), Liabilities of the acquiring business, revenue and receivables from software license sales (focus area) | kEUR 2.000 | kEUR 500 |
| Wirecard India Private Limited | RSM India | Specific Scope (PY: Out-of Scope) | Specific Scope Accounts: Prepaid expenses, Other current assets, Cash and cash equivalents (incl. bank confirmations), Other non-current liabilities, Accrual for outstanding invoices, Revenues and receivables incl. revenue from software license sales (focus area), Cost of Materials, Interest exp. of long-termed n/cash | kEUR 2.000 | kEUR 500 |

Form 701GL+DE)

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001036

# Wirecard AG Group audit instructions

Section B-2

| Component | Audit Firm | Scope level | Focus Areas * Specific Scope Accounts | Component performance materiality | Threshold for clearly trivial misstaments |
|---|---|---|---|---|---|
| **EY Foreign Engagement Teams** | | | | | |
| Wirecard North America Inc., Conshohocken (USA) | Ernst & Young LLP, USA | Full Scope | Focus Area: Acquired customer relationships / portfolios, revenue and receivables from software license sales (focus area) | kEUR 2.500 | kEUR 500 |
| Wirecard Singapore Pte. Ltd. Singapore | Ernst & Young LLP, Singapore | Specific Scope (PY: Review Scope) | Specific Scope Accounts: Acquired customer relationships / portfolios (focus area), Receivables from 3rd party acquiring business (focus area), Cash and cash equivalents (incl bank confirmations), Customer deposits from banking operations, revenue and receivables from software license sales (focus area), revenues, receivables and cost of materials from 3rd party acquiring business (focus area) | kEUR 2.000 | kEUR 500 |
| Wirecard Card Solutions Ltd., Bristol (UK) | Ernst & Young LLP, UK | Specific Scope | Specific Scope Accounts: Acquired customer relationships / portfolios (focus area), Receivables Issuing (incl. allowance), Securities held, Cash and cash equivalents (incl. bank confirmations), Liabilities of the acquiring business, Trade payables, Customer deposits, Revenues Issuing Business, Cost of materials Issuing Business | kEUR 2.000 | kEUR 500 |

Form 701GL+DE)

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001037

# Wirecard AG Group audit instructions

Section B-2

| Component | Audit Firm | Scope level | Focus Areas + Specific Scope Accounts | Component performance materiality | Threshold for clearly trivial misstaments |
|---|---|---|---|---|---|
| **EY Germany Engagement Teams** | | | | | |
| Wirecard AG, Aschheim (Germany) | Ernst & Young GmbH, Germany (Primary Team) | Full Scope | Focus Area: revenue and receivables from software license sales & (purchased) Software | kEUR 4.000 | kEUR 1.000 |
| Wirecard Technologies GmbH, Aschheim (Germany) | Ernst & Young GmbH, Germany (Primary Team) | Full Scope | Focus Area: Acquired customer relationships / portfolios, revenues, receivables and cost of materials from 3rd party acquiring business (focus area), revenue and receivables from software license sales & (purchased) Software | kEUR 3.000 | kEUR 1.000 |
| cardSystems Middle East FZ-LLC, Dubai (UAE) | Ernst & Young GmbH, Germany (Primary Team) | Full Scope | Focus Area: Acquired customer relationships / portfolios, revenues, receivables and cost of materials from 3rd party acquiring business (focus area), revenue and receivables from software license sales & (purchased) Software | kEUR 4.500 | kEUR 1.000 |
| Wirecard UK and Ireland Ltd., Dublin (Ireland) - 3rd party acquiring only* - | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope | Receivables and escrow account from 3rd party acquiring business, Revenues and cost of materials from 3rd party acquiring business (focus area) | kEUR 2.000 | kEUR 1.000 |
| Wirecard Global Sales GmbH, Aschheim (Germany) | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope | Specific Scope Accounts: Cash and cash equivalents (incl bank confirmations); Wages and Salaries | kEUR 3.000 | kEUR 1.000 |
| Wirecard Acceptance Technologies GmbH, Aschheim (Germany) | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope | Specific Scope Accounts: Cash and cash equivalents (incl bank confirmations); Wages and Salaries | kEUR 3.000 | kEUR 1.000 |
| Wirecard Issuing Technologies GmbH, Aschheim (Germany) | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope | Specific Scope Accounts: Cash and cash equivalents (incl bank confirmations); Wages and Salaries | kEUR 3.000 | kEUR 1.000 |
| Wirecard Service Technologies GmbH | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope | Specific Scope Accounts: Cash and cash equivalents (incl bank confirmations); Wages and Salaries | kEUR 3.000 | kEUR 1.000 |

Form 701GL+DE)

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001038

## Wirecard AG Group audit instructions

**Section B-2**

| Wirecard Processing FZ-LLC, Dubai (UAE) | Ernst & Young GmbH, Germany (Primary Team) | Specific Scope | Specific Scope Accounts: Internally-generated intangible assets; (Purchased) Software (focus area); Property, plant and equipment; Cash and cash equivalents (incl bank confirmations), Revenue and receivables from software license sales (focus area) | kEUR 2.000 | kEUR 1.000 |

\* Wirecard UK and Ireland Ltd., Dublin (Ireland): For Group audit purposes, the existence and recoverability of accounts receivables from 3rd party acquirer as well as related revenues and cost of materials are audited centrally.

Form 701GL+DE)

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001039

# Wirecard AG Group audit instructions

## Focus Areas:

For group audit purposes, we defined focus areas. For these focus areas, additional exemplary audit procedures are described below that should be considered by the respective (full and specific scope) component teams. Teams are expected to refer to these focus areas in the audit planning memorandum and in the final summary memorandum. For the FY 2019 audit those focus areas are:

- Acquired customer relationships / portfolios;
- Receivables and escrow account from 3rd party acquiring business as well as revenues and cost of materials from 3rd party acquiring business;
- Revenue from software license sales and (purchased) software (additions in intangible assets);
- Impairment of loans for Wirecard Bank AG.
- Cash and cash equivalents: bank confirmations*

| Account/Class of transactions | Procedure (nature and extent) |
|---|---|
| **Acquired customer relationships / portfolios** | As a **specific focus area for the 2019 audit**, please perform the following procedures to identify impairment indicators for acquired customer relationships / portfolios: <br><br> a) Obtain an understanding of the process of estimation of future cash flows for acquired customer relationships / portfolios <br><br> b) Check the estimation of future cash flows for reasonableness <br><br> c) Perform a further analysis to identify triggering events in accordance with IAS 38.111 and IAS 36 <br><br> d) If you conclude that the future cash flows are not reasonably estimated or other triggering events are identified, please contact Gregor Fichtelberger to coordinate further impairment testing for these acquired customer relationships / portfolios with assistance of EY valuation experts |
| **Receivables and escrow account from 3rd party acquiring business as well as revenues and cost of materials from 3rd party acquiring business** | As a **specific focus area for the 2019 audit**, please perform the following procedures: <br><br> a) Obtain an understanding of the process to identify and understand the risks, especially by <br><br> - obtaining an understanding of the critical path of process <br> - considering the effects of IT on process <br> - identifying risks of material misstatement <br> - identifying controls covering risks of material misstatement and assess, if controls are designed effective <br><br> b) Perform a walkthrough to confirm your understanding of the process is as documented and to confirm the points where data is captured, transferred or modified, especially <br><br> - perform walkthroughs of the critical path of process including IT systems <br> - walkthrough relevant controls over significant risks and asses, if the controls are implemented <br><br> c) Based on your work procedures assess if the revenue recognition is in accordance with IFRS and discuss any critical accounting treatment with the component management <br><br> d) Substantive testing: For procedures on receivables/escrow accounts and revenue accounts consider the assigned materiality and related significant risk to determine appropriate testing thresholds, sample sizes and level of expectations for analytical procedures. |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001040

# Wirecard AG Group audit instructions

| | |
|---|---|
| **Revenue and receivables from software license sales** | In prior year in connection with whistleblower allegations against the Wirecard Group additional audit procedures have been performed. |
| | For the **current year audit** the related accounts continue to be a **specific area of focus.** |
| | In addition to the above-mentioned steps for revenue and receivables on classes of transactions, walkthrough, controls and detailed testing, please check: |
| | the counterparty (full name and address), the software license sold, the contractually agreed sales price; |
| | the sale agreement, invoice, evidence for delivery of software license to customer; declaration of acceptance; |
| | the cash collection (based on bank statements) as well as the estimated credit loss / impairment for receivables from software license sales; focus on aged / overdue receivables |
| | **Any material software license revenue in fiscal year 2019 (revenue in 2019 > MEUR 3) should be reported to us.** |
| **(Purchased) Software, additions in intangible assets/software** | In prior year in connection with whistleblower allegations against the Wirecard Group additional audit procedures have been performed. |
| | For the **current year audit** the related accounts continue to be a **specific area of focus.** Please perform the following procedures: |
| | a) Obtain an <u>understanding of the process</u> of additions in intangible assets including controls for the approval of purchase invoices under a 4-eyes principle |
| | b) Perform a <u>walkthrough</u> to confirm your understanding of the process is as documented and to confirm the points where data is captured, transferred or modified, especially |
| | - perform walkthroughs of the critical path of process including IT systems<br>- walkthrough relevant controls over significant risks and asses, if the controls are implemented |
| | c) Assess the economic substance of the purchase |
| | d) Substantive testing: consider the assigned materiality and related significant risk to determine appropriate testing thresholds, sample sizes and level of expectations for analytical procedures. |
| | In addition please report to us: |
| | • **Any material software acquisition in fiscal year 2019 (purchase price in 2019 > MEUR 3):** |
| | Please specify the counterparty (full name and address), the software purchased, the contractually agreed purchase price and the amounts paid; |
| | Please specify the support received and audited by you, if any: purchase agreement, invoice, bank statements for cash paid. |
| **Impairment of loans for Wirecard Bank AG** | Please see supplemental instructions for Wirecard Bank AG |
| **Cash and cash equivalents** | Bank confirmations*: |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001041

# Wirecard AG Group audit instructions

| | Obtain a complete list of bank accounts (debit and credit balances) as well as related loan and similar contracts. **Obtain confirmations of bank balances for <u>all kinds of business relations</u> with financial institutions and other financial service providers, including bank accounts closed during the year.** Review the confirmation replies to confirm the relationship with the bank including contingencies, liens, pledges, restrictions on the entity's assets, guaranteed amounts, etc. Document the rationale for those exceptional cases where we decide not to confirm specific relations to financial institutions. |
|---|---|

\* Please note that there is a **general requirement** to obtain **bank confirmations**\* for all kinds of business relationships with financial institutions and other financial service providers according to German GAAS IDW PS 302nF.

**Materiality levels**

We have determined the component performance materiality and the threshold for clearly trivial misstatements for your engagement. [1] Those amounts are included in Section B-2 of these instructions.

**Component performance materiality** is the amount you should use for purposes of:

*For an audit of the financial information of the component*

- Assessing the risks of material misstatement of the financial information of the component

- Designing audit procedures in response to the assessed risks

*For a review:*

- Making inquiries and designing and performing analytical review procedures

*For all scopes*

- Evaluating whether detected misstatements are material, individually or in the aggregate, to the component

**The threshold for clearly trivial misstatements** is the amount below which misstatements need not to be accumulated during the audit or review of the component financial information. [2] Corrected and uncorrected misstatements above the threshold for clearly trivial misstatements should be reported on your Summary of identified misstatements.

For purposes of the engagement, **component materiality** has been set at the same amount as component performance materiality as described above.

---

[1] Refer to ISA 600.22 and related application material ISA 600.A46

[2] Refer to ISA 600.21

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001042

# Wirecard AG Group audit instructions

**Communication of additional significant risks identified at component level**

We have identified and communicated in Section A-1.2 the significant risks of material misstatement of the group financial statements, including, where applicable, risks of material misstatement due to fraud.

Please review the list communicated in Section A-1.2. If you identify additional significant risks of material misstatement of the group financial statements at component level, please document these identified risks in the *Audit planning memorandum* (C-3/CT-3) or in the *Early warning memorandum* (C-4/CT-4), if you already submitted the Audit planning memorandum.

**Related parties**

Please review the list of related parties communicated in Section A-2.4 and notify us on a timely basis if you identify issues with the accuracy and completeness of this list. Any inaccuracy or any related parties not previously identified should be communicated to us immediately using the *Early warning memorandum* (C-4/CT-4).

**Deficiencies in internal control at component level**

Communicate to us any deficiencies in internal control (C-8/CT-8) at the component level identified during the performance of your work on the financial information of the component.

**Archiving of supporting documentation**

Please complete, finalize and archive the documentation that supports your work on the component no more than **25 days** after the date of the group auditors' report.

**Workpaper retention period**

Please retain your workpapers for a period of 10 years following the year of the group auditor's report.
**Workpaper Access as required by the German regulator according to Sect. 51b (6) WPO (Wirtschaftsprüferordnung – Public Accountant Act) for third country auditors**

As the Group Auditor, we will provide direct supervision, perform site visits, and/or review your audit workpapers. Our workpaper review will be performed in accordance with ISA 600. We might retain copies of your workpapers for certain important higher-risk areas. According to Sect. 51b (6) WPO, our regulator might request access to your workpapers; please refer to section C-1/CT-1 for your confirmation to grant that access or to indicate the regulations in your country which prevent you from doing so. **We will contact you with further details of our involvement in your work at a later date.**

***Background*** – Sect. 51b (6) WPO, which implements Article 27c of the Directive 2006/43/EC of the European Parliament and of the Council of 17 Mai 2006 on statutory audits of annual accounts and consolidated accounts states the following:

*"Wirtschaftsprüfer (German Public Auditors) who carry out an audit of consolidated financial statements are required upon written or electronic request to hand over to the Wirtschaftsprüferkammer (Chamber of Public Accountants – WPK) the materials concerning the work of third country auditors or audit firms that audit the*

---

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001043

# Wirecard AG Group audit instructions

*components included in the consolidated financial statements, provided they are not registered pursuant to Sect. 134 (1) WPO and no cooperation agreement pursuant to Sect. 57 (9) Sentence 5 No. 3 WPO exists.*

*If the Wirtschaftsprüfer do not receive access to the materials concerning the work of auditors or audit firms from third countries, they must document the attempt to obtain them and the obstacles encountered and state the reasons to the WPK upon written or electronic request."*

**Clarification about the definition of third countries** – Third countries are defined as countries which are not a member state of the European Union (EU) or treaty nation in the European Economic Area (EEA) or Switzerland. An exception from the above requirement exists if the auditors or audit firms from third countries, that audit the components included in the consolidated financial statements, are registered pursuant to Sect. 134 (1) WPO or if a cooperation agreement pursuant to Sect. 57 (9) Sentence 5 No. 3 WPO exists.

An updated English translation of the WPO is expected to be available under http://www.wpk.de. Note: Open section "WPK – Legal Statutes" to find the Public Accountant Act (WPO).

***These regulations make the Group Auditor responsible for complying with such a request.***

To satisfy the requirements of the German regulators (Chamber of Public Accountants - WPK / Auditor Oversight Body - APAS) that we have taken appropriate action to receive access to audit workpapers from third countries for the inspection staff, we are required to identify whether a refusal to transfer or to allow access is based on client confidentiality obligations, legal or regulatory provisions or any other matter.

Component teams should answer one of the statements in C-1/CT-1. Statements a. and b. indicate that the foreign authority will supply information to the German Regulator upon request in accordance with Article 36 of the EU directive 2006/43/EC.

Third country auditors without regulatory registration or cooperation agreement (statement c.) are not covered by the EU directive 2006/43/EC. Accordingly, any workpapers requested by the German Regulator during an inspection should be provided by the EY team in accordance with ISA 600.42 (b). If local laws and regulations do not permit that foreign component teams grant access to their workpapers, they should indicate the specific regulation preventing access.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001044

## Wirecard AG Group audit instructions

### B-2.1  Full Scope Engagement

You are requested to perform an audit of the financial information of the component for group audit purposes.

The financial information of the component for which you are responsible will be included in the group financial statements of Wirecard AG. We intend to evaluate and, if considered appropriate, use your work for the audit of the group financial statements. We will be involved in the work you perform for group reporting purposes as we consider necessary.

An audit for group audit purposes consists of an **audit** of the financial information of the **Full Scope** Engagement in accordance with the auditing standards applicable in Germany and ISAs, using the materiality levels in the table in section B-1 above.

In addition to performing an audit for group audit purposes using your assigned component performance materiality as stated above, we request you to perform certain procedures in addition to those required by the ISAs to support the group audit. The nature, timing and extent of these procedures are described below.

**Specific tax instructions (all Full Scope Engagements)**

As part of our Year-End Audit Instructions, we request that the **component teams of foreign Wirecard subsidiaries that are not served by the accounting department located in Aschheim, Germany**, should perform sufficient work procedures to address the following tax related topics:

(1)  Amendments due to differences in the tax base:

- tax exempt income from dividends and capital gains
- other tax exempt income
- non deductible business expenses
- non deductible depreciation

(2)  Recognition and measurement of deferred tax assets

- change in valuation allowances of deferred taxes
- utilization of tax losses carried forward (without recognition of deferred tax assets [DTA])
- tax losses carried forward without recognition of DTA
- DTA on balance sheet items which were not recognized

(3)  Aperiodic tax effects

- non-periodic (prior year) current taxes
- foreign taxes
- non-periodic (prior year) deferred taxes
- effects from tax credits

(4)  Tax exposures

- Documentation on any recorded or unrecorded tax exposure items

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001045

# Wirecard AG Group audit instructions

Furthermore, we request the impacted component teams as mentioned above to discuss the tax related topics (1) – (4) in a separate part of the Final Summary Memorandum (C-9/CT-9).

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001046

# Wirecard AG Group audit instructions

## B-2.2  Specific Scope Engagement

**You are requested to perform an audit of specified account balances and further review procedures of the financial information of the component for group audit purposes ("specified work procedures").**

The financial information of the component for which you are responsible will be included in the group financial statements of Wirecard AG. We intend to evaluate and, if considered appropriate, use your work for the audit of the group financial statements. We will be involved in the work you perform for group reporting purposes as we consider necessary.

An audit of specified account balances consists of an audit in accordance with the auditing standards applicable in Germany and ISAs, using the following materiality levels in the table in section B-1 above:

In addition to procedures related to specific scope accounts listed in section B-1 above, an audit of certain account balances includes the performance of **subsequent events procedures** (German GAAS requirement). Communicate the results of the subsequent events procedures performed to us using the format provided in section C-11/CT-11.

In addition to the audit procedures for the specified account balances, we request you to perform **further review procedures** for group audit purposes of the financial information of the component consisting primarily of analytical procedures and inquiries of operating and financial personnel in accordance with International Standard on Review Engagements (ISRE 2400) using the above described component performance materiality and threshold for clearly trivial misstatements.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001047

# Wirecard AG Group audit instructions

## B-3    Subsequent events procedures

### Full Scope and Specific Scope Engagements

You are required to perform subsequent events procedures[1], covering the period from the date of your *Final summary memorandum* to 23 March 2020. The subsequent events procedures should include the following procedures[2]:

Discuss with component management whether there have been significant events after reporting which

- may have a material impact on the group audit opinion, or
- must be disclosed as subsequent events in accordance with IAS 10 in the notes to group financial statements or § 315 II Nr. 1 HGB in the group management report of Wirecard AG, or
- may have a material impact on the presentation of the net assets, financial position and results of operations of the component

► Review minutes of the component after the balance sheet date

► Review of interim financial statements of the component

► Inquire or extend previous inquiries of the entity's (internal or external) lawyers concerning litigation and claims

► Perform a Search for unrecorded liabilities based on a threshold of 25% of component performance materiality

Communicate the results of the subsequent events procedures performed to us using the template in Section C-11/CT-11.

---

[1] As required by ISA 560

[2] ISA 600.38

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001048

# Reporting forms

The reporting forms are distributed in a separate document

Confidential Personal Information
Confidential Discovery Material

# Wirecard AG Group audit instructions

## Attachments

### D-1    Group Accounting Policy Manual

The Group Accounting Policy Manual will be provided separately.

However, there are no material changes in company's accounting methods and therefore no material changes in company's accounting manual are expected compared to the attached consolidated financial statements as of 31 December 2018, except of the initial application of IFRS 16 Leases.

### D-2    Detailed Instructions IFRS 16 Leases

The detailed instructions will be provided separately.

### D-3    Supplemental Instructions Impairment of loans for Wirecard Bank AG

The detailed instructions will be provided separately.

Confidential Personal Information
Confidential Discovery Material