# EXHIBIT 10
# [Plaintiffs' Ex. 15]



# Wirecard AG

## IFRS 15 transition

### Supplement to the group audit instructions 2018 dated 19 October 2018

FY 2018

31 October 2018

Confidential Personal Information
Confidential Discovery Material

```
```

## Table of Contents

1. Purpose of the supplement ................................................................................................ 3
2. Background ....................................................................................................................... 3
3. Wirecard IFRS 15 transition approach .............................................................................. 4
4. Scoping for transition related audit procedures ................................................................ 5
5. Procedures performed by the Primary Team .................................................................... 5
6. Audit procedures required by the Component Team ........................................................ 5
7. Extent, timing and reporting .............................................................................................. 7

Appendix 1 – EY guidance on IFRS 15 .................................................................................. 8
Appendix 2 – IFRS 15 Accounting Memo .............................................................................. 8

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000498

# 1. Purpose of the supplement

Wirecard has adopted IFRS 15, **Revenue from Contracts with Customers**, on the basis of a modified retrospective approach on 1 January 2018. EY will issue the first audit opinion under IFRS 15 for FY 2018.

The purpose of this supplement to the group audit instructions 2018 dated 19 October 2018 (group audit instructions) is to specify the **audit procedures required for the IFRS 15 transition**.

# 2. Background

**IFRS 15** was published in May 2014 and establishes a new five-step model that will apply to revenues arising from contracts with customers. Under IFRS 15, revenue is recognized at an amount that reflects the consideration to which an entity expects to be entitled in exchange for transferring goods or services to a customer. The principles in IFRS 15 provide a more structured approach to measuring and recognizing revenues. The new regulation is applicable to all entities and will supersede all current revenue recognition requirements under IAS/IFRS. The IASB published the final clarifications on IFRS 15 in the mid April 2016. In particular, the amendments clarify implementation issues. These issues relate to the identification of performance obligations, the application guidelines for principal-agent relationships, licenses for intellectual property and transitional provisions.

The principles in IFRS 15 are applied using the following five steps:

1. Identify the contract(s) with a customer
2. Identify the performance obligations in the contract
3. Determine the transaction price
4. Allocate the transaction price to the performance obligations in the contract
5. Recognize revenue when (or as) the entity satisfies a performance obligation

Entities will need to exercise judgement when considering the terms of the contract(s) and all of the facts and circumstances, including implied contract terms. Entities will also have to apply the requirements of the standard consistently to contracts with similar characteristics and in similar circumstances. To assist entities, IFRS 15 includes detailed application guidance. The IASB also included more than 60 illustrative examples.

For further guidance on IFRS 15, please refer to the **EY guidance** "Applying IFRS - IFRS 15 Revenue from Contracts with Customers - A closer look at the new revenue recognition standard (Updated October 2017)" attached as *Appendix 1*.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000499

## 3. Wirecard IFRS 15 transition approach

**Wirecard Corporate Accounting** has set up a central project to assess the implications of the adoption and to adjust the current **group accounting policies** accordingly. Documentation and guidance for the transition is provided in different **IFRS 15 Accounting Memos** which document the changes resulting from IFRS 15 for material revenue streams. Based on the central assessment of IFRS 15, Wirecard came to the following results:

**Transaction-based services (acquiring and issuing processing services):**

Wirecard offers transaction-based services in many areas of issuing and acquiring, as well as in the area of banking services. In this regard, it is in principle not the processed transaction that is recognized as revenue but rather always only the fees received from the retailer or private customer. The fees for the credit card companies, payment service providers and external technical operators are included under the cost of materials. This is still the case even if external acquiring partners are used for processing transactions because Wirecard is subject to the significant opportunities and risks associated with the transactions and is thus considered to be the principal in these transactions in the sense of IAS 18. In the case of transaction-based business, IFRS 15 will not result in any change to the amount or date at which the revenue is recognized because there is also no requirement to treat transaction-based revenue differently according to the new standard. If external acquiring partners are used for the processing of the transactions, we analyzed further whether Wirecard will also be considered to be the principal in future in accordance with the new rules in IFRS 15. Based on this analysis, these revenues will continue to be reported using the gross presentation method in future (disclosure of the fees from retailers under revenues and the expenses for the acquiring partner under cost of materials). In addition, IFRS 15 will not result in any change to the date at which the revenue is recognized.

**Non-transaction-based business (breakage in the prepaid card issuing business):**

In the case of non-transaction-based business, there will be a change to the date at which the revenue is recognized for some business transactions. In particular, it is expected that there will be an effect on the recognition of revenues from the credit balances on expired prepaid cards so that revenue is recognized earlier than it has been up to now. The primary reason for this is the application of restrictions according to IAS 18, and no longer according to IFRS 15, for the recognition of revenues from the sale of goods or the provision of services for which the receipt of a consideration is dependent on the occurrence or non-occurrence of a future event. This will have an impact on the date at which the credit balances on expired prepaid cards are recognized. For Wirecard, this will result in an increase to equity as of 1 January 2018 with no effect on profit or loss (IFRS 15 opening balance adjustments as of 1 January 2018).

**Software license agreements:**

In the case of contracts with customers with whom software license agreements are the only contractual obligation, the new rules will not have any significant impact on the consolidated financial statements. Revenue will continue to be recognized at a point in time when control of the asset is transferred to the customer. This is generally the case on delivery of the software or software license. As a rule, Wirecard grants an unlimited right of use to the (licensed) software in its state at the time the license is granted. Consequently, there are no further performance obligations after delivery of the software. Therefore, the new standard will not generally effect the amount nor will it lead to a deferment of the date at which the revenue is recognized.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000500

## 4.     Scoping for transition related audit procedures

These supplemental instructions are applicable to **all full scope engagements** as well as **all specific scope engagements with specified account balance revenues.**

Please refer to the Scoping Dashboard as defined in *section B - scope of work of the group audit instructions*.

## 5.     Procedures performed by the Primary Team

We have centrally audited Wirecard's **IFRS 15 Accounting Memos** for the acquiring business and the issuing business (prepaid card issuing business) as well as the central assessment of the software license business.

We have verified the correct application of IFRS 15 from a conceptional perspective for these material revenue streams. If necessary, we have consulted with the EY Professional Practice Group (Subject Matter Experts for IFRS 15 revenue recognition) as well as the EY IFRS Expert Reviewer.

All procedures performed and conclusions reached were based on group materiality considerations.

Please find the respective IFRS 15 Accounting Memos relevant for your component attached in *Appendix 2*.

## 6.     Audit procedures required by the Component Team

On local level we ask you to perform the following procedures.

   i.   **Audit preparation**

        Objective: Ensure that the audit team is familiar with IFRS 15.

        Recommended preparation procedures:

            i.1) Gain an understanding of the requirements of the new standard.

            i.2) Use the EY IFRS 15 guidance attached in *Appendix 2* to deepen your understanding of the new standard.

   ii.  **Audit planning**

        Objective: Gain an understanding how your component is affected by the adoption of IFRS 15 based on the size and complexity of the component's revenue streams, businesses and contract environment.

        Required audit planning procedures:

            ii.1) Gain an understanding of the material revenue streams for your component. Please consider the allocated materiality thresholds for your component as stated in the group audit instructions.

            ii.2) Inquire local management regarding their **IFRS 15 impact assessment** to gain an understanding of the impact of the IFRS 15 transition for each material revenue stream. Understand

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000501

the impact of IFRS 15 on the revenue recognition methods of your component for FY 2018 (go-live period).

ii.3) Inquire about management's process of identifying, preparing and reporting the IFRS 15 opening balance sheet adjustments as of 1 January 2018 (if any) to gain a general understanding of the process.

ii.4) The new revenue recognition methods according to IFRS 15 may create new fraud risks that you need to consider in your audit 2018. Evaluate and consider the IFRS 15 changes of the revenue recognition method in your fraud and significant risk assessment. In particular, consider the audit risk implications due to new estimates and judgements that may create new opportunities for fraud.

iii. **Gain an understanding of the processes, perform a walkthrough and test the control environment**

Objective: Gain an understanding of the revenue recognition processes as well as the process of determining the IFRS 15 opening balance sheet adjustments as of 1 January 2018 (if any), perform a walkthrough and test of controls.

Required audit procedures:

Please also refer to the audit requirements under *section B-2.1 and B-2.2 of the group audit instructions*.

iii.1) Deepen your understanding on the processes outlined in *sub-sections ii.2 and ii.3*.

iii.2) Perform a walkthrough of the processes and controls. In particular, perform a walkthrough of the processes and controls for estimations and how does the component determine the appropriateness of the estimation methods used.

iii.3) Document the controls identified as part of your walkthrough procedures and assess if these controls are designed effectively. If you plan to rely on controls, design and execute tests of key controls to evaluate their operating effectiveness.

iv. **Assessment of the application of IFRS 15 for each material revenue stream and substantive testing of IFRS 15 opening balance sheet adjustments**

Objective: Ensure that IFRS 15 is correctly applied for all material revenue streams. Verify that IFRS 15 opening balance sheet adjustments as of 1 January 2018 (if any) are appropriately prepared and reported.

Required audit procedures:

iv.1) For each material revenue stream identified, assess if the revenue recognition method is in line with the Wirecard accounting policies as defined in the **IFRS 15 Accounting Memos** provided to you by the EY Primary Team (please refer to *section 5.*).

Please carefully evaluate, if the material revenue streams identified can be subsumed under the group accounting policy as defined in the IFRS 15 Accounting Memos. In other words: you have to

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000502

verify, that the specific characteristics and specific contractual arrangements of the local material revenue streams agree with the assumptions made in the IFRS 15 Accounting Memos.

iv.2) If you identify material revenue streams (or IFRS 15 accounting matters) that were not addressed in the Wirecard accounting policies as defined in the IFRS 15 Accounting Memos, please consult with the EY Primary Team to evaluate your specific characteristics and contractual arrangements of the local material revenue streams. The EY Primary Team will follow-up with Wirecard Corporate Accounting respectively.

iv.3) Audit the preparation and reporting (in the group reporting package as of 31 December 2018) of the IFRS 15 opening balance sheet adjustments as of 1 January 2018 (if any).

The audit procedures have to consider the allocated materiality thresholds for your component as stated in the group audit instructions.

Any accounting estimates made by the management to determine the IFRS 15 opening balance adjustments (for example: estimates related to variable considerations) have to audited by you (if material). This contains the application of an appropriate estimation method as well as any input parameters used.

# 7. Extent, timing and reporting

**Extent and timing of audit procedures:**

The nature and extent of the local audit procedures may vary depending on the size and complexity of the component's revenue streams and contract environment.

We expect that the audit procedures related to the IFRS 15 impact assessment (see *section 6.ii*) as well as the identification of material revenue streams which have to be further evaluated (see *section 6.iv*), were completed until 7 December 2018.

We expect that any audit procedures related to the IFRS 15 transition were completed until the group reporting deadline as specified in the group audit instructions.

**Reporting of audit procedures:**

Please provide a summary on the IFRS 15 transition (including impact assessment, procedures performed and findings, if any) in your Final summary memorandum (*schedule C-9 of the group audit instructions*). We expect a short summary on the results of the above stated procedures.

| In case of questions, please **contact** the Wirecard Primary Team: |
|---|
| ▮▮▮▮▮  EY Munich/Germany ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or |
| ▮▮▮▮▮  EY Munich/Germany ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000503

# Appendix 1 – EY guidance on IFRS 15


WD KAP IFRS15 Applying IFRS_Revenue Recognition.pdf

→ File embedded – double click to open.

# Appendix 2 – IFRS 15 Accounting Memo

Please refer to separate file attached.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000504