# EXHIBIT 11
# [Plaintiffs' Ex. 16]



# Wirecard AG

Supplement to the Group audit instructions 2019

**Procedures on the implementation of IFRS 16 Leases**

4 December 2019

*These group audit instructions are restricted workpapers. If component management requests access to these instructions (in whole or in part), you should inform us first and only with our approval, can you grant access in "pdf version" or in hard copy. All matters dealing with risks of material misstatement and materiality levels are confidential and should not be disclosed to component management or any other party.*

**EY**
Building a better working world

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000780

## Table of Contents

1. Purpose of the supplement .................................................................................................. 3
2. Background ............................................................................................................................ 3
3. Wirecard IFRS 16 transition approach ................................................................................ 3
4. Scoping for transition related audit procedures ................................................................. 5
5. Procedures performed by the Primary Team ..................................................................... 5
6. Audit procedures required by the Component Team ........................................................ 5
7. Timing and reporting ............................................................................................................ 6
Appendix 1 – EY guidance on IFRS 16 .................................................................................... 7
Appendix 2 – Listing of material lease contracts on group level ........................................... 8
Appendix 3 - IFRS 16 Conclusion Statement ......................................................................... 10

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000781

# 1. Purpose of the supplement

Wirecard has adopted **IFRS 16, Leases**, on the basis of a modified retrospective approach on 1 January 2019. EY will issue the first audit opinion under IFRS 16 for FY 2019.

The Primary Team will test the opening balances of right-of-use assets and lease liabilities as of 1 January 2019 centrally. The centrally performed procedures include an input data testing based on a group wide sample of leasing contracts. These instructions specify the component teams work to support the Primary Team´s procedures.

Component team's procedures include testing the roll-forward of the opening balances of right-of-use assets and lease liabilities during 2019 as well as the related effect on profit and loss accounts (interest expense/depreciation). Furthermore, any new leasing contracts entered in 2019 should be audited by the component teams based on a sample size considering the allocated materiality.

For countries applying IFRS for statutory audit purposes, an additional input data testing as of 1 January 2019 might be required considering the (lower) local materiality. In these cases, please request the central testing results from us, in order to leverage the work to be performed locally.

# 2. Background

**IFRS 16** specifies a single accounting model for lessees in which a lessee is required to recognize a right-of-use asset and a lease liability in its statement of financial position on the commencement date. In an exemption, a lessee may elect not to apply the requirement to recognize a right-of-use asset and a lease liability for short-term leases with a term of no more than twelve months or leases in which the underlying asset is of low value. Instead, the lessee must then recognize the lease payments associated with those leases as an expense on either a straight-line basis over the lease term or another systematic basis. The rules for lessors are largely unchanged from those specified in IAS 17. The new standard for leases also includes stipulations governing reporting, disclosures, and sale-and-leaseback transactions.

For further guidance on IFRS 16, please refer to the **EY guidance** "Applying IFRS - A closer look at IFRS 16 Leases (Updated December 2018)" attached as *Appendix 1*.

# 3. Wirecard IFRS 16 transition approach

Wirecard Corporate Accounting has set up an implementation project for IFRS 16 including to compose the Accounting Policies Manual (APM) for IFRS 16. Currently the APM section is in the draft stage and is being reviewed by us. We will distribute the final version once completed to all component teams.

**Leasing Tool – BDO LEAD**

Wirecard on group level uses a leasing tool developed by BDO, called BDO LEAD to calculate the lease lieablity and right-of-use asset. Components report their relevant lease contracts to group accounting. The following criteria is then entered into the tool:

(1)   Leasing period

(2)   Payment rules (rental payments (annual/quarterly/monthly)

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000782

(3) And the interest curve

The list of material lease contracts attached in appendix 2 is an extract of BDO lead as of 1 January 2019

**Extension-/Termination options**

Group accounting, after consultation with local management, documents the decision to exercise an option (where applicable).

**Completeness checks**

Group accounting performs completeness checks by reconciling data in BDO lead to the financial statements and by reviewing expense accounts for costs that might be related to a leasing contract.

**IFRS 16 options selected by Wirecard Group for regular lease reporting**

| Option | IFRS 16 Reference | Wirecard Group Policy |
|---|---|---|
| Accounting for leases of intangible assets not excluded from the scope of IFRS 16 via IFRS 16(d) and (e) | IFRS 16.4 | Leases for such intangible assets are accounted for as intangible assets under the requirements of IAS 38 |
| Separation of lease and non-lease components | IFRS 16.15 | Lease and non-lease components are accounted for together with the lease component(s). |
| Aggregation of similar leases into portfolios | IFRS 16.B1 | All leases are reported separately in BDO LEAD, the Group's leasing administration tool. |
| Separate presentation of right-of-use leased assets in the statement of financial position or in the Notes | IFRS 16.47(a) | In the statement of financial position, right-of-use assets are presented within the same line item as similar assets owned. Right-of-use assets are disclosed separately in the Notes. |
| Separate presentation of lease liabilities in the statement of financial position or in the Notes | IFRS 16.47(b) | Lease liabilities are not presented separately from other liabilities in the statement of financial position but disclosed separately in the Notes. |
| Accounting for short-term leases either in accordance with IFRS 16 or as (operating) expenses | IFRS 16.5(a) | Payments for short-term leases (leases with a lease term of less than one year including renewal options) are capitalised in accordance with IFRS 16. |
| Accounting for low value leased assets either in accordance with IFRS 16 or as (operating) expenses | IFRS 16.5(b) | Payments for low value leases (leases for assets with a purchase price when new below or equal to EUR 5,000 or local currency equivalent) are capitalised in accordance with IFRS 16 on a lease-by-lease basis. |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000783

## 4. Scoping for transition related audit procedures

These supplemental instructions are applicable to **all full scope engagements** as well as **all specific scope engagements with material lease contracts as listed in the appendix.**

## 5. Procedures performed by the Primary Team

In general, auditing the correct implementation of IFRS 16 and the opening balances as o 1 January 2019 will be performed centrally by the primary team. We ask the component teams to support the centrally performed procedures as discussed below.

We are centrally auditing Wirecard's **IFRS 16 Accounting Policies Manual.** We have verified the correct application of IFRS 16 from a conceptional perspective.

We have also performed the following substantive audit procedures for the opening balances as of 1 January 2019 for group audit purposes:

  I.   Testing of completeness of the leasing contracts;
 II.   Auditing the correct calculation of lease liability and right-of-use asset;
III.   Assessing the correct input basis (lease payments, lease term, termination and extension options) based on the lease contracts and discussion with group accounting;
 IV.   Assessing the interest rate used.

All procedures performed, and conclusions reached are based on group materiality considerations. The results of our testing can be made available upon request from January 2019.

## 6. Audit procedures required by the Component Team

On local level we ask you to perform the following procedures.

I. **General Procedures**

   ▶ familiarize with the transition approach at Wirecard (see above) and the EY guidance on IFRS 16 (*Appendix 1*)
   ▶ impact assessment: gain an understanding of how your component is affected by IFRS 16.

II. **Procedures regarding completeness of the contracts as of 1 January 2019**

   Procedures and values referred to in the appendix relate to the opening balances as of 1 January 2019.

   ▶ perform procedures on the internal process / controls in place how the component ensured the completeness of relevant lease contracts

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000784

- ▶ <u>inquire</u> the local management as well as the local purchase department about material lease contracts <u>not included</u> on the list of lease contracts attached below (*Appendix 2*). Material contracts are contracts for which the annual lease payments exceed EUR 20.000, especially office rent. <u>Note</u> that you are not required to audit the data in the list but use the list to identify other material contracts that are not reported on group level.
  Please also <u>note</u> that all components in scope are required to perform the procedures listed here, not only the ones mentioned on the list.

- ▶ check material expense accounts (e.g. rental expenses for real estate, other operating expenses, etc.) to identify material lease contracts that have not been reported on group level (list of lease contracts, *appendix 2*)

- ▶ inquire whether there are any material <u>unusual contracts</u> (e.g. lease payment in advance for a significant period; recurring changes in the payment or lease term) and report the relevant contracts to the Primary Team. The Primary Team will follow-up on these contracts to verify that these exceptions are correctly accounted for.

### III. Roll-forward procedures

The roll-forward of the adjusted opening balances as well as any material new leasing contracts entered into during 2019 should be audited by the local audit teams. In case you identify in the course of your audit procedures material contracts, which have not been considered for the adjusted opening balances, please inform the Primary Team immediately.

## 7. Timing and reporting

<u>Timing of audit procedures:</u>

- ▶ We expect that the above-mentioned procedures under step I. and II. are completed and reported to us until <u>18 December 2019.</u> Please use the form below.

- ▶ Please inform us immediately but no later than 19 February 2020 if you identify material contracts that have not been considered for the opening balances.

  Please provide a summary on the IFRS 16 transition (including impact assessment, procedures performed and findings, if any) in your <u>final summary memorandum</u> (*schedule C-9 of the group audit instructions*).

---

In case of questions, please **contact** the Wirecard Primary Team:

███████████, EY Munich/Germany ███████████████████████████████ or
███████████  EY Munich/Germany ███████████████████████████████

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000785

# Appendix 1 – EY guidance on IFRS 16



Applying IFRS - A closer look at IFRS 16

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000786

# Appendix 2 – Listing of material lease contracts on group level

| Contract ID | Vertrag Name | Company code | Company name | Currency | Start date | Contract end date | Initial liability (local currency) | Initial liability (in EUR) |
|---|---|---|---|---|---|---|---|---|
| 118 | Büro Aschheim Mietvertrag SEB | 1000 | Wirecard AG (+) | EUR | 01.01.2019 | 31.12.2021 | 6.352.161,63 | 6.352.161,63 |
| 63 | Büro Singapur Mietvertrag | 1035 | Wirecard Asia Holding Pte. Ltd. | SGD | 01.01.2019 | 28.02.2023 | 7.524.131,48 | 4.825.945,41 |
| 10172 | Equipment Lease | 1003 | Card Systems Middle East FZ-LLC | EUR | 01.01.2019 | 01.11.2020 | 3.407.331,49 | 3.407.331,49 |
| 15 | Microsoft Sale and Leaseback | 1001 | Wirecard Technologies GmbH Consolidated (+) | EUR | 01.07.2018 | 01.07.2020 | 3.245.746,53 | 3.245.746,53 |
| 10180 | Rechenzentrum München im Euroindustriepark Mietvertrag mit der Telekom DE | 1001 | Wirecard Technologies GmbH Consolidated (+) | EUR | 01.01.2019 | 31.12.2021 | 2.631.601,47 | 2.631.601,47 |
| 10179 | Rechenzentrum Nürnberg noris network Mietvertrag | 1001 | Wirecard Technologies GmbH Consolidated (+) | EUR | 01.01.2019 | 31.12.2021 | 2.329.458,71 | 2.329.458,71 |
| 119 | Büro Aschheim Mietvertrag Publicity | 1000 | Wirecard AG (+) | EUR | 01.01.2019 | 31.03.2021 | 1.912.590,19 | 1.912.590,19 |
| 10287 | Office Premises New | 1051 | Wirecard Romania S.A. (+) | EUR | 01.04.2019 | 31.03.2024 | 1.841.600,83 | 1.841.600,83 |
| 50 | Hitachi Storage Virtual Storage | 1001 | Wirecard Technologies GmbH Consolidated (+) | EUR | 01.01.2019 | 30.10.2022 | 1.818.023,88 | 1.818.023,88 |
| 10169 | Büro Shatha Tower, Dubai Mietvertrag | 1019 | Wirecard Processing FZ-LLC | AED | 01.01.2019 | 31.12.2021 | 7.290.235,71 | 1.732.964,66 |
| 46 | Hitachi Storage | 1001 | Wirecard Technologies GmbH Consolidated (+) | EUR | 01.01.2019 | 01.04.2022 | 1.677.157,79 | 1.677.157,79 |
| 159 | Büro Auckland, NZ Mietvertrag | 1039 | Wirecard NZ Limited (+) | NZD | 01.01.2019 | 31.12.2026 | 2.390.335,44 | 1.401.463,09 |
| 21 | HSBC Tower Sao Paulo Mietvertrag | 1048 | Wirecard Brasil | BRL | 01.01.2019 | 14.11.2021 | 5.092.748,75 | 1.145.983,07 |
| 79 | Büro M1 Tower, Makati City, Philippines Mietvertrag | 1062 | Wirecard E-Money Philippines | PHP | 01.01.2019 | 30.09.2023 | 58.961.788,65 | 980.849,21 |
| 10164 | Büro Chennai, Indien Mietvertrag | 1044 | Hermes I Tickets Private Limited (+) | INR | 01.01.2019 | 14.11.2020 | 66.738.848,54 | 837.062,79 |
| 58 | Büro Cornshohocken, USA Mietvertrag | 1061 | Wirecard North America | USD | 01.01.2019 | 30.11.2020 | 906.591,76 | 791.783,20 |
| 76 | Büro Dublin Mietvertrag | 1013 | Herview Ltd. | EUR | 01.01.2019 | 23.03.2027 | 673.711,67 | 673.711,67 |
| 51 | Hitachi Storage Part 3 | 1001 | Wirecard Technologies GmbH Consolidated (+) | EUR | 01.01.2019 | 30.04.2021 | 672.617,19 | 672.617,19 |
| 10168 | Büro Leipzig Mietvertrag | 1006 | WDC | EUR | 01.01.2019 | 31.10.2021 | 594.644,70 | 594.644,70 |
| 73 | Büro Prudential Tower, Hong Kong Mietvertrag | 1050 | Wirecard Hong Kong Ltd. | HKD | 01.01.2019 | 17.09.2020 | 5.198.340,61 | 579.686,71 |
| 122 | Büro Gebäude das | 1000 | Wirecard AG (+) | EUR | 15.01.2019 | 31.12.2021 | 562.472,52 | 562.472,52 |
| 27 | Büro Newcastle, GB Mietvertrag | 1022 | Wirecard Card Solutions Ltd. | GBP | 01.01.2019 | 16.01.2023 | 490.245,56 | 548.048,21 |
| 117 | Büro Aschheim Mietvertrag Escada | 1000 | Wirecard AG (+) | EUR | 01.01.2019 | 31.12.2021 | 524.541,11 | 524.541,11 |
| 74 | Büro Melbourne | 1055 | Wirecard Australia A&I Pty Ltd | AUD | 01.01.2019 | 23.11.2022 | 840.318,85 | 518.075,74 |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000787

| Contract ID | Vertrag Name | Company code | Company name | Currency | Start date | Contract end date | Initial liability (local currency) | Initial liability (in EUR) |
|---|---|---|---|---|---|---|---|---|
| 120 | Büro Aschheim Mietvertrag Hydraulik | 1000 | Wirecard AG (+) | EUR | 01.01.2019 | 31.12.2021 | 449.971,21 | 449.971,21 |
| 17 | Büro Kosice, Slowakei mietvertrag | 1067 | Wirecard Slovakia s.r.o. | EUR | 01.01.2019 | 31.12.2020 | 387.734,99 | 387.734,99 |
| 124 | Büro Köln Mietvertrag | 1001 | Wirecard Technologies GmbH Consolidated (+) | EUR | 01.01.2019 | 31.08.2022 | 366.028,90 | 366.028,90 |
| 10171 | Equipment Lease | 1019 | Wirecard Processing FZ-LLC | EUR | 01.01.2019 | 28.02.2019 | 289.858,32 | 289.858,32 |
| 123 | Office rent Einsteinring 14-18 (Escada) - Nachtrag | 1000 | Wirecard AG (+) | EUR | 01.02.2019 | 31.12.2021 | 284.400,70 | 284.400,70 |
| 4 | Cards Embossing Machine | 1051 | Wirecard Romania S.A. (+) | RON | 01.01.2019 | 30.03.2021 | 1.288.329,92 | 270.386,02 |
| 10170 | Büro Shatha Tower, Dubai Mietvertrag | 1019 | Wirecard Processing FZ-LLC | AED | 01.01.2019 | 30.06.2019 | 1.124.476,11 | 267.299,64 |
| 10184 | Office Equipment (furniture, etc.) WDNZ office | 1039 | Wirecard NZ Limited (+) | NZD | 01.01.2019 | 30.11.2022 | 432.238,99 | 253.423,42 |
| 10178 | Rechenzentrum MUC Spacenet Mietvertrag | 1001 | Wirecard Technologies GmbH Consolidated (+) | EUR | 01.01.2019 | 31.12.2019 | 248.159,00 | 248.159,00 |
| 20357 | Büro Kuala Lumpur mietvertrag | 1031 | Wirecard Payment Solutions Malaysia SDN BHD | MYR | 01.01.2019 | 31.03.2021 | 1.118.906,32 | 236.470,26 |
| 45 | Exadata | 1001 | Wirecard Technologies GmbH Consolidated (+) | EUR | 01.01.2019 | 30.04.2019 | 204.876,23 | 204.876,23 |
| 10176 | Büro Northam, Kanada Mietvertrag | 1012 | Wirecard UK and Ireland Ltd. | CAD | 01.01.2019 | 01.02.2021 | 316.063,07 | 202.539,62 |
| 156 | Büro Santo Domingo, Dominikanische Republik | 1039 | Wirecard NZ Limited (+) | USD | 01.01.2019 | 31.07.2021 | 205.568,54 | 179.535,84 |
| 75 | Office Lease | 1063 | Wirecard Thailand Co. | THB | 01.01.2019 | 30.06.2021 | 5.741.085,53 | 154.946,71 |
| 10290 | Office Building Rental | 1034 | Wirecard Ödeme ve Elektronik Para Hizmetleri A.S. | TRY | 01.01.2019 | 29.02.2020 | 910.816,40 | 150.329,50 |
| 20381 | Fora Space: Office rent London (March 2019 to Feb 2020) | 1022 | Wirecard Card Solutions Ltd. | GBP | 01.03.2019 | 28.02.2020 | 123.806,90 | 138.404,41 |
| 10194 | M-W 6389 MB S560 4MATIC MAYBACH 4,0L | 1000 | Wirecard AG (+) | EUR | 01.01.2019 | 04.09.2020 | 134.376,55 | 134.376,55 |
| 10285 | Office rent France | 1068 | Wirecard France | EUR | 01.01.2019 | 29.02.2020 | 124.014,19 | 124.014,19 |
| 77 | Lease of premises | 1038 | Wirecard Africa Holding Pty Ltd (+) | ZAR | 01.01.2019 | 31.03.2020 | 1.828.123,67 | 111.068,67 |
| 20 | Lease Office Graz | 1014 | Wirecard Central Eastern Europe GmbH | EUR | 01.01.2019 | 31.12.2019 | 107.048,64 | 107.048,64 |
| 10185 | Office Rent Greek office | 1039 | Wirecard NZ Limited (+) | EUR | 01.01.2019 | 28.02.2022 | 106.303,36 | 106.303,36 |
| 5 | Office Premises | 1051 | Wirecard Romania S.A. (+) | EUR | 01.01.2019 | 31.03.2019 | 101.138,49 | 101.138,49 |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000788

# Appendix 3 IFRS 16 Conclusion Statement

Name(s) of component(s):

Group code/Component identifier:

Reporting currency:

Year-end:

As requested in your instructions dated 4 December 2019 ("Group Audit Instructions_Supplement_IFRS 16") we have completed the work procedures as stated in section 6. I. and II. of these instructions.

Description of the results of our audit procedures:

Procedures regarding completeness of the identified material lease contracts – Interim Procedures:

    *[please insert]*


Based on these procedures performed, nothing has come to our attention that causes us to believe that IFRS 16 lease contracts are incompletely reported to group level.


[Date]
[Signature of partner in charge of the component engagement]
[Name of partner in charge of the component engagement]
[Name of Component Auditor/Office/ Country]

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000789