# EXHIBIT 16
# [Plaintiffs' Ex. 25]



Wirecard Group Audit
FY 2017
Site Visit – USA
- Meeting Topics -
11 & 12 December 2017
EY
Building a better
working world

Confidential Personal Information
Confidential Discovery Material
EYGMBH_0000374



# Agenda

| Topic | Who |
| --- | --- |
| - Short introduction of participants<br>  - Wirecard NA Team, including structure and functions of the finance team<br>  - EY USA and Germany | - Wirecard NA (Finance) Team<br>- Ms. Katie Kummer / Mr. Evert Jenezon (EY USA)<br>- [redacted] (EY Germany) |
| - Explanation of EY's audit procedures for the Wirecard Group Audit | - [redacted] |
| - Wirecard NA business in the US and site visit | - Managing Director (Wirecard NA) |
| - Discussion about the following accounting and auditing topics (main focus of the site visit):<br>  - Revenue recognition for different revenue streams<br>  - Most significant balance sheet items | - All (Wirecard NA / EY USA / EY Germany) |
| - Discussion about the audit process:<br>  - Planning (identified risks and audit response, subsequent audit of PPA assets), documentation and reporting<br>  - Status quo of interim audit procedures | - EY internal (EY USA / EY Germany) |

 Confidential EY

Confidential Personal Information
Confidential Discovery Material



# EY Germany

## Group Audit Team contacts

[REDACTED]

Partner | WP | EMEIA Financial Services

Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft

Arnulfstraße 59, 80636 Munich, Germany

Office: [REDACTED] Mobile: [REDACTED]

[REDACTED]

Senior Manager | WP / StB | Assurance

Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft

Arnulfstraße 59, 80636 Munich, Germany

Office: [REDACTED] Mobile: [REDACTED]

Page 3 Confidential EY

Confidential Personal Information
Confidential Discovery Material
EYGMBH_0000376



EY Germany site visit - USA
Explanation of EY's audit procedures for the Wirecard Group Audit
Why is EY as Group Auditor of Wirecard here?
Audit procedures by EY Germany
Support audit by Wirecard NA Management and EY USA
Company
EY Scope
Wirecard NA
Full Scope Audit
EY Germany as the Group Auditor of Wirecard has the overall audit responsibility
EY Germany has to demonstrate an understanding over all significant auditing and accounting matters
Page 4
Confidential
EY

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000377

# EY Germany site visit - USA

## Explanation of EY's audit procedures for the Wirecard Group Audit

**Why is EY as Group Auditor of Wirecard here?**

**Full scope audit of Wirecard NA as of 31 December 2017**

- Wirecard AG is a listed company in Germany / high percentage of free float / market capitalization: approx. EUR 10 billion → "public interest entity (PIE)"
- PIEs are highly regulated in Germany / EU; Enforcement process by governmental institutions reviewing WD and EY on a sample basis
  - FREP: Financial Reporting Enforcement Panel (focus on listed company)
  - AOC: Auditor Oversight Commission (focus on auditor of listed company)
- Wirecard prepares Consolidated F/S according to IFRS
- Wirecard has to demonstrate that they maintain an appropriate Internal Control System – processes and key controls over significant components→ responsibility of WD Management (group wide!). Based German GAAS, EY Germany will not issue a separate audit opinion on the Internal Control System; consequently there is no need to follow the regulation of SOX 404

 Confidential

Confidential Personal Information
Confidential Discovery Material

# EY Germany site visit - USA

## Explanation of EY's audit procedures for the Wirecard Group Audit

**Why is EY as Group Auditor of Wirecard here?**

**Significant auditing and accounting topics**

- Revenue transactions and related trade receivables → *Specific focus area*: revenue recognition and valuation of receivables
  - EY needs to demonstrate and document an understanding of Wirecard NA's revenue recognition (revenue recognition policy and (audit) evidence for the occurrence of revenue transactions)
  - Assessment of recoverability of trade receivables
- PPA customer relationships → *Specific focus area*: triggering event analysis to identify impairment indicators
- All audit evidence must be obtained until the end of February 2018 (EY reporting deadline: 28 February 2018)

 Confidential

EY

Confidential Personal Information
Confidential Discovery Material

# EY Germany site visit - USA
## Wirecard NA business in the US and site visit

With respect to the **business of Wirecard NA in the US**, we kindly ask you to explain the following (can you please provide supporting documentation at the meeting):

- Business model and development of Wirecard NA
  - Business model of Wirecard NA
  - BIN sponsorship with financial services companies
    - Current and planned agreements with BIN sponsors
    - Services provided by BIN sponsors
    - Who is legally liable for the proper processing of payment transactions?
  - Are there any other parties involved in the payment processing?
  - Business strategy and business plan of Wirecard in the US
  - Development of the business and financials for fiscal years 2016 and 2017, including analysis of the major developments in the financials
  - Expected development of the business in 2018
  - Anticipated changes to the business
  - Risks associated with the business
  - Most important operating challenges associated with the business



EY Germany site visit - USA
Wirecard NA business in the US and site visit
With respect to the **business of Wirecard NA in the US**, we kindly ask you to explain the following (can you please provide supporting documentation at the meeting):
Economic environment of Wirecard NA in the US
Competitors of Wirecard NA
Competitive position of Wirecard NA
Economic conditions in the US
Organizational setup including organizational chart of Wirecard NA
IT environment of Wirecard NA (including outsourcing)
Regulatory framework applicable to Wirecard NA
Current or anticipated legal, tax or compliance issues
Financial statement closing process including manual entries
Page 8
Confidential
EY

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

**(1) Revenue recognition for different revenue streams**
(can you please provide supporting documentation at the meeting)

(1.1) Revenues (account #400000 // MEUR 43,2 as of Q2 2017)

- (1.1a) Please provide a breakdown of revenues in the major revenue streams

(1.2) Analysis of revenue recognition for major revenue streams

- (1.2a) Please explain the transaction flow: initiation, recording, processing, and ultimately reporting the transaction in the general ledger
- (1.2b) Please explain the manual and automated steps of the process
- (1.2c) Please describe the audit evidence provided to EY USA to verify occurrence and measurement of the revenues
- (1.2d) Discussion about the revenue recognition policy based on the Wirecard Group Accounting Memo (especially in terms of principal vs agent considerations in accordance with IAS 18 and IFRS 15)

→ The final revenue recognition policy is audited by EY USA in the course of the group audit 2017

Confidential Personal Information
Confidential Discovery Material



Discussion with Wirecard NA Management
Discussion about accounting and auditing topics
(1) Revenue recognition for different revenue streams
(can you please provide supporting documentation at the meeting)
(1.3) Cost of sales (account #500000 // MEUR 20,5 as of Q2 2017)
(1.3a) Please explain the major costs of sales related to the major revenue streams
(1.3b) Please explain the accounting policy for costs related to the BIN sponsorship
Accounting for upfront payments
Accounting for usage or time based payments
Page 10
Confidential
EY

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

(2) **Most significant balance sheet items – (preliminary) PPA assets**
(can you please provide supporting documentation at the meeting)

(2.1) (Preliminary) PPA goodwill (account #015095 // MEUR 87,5 as of Q2 2017)

- (2.1a) Impairment testing for the goodwill resulting from the (preliminary) purchase price allocation (PPA) will be done centrally – there is no need for any impairment testing on local component level

(2.2) (Preliminary) PPA customer relationships / PPA software (accounts #013190, #014290 // MEUR 95,9 as of Q2 2017)

- (2.2a) The (preliminary) PPA was prepared centrally by Wirecard and audited centrally by EY Germany – Wirecard Group Accounting communicated the (preliminary) PPA results to Wirecard NA management and EY Germany provides EY USA with reliance on the PPA amount including the amortization period
- (2.2b) On Wirecard NA level, the subsequent accounting (amortization over the useful life) has to be prepared by Wirecard NA management and audited by EY USA
- (2.2c) On Wirecard NA level, a triggering event analysis has to be performed: analysis to identify external and internal impairment indicators, especially for PPA customer relationships
  - What information does Wirecard NA management use to perform an analysis of the financial performance of the customer relationships (customer churn rate, comparison of actual with the planned income contribution of the customer relationship) ?
  - The triggering event analysis has to be audited by EY USA; in case of an identification of an impairment trigger EY Germany will follow-up to audit the impairment test with assistance of EY valuation experts
- (2.2d) Does Wirecard NA plan to significantly invest in the development of the software platform (resulting in internally generated software or purchased software modules)?

EY

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000384

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

### (2) Most significant balance sheet items – Non-PPA assets
(can you please provide supporting documentation at the meeting)

(2.3) Third party receivables (account #121111, #120260 // MEUR 18,8 as of Q2 2017)

- (2.3a) Who are the major debtors of Wirecard NA ?
- (2.3b) How long is the period until the receivables will be settled in the normal course of the business ?
- (2.3c) What is the process of monitoring the solvency of the debtors and the collectability of the receivables ?
- (2.3d) Please explain the accounting policy for the calculation of allowances
- (2.3e) Please describe the audit evidence provided to EY USA to verify existence and valuation of receivables
- (2.3f) Are all receivables, funds and liabilities resulting from the prepaid card / issuing business recorded in the books of Wirecard NA? Are there any receivables, funds and liabilities related to the processed payment transactions which are recorded in the books of any other involved party (e.g. the BIN sponsor)
- (2.3g) Please describe the composition of the account face value discount (MEUR 20,1) in the preliminary closing date accounts
- (2.3h) Are all receivables presented on a gross basis ? In other words, is there any netting of receivables and liabilities resulting from the prepaid card / issuing business ?

Confidential

EY

Confidential Personal Information
Confidential Discovery Material

# Discussion with Wirecard NA Management

## Discussion about accounting and auditing topics

(2) **Most significant balance sheet items – Non-PPA assets**

(can you please provide supporting documentation at the meeting)

(2.4) Inventories (account #117990 // MEUR 5,1 as of Q2 2017)

- (2.4a) Please describe the breakdown / composition of this account and the related business transactions
- (2.4b) Please describe the audit evidence provided to EY USA to verify existence and valuation of inventories
- (2.4c) Please describe the reason for the valuation allowance (MEUR 4,4) in the preliminary closing date accounts

(2.5) Cash at banks (account #179990 // MEUR 19,8 as of Q2 2017)

- (2.5a) At which banks are the funds invested and how is the financial stability of these banks ?
- (2.5b) What is the maturity of the funds ?
- (2.5c) Are the funds resricted in any way (e.g. funds on escrow accounts) ?
- (2.5c) Please describe the audit evidence provided to EY USA to verify existence of cash
- (2.5d) Regarding the completeness of cash at banks in connection with the prepaid card / issuing business, please refer to question (2.3f)

 Confidential

EY

Confidential Personal Information
Confidential Discovery Material

# Discussion with Wirecard NA Management

## Discussion about accounting and auditing topics

(2) **Most significant balance sheet items – (preliminary) PPA liabilities**

(can you please provide supporting documentation at the meeting)

(2.6) PPA deferred taxes (account #306990 // MEUR 30,7 as of Q2 2017)

- (2.6a) The (preliminary) PPA was prepared centrally by Wirecard and audited centrally by EY Germany – Wirecard Group Accounting communicated the (preliminary) PPA results to Wirecard NA management and EY Germany provides EY USA with reliance on the PPA amount
- (2.6b) On Wirecard NA level, the subsequent accounting (release of deferred taxes) has to be prepared by Wirecard NA management and audited by EY USA
- (2.6c) Consider the impact of the US Tax Reform, subject to the substantial enactment of the US tax reform. This refers in particular to the measurement of deferred tax liabilities and deferred tax assets in accordance with IAS 12.47

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

### (2) Most significant balance sheet items – Non-PPA liabilities

(can you please provide supporting documentation at the meeting)

(2.8) Payables and accruals third parties (account #330900, #308050 // MEUR 13,6 as of Q2 2017)

- (2.8a) Who are the major creditors of Wirecard NA?
- (2.8b) Please explain the process and controls to ensure that the payables are completely recorded
- (2.8c) Please describe the audit evidence provided to EY USA to verify completeness and valuation of payables
- (2.8d) Regarding the completeness of cash at banks in connection with the prepaid card / issuing business, please refer to question (2.3f)

(2.9) Provision income tax (account #302005 // MEUR 4,3 as of Q2 2017)

- (2.9a) Please explain the process and controls to calculate current tax provisions. Does Wirecard NA involve a certified tax advisor ?
- (2.9b) Please explain the process and controls to calculate uncertain tax positions (tax risk contingencies), including evaluation of transfer pricing risks
- (2.9c) Are there any pending inspections of tax authorities ?
- (2.9d) Is there a tax indemnification agreement with Citi ? If yes, what is the amount of the tax opening balances ?
- (2.9e) Please describe the audit evidence provided to EY USA to verify completeness and valuation of provisions
- (2.9f) Consider the impact of the US Tax Reform

Confidential

Confidential Personal Information
Confidential Discovery Material

# Discussion with Wirecard NA Management

## Discussion about accounting and auditing topics

With respect to the finalization of the **(preliminary) PPA**:

- PPA goodwill, PPA intangible assets (customer relationship / software) and related PPA deferred taxes: the final PPA will be prepared centrally by Wirecard and audited centrally by EY Germany
- The closing date accounts were audited by PwC Germany; EY Germany will perform a working paper review of PwC Germany
- The appropriateness and completeness of fair value adjustments on the net assets (for example allowances on inventories or additional provisions) according to the closing date accounts and contingent assets / liabilities as of closing date will be audited by EY Germany
  - Please describe the process of preparing these fair value adjustments and how all necessary information are gathered
  - If fair value adjustments were prepared centrally by Wirecard Group Accounting, please explain how local Wirecard NA Accounting is informed about these adjustments to ensure a proper subsequent accounting






Confidential Personal Information
Confidential Discovery Material

# Discussion with Wirecard NA Management
## Discussion about accounting and auditing topics

With respect to the **accounting and auditing matters**, we kindly ask you to explain the following:

- Any other significant income statement or balance sheet items in 2017
- The process of converting the US GAAP accounting of Wirecard NA into the IFRS reporting to Wirecard Group Accounting
- New business activities in 2017
- Significant discrete transactions in 2017
- Financial statement closing timetable
- Expectations regarding EY (USA and Germany) for the audit process



# Backup
## Preliminary PPA (as of YE 2016)

### Acquisition of Citi Prepaid Services

| in kEUR | Fair value |
| --- | --- |
| Goodwill | 94,618 |
| Customer relationships | 102,109 |
| Property, plant and equipment | 790 |
| Other non-current intangible assets | 3,571 |
| Deferred tax assets | 9,573 |
| Trade and other receivables | 19,321 |
| Other assets | 5,985 |
| Deferred tax liabilities | 40,844 |
| Current liabilities | 12,433 |

Confidential Personal Information
Confidential Discovery Material

# Backup
## Preliminary closing date accounts

**Wirecard NA**
**Final Net Working Capital Amount**
as of February 28, 2017

| in $ million | ECOUNT February 28, 2017 | Feb 17 Adjustment | Pre-audit NWC amount | NWC adjustments | Preliminary NWC amount February 28, 2017 |
|---|---|---|---|---|---|
| **Current Assets (ex Cash and Equivalents)** | | | | | |
| Accounts receivables | 0,1 | (0,0) | 0,1 | - | 0,1 |
| Inventories | 6,3 | (0,7) | 5,6 | (4,4) 1) | 1,2 |
| Other current assets | 3,7 | (3,5) | 0,1 | - | 0,1 |
| Face value discount | 20,2 | (0,1) | 20,2 | - | 20,2 |
| **Total current assets** | **30,3** | **(4,3)** | **26,0** | **(4,4)** | **21,6** |
| **Current liabilities** | | | | | |
| Accounts payables | 31,0 | (30,0) | 1,0 | - | 1,0 |
| Other current liabilities | 9,0 | 0,1 | 9,1 | 0,3 2) | 9,4 |
| **Total current liabilities** | **40,0** | **(29,9)** | **10,2** | **0,3** | **10,4** |
| **Net Working Capital** | **(9,7)** | **25,5** | **15,8** | **-** | **11,2** |

Notes:

1. Impairment of inventory predominantly due to mandatory BIN-Sponsor change, missing confirmation by fulfillment company etc.
2. Accrual for Wordlink invoices for January & February 2017, fees for audit of Closing Date Accounts.



You may replace the photo in this divider slide. When choosing an image, follow the principles on The Branding Zone. To change the image: Select the View tab then choose the Slide Master containing the layout you want to edit. Select the angled box and right-click on it to bring up the menu. Select Format Picture. Under Fill select Picture or texture fill. Click Insert from>File. Navigate to where you have saved the image and insert it.

EY | Assurance | Tax | Transactions | Advisory

About EY

EY is a global leader in assurance, tax, transaction and advisory services. The insights and quality services we deliver help build trust and confidence in the capital markets and in economies the world over. We develop outstanding leaders who team to deliver on our promises to all of our stakeholders. In so doing, we play a critical role in building a better working world for our people, for our clients and for our communities.

EY refers to the global organization, and may refer to one or more, of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients. For more information about our organization, please visit ey.com

© 2017 EYGM Limited.
All Rights Reserved.

ey.com