# EXHIBIT 5

**Wirecard North America Inc.**
**Audit Strategies Memorandum**
**December 31, 2017**

### 1. Client Business and Overview

Wirecard North America, Inc. (WNA) is a wholly owned subsidiary of Wirecard AG, the ultimate parent company. WNA provides payment solutions to various-sized businesses, which include consumer incentive (rebate) cards, sales incentive cards, payroll cards, refunds payment cards, instant compensation cards, and virtual payment cards. WNA is located in Conshohocken, PA, with additional personnel in various International locations. Wirecard AG, is located in Bavaria, Germany and is a publicly listed company on the Frankfurt Stock Exchange under the ticker "WDI".

On March 9, 2017, Wirecard AG completed the acquisition of WNA, previously known as Citi Prepaid Card Services, from Citibank N.A. As a result of the acquisition, we have been engaged by EY Germany to perform a component audit for the period March 1, 2017 through December 31, 2017 [See further discussion below regarding the stub period March1, 2017 through March 8, 2018].

Based on the Group audit instructions at **17 A00**, we have been engaged to perform a full scope audit of the financial information of WNA prepared under IFRS, in accordance with the auditing standards applicable in Germany and ISAs, as well as certain additional procedures as described in section B-2.1 of the instructions.

### 2. Client & engagement acceptance

As discussed above, EY Germany' is the auditor engaged by Wirecard AG to perform an audit over the consolidated financial statements of the parent company for the twelve months ended December 31, 2017. EY Germany has engaged Ernst & Young US ("EY US") to perform a first-year component audit of the financial information of WNA. We completed client acceptance for WNA in PACE. Refer to **A08.01** for the PACE form. In response to the risk factors identified in the interoffice audit instructions, we will place additional emphasis on staffing the audit team and utilizing tax & IT audit professionals the appropriate knowledge and experience to effectively audit areas where risk factors have been identified. We will introduce unpredictability into the audit through changing the nature and extent of certain of our substantive testing procedures, and emphasize the importance of professional skepticism to the audit team on an ongoing basis. We will continue to assess the appropriateness of the risk rating throughout the audit.

During the client acceptance process, we performed full background checks for the new Officers and Directors since the acquisition closed on March 9, 2017:

- Deirdre Ives, Managing Director
- Sarah Weil, Vice President of Finance

Based on the background checks, there no observations that would change our initial risk assessment related to client and engagement acceptance. Through our initial interactions with our client contacts, we have begun to develop professional relationships with these individuals and believe they are qualified for their respective positions.

Confidential Discovery Material

Overall, based on the procedures performed, no factors have arisen from the acceptance/continuance procedures that would indicate additional risks of material misstatements at the group level.

### 3. Client Expectations, Scope of Service Requirements and Timing

Our anticipated scope of services will include the following:

- Express an interoffice opinion of the December 31, 2017 financial reporting package of Wirecard North America Inc. in conformity with IFRS.

- We are allocated Tolerable Error (TE) and Summary of Audit Differences (SAD) threshold by the group team through the intercompany instructions at **17 A00**.

### 4. Initial audit considerations

Due to the fact that this is a first year audit, we took the guidance in EY Topic Based GAM - FIRST-YR: Initial audits into consideration. We considered the additional procedures for initial audits, as described in FIRST-YR 3, as of the beginning of the first accounting period being audited. Generally, we apply EY GAM and the auditing standards effective at the time we perform our audit. In particular:

- *We perform procedures on the opening balances (FIRST-YR 3.2).*

    As part of the acquisition, WNA engaged PWC to perform an opening balance sheet audit as of March 9, 2017. We understand that the EY primary team is responsible for review of the opening balance sheet procedures performed by PWC as well as auditing all purchase price adjustments as of the opening balance sheet date. As part of our audit procedures, we will obtain a reliance memo from the Primary Team on their procedures over the opening balances and we will confirm all opening balances with the EY Primary team. The reporting package contains activity from March 1, 2017 – December 31, 2017. Wirecard Germany agreed upon a cash settlement amount to reimburse Citi for the activity between March 1, 2017 – March 8, 2017. As this does not represent the actual activity during that period but rather an agreed upon amount, EY Primary Team is testing this adjustment amount for which we will obtain a reliance letter.

- *We consider discussing with management potential significant accounting and auditing issues (including the application of accounting policies or auditing standards, FIRST-YR 3.3) that were identified during our initial selection as auditor. We communicate these matters to those charged with governance as appropriate and consider how these matters affect the overall audit strategy and audit plan.*

    We identified several accounting and auditing issues. Refer to 9. Significant Accounting and Auditing Issues below for more detail.

- *We consider involving executives, including IT and tax professionals, early in the audit to help us obtain the necessary understanding (TEAM 2.1).*

    Based on our initial meetings with client contacts, we obtained an understanding of the company's

Confidential Discovery Material

IT infrastructure. We included FAIT in our kick-off meeting with management to evaluate WNA's IT system and processes, understanding that the framework is logistical and intuitive. Additionally, we have engaged EY tax professionals to assist with the US taxes included in the reporting pack. Management has engaged Baker Tilly Virchow Krause, LLP to prepare the US tax provision. **Refer to 000a for the Income tax questionnaire.**

- *We are less likely to categorize an account as limited risk (ACCTS 1.2) in an initial audit because our review of the predecessor auditor's workpapers, may not provide sufficient evidence to support that designation.*

   For the 2017 component audit, we have not designated any accounts as limited risk accounts.

- *We cannot rotate tests of controls over SCOTs (SCOTS), even if the predecessor auditor tested controls in the prior period, because we are unable to satisfy the conditions for rotating tests of controls in the first year.*

   For this component audit, we are not planning to rely on controls.

- We do not use internal auditor's work to perform walkthroughs (INTERNAL-AUDIT). We perform walkthroughs ourselves to confirm our understanding of the SCOTs, significant disclosure processes and related controls, including IT processes.

   For this component audit, we are not planning to use internal auditor's work.

- We perform any additional quality control procedures required locally for initial audits.

   We will perform any US GAM requirements applicable to this audit, mainly related to legal confirmations from internal counsel.

## 5. Changes in the Nature of the Entity or its Environment and Effect on Our Audit

See discussion in "Client Business and Overview" section above for details on the changes in the ownership structure. Other than that there were no significant changes noted for the entity or the environment in which they operate during the period subject to our audit. We will discuss the advancement of technology in the payments industry with management, including the development of mobile payments and digital wallets and their effects on WNA's business.

## 6. Overall Analysis of Financial and non-Financial Information

We don't perform interim procedures due to the timing of performing the audit procedures. As such, we performed analytical procedures from the opening balance sheet date, March 9, 2017, through calendar year-end. The results of our analytical procedures will be included in year-end Overall Analytic Reviews at **17 A02.02**.

Confidential Discovery Material

### 7. Planning Materiality, Tolerable Error and SAD Nominal Amount

We were assigned a TE of $1.2 million Euros from the group audit team. We converted the amount to dollars using the exchange rate of EUR 1: $1.20 on December 31, 2017. We considered exchange rate changes during the period noting impact on use of the December 31, 2017 exchange rate was reasonable for the income statement also (difference less than 10% of SAD posting). Refer to the Group Audit Instructions at **17 A00** for additional details.

### 8. Fraud and Significant Risks

WNA's revenue is comprised of four significant revenue streams: Client fees, Cardholder fees, Breakage revenue and Interchange Revenue. Based on our discussions with management, the revenue streams are comprised of high volume, low value transactions that do not involve a significant amount of judgment and include a high degree of transparency to the client and customer, outlined and communicated in the respective client contracts and cardholder agreements. Given the routine nature of these transactions and the lack of judgment in determining the amount and timing of revenue recognition, we determined that we do not have a fraud or significant risk associated with revenue recognition for any of the revenue streams. It was also noted that there was limited incentive for WNA management to manipulate results for 2017 given their position in Wirecard AG and the nature of the bonus structure. Due to the fact that the acquisition occurred in 2017, we do not believe that Wirecard AG has stringent expectations related to KPI's that would be an incentive to manipulate financial results.

The group audit team has identified a fraud risk in the Group Audit Instructions (**17 A00**) for the group financial statements related to the overstatement of revenues and the understatement of impairment losses on acquired customer relationships, portfolios, or goodwill. In addition, the group team has also identified a significant risk related to material business combinations.

We have assessed these risks in conjunction with our component audit of WNA and conclude that they are not applicable to our audit based on the nature of revenue transactions, calculation, and recognition, and balance sheet related assets.

We further note that impairment on goodwill and material business combinations are the responsibility of Wirecard Group and therefore the respective audit procedures will be performed by the EY primary team. As a result, we have not included related procedures in our audit approach.

We will document our revenue testing approach as well as the results of our audit procedures and the related conclusion in a separate memo as an attachment to our SRM.

As part of our ongoing fraud risk assessment, we have inquired of local management regarding their assessment of a material misstatement of financial information as a result of fraud or error, their knowledge of any fraud or suspected fraud and non-compliance with laws and regulations.

We inquired of Deirdre Ives (Managing Director), Sarah Weil (VP of Finance), Michael Jennings (Finance Principal) & Brad Fauss (Internal Legal Counsel) for any regarding their assessment of a material misstatement of financial information as a result of fraud or error, their knowledge of any fraud or suspected fraud and non-compliance with laws and regulations.

Confidential Discovery Material

EYGMBH_0000402

None of the individuals was aware of fraud or suspected fraud and non-compliance with laws and regulations. We will update our inquiries as we complete our substantive procedures.

### 9. Significant Accounting and Auditing Issues

*Basis of presentation & Financial reporting framework*

Historically, all financial information for WNA was fully consolidated in the Citigroup financial statements in accordance with US GAAP. No statutory reporting requirements existed. Post-acquisition, WNA reports their financial results on a monthly basis using a template prepared by Wirecard AG. The WNA general ledger reports balances in accordance with US GAAP.

We understand Wirecard AG management ultimately is responsible for evaluating any relevant differences between US GAAP and IFRS-EU. Per discussion with Wirecard AG management, they believe the key areas for potential difference could relate to revenue recognition and accounting for the FV discount on arrangements with certain customers (see further discussion below regarding FV discount). Therefore, management will prepare memos addressing their considerations as to the appropriateness of the accounting policies for these areas with respect to IFRS and we will review their considerations and conclusions in accordance with IFRS. We will also ensure our tax team considers in their testing of the tax accounts, any potential differences between US GAAP and IFRS. We do not anticipate any such differences.

*Opening balance sheet procedures*

As discussed in the '**Initial audit considerations**' section, the EY primary team is responsible for testing the opening balance sheet as of March 9, 2017, including purchase price adjustments. Although we have not been instructed to perform any opening balance sheet procedures, we will communicate any relevant matters related to such that arise as part of our testing procedures to the EY primary team.

### Related Party Relationships and Transactions

We have discussed the related party relationships and related party transactions as part of our team planning event. This included the need to remain cognizant or alert of related parties and transactions, for WNA and those that were not previously identified as well as our need to obtain sufficient appropriate audit evidence to document our testing and consideration of these activities. Through inquiry of Sarah Weil, Vice President of Finance, there are no related party relationships outside of the normal course of business. We have not identified any related parties not previously identified by group management or by the primary team. Refer to **17 A06.03** for the GFIS family tree report post acquisition.

*Face value discount*

For certain larger client's, WNA provides a discount on the respective cards (i.e. client only pays $45 on a card issued with $50) and funds the spread between the amount received from the client and the amount issued on the prepaid card for an amount which they expect (is virtually certain) will be less than the breakage revenue WNA will earn on the card/program. This 'spread' is booked as an Other Asset when the card is issued and sits on balance sheet until the expiration of the card. At expiration the balance sheet entry is

Confidential Discovery Material

reversed for the full amount of the initial discount given and booked to the P&L for the same amount as contra revenue to balance sweep. We will test the propriety of the accounting treatment in accordance with IFRS, including testing management's assertion that recovery of this asset is "virtually certain".

### 10. Internal Control Matters

As part of our group audit, walkthroughs were performed of the following processes:

- Revenue
- Payroll
- Cash disbursement/accounts payable
- Financial Statement Close Process (FSCP)
- Taxation

The walk-through included walking through the process as well as the controls that are in place.

In assessing our reliance on the Company's control environment, we have determined that we will not rely on controls for the 2017 financial statement audit. We determined that we were unable to rely on controls due to our following observations:

- The Company lacks a formal process over reviewing SOC 1's

- The Company is unable to provide appropriate audit evidence for us to use in testing Complimentary User Entity Controls (CUEC's) as a part of our review of applicable SOC 1 reports

- Across the Company, Management lacks sufficient audit evidence for us to perform tests of controls

While we will not be relying on controls for our 2017 audit, we will be obtaining the Citibank & FDR SOC 1 in order to support our understanding of the Company's revenue process and to ensure no significant deficiencies or material weaknesses exist in the SOC 1 report covering the period of our audit that may require an audit response.

In addition, we have engaged ITRA to assist with evaluating the IT environment in general and the data flow with the BIN sponsors (Citi/Sunrise/MB Financial) and settlement agent (First Data Corp.) in particular. We refer to the IT planning memo at **IT A01** for more details around the IT testing strategy

Confidential Discovery Material

EYGMBH_0000404

## 11. Combined Risk Assessment and Effect on Audit Strategy

At the team planning event on January 11, 2018, we made our combined risk assessments for significant account assertions (*Make Combined Risk Assessments (EY Topic Based GAM 3)*). The combined risk assessments reflect our control risk and inherent risk assessments related to the financial statement audit. We do not plan to rely on the internal controls. As discussed above, we determined it was more efficient to take a not rely on controls approach. For each significant process identified, we will prepare a walkthrough to understand the process and 'What Can Go Wrongs' associated with the processes.

## 12. General audit procedures

*Biased Estimates and Judgmental Areas*

Per the group instructions, the EY primary team identified the following significant risk estimates at the group level:

- Goodwill and other intangible assets, especially acquired customer relationships / portfolios
- Business combinations
- Deferred tax asset valuation allowance

For the goodwill and other intangible assets estimate, we understand the focus is on acquired customer relationships / portfolios. This is not applicable to WNA's business for 2017. In addition, we understand the EY primary team is testing the opening balance sheet, including purchase price adjustments. We are responsible for testing subsequent movements in the respective account balances to confirm the Wirecard AG accounting framework has been followed.

Furthermore, we understand impairment analyses for goodwill and other intangible assets are prepared by Wirecard AG management at a more aggregated level (including WNA) and are therefore the responsibility of the EY Primary Team. This also applies to Business combinations, as another significant risk estimate identified by the EY primary team.

Related to the Deferred tax asset valuation allowance, we will engage EY Tax to assist us with the audit of the tax provision and related income statement accounts, including the valuation allowance for deferred tax assets as applicable. Based on discussion with management and Baker Tilly, preliminary there are no DTA's (only DTL's recorded). Therefore, we have identified the valuation allowance as a lower risk estimate.

In addition, we have identified lower risk estimates related to the face value discounts for certain consumer incentive cards with a set maturity date, inventory valuation and the allowance for receivables. It should be noted that there were no significant risks identified and, therefore, no significant risk estimates.

We have not identified any higher or significant risk estimates for WNA.

Confidential Discovery Material

EYGMBH_0000405

*Key audit matters*

As we are not engaged to perform a statutory audit for WNA, we are not planning to include key audit matters (or jurisdictional equivalent) in the component auditor's report on the component's statutory financial statements.

*Use of GDS*

We will utilize Global Deliveries Services (GDS) during our audit. Per US Assurance Policy Manual (Section 1.12), audit engagements now require advance approval when the expected level of work to be done by the GDS exceeds 25% of the total expected audit hours. For 2017, the expected level of work to be performed by GDS is approximately 5% of the total expected audit hours.

TPE & Estimates

We held a TPE with the audit team on January 15th, 2018 to discuss our preliminary approach and audit testing strategy. Attendees included Derek Campanella, Evert Jenezon, and Katie Kummer. While we discussed our initial audit plan and reviewed the interoffice instructions from the primary team in January, we also reassessed our strategy periodically throughout the audit as this was our first year performing the audit. In addition, we discussed whether there were any estimation SCOTs noting that all estimation SCOTs are covered by EY Germany.

### 13. Litigation

We will inquire of WNA management regarding any pending, threatened, or current litigation relevant to our component audit. In addition, we will review legal expenses and, to corroborate management responses regarding litigation, we will obtain an internal legal counsel confirmation.

### 14. Sign offs

Refer to EY Canvas.

Confidential Discovery Material

EYGMBH_0000406