IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re WIRECARD AG SECURITIES LITIGATION  <br><br>This Document Relates to:  <br><br>ALL ACTIONS | Civ. Action No. 2:20-cv-03326-AB  <br><br>CLASS ACTION |

**DECLARATION OF STEVEN M. FARINA**

I, Steven M. Farina, upon personal knowledge, declare the following:

1. I am an attorney at Williams & Connolly LLP and counsel for Defendant Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft ("EY Germany") in the above-captioned matter.

2. Attached are true and correct copies of the following exhibits to EY Germany's Supplemental Memorandum Regarding Personal Jurisdiction, containing the redactions that EY Germany submits are required.

| Ex. No. | Description | Proposed Redactions |
|---|---|---|
| 3 | PwC Germany, *Independent Auditor's Report* (Oct. 26, 2017) (EYGMBH_0001096) | Redactions of the name, contact information, and signature of one individual; and of the name and signature of another individual |
| 4 | EY Germany, *Acquisition of Kestrel: Audit of the Purchase Price Allocation According to IFRS 3* (Mar. 5, 2018) (EYGMBH_0001123) | Redactions of the name and contact information of two individuals |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

June 28, 2023

                                                                    Steven M. Farina

**CERTIFICATE OF SERVICE**

I, Craig D. Singer, hereby certify that on this 28th day of June, 2023, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. The foregoing is available for viewing and downloading from the CM/ECF system, which will also send email notification of such filing to all attorneys of record in this action.

    /s/   Craig D. Singer