IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re WIRECARD AG SECURITIES LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Civ. Action No. 2:20-cv-03326-AB <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER**

AND NOW, this __ day of _____, 2023, upon consideration of Defendant Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft's Motion to Seal Exhibits to Supplemental Memorandum Regarding Personal Jurisdiction, the materials submitted in support of that Motion, and such other evidence and written or oral arguments as may be presented to the Court, it is hereby **ORDERED** that

1. the Motion is **GRANTED**, and
2. The Clerk of the Court is directed to file unredacted versions of the following documents under seal:

| Ex. No. | Description |
|---|---|
| 3 | PwC Germany, *Independent Auditor's Report* (Oct. 26, 2017) (EYGMBH_0001096) |
| 4 | EY Germany, *Acquisition of Kestrel: Audit of the Purchase Price Allocation According to IFRS 3* (Mar. 5, 2018) (EYGMBH_0001123) |

_____
Anita B. Brody, J.