UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | ) Civ. Action No. 2:20-cv-03326-AB )  ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) DECLARATION OF SHAWN A. WILLIAMS IN ) SUPPORT OF LEAD PLAINTIFFS' ) SUPPLEMENTAL MEMORANDUM OF ) POINTS AND AUTHORITIES IN SUPPORT OF ) PERSONAL JURISDICTION #64 |

4880-4299-5561.v1

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the States of New York and California, and am admitted *pro hac vice* before this Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, one of Lead Counsel in the above-entitled action. This Declaration is made in support of Lead Plaintiffs' Supplemental Memorandum of Points and Authorities in Support of Personal Jurisdiction #64. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Baker Tilly International "Wirecard Project:" Purchase Price Allocation Report, dated March 8, 2018 (Bates No. EYGMBH_0001051-EYGMBH_0001091) **[FILED UNDER SEAL]**;

Exhibit 2: EY Germany, Responses and Objections to Plaintiffs' Requests for Admissions, dated May 10, 2023;

Exhibit 3: EY, "Wirecard Group Audit FY 2017 Site Visit – USA," dated December 11-12, 2017 (Bates No. EYGMBH_0000266-EYGMBH_0000293) **[FILED UNDER SEAL]**;

Exhibit 4: Wirecard, "2017 Site Visit USA Agenda," dated December 11-12, 2017 (Bates No. EYGMBH_0000335) **[FILED UNDER SEAL]**;

Exhibit 5: Dan McCrum, "Money Men: A Hot Startup, a Billion-Dollar Fraud, a Fight for the Truth" (2022);

Exhibit 6: EY Germany, "Wirecard AG Group audit instructions 2017 audit," dated October 6, 2017, updated January 10, 2018 (Bates No. EYGMBH_0000416-EYGMBH_0000483) **[FILED UNDER SEAL]**;

Exhibit 7: Wirecard North America Inc., "EY visit 11-12 December 2017," dated December 11-12, 2017 (Bates No. EYGMBH_0000336-EYGMBH_0000373) **[FILED UNDER SEAL]**;

Exhibit 8: Metadata from Wirecard North America Inc., "EY visit 11-12 December 2017," dated December 11-12, 2017 **[FILED UNDER SEAL]**;

Exhibit 9: *Financial Times*, "EY banned by German audit watchdog over Wirecard work," dated April 3, 2023;

| | |
|---|---|
| Exhibit 10: | EY U.S., "Wirecard North America Inc. Final Summary Memorandum (SRM)," dated December 31, 2017 (Bates No. EYGMBH_0000312-EYGMBH_0000319) **[FILED UNDER SEAL]**; |
| Exhibit 11: | EY U.S., "Wirecard North America Inc. Final Summary Memorandum (SRM)," dated December 31, 2018 (Bates No. EYGMBH_0000524-EYGMBH_0000531) **[FILED UNDER SEAL]**; |
| Exhibit 12: | EY U.S., "Summary review memorandum," dated March 14, 2020 (Bates No. EYGMBH_0000749-EYGMBH_0000758) **[FILED UNDER SEAL]**; |
| Exhibit 13: | EY Germany, "Wirecard AG Group audit instructions 2018 audit," dated October 19, 2018, (Bates No. EYGMBH_0000576-EYGMBH_0000643) **[FILED UNDER SEAL]**; |
| Exhibit 14: | EY Germany, "Wirecard AG Group audit instructions 2019 audit," dated October 16, 2019, updated February 2020 (Bates No. EYGMBH_0001010-EYGMBH_0001050) **[FILED UNDER SEAL]**; |
| Exhibit 15: | EY Germany, "Wirecard AG IFRS 15 transition Supplement to the group audit instructions 2018," dated October 31, 2018 (Bates No. EYGMBH_0000497-EYGMBH_0000504) **[FILED UNDER SEAL]**; |
| Exhibit 16: | EY Germany, "Supplement to the Group audit instructions 2019 Procedures on the implementation of IFRS 16Leases," dated December 4, 2019 (Bates No. EYGMBH_0000780-EYGMBH_0000789) **[FILED UNDER SEAL]**; |
| Exhibit 17: | EY Germany, "Wirecard AG IFRS 15 Supplement to the group audit instructions 2019," dated February 27, 2020 (Bates No. EYGMBH_0000800-EYGMBH_0000806) **[FILED UNDER SEAL]**; |
| Exhibit 18: | Letter from Catherine A. Kummer, EY U.S., to ▮▮▮, dated March 29, 2018 (Bates No. EYGMBH_0000397-EYGMBH_0000398) **[FILED UNDER SEAL]**; |
| Exhibit 19: | Letter from Catherine A. Kummer, EY U.S., to ▮▮▮, EY Germany, dated March 20, 2019 (Bates No. EYGMBH_0000649-EYGMBH_0000651) **[FILED UNDER SEAL]**; |
| Exhibit 20: | 2019 Full Scope Interoffice Engagement Conclusion, dated March 19, 2019 (Bates No. EYGMBH_0000760-EYGMBH_0000763) **[FILED UNDER SEAL]**; |
| Exhibit 21: | EY U.S., "Wirecard North America Inc. Audit Strategies Memorandum," dated December 31, 2017 (Bates No. EYGMBH_0000399-EYGMBH_0000406) **[FILED UNDER SEAL]**; |
| Exhibit 22: | EY Germany, "Wirecard AG 2019 (Pre-) closing Call Wirecard North America Inc. Component Team: Ernst & Young LLP, USA," dated February |

| | |
|---|---|
| | 28, 2020 (Bates No. EYGMBH_0000776-EYGMBH_0000777) **[FILED UNDER SEAL]**; |
| Exhibit 23: | APS International, Ltd., Certificate of Translation – Affidavit of Accuracy of excerpt of 2018 Overview Group Reporting Spreadsheet, dated June 7, 2023 (Bates No. EYGMBH_0001160) **[FILED UNDER SEAL]**; |
| Exhibit 24: | *The New Yorker*, "How the Biggest Fraud in German History Unravelled," dated February 27, 2023; |
| Exhibit 25: | EY, "Wirecard Group Audit FY 2017 Site Visit- USA Meeting Topics," dated December 11-12, 2017 (Bates No. EYGMBH_0000374-EYGMBH_0000394) **[FILED UNDER SEAL]**; |
| Exhibit 26: | Thomson Reuters Transcript, "WDI.DE – Wirecard AG Capital Markets Day," dated October 8, 2019; |
| Exhibit 27: | EY U.S., "Wirecard North America Audit Strategies Memorandum," dated December 31, 2019 (Bates No. EYGMBH_0000954-EYGMBH_0000963) **[FILED UNDER SEAL]**; |
| Exhibit 28: | EY U.S., "Wirecard North America Inc. Audit Strategies Memorandum," dated December 31, 2018 (Bates No. EYGMBH_0000740-EYGMBH_0000748) **[FILED UNDER SEAL]**; |
| Exhibit 29: | EY U.S., Acknowledgement of group audit instructions, dated 2017 (Bates No. EYGMBH_0000260-EYGMBH_0000262) **[FILED UNDER SEAL]**; |
| Exhibit 30: | EY Germany, "Determine involvement in the work performed by component teams," dated 2017 (Bates No. EYGMBH_0000264) **[FILED UNDER SEAL]**; |
| Exhibit 31: | EY U.S., "C-13 Subsequent events procedures," dated April 23, 2019 (Bates No. EYGMBH_0000506) **[FILED UNDER SEAL]**; |
| Exhibit 32: | EY Germany, "Wirecard AG Acquisition: Audit of the Purchase Price Allocation according to IFRS 3," dated March 5, 2018 (Bates No. EYGMBH_0001123-EYGMBH_0001126) **[FILED UNDER SEAL]**; |
| Exhibit 33: | Excerpt of Wirecard AG Annual Report for 2016; |
| Exhibit 34: | *Financial Times*, "EY and Wirecard: anatomy of a flawed audit," dated October 25, 2021; |
| Exhibit 35: | Excerpt of Wirecard AG Annual Report for 2015; and |
| Exhibit 36: | Excerpt of Wirecard AG Annual Report for 2018. |

- 4 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of June, 2023, in the State of California.

s/ Shawn A. Williams<br>SHAWN A. WILLIAMS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on June 7, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                                          <u>s/ Lawrence F. Stengel</u>
                                                                          LAWRENCE F. STENGEL

                                                                          SAXTON & STUMP
                                                                          280 Granite Run Drive, Suite 300
                                                                          Lancaster, PA  17601
                                                                          Telephone:  717/556-1000
                                                                          717/441-3810 (fax)
                                                                          E-mail:  lfs@rgrdlaw.com

# Mailing Information for a Case 2:20-cv-03326-AB IN RE: WIRECARD AG SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **GEORGE A. BORDEN**
  gbprden@wc.com

- **PERETZ BRONSTEIN**
  peretz@bgandg.com

- **Vincent A. Coppola**
  vcoppola@pribanic.com,gregory@pribanic.com

- **HADIYA K. DESHMUKH**
  hdeshmukh@rgrdlaw.com,hdeshmukh@ecf.courtdrive.com

- **STEVEN M. FARINA**
  sfarina@wc.com

- **JACOB G. GELMAN**
  jgelman@rgrdlaw.com

- **JOHN H. GEORGE**
  jgeorge@rgrdlaw.com,jgeorge@ecf.courtdrive.com,smorris@ecf.courtdrive.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **REED KATHREIN**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **JEFFREY L. KODROFF**
  jkodroff@srkattorneys.com

- **AMANDA MACDONALD**
  amacdonald@wc.com

- **WILLIAM S. NORTON**
  bnorton@motleyrice.com,mhickey@motleyrice.com

- **MICHAEL J. QUIRK**
  mquirk@motleyrice.com,hfonseca@motleyrice.com,lmandara@motleyrice.com

- **LAURENCE MATTHEW ROSEN**
  LRosen@Rosenlegal.com

- **CHRISTOPHER A. SEEGER**
  cseeger@seegerweiss.com,styjer@seegerweiss.com,seegerweiss@myecfx.com,rbarreca@seegerweiss.com,sabrina-tyjer-1389@ecf.pacerpro.com,msheridan@seegerweiss.com,DKekatos@seegerweiss.com,dsparks@seegerweiss.com,abadaruzzaman@seegerweiss.com,dion--kekatos-1017@ecf.pacerpro.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,cag@saxtonstump.com,jss@saxtonstump.com

- **DAVID A. STRAITE**
  dstraite@kaplanfox.com

- **Craig Singer**
  csinger@wc.com

- **Danielle Smith**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

- **SHAWN A. WILLIAMS**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,jgelman@rgrdlaw.com,shawnw@ecf.courtdrive.com,JGelman@ecf.courtdrive.com

- **WESLEY A. WONG**
  wesleyw@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Lucas              E Gilmore**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue   Suite 202
Berkeley, CA 94710