# EXHIBIT 11



Building a better
working world

**Wirecard North America Inc.**
**Final Summary Memorandum (SRM)**
**December 31, 2018**

### 1. Client Business and Overview

Wirecard North America, Inc. (WNA) is a wholly owned subsidiary of its ultimate parent Wirecard AG, located in Munich, Germany and a publicly listed company on the Frankfurt Stock Exchange under the ticker "WDI". WNA provides payment solutions to various-sized businesses, which include consumer incentive (rebate) cards, sales incentive cards, payroll cards, refunds payment cards, instant compensation cards, and virtual payment cards. WNA is located in Conshohocken, PA, with additional personnel in various International locations.

On March 9, 2017, Wirecard AG completed the acquisition of WNA, previously known as Citi Prepaid Card Services, from Citibank. As a result of the acquisition, we have been engaged by EY Germany (EY Primary Team) to perform a full scope audit as of and for the year ended December 31, 2018, consistent with the prior year.
Based on the Group audit instructions at **18 A00**, we performed a full scope audit of the financial information of WNA prepared under IFRS, in accordance with the auditing standards applicable in Germany and ISAs, as well as certain additional procedures as described in section B-2.1 of the instructions.

### 2. Audit Strategy

Based on our Interoffice Instructions at **18 A00**, we performed a full-scope audit of the financial information of WNA prepared under IFRS, in accordance with the auditing standards applicable in Germany and ISA's, as well as certain additional procedures as described in section B-2.1 of the instructions. The EY Primary Team allocated a Tolerable Error of EUR 1,800,000 and SAD of EUR 700,000, which we converted to USD using the exchange rate on December 31, 2018 of USD 1:1.15 EUR resulting in a

final TE and SAD of $2,070,000 and $805,000, respectively. There were no significant changes to the audit strategy in comparison to our ASM at **18 A00.05.**

Note: The reporting package which we audited has been prepared in US dollars, and all references in this memo is in US dollars.

### 3. Independence

Refer to the Component team independence procedures 704DE(R) which already submitted to Primary team.

### 4. Overall Analysis of Financial and non-Financial Information

We performed analytical procedures from the opening balance sheet date, January 1, 2018, through December 31, 2018. The results of our analytical procedures will be included in year-end Overall Analytic Review at Appendix **A.** EY Primary Team: Refer to **C-9.1**.

### 5. Fraud and Significant Risks

Through the performance of our revenue testing procedures, including Client Revenue, Interchange Revenue, and Cardholder Revenue, the revenue streams are comprised of high volume, low value transactions that do not involve a significant amount of judgment and include a high degree of transparency to the client and customer, outlined and communicated in the respective client contracts and cardholder agreements. We did not see any outliers in the population, other than larger dollar journal entries, which are directly correlated to program size (i.e., number of cardholders), not transaction value.

Wirecard has adopted IFRS 15, Revenue from Contracts with Customers, on the basis of a modified retrospective approach on 1 January 2018. We have understood the material revenue streams related to IFRS 15 adoption as documented within the client's accounting policy memo **18 E06.4** (audited by the EY Primary Team) and have further corroborated these streams via a review of the trial balance and inquiries with client management (Sarah Weil, Jay Austin). We have also obtained an understanding of the process and attended a walkthrough session with the client upon the preparation and review/recording of the IFRS 15 entries (including transition adjustment calculation) at **18 E06 and E06.1**. We noted management's projected IFRS related revenues are based on historical data and are truing up based on actuals applied against the different tiers and programs periodically. The discount applied to ensure the variable consideration is highly probable such that a significant reversal of revenue will not occur is the only judgmental estimate applied and a consistent discount is applied for all escheatable and all non-escheatable amounts. Therefore, we don't believe there is fraud risk or significant risk associate with the IFRS 15 adoption.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000525

The primary audit team has identified a fraud risk in the Group Audit Instructions (**18 A00**) for the group financial statements related to the overstatement of revenues and the understatement of impairment losses on acquired customer relationships, portfolios, or goodwill. In addition, the primary team has also identified a significant risk related to material business combinations.

We have assessed these risks in conjunction with our component audit of WNA and conclude that they are not applicable to our audit based on the nature of revenue transactions, calculation, and recognition, and balance sheet related assets are based on the fact that the EY Primary Team was responsible for auditing the Goodwill impairment and material business combinations which WNA didn't have any during 2018. In addition, per discussion with management and our audit procedure, we didn't note any factors that would indicate any impairment concerns on customer relationships.

We have documented our revenue testing approach as well as the results of our audit procedures and the related conclusion in a separate memo as an attachment to our SRM. Refer to **18 A08.02**.

As part of our ongoing fraud risk assessment, we have inquired of local management regarding their assessment of a material misstatement of financial information as a result of fraud or error, their knowledge of any fraud or suspected fraud and non-compliance with laws and regulations. We inquired of Florian Ungethuem (Chief Financial Officer), Sarah Weil (VP of Finance), Michael Jennings (Finance Principal) & Brad Fauss (Internal Legal Counsel) regarding their assessment of a material misstatement of financial information as a result of fraud or error, their knowledge of any fraud or suspected fraud and non-compliance with laws and regulations. None of the individuals was aware of fraud or suspected fraud and non-compliance with laws and regulations.

## 6. Significant Accounting and Auditing Issues

### Basis of presentation & Financial reporting framework
Per discussion with WNA management and our planning procedures, key areas for our audit were revenue recognition, including the adoption of IFRS 15, and accounting for the face value discount on arrangements with certain customers (see further discussion below regarding FV discount). Wirecard also has adopted IFRS 9, Financial Instruments, for the fiscal year 2018 beginning as of 1 January 2018, but it didn't have material impact on WNA and we have scoped out based on the discussion with primary team
We obtained the accounting memos prepared by management to address their considerations as to the appropriateness of the accounting policies for these areas with

Page 3 of 7

Confidential Personal Information
Confidential Discovery Material

respect to IFRS from prior year and confirmed with Sarah Weil (VP of Finance) there is no significant changes during 2018. We reviewed those memos. With respect to the FVD, we concur with management's conclusion. With respect to revenue recognition policies, consistent with the prior year and our understanding with the primary team, our procedures were limited to ensuring WNA accounted for revenue in accordance with Wirecard accounting policies. We rely on the EY Primary Team for conclusion as the propriety of the revenue recognition policies in accordance with IFRS.

### Related Party Relationships and Transactions

We have discussed the related party relationships and related party transactions as part of our team planning event. This included the need to remain cognizant or alert of related parties and transactions, for WNA and those that were not previously identified as well as our need to obtain sufficient appropriate audit evidence to document our testing and consideration of these activities. Through inquiry of Sarah Weil, Vice President of Finance, there are no related party relationships outside of the normal course of business. We have not identified any related parties not previously identified by group management or by the primary team.  All material intercompany balances have been confirmed with the EY Primary Team.

### 7. Combined Risk Assessment and Effect on Audit Strategy

During the planning phase of our audit, we determined our combined risk assessments for significant account assertions (*Make Combined Risk Assessments (EY Topic Based GAM 3)*. The combined risk assessments reflected our control risk and inherent risk assessments related to the financial statement audit. Throughout the course of our audit, we did not identify any information that would require a change in CRA.

We utilized a 'not rely on controls' strategy for all accounts.

### 8. Income taxes

WNA is treated as a corporation for US Federal income tax purposes, and in addition will file in approximately 10-15 state and local returns in jurisdictions including California, Pennsylvania, Delaware, and Michigan. WNA management prepared standalone tax provisions that present WNA's tax expense, deferred tax accounts and taxes payable on the basis that WNA is a standalone company. We engaged EY tax professionals to assist with the US taxes included in the reporting pack. Management has engaged Baker Tilly Virchow Krause, LLP ("BT") to prepare the US tax provision.

All significant tax matters, tax exposure items, and financial statement presentation matters have been considered during our audit of the financial statements of Wirecard North American, Inc. for the year ended December 31, 2018 and appropriately addressed. We have concluded that the income tax accounts are free of material

Confidential Personal Information
Confidential Discovery Material

see SAD list as well as group SAD list

misstatement and the anticipated financial statement presentation relating to income taxes are in conformity with IFRS, . We identified two corrected SAD items that resulted in balance sheet reclasses from deferred tax liabilities to current tax liability and other non-current liabilities.

Refer to Appendix C - A02 O.1 for the Tax Review Memo .

**9.** Dividends
We noted since its acquisition by Wirecard, WNA has paid the following dividends to Wirecard AG:

- Per the prior year testing, $10 million was approved and paid in early 2018, related to 2017 profits
- Per testing in the current year, $10 million was approved and paid in December 2018 related to 2018 profits
- Per testing in the current year, $15 million was approved and paid in February 2019 related to 2018 profits

We obtained the dividend declarations and proof of payments to test the existence and accuracy of the dividends and refer to primary team on the Financial Statement classification (income statement).

## 10.   General audit procedures

### Biased Estimates and Judgmental Areas
Per the group instructions, the EY primary team identified the following significant risk estimates at the group level:

- Goodwill and other intangible assets, especially acquired customer relationships / portfolios
- Business combinations
- Deferred tax asset valuation allowance

For the goodwill and other intangible assets estimate, we understand the focus is on acquired customer relationships / portfolios. We are responsible for testing subsequent movements in the respective account balances to confirm the Wirecard AG accounting framework has been followed. There was no new goodwill or acquired other intangible assets during 2018. We recalculated depreciation and amortization for these accounts in 2018 based on reliance on the EY Primary Team for the useful lives and depreciation/amortization method, without exception.

Furthermore, we understand impairment analyses for goodwill and other intangible assets are prepared by Wirecard AG management at a more aggregated level (including WNA) and are therefore the responsibility of the EY Primary Team. This also applies to

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000528

Business combinations, as another significant risk estimate identified by the EY primary team.

Related to the Deferred tax asset valuation allowance, we engaged EY Tax to assist us with the audit of the tax provision and related income statement accounts, including the valuation allowance for deferred tax assets as applicable. Total gross DTA's were only $1,093k and given the earnings history of the company and anticipated future profitability, we have identified the valuation allowance as a lower risk estimate.

In addition, we have identified lower risk estimates related to the face value discounts for certain consumer incentive cards with a set maturity date, inventory valuation and the allowance for receivables. It should be noted that there were no significant risks identified, and therefore no significant risk estimates, and no higher risk estimates identified.

### 11.    Litigation

We inquired of WNA management regarding any pending, threatened, or current litigation relevant to our component audit. In addition, we obtained an official legal letter from internal counsel to corroborate our management inquiry, noting no pending liquidation. Refer to **18 A07.02** for the received letter.

### 12.    Subsequent Events    EY Primary Team: Refer to C-13.

EY obtained the bank statements for January, February, and activity up until March 14, 2019 conjunction with our unrecorded liability testing. We scanned the bank statements for any debits or transfers to the account greater than 50% TE ($1,035,000) and obtained the invoice and the subsequent proof of cash payment for each selection. See **18 N08** for results of testing procedures. Additionally, we obtained the reporting package as of January 2019, which was the most recent available balance sheet and income statement. We inspected the reporting package and reviewed for any significant or unusual fluctuations, noting none.

### 13.    Reliance on EY Primary Team

As discussed with the EY Primary Team, we rely on the EY Primary Team for the following items:

- Original acquired PPA adjustments (goodwill and other intangibles)
- Revenue recognition policies in accordance with IFRS
- Amortization of intangibles - useful lives and amortization period

EY Primary Team: All okay, refer to **ACO-120 Tab 13**.

Page 6 of 7

Confidential Personal Information
Confidential Discovery Material

### 14. Going Concern Considerations

Based on our audit procedures and inquiries of WNA management, combined with the acquisition that occurred in the prior year, we did not identify any matters that would indicate going concern issues.

### 15. Management Representation Letter

We obtained a signed management representation letter by Florian Ungethuem, Chief Financial Officer, Sarah Weil, Finance Director and Susanne Steidl, Managing Director Wirecard Acquiring & Issuing GmbH as of and for the year ended December 31, 2018.

### 16. Summary of audit differences (SAD) and related conclusions

During the performance of our audit, we did identify an uncorrected misstatement related to the Merchant rebate receivable. Client overbooked $1.6 million Merchant rebate receivable based on their estimation of 2018-2019 Mastercard volume.

Please see the attached SAD at appendix **B** for further details.

> **EY Primary Team**:
> Refer to **C-12**.

### Summary of Conclusion

Based on the audit procedures we performed on the group reporting package, we conclude that we have obtained sufficient appropriate audit evidence to support our opinion that the financial statements at the Wirecard North America component level has been prepared, in all material respects, in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB), after consideration of the identified misstatement related to Merchant rebate receivable.

### 17. Sign offs

Refer to EY Canvas.

### 18. Appendices

**A** - Overall Analytical Review - A02.02 (**C-9.1**)
**B** - Summary of audit differences - 18 A00.06 C-12 - Summary of Audit Difference (SAD) Template (**C-12**)
**C** - Tax Review Memorandum (TRM) - A02 **O.1**
**D** - Summary of IT procedures memo - **IT C04**

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000530

| | |
|---|---|
| **From:** | Kathy Du |
| **Sent:** | |
| **To:** | |
| **Cc:** | Nathan P Moses;  Ankit L Varia; Siwon Seo; Katie Kummer |
| **Subject:** | RE: 2018 WNA Reporting Package |

Anna,

Please see my responses below and let me know if you have any questions.

Thanks

Kathy

**From:**
**Sent:** Wednesday, March 27, 2019 3:49 AM
**To:** Siwon Seo <Siwon.Seo@ey.com>
**Cc:** Katie Kummer <catherine.kummer@ey.com>; Kathy Du <Kathy.Du@ey.com>; Nathan P Moses <Nathan.Moses1@ey.com>;  ; Ankit L Varia <ankit.varia@ey.com>;
**Subject:** RE: 2018 WNA Reporting Package

Hi Siwon

Thanks for the reporting. I looked at the reporting and had a few questions:

- **C-9**: there are some subjects to cover as per group audit instructions which I couldn't find in your Final Summary Memorandum.
  Can you please let provide a short comment on these (if not applicable / no issues noted, please indicate):
  - The nature and scope of consultations or discussions with your technical resources regarding important accounting and auditing/review issues or other significant matters, and a summary of conclusions reached Not applicable
  - Indicators of possible management bias No Issues Noted
  - Whether audit evidence was obtained while performing the work on the financial information of component(s) that contradicts the information communicated to you by us No Issues Noted
  - Results of the additional procedures performed to support the group audit as requested in section B-2.1 (Full Scope):
    - Revenue Recognition → okay, described in C-9
    - Internally generated intangible assets → As per your C-9 I understand that there were no additions in this position so no testing of capitalization is applicable, correct? Yes, that is correct.
    - Acquired customer relationships / portfolios → Can you please confirm that you checked the estimation of future cash flows for reasonableness and performed a further analyses to identify triggering events in accordance with IAS 38.111 and IAS 36? we did not receive any estimation of future cash flows from the Primary team to review for reasonableness. Our understanding was that we solely needed to review the component's evaluation of triggering events.
    - Cash and banks → Did you obtain bank confirmations for all bank accounts? we did procedures over accts with a balance and the closed accounts.   no changes to initial recognition - also no trigger for changes identified

- **C-9**: on p.3 you refer to the attachment **18 A08.02** – I couldn't find the attachment. Did you want to share this with us? We didn't intend for this workpaper to be attachment

- **C-9**: on p.6 you list items with reliance on EY Primary Team; are you referring to the goodwill impairment by "amortization of intangibles – useful lives and amortization period"? No, our comment relate to intangible not for goodwill In the prior year, we did not have enough support for the useful lives and amortization period since we did not test the FV mark and the support for useful lives and amortization method would have been part of that analysis, so Gregor had us indicate reliance on the primary team for those items, which we will need to continue to do.

-

- **Overall Analytical Review**: The layout you used is more aggregated than the one per group audit instructions. Can you please perform the Overall Analytical Review using the template as per group audit instructions (also refer to attached document). We are currently working on it and will share with you later.   see Canvas

Thanks and best regards

**From:** Siwon Seo
**Sent:** Monday, March 25, 2019 10:21 PM
**To:**
**Cc:** Katie Kummer <catherine.kummer@ey.com>; Kathy Du <Kathy.Du@ey.com>; Nathan P Moses <Nathan.Moses1@ey.com>;  ; Ankit L Varia <ankit.varia@ey.com>
**Subject:** 2018 WNA Reporting Package

Hi  ,

We apologize for the delay last week. Please find the attached zip file containing all reporting package materials that were due.

Please let us know if you need anything else.

Best Regards,

Siwon Seo

**Siwon Seo** | Senior | Financial Services Office - Assurance

Confidential Personal Information
Confidential Discovery Material