# EXHIBIT 18

Name(s) of component(s): Wirecard North America Inc.
Group code/Component identifier: WNA
Year-end: **31 December 2017**
Currency: **USD**

To:      Group Auditor/ ▮▮▮▮▮▮▮▮▮▮ , Partner

As requested in your instructions dated 6 October 2017, we have audited, for the purpose of your audit of the group financial statements of Wirecard AG, the financial reporting package of Wirecard North America Inc. (the component) (a Subsidiary of Wirecard AG) as of 31 December 2017 and for the period from March 9, 2017 through December 31, 2017 (the specified forms). This financial reporting package has been prepared solely to enable Wirecard AG to prepare its group financial statements.

### Management's responsibility for the specified forms

Management is responsible for the preparation and presentation of the specified forms in accordance with policies and instructions contained in Wirecard AG accounting manual and for such internal control as management determines is necessary to enable the preparation of specified forms that are free from material misstatement, whether due to fraud or error.

### Auditor's responsibility

Our responsibility is to express an opinion on the specified forms based on our audit. We conducted our audit in accordance with the auditing standards applicable in Germany and International Standards on Auditing and, as requested, we performed the additional procedures detailed in Section B-2.1 of the group audit instructions dated 6 October 2017. The auditing standards applicable in Germany and International Standards on Auditing require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the specified forms are free of material misstatement. As requested by you, we planned and performed our audit using the component materiality specified in your instructions of €1.2 million ($1.44 million as of December 31, 2017), which is different from the materiality level that we would have used, had we been designing the audit to express an opinion on the financial statements of the component alone.

An audit involves performing procedures to obtain audit evidence about the amount and disclosures in the specified forms. The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the specified forms, whether due to fraud or error. In making those risk assessments, we consider internal control relevant to the component's preparation and presentation of the specified forms in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the component's internal control. An audit also includes the evaluation of the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the specified forms.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion. The conclusions reached in forming our opinion are based on the component materiality specified by you in the context of the audit of the group financial statements.

### Opinion

In our opinion, the accompanying specified forms of Wirecard North America Inc. as of 31 December 2017 and for period from March 9, 2017 through December 31, 2017 have been prepared, in all material respects, in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB), after consideration of the identified misstatement related to Income Taxes, which you have indicated will directly be corrected at the Wirecard AG 2017 group financial statements level.

### Restriction on Use and Distribution

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000397

The specified forms have been prepared for purposes of providing information to Wirecard AG to enable it to prepare the group financial statements. As a result, the specified forms are not a complete set of financial statements of Wirecard North America Inc. in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB) and are not intended to present fairly, in all material respects (or to give a true and fair view of) the financial position of Wirecard North America Inc. as of 31 December 2017 and of its financial performance, and its cash flow for the year then ended in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a I of the German Commercial Code (HGB). The specified forms may, therefore, not be suitable for another purpose.

This report is intended solely for the information and use of Ernst & Young in conjunction with the audit of the group financial statements of Wirecard AG and should not be used by or distributed to, anyone for any other purpose. If you have any questions on this report, please contact ███████████████ .

March 29, 2018


Catherine A. Kummer
Ernst & Young LLP
1775 Tysons Blvd.
Tysons, VA 22102
**United States of America**