# EXHIBIT 22

# Wirecard AG 2019

## (Pre-)closing Call Wirecard North America Inc.

Component Team: Ernst & Young LLP, USA

28 February 2020

- **Participants:**
  - Primary Team: ▮
  - Component Team: Megan Varani, Lily Cao, Kathy Du

- **Scope of work:**
  - Full Scope
  - Focus Area: Acquired customer relationships / portfolios, revenue and receivables from software license sales (focus area)

- **Significant accounting or auditing issues**
  - Significant risks & fraud risks and audit response
  - Judgmental areas
  - Transactions that are either complex or unusual in nature

- **Status on procedures regarding the significant risks/ fraud risks**
  - Revenue:
    - Revenue Recognition Policy for the **new Revenue Stream** regarding Acquiring Business
      **Update 2019: Status of Revenue Recognition with breakage: Final point will be presented and estimates testing**
    - Status on procedures regarding Revenue Recognition for the other revenue streams
  - **Update 2019: TEA regarding customer relationship: Follow up next weeks (PT will communicate it also to the Group Accounting)**

- **Status on procedures regarding the estimate areas and other topics**

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000776

- other intangible assets especially acquired customer relationships/portfolios
- Status of the IT environment
  **Update 2019: No issues identified.**

➢ **EY Central Team follow-ups** (from PY / pre-audit / site visits)

- Corrected SAD regarding Balance Sheet reclassification from deferred tax liabilities to current tax liability and other non-current liabilities
- Declaration of dividends

➢ **Findings** (up to now)

- Findings affecting the balance sheet, income statement or OCI
- Deficiencies in internal control
- Fraud or suspected fraud

➢ **Critical open accounting and auditing issues Current Year (Form C-5A)**:

- Taxes: EY business tax advisory team and the tax team are still assessing whether client is allowed to realize the breakage revenue for Federal tax purpose on the expiration of the prepaid cards
  **Update 2019: 3rd party Baker Tilly Analysis: Reclass current taxes -> more documentation is needed**

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0000777