# EXHIBIT 31

## C-13 Subsequent events procedures

Note: At the primary team's request, we updated our subsequent events procedures through April 15, 2019. On that date, Ankit Varia made the inquires noted below of Sarah Weil (VP of Finance) who indicated no significant events from the date of our prior inquiries through the date of our updated inquiries.

Name(s) of component(s):
Wirecard North America Inc.
Group code/Component identifier: WNA
Reporting currency: USD
Year-end: 31 December 2018

We have performed, to the date of this memorandum, the following subsequent events procedures and other audit procedures covering transactions, operations and corporate minutes from the date of our conclusion and *Final summary memorandum*.

- Discuss with component management whether there have been significant events after reporting which
    - may have a material impact on the audit opinion, or
    - must be disclosed as subsequent events in accordance with IAS 10 in the notes to group financial statements or § 315 II Nr. 1 HGB in the group management report of Wirecard AG, or
    - may have a material impact on the presentation of the net assets, financial position and results of operations of the component
- Review minutes of the component after the balance sheet date – **N/A, minutes are unavailable for Wirecard North America.** ✓
- Review of interim financial statements of the component – **Reviewed January and February 2019 reporting package. March is not yet available.** ✓
- Inquire or extend previous inquiries of the entity's (internal or external) lawyers concerning litigation and claims – **Obtained internal legal letter as of original sub events date and updated email as for this update from General Counsel indicating no updates as it pertains to the Company's litigation.** ✓
- Perform a Search for unrecorded liabilities based on a threshold of 50% of component performance materiality through April 11, 2019. ✓      **A**

In the course of performing those procedures, no material subsequent events or transactions have come to our attention or adjustments have been discovered that should be considered by you, based on the assigned component performance materiality, in reporting on the group financial statements of Wirecard AG for the year ended 31 December 2018. Additionally, the opinion expressed by us in the *Auditor's report* requires no change or update as of today's date. ✓

Partner in charge of the component engagement — signature: *[signature]*   Date: 4/23/19
Partner in charge of the component engagement — name: Katie Kummer    Country/Office: USA/Tyson's, Virginia
4/15/19

Primary Team Note **A**: In Absprache mit uns hat das Component beim Update der Subs Events einen Threshold von 50% für den Search verwendet mit folgender Argumentation: Given the risk factors, lack of any audit adjustments the past 2 years, and the low scopes we use when testing accrual accounts, we believe 50% appropriately addresses the risk. -> plausibel und nachvollziehbar

EYGMBH_0000506

Confidential Discovery Material