EXHIBIT 32



# Wirecard AG

Acquisition of Kestrel

Audit of the Purchase Price
Allocation according to IFRS 3

FY 2017

March 05, 2018

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001123

**Table of Contents**

1. Introduction ........................................................................................................................................... 3
2. Contact ................................................................................................................................................... 3
3. Conclusion Statement ......................................................................................................................... 4

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001124

# 1.    Introduction

We, as the Group Auditor, have been engaged to perform an audit of the group financial statements of Wirecard AG (the Company) and subsidiaries as of 31 December 2017 and for the year then ended. The Company prepares its financial statements in EUR in accordance with International Financial Reporting Standards (IFRS) as adopted by the EU and the supplementary commercial regulations to be applied in accordance with § 315a l of the German Commercial Code (HGB).

On 29 June 2016 Wirecard signed the Purchase and Sale Agreement regarding the purchase of 100% of the shares in Ecount, Inc., USA via a share deal (Project Kestrel). Wirecard obtained control as of 9 March 2017 (closing date), which is the valuation date for the purchase price allocation.

The transaction qualifies as a business combination under IFRS 3. The acquirer shall, at the acquisition date, measure the acquiree's identifiable assets and the liabilities assumed at their fair values at that date (IFRS 3.18).

This **Conclusion Memorandum** facilitates communication of the results of substantive testing performed by the EY central team for the EY US team with respect to the Purchase Price Allocation (PPA) according to IFRS 3.

However, the EY US team is responsible for any subsequent accounting (as of 31 December, starting 31 December 2017) of the PPA assets and deferred taxes, especially the amortization and the identification of triggering events for impairments.

# 2.    Contact

The names and contacts of all relevant team members are specified in this section:

| Name | Level | EY Phone No. | Mobile Phone No. | Email Address |
|---|---|---|---|---|
| ███████ | ████ | ███████ ██ | ███████ █ | ████████████████ |
| ████████ | ██████ | ███████ █ | ███████ █ | ███████████████ |

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001125

# 3.    **Conclusion Statement**

Year End:      December 31, 2017

To:            EY US Team / Katie Kummer, Partner

We have performed the substantive procedures to audit the PPA as well as the opening balance sheet for Wirecard North America as of the closing date. The procedures were performed solely to assist you in forming your opinion on the financial reporting of the component for purposes of the audit of the Wirecard Group consolidated financial statements.

Based on the work performed, we report that:

- All procedures have been performed;
- All open items have been cleared;
- No material findings were identified;
- All communications have been made;
- Supporting audit documentation will be retained by us for fiscal year 2017.

This Conclusion Statement is provided solely for your information and assist you in forming your opinion on the financial reporting of the component for purposes of the audit of the Wirecard Group consolidated financial statements, and should not be used by anyone for any other purpose. Any questions on the content of this Conclusion Statement may be addressed to █████████████.

█████████████

EY FSO / Munich, Germany

March 05, 2018

For the Purchase Price Allocation (PPA) according to IFRS 3 for Kestrel, please refer to the **Appendix**.

Confidential Personal Information
Confidential Discovery Material

EYGMBH_0001126