# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WIRECARD AG SECURITIES LITIGATION | No. 2:20-cv-03326-AB <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | |

## ORDER

**AND NOW**, this 4th day of December, 2023, following reconsideration (*see* ECF No. 95), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant Ernst & Young GmbH Wirtschaftspruefungsgesellschaft's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 64) is **GRANTED**.

                                                        ___s/ANITA B. BRODY, J.___  
                                                        ANITA B. BRODY, J.