UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re WIRECARD AG SECURITIES LITIGATION | ) Civ. Action No. 2:20-cv-03326-AB<br>)<br>) CLASS ACTION<br>) |
| This Document Relates To:<br><br>ALL ACTIONS | ) STIPULATION AND ORDER<br>)<br>)<br>) |

WHEREAS on December 4, 2023, the Court dismissed all claims against Defendant Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft ("EY Germany"), for lack of personal jurisdiction, ECF No. 119;

WHEREAS Lead Plaintiffs Thanh Sam and Lawrence Gallagher's ("Plaintiffs") only remaining claims are against defendants Wirecard Aktiengesellschaft ("Wirecard AG"), which has filed a suggestion of bankruptcy, ECF No. 60, and Markus Braun, against whom Plaintiffs have sought entry of, and the Clerk of the Court has entered, default, ECF No. 85; and

WHEREAS the claims against Wirecard AG are subject to a stay entered by the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, ECF No. 122;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, pursuant to Federal Rule of Civil Procedure 54(b) and Local Rule of Civil Procedure 7.4, subject to the Court's approval, that:

- The Court's Order dismissing the claims against EY Germany, ECF No. 119, constitutes an ultimate disposition of those claims;

- There is no just reason for delaying entry of final judgment on the claims against EY Germany;

- The parties respectfully request that the Court make the findings required under Federal Rule of Civil Procedure 54(b), for the reasons set forth in the accompanying Joint Memorandum of Law, and direct entry of final judgment on the claims against EY Germany.

Dated: January 26, 2024

| | |
|---|---|
| **ROBBINS GELLER RUDMAN & DOWD LLP**<br> */s/* Shawn A. Williams<br>Shawn A. Williams<br>Hadiya K. Deshmukh<br>Jacob G. Gelman<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>shawnw@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br>jgelman@rgrdlaw.com | **WILLIAMS & CONNOLLY LLP**<br> */s/* Craig D. Singer<br>Craig D. Singer (PA State Bar No. 71394)<br>Steven M. Farina (admitted *pro hac vice*)<br>George A. Borden (admitted *pro hac vice*)<br>Amanda M. MacDonald (admitted *pro hac vice*)<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>(202) 434-5000<br>csinger@wc.com<br>sfarina@wc.com<br>gborden@wc.com<br>amacdonald@wc.com |

*Attorneys for Defendant Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000
reed@hbsslaw.com

Steven W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

*Lead Counsel for Lead Plaintiffs Thanh Sam and Lawrence Gallagher*

**SAXTON & STUMP**
Lawrence F. Stengel (PA Bar No. 32809)
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1000
lfs@saxtonstump.com

*Local Counsel for Lead Plaintiffs*

**SEEGER WEISS LLP**
Christopher A. Seeger (*pro hac vice*)
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(212) 584-0700
cseeger@seegerweiss.com

*Additional Counsel for Plaintiff*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Thanh Sam*

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: 2/1/24                    s/ANITA B. BRODY, J.
_____        _____
                                 THE HONORABLE ANITA B. BRODY
                                 UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Craig D. Singer, hereby certify that on this 26th day of January 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. The foregoing is available for viewing and downloading from the CM/ECF system, which will also send email notification of such filing to all attorneys of record in this action.

/s/ Craig D. Singer