# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1393

In Re: Wirecard AG Securities Litigation

(U.S. District Court No.: 2-20-cv-03326)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    March 27, 2024
TMK/cc:
Andrew S. Love, Esq.
Craig Singer, Esq.
Mr. George V. Wylesol

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate